**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**

   ALEVO MANUFACTURING, INC.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   46-2053454

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | **2321 CONCORD PARKWAY S** <br> **Concord, NC 28027** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
   | **Cabarrus** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

   ALEVO.COM

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor    **ALEVO MANUFACTURING, INC.**                              Case number (*if known*) _____
            Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4236__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **ALEVO USA, INC.** | Relationship | **AFFILIATE** |
| District | **MIDDLE DISTRICT OF NORTH CAROLINA** | When _____ | Case number, if known _____ |

Debtor  **ALEVO MANUFACTURING, INC.**                              Case number (*if known*) _____
_____
Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **FACILITY REQUIRES UTILITIES TO DETECT AND HANDLE POTENTIALLY HAZARDOUS GASES AND MATERIALS.**

**Where is the property?**    **2321 CONCORD PARKWAY S**
**Concord, NC, 28027-0000**
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.    Insurance agency    **LOCKTON COMPANY LLC**

Contact name    **DOUGLAS HUTCHERSON**

Phone    **(404) 460-0700  dhutcerson@lockton.com**

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,000-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor **ALEVO MANUFACTURING, INC.**
Name

Case number (*if known*) _____

| |
|---|
| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 18, 2017**
MM / DD / YYYY

X **/s/ PETER HEINTZELMAN**                          **PETER HEINTZELMAN**
Signature of authorized representative of debtor          Printed name

Title   **PRESIDENT**

**18. Signature of attorney**

X **/s/ Terri L. Gardner**                    Date **August 18, 2017**
Signature of attorney for debtor                    MM / DD / YYYY

**Terri L. Gardner**
Printed name

**Nelson Mullins Riley & Scarborough LLP**
Firm name

**4140 Parklake Avenue, Suite 200
Raleigh, NC 27612**
Number, Street, City, State & ZIP Code

Contact phone   **(919) 329-3800**      Email address   **terri.gardner@nelsonmullins.com**

**9809**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **ALEVO MANUFACTURING, INC.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 18, 2017**       X /s/ PETER HEINTZELMAN
                                        Signature of individual signing on behalf of debtor

