KING & SPALDING
Sarah R. Borders (pro hac vice pending)
1180 Peachtree Street
Atlanta, GA  30309
Telephone:  (404) 572-4600
Facsimile:  (4040 572-5100

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Alevo Manufacturing, Inc. | ) | Case No. 17-50877 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

## AMENDED MOTION TO APPEAR PRO HAC VICE
### (Sarah R. Borders)

PURSUANT TO LBR 2090-1, Sarah R. Borders of the law firm of King & Spalding LLP, respectfully moves the Court for admission pro hac vice, for the purpose of appearing as counsel on behalf of Bootsmead LeaseCo, LLC, as counsel in the above-captioned case only. In support of this motion, the undersigned states:

1.     Ms. Borders resides in Atlanta, Georgia and is a partner with the firm of King & Spalding, LLP, 1180 Peachtree Street, Atlanta, Georgia 30309, (404) 572-4600.

2.     Ms. Borders is licensed to practice law in Georgia (Bar No. 610649, admitted 1989).  She is also admitted in the following courts:  Georgia Supreme Court (1989); Georgia Court of Appeals (1989); U.S. District Court Northern District of Georgia (1989); U.S. District Court Middle District of Georgia (1991); the Fourth Circuit Court of Appeals (2001); the Fifth Circuit Court of Appeals (1989); and the Eleventh Circuit Court of Appeals (1989);

3.     Ms. Borders is in good standing, not currently under suspension or subject to other disciplinary action with respect to the practice of law.

4.	Ms. Borders has not filed for permission to appear pro hac vice in the preceding three years in any court within the state of North Carolina.

5.	Ms. Borders has read and is familiar with the Local Rules, Federal Rules of Bankruptcy Procedure, Federal Rules of Civil Procedure and the Federal Rules of Evidence.

6.	Ms. Borders is familiar with this action and had been requested by Bootsmead LeaseCo, LLC to be actively involved in their representation as creditors in this chapter 11 case.

7.	By her accompanying statement, Ms. Borders certifies that she will abide by all rules, practices, ethics and submits to this disciplinary jurisdiction for any misconduct in connection with this chapter 11 case that are applicable to all other attorneys admitted to practice before the United States Bankruptcy Court for the Middle District of North Carolina.

WHEREFORE, Sarah R. Borders respectfully moves the Court to admit her, pro hac vice, to the Bar of this Court for the purpose of participating in this matter as counsel and for all other relief that may be appropriate and just.

Dated: August 23, 2017	Respectfully submitted,

/s/ Sarah R. Borders
Sarah R. Borders
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 572-4600
Facsimile: (404) 572-5100
Email: sborders@kslaw.com
Counsel for Bootsmead LeaseCo, LLC

KING & SPALDING
Sarah R. Borders (pro hac vice pending)
1180 Peachtree Street
Atlanta, GA  30309
Telephone:  (404) 572-4600
Facsimile:  (4040 572-5100

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **Alevo Manufacturing, Inc.** | ) | **Case No. 17-50877** |
| | ) | |
| Debtor. | ) | **Chapter 11** |
| | ) | |

## CERTIFICATION OF SARAH R. BORDERS

I, Sarah R. Borders, certify as follows:

1. I am a partner with the law firm of King & Spalding, having its address at 1180 Peachtree Street, Atlanta, GA  30309.  My telephone number is (404) 572-4600.

2. I am in good standing and licensed to practice law in Georgia (Bar No. 61049, admitted 1989) as well as in the following courts: Georgia Supreme Court (1989); Georgia Court of Appeals (1989); U.S. District Court Northern District of Georgia (1989); U.S. District Court Middle District of Georgia (1991); the Fourth Circuit Court of Appeals (2001); the Fifth Circuit Court of Appeals (1989); and the Eleventh Circuit Court of Appeals (1989);

3. I am in good standing, not currently under suspension or subject to other disciplinary action with respect to the practice of law.

4. I am familiar with the Local Rules, Federal Rules of Bankruptcy Procedure, Federal Rules of Civil Procedure and the Federal Rules of Evidence.

5. I am familiar with this action and had been requested by Bootsmead LeaseCo, LLC to be actively involved in their representation as creditors in this Chapter 11 bankruptcy case.

6.     I certify that I will abide by all rules, practices, ethics and submit to this disciplinary jurisdiction for any misconduct in connection with this case that are applicable to all other attorneys admitted to practice before the United States Bankruptcy Court for the Middle District of North Carolina.

Dated: August 23, 2017                          Respectfully submitted,

/s/ Sarah R. Borders
Sarah R. Borders
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 572-4600
Facsimile: (404) 572-5100
Email: sborders@kslaw.com
Counsel for Bootsmead LeaseCo, LLC

KING & SPALDING
Sarah R. Borders (pro hac vice pending)
1180 Peachtree Street
Atlanta, GA  30309
Telephone:  (404) 572-4600
Facsimile:  (4040 572-5100

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Alevo Manufacturing, Inc. | ) | Case No. 17-50877 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that on August 23, 2017, I caused to be served copies of the foregoing AMENDED MOTION TO APPEAR PRO HAC VICE upon the parties listed below by causing copies of the same to be sent by first-class US mail, with adequate postage prepaid, addressed as indicated below.

Terri L. Gardner, Esq.
Nelson Mullins Riley & Scarborough, LLP
Post Office Box 30519
Raleigh, NC  27622

William P. Miller
Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC  27401

/s/ Sarah R. Borders
Sarah R. Borders
Georgia Bar No. 610649
sborders@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
(404) 572-4600 Telephone
(404) 572-5100 Facsimile
Attorney for Bootsmead LeaseCo, LLC