KING & SPALDING
Sarah R. Borders
1180 Peachtree Street
Atlanta, GA  30309
Telephone:  (404) 572-4600
Facsimile:  (4040 572-5100

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Alevo Manufacturing, Inc. | ) | Case No. 17-50877 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the attorney set forth below hereby appears as counsel for Bootsmead LeaseCo, LLC (the "Appearing Party") in this proceeding pursuant to Federal Rules of Bankruptcy Procedure 9010 and 2002 and §1109(b) of the Bankruptcy Code. The Appearing Party respectfully requests that all further notices given or required to be given in this proceeding and copies of all papers served in this proceeding be given to and served on the undersigned attorneys for the Appearing Party, at the offices, postal addresses, telephone numbers and facsimile numbers set forth below:

KING & SPALDING LLP
Sarah R. Borders
1180 Peachtree Street
Atlanta, GA  30309
sborders@kslaw.com
Phone:  (404) 572-4600
Fax:  (404) 572-5100

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request,

complaint, or demand, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that, among other things (1) affect or seek to affect in any way any rights or interests of any creditor or party-in-interest in this case, including the Appearing Party, with respect to (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) require or seek to require any act, delivery of any property, payment or other conduct by the Appearing Party.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, proof of claim, or suit is intended to waive (i) the Appearing Party's right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) the Appearing Party's right to a jury trial in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) the Appearing Party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) the Appearing Party's right to contest that is subject to the jurisdiction of the Bankruptcy Court; or (v) any other rights, claims, defenses, setoffs, or recoupments to which the Appearing Party is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  August 24, 2017  /s/ Sarah R. Borders
Sarah R. Borders
Georgia Bar No. 610649
sborders@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
(404) 572-4600 Telephone
(404) 572-5100 Facsimile
Attorney for Bootsmead LeaseCo, LLC

DMSLIBRARY01\31008992.v1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In re:                                          )
                                                )
Alevo Manufacturing, Inc.                       )    Case No. 17-50877
                                                )
       Debtor.                                  )    Chapter 11
                                                )

## CERTIFICATE OF SERVICE

I certify that on August 24, 2017, I caused to be served copies of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS upon the parties listed below by causing copies of the same to be sent by first-class US mail, with adequate postage prepaid, addressed as indicated below.

> Terri L. Gardner, Esq.
> Nelson Mullins Riley & Scarborough, LLP
> Post Office Box 30519
> Raleigh, NC  27622
>
> William P. Miller
> Bankruptcy Administrator
> 101 South Edgeworth Street
> Greensboro, NC  27401

>                                 /s/ Sarah R. Borders
>                                 Sarah R. Borders
>                                 Georgia Bar No. 610649
>                                 sborders@kslaw.com
>                                 KING & SPALDING LLP
>                                 1180 Peachtree Street
>                                 Atlanta, Georgia 30309
>                                 (404) 572-4600 Telephone
>                                 (404) 572-5100 Facsimile
>                                 Attorney for Bootsmead LeaseCo, LLC

DMSLIBRARY01\31008992.v1