KING & SPALDING
Sarah R. Borders
1180 Peachtree Street
Atlanta, GA  30309
Telephone:  (404) 572-4600
Facsimile:  (4040 572-5100

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **Alevo Manufacturing, Inc.** | ) | **Case No. 17-50877** |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

## WITHDRAWAL OF MOTION

**NOW COMES**, Sarah R. Borders, and withdraws her Motion (Docket No. 11) and Amended Motion (Docket No. 12) to Appear Pro Hac Vice as counsel for Bootsmead LeaseCo, LLC in above-referenced matter.

Respectfully submitted, this 24th day of August, 2017.

Respectfully submitted,

/s/ Sarah R. Borders
Sarah R. Borders
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 572-4600
Facsimile: (404) 572-5100
Email: sborders@kslaw.com
Counsel for Bootsmead LeaseCo, LLC

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

In re:                                       )
                                             )
Alevo Manufacturing, Inc.                    )   Case No. 17-50877
                                             )
    Debtor.                               )   Chapter 11
                                             )

**CERTIFICATE OF SERVICE**

    I certify that on August 24, 2017, I caused to be served copies of the foregoing WITHDRAWAL OF MOTION upon the parties listed below by causing copies of the same to be sent by first-class US mail, with adequate postage prepaid, addressed as indicated below.

    Terri L. Gardner, Esq.
    Nelson Mullins Riley & Scarborough, LLP
    Post Office Box 30519
    Raleigh, NC  27622

    William P. Miller
    Bankruptcy Administrator
    101 South Edgeworth Street
    Greensboro, NC  27401

    /s/ Sarah R. Borders
    Sarah R. Borders
    Georgia Bar No. 610649
    sborders@kslaw.com
    KING & SPALDING LLP
    1180 Peachtree Street
    Atlanta, Georgia 30309
    (404) 572-4600 Telephone
    (404) 572-5100 Facsimile
    Attorney for Bootsmead LeaseCo, LLC