**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON-SALEM DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALEVO MANUFACTURING, INC., | ) | CASE NO. 17-50877 |
| *et al.,* | ) | (CONSOLIDATED FOR PURPOSES OF |
| Debtor. | ) | ADMINISTRATION ONLY) |
| | ) | CHAPTER 11 |

**RESPONSE OF JONAS & REDMANN AUTOMATIONSTECHNIK GmbH**
**TO DEBTOR'S MOTION FOR APPROVAL OF POST-PETITION**
**LOAN FOR PAYMENT OF PAYROLL AND CRITICAL EXPENSES**

NOW COMES JONAS & REDMANN AUTOMATIONSTECHNIK GmbH ("Jonas & Redmann"), by and through counsel, responding to the Debtor's Motion for Approval of Post-Petition Loan for Payment of Payroll and Critical Expenses and respectfully shows unto the Court the following:

1.     The above captioned Debtors filed a voluntary petition under Title 11, Chapter 11 of the United States Bankruptcy Code on August 18, 2017 and have operated as debtors-in-possession since the filing.  It appears the Debtors are attempting to obtain post-petition financing by and through the entity identified as Bootsmead LeaseCo, LLC ("Bootsmead"), who apparently is the landlord for the Debtor's U.S. facilities located in Concord, North Carolina.

2.     The relief requested provides to Bootsmead substantial protection for the $200,000 post-petition loan.  Among other things, it appears a lien is granted on all the Debtor's prepetition and post-petition tangible and intangible assets which appear to include, but not be limited to, machinery, equipment and intellectual property rights.  Prior to the filing of the petitions, Jonas & Redmann and Alevo Manufacturing, Inc. entered into a Security Agreement on or about October

30, 2015.  Said Agreement was entered into for reasons including, but not limited to, the granting

of security in certain identified equipment, a schedule of which is attached hereto and incorporated

herein by reference.  This grant of security in said equipment was part of an ongoing business

relation by and between Jonas & Redmann and Alevo Manufacturing, Inc., for the purpose of

assisting Alevo Manufacturing, Inc. with certain portions of its production line to be operated out

of its facility located at 2321 Concord Park South, Concord, North Carolina.  Furthermore, Jonas

& Redmann has an ownership interest in certain additional personal property held in the Concord

facility at the time this case was filed.  As a part of the grant of security and the assistance provided

by Jonas & Redmann, Jonas & Redmann retained certain intellectual property rights associated

with said equipment and has not transferred title to said intellectual property rights to Alevo

Manufacturing, Inc.  As a result of the herein described transactions, Jonas & Redmann objects to

the post-petition financing if and to the extent said post-petition financing is intended to grant any

type of lien on the intellectual property rights of Jonas & Redmann, any personal property owned

by Jonas & Redmann located in the Concord facility, and/or the collateral of Jonas & Redmann,

as identified in Exhibit A which is attached hereto and incorporated herein by reference.

   3.  Given the expedited nature of this hearing, Jonas & Redmann is continuing to

analyze the Motion for Approval of Post-Petition Loan for Payment of Payroll and Critical

Expenses and, therefore, retains the right to raise further objections as may be determined to be

appropriate at the September 6, 2017 hearing, or any subsequent hearing thereafter.

   WHEREFORE, Jonas & Redmann in response to the Debtors' Motion for Approval of

Post-Petition Loan for Payment of Payroll and Critical Expenses does object to said Motion to the

extent it attempts to grant any type of lien on intellectual property rights or other tangible personal

property owned by Jonas & Redmann Automationstechnik GmbH which are currently being used

by Alevo Manufacturing, Inc., and/or the granting of any lien on the herein identified collateral of Jonas & Redmann which is currently in possession of Alevo Manufacturing, Inc., and requests such other and further relief as the Court deems just and proper.

This the 5th day of September, 2017.


*/s/ Charles M. Ivey, III*
NCSB #8333

*/s/ Dirk W. Siegmund*
NCSB #20796

Attorneys for Jonas & Redmann Automationstechnik GmbH

OF COUNSEL:

IVEY, McCLELLAN, GATTON & SIEGMUND, L.L.P.
P. O. Box 3324
Greensboro, NC 27402
Telephone:  336/274-4658
Facsimile:  336/274-4540