                                        **PETER HEINTZELMAN**
                                        Printed name

                                        **PRESIDENT**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **ALEVO MANUFACTURING, INC.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Advanced Lithium Electrochemistry Co.** **2-1, Hsing Hua Road** **Taoyuan City, 33068** **Taiwan, Province of China** | william_hwang@alechem.com | **Trade** | | | | **$333,696.00** |
| **Alantum Advanced Technology Materials** **Free Trade Zone IIIB-611660** **Dalian City, China** | Amy.Liu@cnemalantum.com | **Trade** | | | | **$1,021,384.42** |
| **ATS Automation Global Services USA, Inc.** **730 Fountain St North, Bldg 2** **Cambridge, ON N3H 4R7** **Canada** | rfaulhammer@atsautomation.com | **Trade** | | | | **$593,542.00** |
| **C.H. Robinson Worldwide, Inc. and Subsi** **PO Box 9121** **Minneapolis, MN 55480-9121** | Tracey Gall t.gall@chrobinson.com (281) 920-1089 | **Trade Debt** | | | | **$106,741.89** |
| **Century Contractors, Inc.** **5100 Smith Farm Road** **Matthews, NC 28104** | hsmith@centurycontractors.com | **Trade** | | | | **$2,213,040.04** |
| **Duke Energy** **PO Box 1090** **Charlotte, NC 28201-1090** | Yolanda.Simms@duke-energy.com | **Utility Service** | | | | **$180,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor  **ALEVO MANUFACTURING, INC.**
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Imerys Graphite & Carbon USA, Inc.** C/O T60092U PO Box 66512 Chicago, IL 60666-0512 | **Kirk Swales** kirk.swales@imerys.com | **Trade** | | | | $277,920.00 |
| **Innovative Machine Corporation** PO Box 9904 Birmingham, AL 35220 | jim@innovativemach.com | **Trade** | | | | $366,822.14 |
| **Interglas Technologies** PF 110389151 Erbach Germany | Henry.Urban@interglas-technologies.com | **Trade Debt** | | | | $128,396.55 |
| **Jonas & Redmann** Kaiserin-Augusta-Allee 113 Berlin Germany | m.dietrich@jonas-redmann.com | **Trade** | **Disputed** | | | $649,220.19 |
| **Leukert GmbH** Reiftrager Weg 39 Kaufbeuren, 87600 Germany | pleiel.juergen@leukert.de | **Trade** | | | | $187,895.67 |
| **MSS Fire & Safety, LLC** PO Box 538178 Atlanta, GA 30353 | carrie.seay@mmssolutions.com | **Trade** | | | | $391,044.87 |
| **P.C. Godfrey, Inc.** 1816 Rozzelles Ferry Rd Charlotte, NC 28208 | jwright@pcgodfrey.com | **Trade** | | | | $206,046.00 |
| **Recore Electrical Contractors, Inc.** PO Box 1972 Gastonia, NC 28053-1972 | blair@recoreelectric.com | **Trade** | | | | $365,977.30 |
| **Saint-Gobain Performance Plastics Corp** PO Box 743699 Atlanta, GA 30374-3699 | christopher.p.rhyne@saint-gobain.com | **Trade** | | | | $261,000.00 |
| **Siemens Industry, Inc.** 2201 Crownpoint Executive Drive Bldg 2, Ste K Charlotte, NC 28227 | Nicholas.grothe@siemens.com | **Trade** | | | | $152,907.72 |
| **Solith** Via Fattori 6 40033 Casalecchio di Reno Italy | benner@sempa.de | **Trade** | **Disputed** | | | $279,018.45 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **ALEVO MANUFACTURING, INC.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sovema S.P.A. Via Spagna 13, 37069 Villafranca di Verona VR Italy** | **Michele.Bonizzato @sovema.it** | **Trade** | **Disputed** | | | **$165,116.74** |
| **Superb Industries, Inc. 100 Innovation Plaza Sugarcreek, OH 44681** | **johnmiller@superb industries.com** | **Trade** | | | | **$142,979.02** |
| **Tongrun International, LLC 3522 Sam Rayburn Highway Melissa, TX 75454** | **connie@tongrunint ernational.com** | **Trade** | | | | **$179,015.40** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re **ALEVO MANUFACTURING, INC.**          Case No.
                 Debtor(s)    Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 18, 2017**       **/s/ PETER HEINTZELMAN**
                 **PETER HEINTZELMAN/PRESIDENT**
                Signer/Title

3M Company
PO Box 371227
Pittsburgh, PA 15250-7227


AC Controls Company Inc.
PO Box 63243
Charlotte, NC 28263-3243


Accounting Principals, Inc.
Dept CH 14031
Palatine, IL 60055


Action Industrial Supply
924 Cochran Street
Statesville, NC 28677


ADP Screening & Selection Services, Inc.
PO Box 645177
Cincinnati, OH 45264-5177


Advanced Lithium Electrochemistry Co.
2-1, Hsing Hua Road
Taoyuan City, 33068
Taiwan, Province of China


Advanced Machining & Tooling, LLC
215 Forbes Avenue
Salisbury, NC 28147


AERIS Enviromental, Inc.
1440 Blueberry Lane
Charlotte, NC 28226


Aerotek, Inc.
3689 Collection Center Drive
Chicago, IL 60693


Airgas USA, LLC
PO Box 532609
Atlanta, GA 30353-2609


Alantum Advanced Technology Materials
Free Trade Zone IIIB-611660
Dalian City, China

Alevo Group S.A.
c/o Markus Adler
Chief General Counsel
Rue des Finettes 110
1920 Martigny | Switzerland


Alfa International Ent. Ltd.
6540 Gottardo Court
Mississauga Canada


Allied Caster & Equipment Co.
3841 Corporation Circle
Charlotte, NC 28216


Allied Electronics, Inc.
7151 Jack Newell Boulevard South
Fort Worth, TX 76118


Ally Financial, Inc.
PO Box 9001948
Louisville, KY 40290


American Safety Clothing, Inc.
30 East Park Avenue
Sellersville, PA 18960-2731


Applied Industrial Technologies-Dixie, I
22510 Network Place
Chicago, IL 60673-1225


Armstrong Relocation
4400 Westinghouse Boulevard
Charlotte, NC 28273


Atlas Copco Compressors LLC
3042 Southcross Boulevard, Suite 102
Rock Hill, SC 29730