**SCHEDULE 1**

Equipment

| equipment | serial No. | PO-ID | overall eqpt. price | paid | open |
|---|---|---|---|---|---|
| ITEM 1-1 incl. Option 96-1.1.Tool_01_Pouch-Packing-Cathode-CELGARD inkl. 1. Tool Opt. A1_Pouch-Packing-Cathode-GLAS | 5001002308 | AM300104 + AM300416 | $1.074.311,00 | $638.557,90 | $435.753,10 |
| ITEM 1-2 incl. Option 96-2 Ser.1.0_01_Pouch-Packing-Cathode-CELGARD inkl. Ser.1.0 Opt. A1_Pouch-Packing-Cathode-GLAS | 5001002309 | AM300104 + AM300416 | $1.038.239,00 | $616.914,70 | $421.324,30 |
| ITEM 2-1.1.Tool_02_Stack-Building | 5001002310 | AM300104 | $1.269.200,00 | $951.900,00 | $317.300,00 |
| ITEM 2-1 Ser. 1.0_02_Stack-Building | 5001002311 | AM300104 | $1.215.760,00 | $729.456,00 | $486.304,00 |
| ITEM 3-1.1. Tool_03_Laser-Welding-PIN | 5001002312 | AM300104 | $939.208,00 | $704.406,00 | $234.802,00 |
| ITEM 3-2 Ser. 1.0_03_Laser-Welding-PIN | 5001002313 | AM300104 | $904.472,00 | $542.683,20 | $361.788,80 |
| ITEM 4-1.1.Tool_04_Assembly | 5001002314 | AM300104 + AM300416 | $550.194,00 | $415.258,00 | $134.936,00 |
| ITEM 4-2 Ser. 1.0 04_Assembly | 5001002315 | AM300104 + AM300416 | $499.426,00 | $303.835,60 | $195.590,40 |
| ITEM 5-1.1. Tool 05_Laser-Welding-Case | 5001002316 | AM300104 | $1.167.664,00 | $700.598,40 | $467.065,60 |
| ITEM 5-2 Ser. 1.0 05_Laser-Welding-Case w/o Lasersource | 5001002317 | AM300104 | $812.288,00 | $487.372,80 | $324.915,20 |
| ITEM A6-1 1. Tool 06-2_He-Leakage-Test-semi automatet + ITEM A6-2 Ser.1.0 06-2_He-Leakage-Test-semi automatet | 5001002321 | AM300104 | $857.712,00 | $643.284,00 | $214.428,00 |
| ITEM B7-1 1. Tool 07-2_Drying - semi automatet without dry room | 5001002322 | AM300104 + AM300416 | $2.381.838,63 | $1.792.291,21 | $589.547,42 |
| ITEM A8-1.Tool 08-2_Module-Assembly-semi automatet + ITEM A8-2 Ser. 1.0 08-2_Module-Assembly-semi automatet + Laser-Welding-SteelBand | 5001002323 + 5001002371 | AM300104 + AM300416 + AM300836 + AM AM300104 + AM300416 | $775.076,00 | $624.442,00 | $150.634,00 |
| ITEM A9-1 1.Tool 09-2_Electrolyt-Filling - semi automatet + ITEM A9-2 Ser. 1.0 09-2_Electrolyt-Filling - semi automatet | 5001002324 | 301045 | $2.053.606,00 | $1.407.549,40 | $646.056,60 |
| Pricing options ITEM 100-1 1.Tool Superordinate line control | 5001002327 | AM300104 | $133.600,00 | $80.160,00 | $53.440,00 |

1 – SCHEDULE 1: COLLATERAL

Kai Gehrman
J&R

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that copies of the foregoing were duly served upon the following addressees via the CM/ECF System as applicable or by depositing the same in postage-paid wrappers, properly addressed to the following parties in interest at their last known address as shown, in an official depository of the United States Postal Service.

William P. Miller            (CM/ECF)
Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401

Terri L. Gardner, Esq.          (CM/ECF)
Nelson Mullins Riley & Scarborough, LLP
PO Box 30519
Raleigh, NC 27622

King & Spalding              (CM/ECF)
Jonathan W. Jordan, Esq.
Sarah R. Borders, Esq.          (CM/ECF)
1180 Peachtree Street
Atlanta, GA 30309
jjordan@kslaw.com
sborders@kslaw.com

Andrew T. Houston, Esq.          (CM/ECF)
Richard S. Wright, Esq.
Moon Wright & Houston, PLLC
1221 W. Trade Street, Suite 1950
Charlotte, NC 28202
rwright@mwhattorneys.com

William A. Gray, Esq.          (CM/ECF)
Paul Hlad, Esq.
Sands Anderson PC
PO Box 1998
Richmond, VA 23219
BGray@sandsanderson.com

Daniel C. Bruton, Esq.          (CM/ECF)
Bell, Davis & Pitt, P.A.
PO Box 21029
Winston-Salem, NC 27120-1029
dbruton@belldavispitt.com

James C. White, Esq.          (CM/ECF)
100 Europa Drive, Suite 401
Chapel Hill, NC 27517
mwalker@ptwfirm.com

Christopher M. Towery             (CM/ECF)
Womble Carlyle Sandridge & Rice, LLP
1727 Hampton St.
Columbia, SC 29201
ctowery@wcsr.com

Jennifer B. Lyday, Esq.            (CM/ECF)
101 S. Stratford Rd., Suite 210
Winston-Salem, NC 27104
notice@waldrepllp.com


This the 5th day of September, 2017.

/s/ Charles M. Ivey, III
Charles M. Ivey, III (NCSB #8333)

OF COUNSEL:

IVEY, McCLELLAN, GATTON & SIEGMUND, L.L.P.
P. O. Box 3324
Greensboro, NC 27402
Telephone:  336/274-4658
Facsimile:  336/274-4540