ATS Automation Global Services USA, Inc.
730 Fountain St North, Bldg 2
Cambridge, ON N3H 4R7
Canada

Automation Technology, Inc.
PO Box 348
Charlotte, NC 28206


AutomationDirect.com, Inc.
PO Box 402417
Atlanta, GA 30384-2417


Bahnson, Inc.
4731 Commercial Park Court
Clemmons, NC 27012


Barefoot Oil
754 Concord Parkway N
Concord, NC 28027


Bearing Distributors
PO Box 887
Columbia, SC 29202


Bec-Car Printing Co., Inc.
128 West Plaza Drive
Mooresville, NC 28117


Bertelkamp Automation Inc.
PO Box 11488
Knoxville, TN 37939


BK Giulini
Giulinistrasse 276065
Ludwigshafen/Rhein Germany


BLR (Business & Legal Resources)
PO Box 5094
Brentwood, TN 37027


Blue Cross Blue Shield
PO Box 580017
Charlotte, NC 28258-0017


Brenntag Mid-South Inc.
PO Box 752094
Charlotte, NC 28275-2094

Brookfield Ametek
11 Commerce Boulevard
Middleboro, MA 02346

C&C Boiler Sales and Services, Inc.
6000 Preston Lane
Charlotte, NC 28270

C.H. Robinson Worldwide, Inc. and Subsi
PO Box 9121
Minneapolis, MN 55480-9121

Cabarrus County Tax Collector
65 Church Street S
Concord, NC 28025

Callaway Industrial Service, Inc.
PO Box 3128
Mooresville, NC 28117

CardsandKeyfobs.com
PO Box 205
Saint Anthony, ID 83445

Career Builders.Com
13047 Collectoin Center Drive
Chicago, IL 60693-0130

Carolina Brush Company
PO Box 2469
Gastonia, NC 28053

Carolina Cat-Power Systems Division
PO Box 75054
Charlotte, NC 28275-0054

Carolinas HealthCare SystemMedical Group
920 Church Street North
Concord, NC 28025

Carotek, Inc.
PO Box 890140
Charlotte, NC 28289-0140

Carrier Corporation
PO Box 93844
Chicago, IL 60673-3844


Carter's Machine Co., Inc.
540 Lake Lynn Road
Concord, NC 28025


Catawba Industrial Rubber Co.
4629 Dwight Evans Road
Charlotte, NC 28217


Center for Occupational Diagnostics, LLC
9710 Northcross Center Court
Huntersville, NC 28078


Century Contractors, Inc.
5100 Smith Farm Road
Matthews, NC 28104


ChemTreat, Inc.
15045 Collection Center Drive
Chicago, IL 60693


Cimtec Automation LLC
3030 Whitehall Park Drive
Charlotte, NC 28273


Cintas Corp No. 2
PO Box 630803
Cincinnati, OH 45263-0803


City of Concord - Collections
PO Box 540469
Charlotte, NC 28258-0469


Civil & Enviromental Consultants, Inc.
PO Box 644246
Pittsburgh, PA 15264-4246


Cleatech LLC
221 W. Dyer Road
Santa Ana, CA 92707

CNP Technologies, LLC
806 Tyvola Road
Suite 102
Charlotte, NC 28217


CogencyGlobal, Inc.
10 E 40th Street, 10th Floor
New York, NY 10016


Cole-Parmer Instrument Company LLC
13927 Collections Center Drive
Chicago, IL 60693-0139


Cort Furniture Rental
PO Box 17401
NC 27297


Cummins Atlantic LLC
PO Box 741295
Atlanta, GA 30384-1295


Custom Safety Solutions
(BS&B Safety Sysems, LLC)
7664 West 78th Street
Minneapolis, MN 55439


D A Moore Corporation
PO Box 1150
Concord, NC 28026-1150


DecisionPathHR
8720 Red Oak Boulevard, Suite 300
Charlotte, NC 28217


DGI Supply, A Do All Company
4830 Solution Center
Chicago, IL 60677-4008


Diamond Springs Water Inc.
PO Box 667887
Charlotte, NC 28266


Dienes Corporation
27 West Main Street
Spencer, MA 01562

Dover Flexo Electronic, Inc.
217 Pickering Road
Rochester, NH 03867

Duke Energy
PO Box 1090
Charlotte, NC 28201-1090

Duke Energy
PO Box 1080
Charlotte, NC 28201-1090

Eclipse Automation Southeast, LLC
2920 Whitehall Park Drive
Charlotte, NC 28273

Edison Welding Institute
Dept L1660
Columbus, OH 43221

EIS Inc.
File 98059
PO Box 98059
Chicago, IL 60693

Emergency Medical Products, Inc.
25196 Network Place
Chicago, IL 60673-1251

Endress + Hauser Inc.
Dept 78795
PO Box 78000
Charlotte, NC 28278

Engineering Search Firm
17-611 Weston Road
Woodbridge Canada

Eri Soots Painting & Trim
11670 Pioneer Mill Road
Midland, NC 28107

Erik Seals and Plastics, Inc.
46704 Fremont Boulevard
Fremont, CA 94538

Eurotainer SA
5810 Wilson Road, Suite 200
Humble, TX 77396


Ever Bank Commercial Finance, Inc.
PO Box 911608
Denver, CO 80291-1608


Fairborn Equipment Co Inc.
PO Box 123
Upper Sandusky, OH 43351


Fastbolt Corp
200 Louis Street
South Hackensack, NJ 07606


Fastenal Company
PO Box 1286
Winona, MN 55987-1286


Fedex
PO Box 371461
Pittsburgh, PA 15250-7461


Fisher Scientific Company, LLC
PO Box 404705
Atlanta, GA 30384-4705


Flir Commercial Systems, Inc.
9 Townsend West
Nashua, NH 03063


Fluid Flow Products, Inc.
PO Box 751278
Charlotte, NC 28275


Fusite B.V.
Konigweg 167600
Almelo Netherlands


G4S Secure Solutions (USA), Inc.
PO Box 277469
Atlanta, GA 30384-7469

GDF


Gesellschaft Fur Dichtungstechnik mbH
Hofwiesen-Strasse 7
Brackenheim Germany


GP Rumierz, LLC
4024 Windward Drive
Tega Cay, SC 29708


Grainger
74336 Brackenheim
Palatine, IL 60038


Grant Thornton LLP
1901 S. Meyers Road, Suite 455
Oakbrook Terrace, IL 60181


Graybar Electric Company, Inc.
2500 Wilkinson Boulevard
Charlotte, NC 28208


Grenzebach Corporation
10 Herring Road
Newnan, GA 30265


Harrington Industrial Plastics, LLC
PO Box 638250
Cincinnati, OH 45263


Harris Landscaping & Irrigation, Inc.
4833 Flowes Store Road
Concord, NC 28025


Haz-Mat Enviromental Services, LLC
PO Box 37392
Charlotte, NC 28237


Health Works
PO Box 601428
Charlotte, NC 28260-1428

Heat Treating Services Unlimited, Inc.
PO Box 1889
Simpsonville, SC 29681


Hellma Usa Inc.
80 Skyline Drive
Plainview, NY 11803


Hendrix Business Systems, Inc.
2040-A Independence Commerce Drive
Matthews, NC 28105


HYG Financial Services Inc.
PO Box 14545
Des Moines, IA 50306-3545


iConnect Technologies
7136 Weddington Road, Suite 104
Concord, NC 28027


IFM Efector Inc.
PO Box 8538-307
Philadelphia, PA 19171-0307


Imerys Graphite & Carbon USA, Inc.
C/O T60092U
PO Box 66512
Chicago, IL 60666-0512


Innovative Machine Corporation
PO Box 9904
Birmingham, AL 35220


Integro Technologies Corp.
301 South Main Street
Salisbury, NC 28144


Interglas Technologies
PF 110389151
Erbach Germany


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Office of Chief Counsel
Alamance Building, Mail Stop 24
4905 Koger Boulevard
Greensboro, NC 27407-2734


Jaguar Financial Group c/o Chase
PO Box 78074
Phoenix, AZ 85062-8074


Johnson Controls Inc.
9844 Southern Pines Boulevard, Suite 8
Charlotte, NC 28273


Jonas & Redmann
Kaiserin-Augusta-Allee 113
Berlin Germany


Ketchie, Inc.
201 Winecoff School Road
Concord, NC 28027


Keyence Corporation of America
Dept CH 17128
Palatine, IL 60055-7128


Kumatec Sondermaschinebau &
Kunstoffverarbeitung GmbH
IndustriestraBe 1496524
Neuhaus-Shierschnitz Germany


Lee Spring Company LLC
140 58th Street, Suite 3C
Brooklyn, NY 11220


Legacy Concord Land, LLC
5020 Avent Drive NW
Concord, NC 28027


Let It Shine Cleaning Sv.
3906 Caldwell Ridge Parkway
Charlotte, NC 28213

Leukert GmbH
Reiftrager Weg 39
Kaufbeuren, 87600
Germany


Liftone LLC
PO Box 602727
Charlotte, NC 28260-2727


Lincoln County Fabricators, Inc.
513 Jason Road
Lincolnton, NC 28092


M+W U.S., Inc.
1001 Klein Road, Suite 400
Plano, TX 75074


M.C. Schroeder Equipment Company Inc.
PO Box 1089
Denver, NC 28037


Marposs Corporation
3300 Cross Creek Parkway
Auburn Hills, MI 48326


McMaster-Carr Supply Company
PO Box 7690
Chicago, IL 60680-7690


McNaughton-McKay Electric Southeast Inc.
PO Box 890976
Charlotte, NC 28289


Mec-Tric Control Company Inc.
4110 Monroe Road
Charlotte, NC 28205


Meier Prozesstechnik GmbH
Vennweg 846395
Bochalt Germany


Metrohm USA, Inc.
6555 Pelican Creek Circle
Riverview, FL 33578

Microsoft Corporation
1950 N Stemmons Freeway
Suite 5010 LB #842467
Dallas, TX 75207


MIne Safety Appliances Company LLC
PO Box 640348
Pittsburgh, PA 15264


Mistras Services Division
PO Box 405694
Atlanta, GA 30384-5694


Msc Industrial Supply
PO Box 953635
Saint Louis, MO 63195-3635


MSS Fire & Safety, LLC
PO Box 538178
Atlanta, GA 30353


My Townhome LLC
1500 South Boulevard, Suite 101 B
Charlotte, NC 28203


National Vision, Inc.
PO Box 957505
Duluth, GA 30095


NCDENR Div of Wast Management
1646 Mail Service Center
Raleigh, NC 27699


NCDMV
PO Box 29620
Raleigh, NC 27626-0620


NEDEC America Corporation
2251 Nicholas Boulevard
Elk Grove Village, IL 60007


New Electric Charlotte, LLC
1715 Orr Industrial Court
Charlotte, NC 28213

Nordson EFD LLC
PO Box 777959
Chicago, IL 60677-7009


North Carolina Department of Revenue
Office Services Division
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168


Nuvation Research Corporation
151 Gibraltar Court
Sunnyvale, CA 94089-1301


Optima Engineering
1927 S Tryon Street, Suite 300
Charlotte, NC 28203


P.C. Godfrey, Inc.
1816 Rozzelles Ferry Rd
Charlotte, NC 28208


Parker Hannifin Corporation
7851 Collection Center Drive
Chicago, IL 60693


Perigon International
13816 E Independence Blvd
Indian Trail, NC 28079


Piedmont Natural Gas Co, Inc.
PO Box 660920
Dallas, TX 75266-0920


Process Technical Sales, Inc.
PO Box 25069
Greenville, SC 29616


Production Engineeering
1344 Woodman Drive
Dayton, OH 45432


Project Integration, Inc.
PO Box 170065
Spartanburg, SC 29301

PSNC Energy
PO Box 100256
Columbia, SC 29209-3256


Pureflow, Inc.
1241 Jay Lane
Graham, NC 27253


R.L. Kunz, Inc.
PO Box 5875
Greenville, SC 29606


Radio Communications Company
PO Box 68
Cary, NC 27512


Rapid-Rooter Plumbing Service, Inc.
PO Box 562002
Charlotte, NC 28256


Reaction Search International Inc.
5000 Executive Parkway, Suite 450
San Ramon, CA 94583


Recore Electrical Contractors, Inc.
PO Box 1972
Gastonia, NC 28053-1972


Red Dynamics, Inc.
2173 Hawkins Street, Unit E
Charlotte, NC 28203


Rhinehart Fire Services
22 Piney Park Road, Unit G
Asheville, NC 28806


Ryeco, Inc.
810 Pickens Industrial Drive
Marietta, GA 30062


S & D Coffee Inc.
PO Box 1628
Concord, NC 28026-1628

Saint-Gobain Performance Plastics Corp
PO Box 743699
Atlanta, GA 30374-3699

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673

Schlenk
Barnsdorfer HauptsraBe 5
91154 Roth
Germany

Sempa Systems GmbH
GrenzstraBe 131109
Dresden Germany

SFA Fire Protection, Inc.
4809 S Main Street
Salisbury, NC 28147

Sherpa LLC
1001 Morehead Square Drive, Suite 600
Charlotte, NC 28203

SHI International Corp
PO Box 952121
Dallas, TX 75395-2121

Siemens Industry, Inc.
2201 Crownppoint Executive Drive
Bldg 2, Ste K
Charlotte, NC 28227

Solith
Via Fattori 6 40033
Casalecchio di Reno
Italy

Soltex, Inc.
PO Box 204668
Dallas, TX 75320-4668

Southeastern Freight Lines, Inc.
PO Box 100104
Columbia, SC 29202-3104


Sovema S.P.A.
Via Spagna 13, 37069
Villafranca di Verona VR
Italy


Spiroflow Systems, Inc.
1609 Airport Road
Monroe, NC 28110


Staff Masters
PO Box 19306
Charlotte, NC 28219


Staples
Dept. ATL
PO Box 405386
Atlanta, GA 30384-5386


State Electric Supply Co.
PO Box 890889
Charlotte, NC 28289-0889


Stephen Hall
2308 Coneflower
Charlotte, NC 28213


Stockcap
123 Manufacturers Drive
Arnold, MO 63010


Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384-9211


Superb Industries, Inc.
100 Innovation Plaza
Sugarcreek, OH 44681


Superior Service & Supply
PO Box 5753
Concord, NC 28027

Swagelok North Carolina | East Tennessee
221 Beltway Boulevard
Matthews, NC 28104


Tencarva Machinery Company LLC
PO Box 409897
Atlanta, GA 30384


Terminix Service, Inc.
3612 Fernandia Road
Columbia, SC 29210


The Massey Company, Inc.
9006-A Permiter Woods Drive
Charlotte, NC 28216


Thermotech LLC
1302 S 5th Street
Hopkins, MN 55343


Thompson Construction Group, Inc.
100 N Main Street
Sumter, SC 29150


Time Warner
PO Box 70872
Charlotte, NC 28272-0872


Tongrun International, LLC
3522 Sam Rayburn Highway
Melissa, TX 75454


U.S. Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382


Uline, Inc.
PO Box 88741
Chicago, IL 60680-1741


United States Treasury
1901 Cross Beam Drive
Charlotte, NC 28217

United Way of Central Carolina's, Inc.
PO Box 890685
Charlotte, NC 28289-0685


Verantis Corporation
7251 Engle Road, Suite 300
Middleburg Heights, OH 44130


Verizon
PO Box 660108
Dallas, TX 75266-0108


Waggoner Manufacturing Co., Inc.
1065 Hall Road
Mount Ulla, NC 28125


Waste Pro of North Carolina, Inc.
PO Box 865505
Orlando, FL 32886-5505


Windstream
PO Box 9001908
Louisville, KY 40290-1950


World International Testing, Inc.
2228 Sunset Boulevard, Suite 1
Steubenville, OH 43952


Wurth Recvar Fasteners, Inc.
3845 Thirlane Road
Roanoke, VA 24019


Yes Energy Management
PO Box 82571
Goleta, CA 93118-2571

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **ALEVO MANUFACTURING, INC.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **ALEVO MANUFACTURING, INC.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Alevo International SA**

☐ None [*Check if applicable*]

**August 18, 2017**

Date

**/s/ Terri L. Gardner**

**Terri L. Gardner 9809**

Signature of Attorney or Litigant

Counsel for    **ALEVO MANUFACTURING, INC.**

**Nelson Mullins Riley & Scarborough LLP**

**4140 Parklake Avenue, Suite 200**
**Raleigh, NC 27612**
**(919) 329-3800 Fax:(919) 329-3799**
**terri.gardner@nelsonmullins.com**