**Fill in this information to identify the case:**

Debtor name **ALEVO MANUFACTURING, INC.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  **17-50877**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        12/15

**Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $      **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................... $   **90,705,352.96**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $   **90,705,352.96**

**Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $   **646,601.55**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$   **68,095,708.43**

4. **Total liabilities** ................................................................................
   Lines 2 + 3a + 3b

   $   **68,742,309.98**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **ALEVO MANUFACTURING, INC.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* | **17-50877** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank, N.A.** | **Checking** | **3949** | **$142,779.48** |
| 3.2. | **Wells Fargo Bank, N.A.** | **Multi-Currency Account** | **7448** | **$299.54** |
| 3.3. | **Bank of America, N.A.** | **Checking** | **6028** | **$7,260.90** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $150,339.92

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Deposit - Duke Energy 5/2/14 $130,000.00; 4/1/2016 $50,857.29; 5/3/2016 $24,411.52** | **$205,268.81** |

| | | |
|---|---|---|
| Debtor | **ALEVO MANUFACTURING, INC.** | Case number *(If known)* **17-50877** |
| | Name | |

| | | |
|---|---|---|
| 7.2. | **Deposit - Verizon 9/25/14 $800.00; 10/23/2014 $2,000.00; less credits of $900.00** | **$1,900.00** |
| 7.3. | **City of Concord - Collections - Apt Utility Deposit Legacy # 104 & 106 6/3/2016** | **$300.00** |
| 7.4. | **City of Concord - Collections 275 Majest Dr #206 Deposit 6/16/2016** | **$150.00** |
| 7.5. | **My Townhome LLC 420 Queens Rd Emmanuel Sagnes Apt 6/10/2016** | **$3,400.00** |
| 7.6. | **Piedmont Natural Gas Co, Inc. 420 Queens Rd 7/22/2016** | **$81.00** |
| 7.7. | **Legacy Concord Land, LLC 5220 Binford Street NW, #103, Concord, NC 28027 9/25/2016-9/24/2017** | **$250.00** |
| 7.8. | **Legacy Concord Land, LLC 5220 Binford Street NW, #201, Concord, NC 28027 9/26/2017-9/25/2017** | **$250.00** |
| 7.9. | **Legacy Concord Land, LLC 5060 Avent Dr NW, #103, Concord, NC 28027 6/14/2017-6/13/2018** | **$250.00** |
| 7.10. | **Legacy Concord Land, LLC 5040 Avent Drive NW, #107, Concord, NC 28027 2/17/2017-2/16/2018** | **$250.00** |
| 7.11. | **Legacy Concord Land, LLC 5040 Avent Drive NW, #206, Concord, NC 28027 11/30/2016-11/29/2017** | **$250.00** |
| 7.12. | **Legacy Concord Land, LLC 275 Majesty Drive, #206, Concord, NC 28027 6/27/2016-4/26/2017** | **$250.00** |
| 7.13. | **Legacy Concord Land, LLC 280 Kenbrook Ln NW, #203, Concord, NC 28027 8/29/2017-8/28/2018** | **$250.00** |
| 7.14. | **Legacy Concord Land, LLC 5220 Binford Street NW, #107, Concord, NC 28027 2/27/2017-2/26/2018** | **$250.00** |
| 7.15. | **Legacy Concord Land, LLC 5220 Binford Street NW, #108, Concord, NC 28027 2/27/2017-2/26/2018** | **$250.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **ALEVO MANUFACTURING, INC.**
　　　　　Name

Case number *(If known)* **17-50877**

| | | |
|---|---|---|
| 7.16. | **Melissa L. Stone 316 Armour Street, Davidson, NC 28036-6940 8/1/2017-7/1/2018** | **$2,000.00** |
| 7.17. | **Legacy Concord Land, LLC 5060 Avent Drive NW, #104, Concord, NC 28027 4/1/2017-3/31/2018** | **$250.00** |
| 7.18. | **Legacy Concord Land, LLC 5060 Avent Drive NW, #106, Concord, NC 28027 4/1/2017-3/31/2018** | **$250.00** |
| 7.19. | **PSNC Energy** | **$90,000.00** |
| 7.20. | **Integra Springs Security Deposit - 11213 S. Gemini Springs Dr, 3/3/2016 - 4/14/2017** | **$100.00** |
| 7.21. | **Integra Springs Security Deposit - 11321 S. Gemini Springs Dr, 3/3/2016 - 4/14/2017** | **$100.00** |

| | | |
|---|---|---|
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** Description, including name of holder of prepayment | |
| 8.1. | **Fantaco Inc. 12/10/2014** | **$22,086.00** |
| 8.2. | **Nuvation Research Corporation 2/23/2015** | **$900,000.00** |
| 8.3. | **Fusite B.V. 7/1/2015 $243,315.07; 7/10/2015 $251,094.24** | **$243,567.01** |
| 8.4. | **Legacy Concord Land, LLC - 5060 Avent Dr #106 - June Rent + Security 5/26/2016** | **$250.00** |
| 8.5. | **Legacy Concord Land, LLC - 5060 Avent Dr # 104 - June Rent + Security 5/26/2016** | **$50.00** |
| 8.6. | **Legacy Concord Land, LLC 275 Majest Dr #206 - June & July + Security 6/16/2016** | **$250.00** |
| 8.7. | **Superb Industries, Inc. 7/29/2016 $214,000.00; 8/9/2016 $88,000.00; 9/7/2016 $30,000.00** | **$332,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

Debtor   **ALEVO MANUFACTURING, INC.**                              Case number *(If known)*  **17-50877**
_____Name_____

| | | |
|---|---|---|
| 8.8. | **Prepaid raw materials** | $822,469.00 |
| 8.9. | **Innovative Machine Corp. 05/19/2018** | $27,900.00 |
| 8.10. | **Grenzeback Corporation  7/15/16** | $16,756.00 |
| 8.11. | **Superb Industries, Inc.  stock room inventory 7/29/16** | $23,544.00 |
| 8.12. | **Sempa Systems GMbh  9/16/16** | $44,067.12 |
| 8.13. | **Sumitomo Osaka Cement Co., Ltd - engineering support 9/19/16** | $18,686.70 |
| 8.14. | **Miscellanous deposits and prepayments to suppliers (list available upon request)** | $25,000.00 |

9.   **Total of Part 2.**                                                    | $2,782,675.64 |
     Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.   **Raw materials**

20.   **Work in progress**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number *(If known)* **17-50877** |
|---|---|---|
| | Name | |

| 21. | **Finished goods, including goods held for resale** | | | | | |
|---|---|---|---|---|---|---|
| 22. | **Other inventory or supplies** <br> **See attached** | 8/18/2017 | $0.00 | Recent cost | $14,247,943.51 |
| | **Inventory held at Thermotech - see attached** | 9/11/2017 | $97,568.57 | Recent cost | $97,568.57 |
| | **Inventory located at Superb Industries - see attached** | 8/30/2017 | $214,237.32 | Recent cost | $214,237.32 |

| 23. | **Total of Part 5.** | | $14,559,749.40 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Dell Power Edge Server, MES system software, Studio 500 Pro& RS view Studio ME,** | $0.00 | Recent cost | $626,531.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

Debtor    **ALEVO MANUFACTURING, INC.**                              Case number *(If known)*  **17-50877**
       Name

| 43. | **Total of Part 7.** | | | |
|---|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | | **$626,531.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Ford Transit** | $0.00 | N/A | $15,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **Coating Line** | $0.00 | Recent cost | $8,611,974.00 |
| **Welding Line** | $0.00 | Recent cost | $5,663,025.00 |
| **Assembly Line** | $0.00 | Recent cost | $17,181,504.00 |
| **Cell Fill** | $0.00 | Recent cost | $3,356,302.00 |
| **Formation Line** | $0.00 | Recent cost | $7,074,695.00 |
| **Electrolyte Equipment** | $0.00 | Recent cost | $22,756,401.00 |
| **Tooling** | $0.00 | Recent cost | $3,051,451.00 |
| **Other Production Line Equipment** | $0.00 | Recent cost | $220,844.00 |
| **Paste Mixing Equipment** | $0.00 | Recent cost | $864,469.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **ALEVO MANUFACTURING, INC.**                                    Case number *(If known)*  **17-50877**
_____
Name

| | | | |
|---|---|---|---|
| **Material Handling Equipment** | **$0.00** | **Recent cost** | **$1,535,529.00** |
| **Module and Contained Manufacturing** | **$0.00** | **Recent cost** | **$2,159,963.00** |
| **Optima 8300 Cross-flow Spectrometer** | **$94,900.00** | **Recent cost** | **$94,900.00** |

51.  **Total of Part 8.**                                                                                  | **$72,586,057.00** |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **ALEVO MANUFACTURING, INC.**                              Case number *(If known)* **17-50877**
Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $150,339.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,782,675.64 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $14,559,749.40 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $626,531.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $72,586,057.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $90,705,352.96 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $90,705,352.96 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **ALEVO MANUFACTURING, INC.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   **17-50877**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Jonas & Redmann**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**ITEM 1-1 incl. Option 96-1**<br>**1.Tool_01_Pouch-Packing-Cathode-**<br>**CELGARD inkl. 1. Tool Opt.**<br>**A1_Pouch-Packing-Cathode-GLAS**<br>**ITEM 1-2 incl. Option 96-2**<br>**Ser.1,0_01_Pouch-Packing-Cathode-**<br>**CELGARD inkl. Ser.1.0 Opt.**<br>**A1_Pouch-Packing-Cathode-** | **Unknown** | **Unknown** |

**Kaiserin-Augusta-Allee 113 Berlin Germany**
Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**November, 2015**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$0.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **ALEVO MANUFACTURING, INC.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) **17-50877**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Alan Childers**<br>**2512 Applegate Drive**<br>**Concord, NC 28027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $559.73 | $559.73 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Alan DuPree**<br>**3441 Yarmouth Lane**<br>**Gastonia, NC 28056** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $844.04 | $844.04 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$277.20** | **$277.20** |
|---|---|---|---|---|
| | **Alfred Barrier**<br>**303 Melrose Drive**<br>**Concord, NC 28025** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$337.21** | **$337.21** |
|---|---|---|---|---|
| | **Alton Love**<br>**9075 Robinson Church Road**<br>**Harrisburg, NC 28075** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$690.75** | **$690.75** |
|---|---|---|---|---|
| | **Andree Kiser**<br>**3004 Christian Court**<br>**Monroe, NC 28110** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$184.80** | **$184.80** |
|---|---|---|---|---|
| | **Andrew Butler**<br>**2804 Island Point Drive**<br>**Concord, NC 28027** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.27 | $369.27 |
|---|---|---|---|---|
| | **Anita Blackwelder**<br>**610 S. Valley Street**<br>**Landis, NC 28088** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.56 | $23.56 |
|---|---|---|---|---|
| | **April Brown**<br>**3514 Balsam Tree Drive**<br>**Charlotte, NC 28269** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.41 | $245.41 |
|---|---|---|---|---|
| | **Barbara Arico**<br>**3430 Lipe Road**<br>**China Grove, NC 28023** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $694.29 | $694.29 |
|---|---|---|---|---|
| | **Bethany Winecoff**<br>**1535 NC Highway 152 W**<br>**China Grove, NC 28023** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.72 | $72.72 |
|---|---|---|---|---|

**2.11**    Priority creditor's name and mailing address

**Bobby English**
**189 Altondale Drive**
**Statesville, NC 28625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$72.72    $72.72

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12**    Priority creditor's name and mailing address

**Brenden Chatman**
**2720 South Boulevard, Apt. 212**
**Charlotte, NC 28209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$77.73    $77.73

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13**    Priority creditor's name and mailing address

**Brent Giles**
**3101 N McDowell Street**
**Charlotte, NC 28205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$612.81    $612.81

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14**    Priority creditor's name and mailing address

**Brianna Bost**
**200 Castlewood Drive, #1122**
**Salisbury, NC 28147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.70    $29.70

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.31 | $138.31 |
|---|---|---|---|---|

**Bryan Shaver**
**32393 Nanny Drive**
**Albemarle, NC 28001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $982.41 | $982.41 |
|---|---|---|---|---|

**Bryan Zimmerman**
**11208 Bryton Parkway, #12103**
**Huntersville, NC 28078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $570,832.54 | $0.00 |
|---|---|---|---|---|

**Cabarrus County Tax Collector**
**65 Church Street S**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.80 | $184.80 |
|---|---|---|---|---|

**Calvin Gurley**
**11740 Terrill Ridge Drive**
**Davidson, NC 28036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $78.46 | $78.46 |
|---|---|---|---|---|
| | **Candra Mathis**<br>**4381 Winterwood Lane**<br>**Harrisburg, NC 28075** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $184.80 | $184.80 |
|---|---|---|---|---|
| | **Carl Eudy**<br>**32475 Bridge Road**<br>**Mount Pleasant, NC 28124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $229.05 | $229.05 |
|---|---|---|---|---|
| | **Carlena McCrary**<br>**508 Hyde Street**<br>**Kannapolis, NC 28083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $358.56 | $358.56 |
|---|---|---|---|---|
| | **Catherine Edwards**<br>**8310 W Franklin Street**<br>**PO Box 126**<br>**Mount Pleasant, NC 28124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **ALEVO MANUFACTURING, INC.** | | Case number (if known) | **17-50877** |
|---|---|---|---|---|

Name

| 2.23 | Priority creditor's name and mailing address<br>**Cecil Manning**<br>**1435 Barnhardt Road**<br>**China Grove, NC 28023** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $93.45 | $93.45 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address<br>**Cheryl Rakes**<br>**2518 Spencer Avenue**<br>**Gastonia, NC 28054** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $294.49 | $294.49 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address<br>**Christopher Alexander**<br>**1611 Seward Road**<br>**Joliet, IL 60431** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,599.23 | $1,599.23 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address<br>**Christopher Peck**<br>**1423 Hess Road**<br>**Concord, NC 28025** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $304.03 | $304.03 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **ALEVO MANUFACTURING, INC.**

Name

Case number (if known) **17-50877**

| | | |
|---|---|---|
| 2.27 | Priority creditor's name and mailing address<br>**Christopher Roberts**<br>**14070 Harrison Parkway**<br>**Fishers, IN 46038** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$466.44**   **$466.44**

| | | |
|---|---|---|
| 2.28 | Priority creditor's name and mailing address<br>**Corey Bump**<br>**7113 Agava Lane**<br>**Charlotte, NC 28215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$230.11**   **$230.11**

| | | |
|---|---|---|
| 2.29 | Priority creditor's name and mailing address<br>**Dagern Dereselign**<br>**5060 Avent Drive, Apt. 302**<br>**Concord, NC 28027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$1,443.75**   **$1,443.75**

| | | |
|---|---|---|
| 2.30 | Priority creditor's name and mailing address<br>**David Brown**<br>**4129 Fincastle Court**<br>**Charlotte, NC 28215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$106.08**   **$106.08**

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number *(if known)* | **17-50877** |
|---|---|---|---|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$184.80** | **$184.80** |
|---|---|---|---|---|
| | **David Carriere**<br>**4711 Hendrix Court**<br>**Concord, NC 28025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$610.83** | **$610.83** |
|---|---|---|---|---|
| | **David Chilson**<br>**940 Lippard Road**<br>**Salisbury, NC 28146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,443.75** | **$1,443.75** |
|---|---|---|---|---|
| | **David Ellington**<br>**8305 Bradford Road NW**<br>**Concord, NC 28027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$61.81** | **$61.81** |
|---|---|---|---|---|
| | **David Helms**<br>**233 Reids Pecan Drive**<br>**Rockwell, NC 28138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.64 | $116.64 |
|---|---|---|---|---|

**David Rickenbacker**
**1214 Doncastle Court**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | | $138.60 | $138.60 |
|---|---|---|---|---|

**Deborah Graham Bivens Joy**
**6339 River Front Drive**
**Harrisburg, NC 28075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | | $231.00 | $231.00 |
|---|---|---|---|---|

**Deborah Leitch**
**3530 Turner Avenue**
**Kannapolis, NC 28083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | | $429.01 | $429.01 |
|---|---|---|---|---|

**Deborah Sabol**
**7506 Petrea Lane**
**Charlotte, NC 28227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $449.12 | $449.12 |
|---|---|---|---|---|
| | **Dennis Hartsell**<br>**1055 Patterson Road**<br>**Salisbury, NC 28147** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,031.31 | $1,031.31 |
|---|---|---|---|---|
| | **Dwayne Curtis**<br>**4704 Myers Road**<br>**Monroe, NC 28110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $612.61 | $612.61 |
|---|---|---|---|---|
| | **Earl McMillon**<br>**209 Brook Valley Drive**<br>**Salisbury, NC 28147** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1.54 | $1.54 |
|---|---|---|---|---|
| | **Earle Aube**<br>**517 N Graham Street, #2F**<br>**Charlotte, NC 28202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $559.06 | $559.06 |
|---|---|---|---|---|

**Edward McCray**
**4317 Morington Lane**
**Charlotte, NC 28227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.44 | Priority creditor's name and mailing address | | $1,253.08 | $1,253.08 |
|---|---|---|---|---|

**Eric Woodie**
**111 Harbor Point Drive**
**Cherryville, NC 28021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.45 | Priority creditor's name and mailing address | | $652.31 | $652.31 |
|---|---|---|---|---|

**Fonda Hailey**
**2036 Makin Drive**
**Indian Trail, NC 28079**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.46 | Priority creditor's name and mailing address | | $245.41 | $245.41 |
|---|---|---|---|---|

**Gary Greer**
**278 Trillium Street NW**
**Concord, NC 28027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address<br>**Gary Summerlin**<br>**5063 Lacewood Court**<br>**Concord, NC 28025** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $449.12 | $449.12 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address<br>**Gemayel Khan**<br>**4520 Sugarberry Drive, Apt. 716**<br>**Charlotte, NC 28269** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $231.00 | $231.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address<br>**Gregory Grammer**<br>**121 Crestview Drive**<br>**Concord, NC 28027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $230.11 | $230.11 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address<br>**Harold Whitley**<br>**1476 Hickory Avenue**<br>**Albemarle, NC 28001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $277.20 | $277.20 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number *(if known)* | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $449.12 | $449.12 |
|---|---|---|---|---|
| | **Heath Hindman** | *Check all that apply.* | | |
| | **883 Pine Ridge Place SE** | ☐ Contingent | | |
| | **Concord, NC 28025** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No | | |
| | | ☐ Yes | | |

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **PO Box 7346** | ☐ Contingent | | |
| | **Philadelphia, PA 19101-7346** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **For Notice Purposes Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No | | |
| | | ☐ Yes | | |

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $332.64 | $332.64 |
|---|---|---|---|---|
| | **Jackie Threatt** | *Check all that apply.* | | |
| | **107 Kenneth Street** | ☐ Contingent | | |
| | **Monroe, NC 28110** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No | | |
| | | ☐ Yes | | |

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $276.01 | $276.01 |
|---|---|---|---|---|
| | **Jacob Lukach** | *Check all that apply.* | | |
| | **12179 Swift Road** | ☐ Contingent | | |
| | **Oakboro, NC 28129** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No | | |
| | | ☐ Yes | | |

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $168.91 | $168.91 |
|---|---|---|---|---|
| | **James Houpe**<br>**221 S. East Avenue**<br>**Kannapolis, NC 28083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,080.39 | $2,080.39 |
|---|---|---|---|---|
| | **James Martin**<br>**3241 Mount Pleasant Road**<br>**Sherrills Ford, NC 28673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $61.81 | $61.81 |
|---|---|---|---|---|
| | **James Morris**<br>**150 Middle Brook Drive**<br>**Rockwell, NC 28138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1.57 | $1.57 |
|---|---|---|---|---|
| | **James Pierce**<br>**1551 Paddock Circle**<br>**Rockwell, NC 28138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,259.62 | $1,259.62 |
|---|---|---|---|---|

**James Powell**
**4120 Deerfield Drive NW**
**Concord, NC 28027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.80 | $184.80 |
|---|---|---|---|---|

**James Williams**
**132 Northbend Drive**
**Charlotte, NC 28262**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.80 | $96.80 |
|---|---|---|---|---|

**Jason Childers**
**2448 Saguaro Lane**
**Kannapolis, NC 28083**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.00 | $231.00 |
|---|---|---|---|---|

**Jason Williams**
**5201 Paige Road**
**Mount Pleasant, NC 28124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
| --- | --- | --- | --- |
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.00 | $231.00 |
| --- | --- | --- | --- | --- |

**Jeffrey Phillips**
**6005 The Meadows Lane**
**Harrisburg, NC 28075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.41 | $245.41 |
| --- | --- | --- | --- | --- |

**Jeffrey White**
**2431 Mount Pleasant Road W**
**Mount Pleasant, NC 28124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,073.13 | $1,073.13 |
| --- | --- | --- | --- | --- |

**Jennifer Place**
**3894 Willow Grove Lane**
**Concord, NC 28025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.72 | $144.72 |
| --- | --- | --- | --- | --- |

**Jeremy Jalowitz**
**1725 Thompson Drive**
**Concord, NC 28025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

**2.67** | Priority creditor's name and mailing address

**Jerome Singleton**
**3425 Craig Avenue**
**Charlotte, NC 28211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,398.85   $2,398.85

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.68** | Priority creditor's name and mailing address

**Jerry Sanders**
**1150 Stateline Road**
**Clover, SC 29710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$116.64   $116.64

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.69** | Priority creditor's name and mailing address

**Jesse Matthews**
**216 N. Yadkin Avenue**
**Spencer, NC 28159**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$934.53   $934.53

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.70** | Priority creditor's name and mailing address

**Joann Minton**
**10803 Faringford Court**
**Charlotte, NC 28262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$159.65   $159.65

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.31 | $138.31 |
|---|---|---|---|---|

**2.71** Priority creditor's name and mailing address

**Joe Gonzalez**
**12792 Clydesdale Drive**
**Midland, NC 28107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$138.31    $138.31

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.72** Priority creditor's name and mailing address

**John Balog**
**5432 Farmbrook Drive**
**Charlotte, NC 28210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$346.50    $346.50

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.73** Priority creditor's name and mailing address

**John Grunlee**
**113 Piper Drive**
**Pittsburgh, PA 15234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,110.58    $1,110.58

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.74** Priority creditor's name and mailing address

**John Hairfield**
**2360 Westerholt Court**
**Mount Pleasant, NC 28124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$73.80    $73.80

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 19 of 91

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,025.42 | $1,025.42 |
|---|---|---|---|---|
| | **John Patrick**<br>**154 Vale Road**<br>**Mocksville, NC 27028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $148.59 | $148.59 |
|---|---|---|---|---|
| | **John Sybert**<br>**4760 Myers Lane**<br>**Harrisburg, NC 28075** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $410.78 | $410.78 |
|---|---|---|---|---|
| | **Jonathan Burgess**<br>**340 Sunset Drive SE**<br>**Concord, NC 28025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $96.80 | $96.80 |
|---|---|---|---|---|
| | **Joseph Johnson**<br>**195 Marshdale Avenue SW**<br>**Concord, NC 28025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **ALEVO MANUFACTURING, INC.** | | Case number (if known) | **17-50877** |
|---|---|---|---|---|

Name

---

**2.79** | Priority creditor's name and mailing address

**Joseph Myers**
**303 Crescent Street**
**Rockwell, NC 28138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$142.64    $142.64

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.80** | Priority creditor's name and mailing address

**Joshua Lee**
**311 Bost Street**
**Kannapolis, NC 28081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$550.65    $550.65

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.81** | Priority creditor's name and mailing address

**Justin Stone**
**7609 Prairie Rose Lane**
**Huntersville, NC 28078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$141.50    $141.50

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.82** | Priority creditor's name and mailing address

**Kenneth Beeker**
**370 Mountain Road**
**Cleveland, NC 27013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$383.11    $383.11

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,828.83 | $3,828.83 |
|---|---|---|---|---|

**2.83**

Priority creditor's name and mailing address

**Kenneth Wherry**
**5303 Hackberry Lane SW**
**Concord, NC 28027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,828.83    $3,828.83

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.84**

Priority creditor's name and mailing address

**Kentrell Barnes**
**6021 Waterloo Drive**
**Charlotte, NC 28269**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$184.80    $184.80

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.85**

Priority creditor's name and mailing address

**Kevin Mitchell**
**6501 Ashdale Place**
**Charlotte, NC 28215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$61.81    $61.81

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.86**

Priority creditor's name and mailing address

**Keyurbhai Shah**
**6430 Park Pond Drive**
**Charlotte, NC 28262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$231.00    $231.00

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $153.61 | $153.61 |
|---|---|---|---|---|

**Kristi Boyd**
5991 Vinewood Road
Davidson, NC 28036

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $205.02 | $205.02 |
|---|---|---|---|---|

**Kristina Kairat**
211 Old Rockwell Road, Apt. 34
China Grove, NC 28023

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4.80 | $4.80 |
|---|---|---|---|---|

**Kyra Tomlin**
416 Clark Street
Statesville, NC 28677

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $147.84 | $147.84 |
|---|---|---|---|---|

**Lenette Brown**
12652 Tucker Crossing Lane
Charlotte, NC 28273

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number *(if known)* | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,121.89 | $3,121.89 |
|---|---|---|---|---|
| | **Levent Neymen** | *Check all that apply.* | | |
| | **13734 Bramborough Road** | ☐ Contingent | | |
| | **Huntersville, NC 28078** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unpaid PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.00 | $141.00 |
|---|---|---|---|---|
| | **Livia Burleson** | *Check all that apply.* | | |
| | **PO Box 994** | ☐ Contingent | | |
| | **33 Cedar Street** | ☐ Unliquidated | | |
| | **Badin, NC 28009** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unpaid PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $260.71 | $260.71 |
|---|---|---|---|---|
| | **Loretta Foreman** | *Check all that apply.* | | |
| | **2330 Miller Road** | ☐ Contingent | | |
| | **Salisbury, NC 28147** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unpaid PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,214.23 | $2,214.23 |
|---|---|---|---|---|
| | **Lovic Warren** | *Check all that apply.* | | |
| | **509 Brighton Court** | ☐ Contingent | | |
| | **Greensburg, PA 15601** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unpaid PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

**2.95** | Priority creditor's name and mailing address
**Marchelle Ratliff**
**1820 Harris Houston Road, Unit 621772**
**Charlotte, NC 28262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$63.87** | **$63.87**

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.96** | Priority creditor's name and mailing address
**Marie Russell**
**10803 Faringford Court**
**Charlotte, NC 28262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$781.88** | **$781.88**

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.97** | Priority creditor's name and mailing address
**Mark Brown**
**4020 Winter Jasmine Place**
**Kannapolis, NC 28081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1.54** | **$1.54**

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.98** | Priority creditor's name and mailing address
**Martha Thibault**
**137 Sport Court Way**
**Mooresville, NC 28117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$320.19** | **$320.19**

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor | **ALEVO MANUFACTURING, INC.** |
| | Name |

Case number (if known)  **17-50877**

---

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,679.91 | $1,679.91 |
|---|---|---|---|---|

**Martin Salazar**
**326 Mount Side Way**
**Fort Mill, SC 29715**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.81 | $61.81 |
|---|---|---|---|---|

**Mary Felder**
**105 Taunton Court, #15**
**Concord, NC 28027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,208.68 | $2,208.68 |
|---|---|---|---|---|

**Matthew Shettel**
**655 Ottawa Drive**
**Rock Hill, SC 29732**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $699.66 | $699.66 |
|---|---|---|---|---|

**Michael Buchanan**
**9237 Glenashley Drive**
**Cornelius, NC 28031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.00 | $51.00 |
|---|---|---|---|---|

**Michael Kopsick**
**1901 Pennsylvania Avenue**
**Kannapolis, NC 28083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | | $321.91 | $321.91 |
|---|---|---|---|---|

**Nathan Stark**
**1459 Ontario Drive**
**Kannapolis, NC 28083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | | $188.94 | $188.94 |
|---|---|---|---|---|

**Nathaniel Grant**
**2056 Samantha Drive**
**Kannapolis, NC 28083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | | $1,463.00 | $1,463.00 |
|---|---|---|---|---|

**Neha Bavishi**
**1440 Harding Place, Apt. 639**
**Charlotte, NC 28204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $695.11 | $695.11 |
|---|---|---|---|---|

**Nicholas Frysinger**
**7360 Gilead Road**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $156.79 | $156.79 |
|---|---|---|---|---|

**Nicholas Perdue**
**1963 Cornatzer Road**
**Mocksville, NC 27028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $633.03 | $633.03 |
|---|---|---|---|---|

**Noha Bailey**
**10824 Clark Street**
**Davidson, NC 28036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $520.81 | $520.81 |
|---|---|---|---|---|

**Norris Elarn**
**315 Kindley Street**
**Lexington, NC 27292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **ALEVO MANUFACTURING, INC.**                          Case number (if known)  **17-50877**

Name

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**North Carolina Department of Revenue**
**Office Services Division**
**Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602-1168**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$418.88** | **$418.88** |
|---|---|---|---|---|

**Patrick Leach**
**3832 Tea Royal Court**
**Charlotte, NC 28215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$141.00** | **$141.00** |
|---|---|---|---|---|

**Phillip Clark**
**16815 Macanthra Drive**
**Charlotte, NC 28213**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,618.85** | **$1,618.85** |
|---|---|---|---|---|

**Pierre Edmonson**
**3978 Long Leaf Court**
**Concord, NC 28025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.67 | $145.67 |
|---|---|---|---|---|

**Richard Edwards**
**5018 Pondview Court**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.00 | $231.00 |
|---|---|---|---|---|

**Ricky Seymour**
**390 Rocky Rick Road**
**Rockwell, NC 28138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $666.35 | $666.35 |
|---|---|---|---|---|

**Robert Campbell**
**802 Cadillac Street**
**Kannapolis, NC 28083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $610.83 | $610.83 |
|---|---|---|---|---|

**Robert Culp**
**118 Log Barn Road**
**Salisbury, NC 28146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (*if known*) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.00 | $231.00 |
|---|---|---|---|---|

**Rocky Baxter**
**209 Kinney Avenue**
**Thomasville, NC 27360**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,413.81 | $1,413.81 |
|---|---|---|---|---|

**Roger Alston**
**1546 Piney Church Road**
**Concord, NC 28025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.43 | $300.43 |
|---|---|---|---|---|

**Ronnie Given**
**21468 Farmers Lane**
**Locust, NC 28097**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.20 | $97.20 |
|---|---|---|---|---|

**Roy Barnes**
**294 Bleachery Court NW**
**Concord, NC 28025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.80 | $154.80 |
|---|---|---|---|---|
| | **Sangitaben Suthar**<br>**10342 Kempsford Drive**<br>**Charlotte, NC 28262** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $694.29 | $694.29 |
|---|---|---|---|---|
| | **Sarah Jacobs**<br>**32033 Highway 24/27**<br>**Albemarle, NC 28001** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.10 | $56.10 |
|---|---|---|---|---|
| | **Sherry Bailey**<br>**788 Jim Elliott Road**<br>**Denton, NC 27239** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $367.81 | $367.81 |
|---|---|---|---|---|
| | **Shikira Jones**<br>**1116 Samuel Adams Circle SW**<br>**Concord, NC 28027** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.81 | $61.81 |
|---|---|---|---|---|

**Stacey Faggart**
**127 Cedar Drive NW**
**Concord, NC 28025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $485.69 | $485.69 |
|---|---|---|---|---|

**Stuart Brandt**
**3906 Burch Bridge Road**
**Burlington, NC 27217**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,472.67 | $1,472.67 |
|---|---|---|---|---|

**Taiwan Funderburk**
**662 Mills Road**
**Pageland, SC 29728**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,347.50 | $1,347.50 |
|---|---|---|---|---|

**Terrell Hampton**
**1860 Gingercake Circle, Apt. 303**
**Rock Hill, SC 29732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.83 | $1.83 |
|---|---|---|---|---|

**Thomas Barnard**
**9706 Dark Crystal Court**
**Huntersville, NC 28078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.06 | $1.06 |
|---|---|---|---|---|

**Tonya Kettler**
**515 Robert Hargrave**
**Lexington, NC 27292**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,080.39 | $2,080.39 |
|---|---|---|---|---|

**Travis Pickett**
**14201 Maple Hollow Lane**
**Charlotte, NC 28227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.12 | $113.12 |
|---|---|---|---|---|

**Troy Snider**
**8000 Middleton Circle**
**Harrisburg, NC 28075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
| --- | --- | --- | --- |
| | Name | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.67 | $145.67 |
| --- | --- | --- | --- | --- |

**Turner Moore**
**1801 Copperplate Road**
**Charlotte, NC 28262**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.00 | $231.00 |
| --- | --- | --- | --- | --- |

**Tyeisha Campbell**
**2206 Meadecroft Road**
**Charlotte, NC 28214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $337.21 | $337.21 |
| --- | --- | --- | --- | --- |

**Tyler Byrnes**
**1303 Samuel Adams Circle, #1303**
**Concord, NC 28027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.60 | $138.60 |
| --- | --- | --- | --- | --- |

**Tyler George**
**104 Poplar Trail**
**Rockwell, NC 28138**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **U.S. Securities & Exchange Commission**<br>**Office of Reorganization**<br>**950 East Paces Ferry Road, Suite 900**<br>**Atlanta, GA 30326-1382** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$514.81** | **$514.81** |
|---|---|---|---|---|
| | **Vanessa Waller**<br>**1155 Hawkesbury Drive**<br>**China Grove, NC 28023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$74.17** | **$74.17** |
|---|---|---|---|---|
| | **Verner Young**<br>**7895 Georgia Avenue**<br>**Kannapolis, NC 28081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$131.09** | **$131.09** |
|---|---|---|---|---|
| | **Vickie Brinkley**<br>**2714 Hopeton Court**<br>**Monroe, NC 28110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **ALEVO MANUFACTURING, INC.** | | Case number (if known) | **17-50877** |
|---|---|---|---|---|

Name

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $154.80 | $154.80 |
|---|---|---|---|---|

**Vickie Powell**
**810 Summerlake Drive SW**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,681.68 | $3,681.68 |
|---|---|---|---|---|

**Wageh Gendy**
**3184 Rowan Brook Avenue**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $228.94 | $228.94 |
|---|---|---|---|---|

**Wayne Hartsell**
**7999 West Bay Drive**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $184.80 | $184.80 |
|---|---|---|---|---|

**Wesley Corbett**
**111 N. Carolina Drive, Apt. 403**
**Lexington, NC 27292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **ALEVO MANUFACTURING, INC.**                                   Case number (if known)  **17-50877**
        Name

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.48 | $248.48 |
|---|---|---|---|---|

**Wesley Petrea**
**2126 Bertha Street**
**Kannapolis, NC 28083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.81 | $399.81 |
|---|---|---|---|---|

**William Jones**
**123 Pine Lake Drive**
**Clover, SC 29710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.41 | $245.41 |
|---|---|---|---|---|

**Wyatt Blume**
**10650 Stokes Ferry Road**
**Gold Hill, NC 28071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,960.00 |
|---|---|---|---|

**3M Company**
**PO Box 371227**
**Pittsburgh, PA 15250-7227**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

**AC Controls Company Inc.**
**PO Box 63243**
**Charlotte, NC 28263-3243**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number *(if known)* | **17-50877** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,059.14 |
|---|---|---|---|

Accounting Principals, Inc.
Dept CH 14031
Palatine, IL 60055

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,950.84 |
|---|---|---|---|

Action Industrial Supply
924 Cochran Street
Statesville, NC 28677

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,590.75 |
|---|---|---|---|

Adam Ryan
5100 Downing Creek Drive
Charlotte, NC 28269

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid PTO

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.45 |
|---|---|---|---|

ADP Screening & Selection Services, Inc.
PO Box 645177
Cincinnati, OH 45264-5177

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,372.99 |
|---|---|---|---|

Advanced Electronic Services, Inc.
101 Technology Lane
Mount Airy, NC 27030

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $283,028.00 |
|---|---|---|---|

Advanced Lithium Electrochemistry Co.
2-1, Hsing Hua Road
Taoyuan City, 33068
Taiwan, Province of China

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,840.00 |
|---|---|---|---|

Advanced Machining & Tooling, LLC
215 Forbes Avenue
Salisbury, NC 28147

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,460.00** |
|---|---|---|---|

**AERIS Enviromental, Inc.**
**1440 Blueberry Lane**
**Charlotte, NC 28226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,778.70** |
|---|---|---|---|

**Aerotek, Inc.**
**3689 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$105,014.69** |
|---|---|---|---|

**Airgas USA, LLC**
**PO Box 532609**
**Atlanta, GA 30353-2609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$376.99** |
|---|---|---|---|

**Alan Watkins**
**9951 Barnett Road**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,394,091.27** |
|---|---|---|---|

**Alantum Advanced Technology Materials**
**Free Trade Zone IIIB-611660**
**Dalian City, China**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,504.99** |
|---|---|---|---|

**Alevo Battery Technology Materials**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Inter-company AP**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,710,618.00** |
|---|---|---|---|

**Alevo Group S.A.**
**c/o Markus Adler**
**Chief General Counsel**
**Rue des Finettes 110**
**1920 Martigny | Switzerland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Alevo International SA** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,965,414.95** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Inter-company AP** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Alfa International Ent. Ltd.**<br>**6540 Gottardo Court**<br>**Mississauga Canada** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40,216.50** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Allied Bearings & Supply, Inc.**<br>**274 Monroe Street**<br>**Statesville, NC 28677** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$369.78** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Allied Caster & Equipment Co.**<br>**3841 Corporation Circle**<br>**Charlotte, NC 28216** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$401.32** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Allied Electronics, Inc.**<br>**7151 Jack Newell Boulevard South**<br>**Fort Worth, TX 76118** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$609.63** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Ally Financial, Inc.**<br>**PO Box 9001948**<br>**Louisville, KY 40290** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,394.11** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Alton Love**<br>**9075 Robinson Church Road**<br>**Harrisburg, NC 28075** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$751.54** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Unpaid PTO** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number *(if known)* | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,365.00 |
|---|---|---|---|
| | **American Safety Clothing, Inc.** | ☐ Contingent | |
| | **30 East Park Avenue** | ☐ Unliquidated | |
| | **Sellersville, PA 18960-2731** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,441.59 |
|---|---|---|---|
| | **Andree Kiser** | ☐ Contingent | |
| | **3004 Christian Court** | ☐ Unliquidated | |
| | **Monroe, NC 28110** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Unpaid PTO** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $932.01 |
|---|---|---|---|
| | **Anita Blackwelder** | ☐ Contingent | |
| | **610 S. Valley Street** | ☐ Unliquidated | |
| | **Landis, NC 28088** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Unpaid PTO** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,840.71 |
|---|---|---|---|
| | **Anthony Kelly** | ☐ Contingent | |
| | **3106 MBA Court** | ☐ Unliquidated | |
| | **Concord, NC 28027** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Unpaid PTO** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $853.13 |
|---|---|---|---|
| | **Antonio Little** | ☐ Contingent | |
| | **1028 Linder Drive** | ☐ Unliquidated | |
| | **Concord, NC 28027** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Unpaid PTO** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $172.40 |
|---|---|---|---|
| | **Applied Industrial Technologies-Dixie, I** | ☐ Contingent | |
| | **22510 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1225** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $414.94 |
|---|---|---|---|
| | **April Brown** | ☐ Contingent | |
| | **3514 Balsam Tree Drive** | ☐ Unliquidated | |
| | **Charlotte, NC 28269** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Unpaid PTO** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number *(if known)* | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $787.77 |
|---|---|---|---|
| | **Arlen Boyajian** | ☐ Contingent | |
| | **5720 Carnegie Boulevard, #1308** | ☐ Unliquidated | |
| | **Charlotte, NC 28209** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Unpaid PTO__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,058.40 |
|---|---|---|---|
| | **Armstrong Relocation** | ☐ Contingent | |
| | **4400 Westinghouse Boulevard** | ☐ Unliquidated | |
| | **Charlotte, NC 28273** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $55,879.64 |
|---|---|---|---|
| | **Atlas Copco Compressors LLC** | ☐ Contingent | |
| | **3042 Southcross Boulevard, Suite 102** | ☐ Unliquidated | |
| | **Rock Hill, SC 29730** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $593,542.00 |
|---|---|---|---|
| | **ATS Automation Global Services USA, Inc.** | ☐ Contingent | |
| | **730 Fountain St North, Bldg 2** | ☐ Unliquidated | |
| | **Cambridge, ON N3H 4R7** | ☐ Disputed | |
| | **Canada** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,580.39 |
|---|---|---|---|
| | **Automation Technology, Inc.** | ☐ Contingent | |
| | **PO Box 348** | ☐ Unliquidated | |
| | **Charlotte, NC 28206** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41.50 |
|---|---|---|---|
| | **AutomationDirect.com, Inc.** | ☐ Contingent | |
| | **PO Box 402417** | ☐ Unliquidated | |
| | **Atlanta, GA 30384-2417** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,312.00 |
|---|---|---|---|
| | **Bahnson, Inc.** | ☐ Contingent | |
| | **4731 Commercial Park Court** | ☐ Unliquidated | |
| | **Clemmons, NC 27012** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$199.51** |
|---|---|---|---|

**Barbara Arico**
**3430 Lipe Road**
**China Grove, NC 28023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$698.90** |
|---|---|---|---|

**Barbara Davidson**
**1 Buffalo Avenue NW, Apt. 63**
**Concord, NC 28025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98.08** |
|---|---|---|---|

**Barefoot Oil**
**754 Concord Parkway N**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$749.86** |
|---|---|---|---|

**Bearing Distributors**
**PO Box 887**
**Columbia, SC 29202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00** |
|---|---|---|---|

**Bec-Car Printing Co., Inc.**
**128 West Plaza Drive**
**Mooresville, NC 28117**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,851.64** |
|---|---|---|---|

**Bertelkamp Automation Inc.**
**PO Box 11488**
**Knoxville, TN 37939**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$491.76** |
|---|---|---|---|

**Bethany Winecoff**
**1535 NC Highway 152 W**
**China Grove, NC 28023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number *(if known)* | **17-50877** |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,317.12**

**BK Giulini**
**Giulinistrasse 276065**
**Ludwigshafen/Rhein Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,511.62**

**BLR (Business & Legal Resources)**
**PO Box 5094**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Blue Cross Blue Shield**
**PO Box 580017**
**Charlotte, NC 28258-0017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$277.20**

**Bobby English**
**189 Altondale Drive**
**Statesville, NC 28625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$565.49**

**Brandon Dobson**
**3750 Fieldcrest Circle NW**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,321.80**

**Brenntag Mid-South Inc.**
**PO Box 752094**
**Charlotte, NC 28275-2094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,125.03**

**Brett Gale**
**1445 Biggers Cemetery Road**
**Monroe, NC 28110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.14 |
|---|---|---|---|

**Brian McLester**
**1200 Graystone Court**
**Concord, NC 28025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unpaid PTO__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329.85 |
|---|---|---|---|

**Brookfield Ametek**
**11 Commerce Boulevard**
**Middleboro, MA 02346**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $567.94 |
|---|---|---|---|

**Bryan Shaver**
**32393 Nanny Drive**
**Albemarle, NC 28001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unpaid PTO__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $755.19 |
|---|---|---|---|

**Bryan Zimmerman**
**11208 Bryton Parkway, #12103**
**Huntersville, NC 28078**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unpaid PTO__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $483.99 |
|---|---|---|---|

**C&C Boiler Sales and Services, Inc.**
**6000 Preston Lane**
**Charlotte, NC 28270**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162,174.25 |
|---|---|---|---|

**C.H. Robinson Worldwide, Inc. and Subsi**
**PO Box 9121**
**Minneapolis, MN 55480-9121**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |
|---|---|---|---|

**Callaway Industrial Service, Inc.**
**PO Box 3128**
**Mooresville, NC 28117**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $612.88 |
|---|---|---|---|

**CardsandKeyfobs.com**
**PO Box 205**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Career Builders.Com**
**13047 Collectoin Center Drive**
**Chicago, IL 60693-0130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.93 |
|---|---|---|---|

**Carlena McCrary**
**508 Hyde Street**
**Kannapolis, NC 28083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $654.23 |
|---|---|---|---|

**Carlton Stewart**
**905 Dedmon Drive**
**Charlotte, NC 28216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.13 |
|---|---|---|---|

**Carol Staley**
**7322 Daerwood Place**
**Charlotte, NC 28215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471.48 |
|---|---|---|---|

**Carolina Brush Company**
**PO Box 2469**
**Gastonia, NC 28053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,236.29 |
|---|---|---|---|

**Carolina Cat-Power Systems Division**
**PO Box 75054**
**Charlotte, NC 28275-0054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **ALEVO MANUFACTURING, INC.**                                Case number (if known)  **17-50877**
_____
Name

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**Carolinas HealthCare SystemMedical Group**
**920 Church Street North**
**Concord, NC 28025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,810.94 |
|---|---|---|---|

**Carotek, Inc.**
**PO Box 890140**
**Charlotte, NC 28289-0140**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,230.50 |
|---|---|---|---|

**Carrier Corporation**
**PO Box 93844**
**Chicago, IL 60673-3844**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,935.00 |
|---|---|---|---|

**Carter's Machine Co., Inc.**
**540 Lake Lynn Road**
**Concord, NC 28025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,305.72 |
|---|---|---|---|

**Catawba Industrial Rubber Co.**
**4629 Dwight Evans Road**
**Charlotte, NC 28217**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $524.48 |
|---|---|---|---|

**Catherine Barber**
**11718 Stewart Crossing Drive**
**Charlotte, NC 28215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $563.22 |
|---|---|---|---|

**Catherine Edwards**
**8310 W Franklin Street**
**PO Box 126**
**Mount Pleasant, NC 28124**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **ALEVO MANUFACTURING, INC.**
Name

Case number *(if known)*  **17-50877**

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $712.40 |
|---|---|---|---|

**Cecil Manning**
**1435 Barnhardt Road**
**China Grove, NC 28023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 |
|---|---|---|---|

**Center for Occupational Diagnostics, LLC**
**9710 Northcross Center Court**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,193,509.63 |
|---|---|---|---|

**Century Contractors, Inc.**
**5100 Smith Farm Road**
**Matthews, NC 28104**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $618.43 |
|---|---|---|---|

**Chad Nance**
**913 Klondale Avenue**
**Kannapolis, NC 28081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,020.10 |
|---|---|---|---|

**ChemTreat, Inc.**
**15045 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $212.24 |
|---|---|---|---|

**Cheryl Rakes**
**2518 Spencer Avenue**
**Gastonia, NC 28054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,382.29 |
|---|---|---|---|

**Chris Moeller**
**1335 Yorkshire Place**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

**3.80**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$565.49** |
|---|---|---|
| **Christopher Kintz**<br>**5027 Daffodil Lane**<br>**Concord, NC 28025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Unpaid PTO** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.81**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$223.99** |
|---|---|---|
| **Christopher Laney**<br>**217 Beverly Drive NE**<br>**Concord, NC 28025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Unpaid PTO** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.82**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$530.70** |
|---|---|---|
| **Christopher Peck**<br>**1423 Hess Road**<br>**Concord, NC 28025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Unpaid PTO** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.83**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,559.16** |
|---|---|---|
| **Christopher Roberts**<br>**14070 Harrison Parkway**<br>**Fishers, IN 46038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.84**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$977.50** |
|---|---|---|
| **Christy Grant**<br>**919 Littleton Drive**<br>**Concord, NC 28025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Unpaid PTO** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.85**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,212.25** |
|---|---|---|
| **Cimtec Automation LLC**<br>**3030 Whitehall Park Drive**<br>**Charlotte, NC 28273** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.86**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,614.16** |
|---|---|---|
| **Cintas Corp No. 2**<br>**PO Box 630803**<br>**Cincinnati, OH 45263-0803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $65,105.19 |
|---|---|---|---|

**City of Concord - Collections**
PO Box 540469
Charlotte, NC 28258-0469

Date(s) debt was incurred _
Last 4 digits of account number  **Various**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26,404.29 |
|---|---|---|---|

**Civil & Enviromental Consultants, Inc.**
PO Box 644246
Pittsburgh, PA 15264-4246

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,139.25 |
|---|---|---|---|

**Cleatech LLC**
221 W. Dyer Road
Santa Ana, CA 92707

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,173.90 |
|---|---|---|---|

**CNP Technologies, LLC**
806 Tyvola Road
Suite 102
Charlotte, NC 28217

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**CogencyGlobal, Inc.**
10 E 40th Street, 10th Floor
New York, NY 10016

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $195.23 |
|---|---|---|---|

**Colby Meadows**
608 Walter Street
Kannapolis, NC 28083

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,956.27 |
|---|---|---|---|

**Cole-Parmer Instrument Company LLC**
13927 Collections Center Drive
Chicago, IL 60693-0139

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

**3.94**

Nonpriority creditor's name and mailing address
**Corey Bump**
**7113 Agava Lane**
**Charlotte, NC 28215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

$103.43

---

**3.95**

Nonpriority creditor's name and mailing address
**Cort Furniture Rental**
**PO Box 17401**
**Baltimore, MD 21297-1401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,895.31

---

**3.96**

Nonpriority creditor's name and mailing address
**Crystal McGlothlin**
**140 Helenas Way**
**Salisbury, NC 28146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

$282.74

---

**3.97**

Nonpriority creditor's name and mailing address
**Cummins Atlantic LLC**
**PO Box 741295**
**Atlanta, GA 30384-1295**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,270.87

---

**3.98**

Nonpriority creditor's name and mailing address
**Custom Safety Solutions**
**(BS&B Safety Sysems, LLC)**
**7664 West 78th Street**
**Minneapolis, MN 55439**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$17,400.00

---

**3.99**

Nonpriority creditor's name and mailing address
**D A Moore Corporation**
**PO Box 1150**
**Concord, NC 28026-1150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,369.00

---

**3.100**

Nonpriority creditor's name and mailing address
**Dagern Dereselign**
**5060 Avent Drive, Apt. 302**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

$1,443.75

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (*if known*) | **17-50877** |
|---|---|---|---|

Name

---

**3.101** | Nonpriority creditor's name and mailing address

**Dale Paul**
**6401 Loyola Court**
**Charlotte, NC 28227**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

**$1,336.40**

---

**3.102** | Nonpriority creditor's name and mailing address

**Dalton Brandon**
**81 McCurdy Street NW**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

**$908.87**

---

**3.103** | Nonpriority creditor's name and mailing address

**Daniel Eudy**
**627 Loch Lomond Circle**
**Concord, NC 28025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

**$325.89**

---

**3.104** | Nonpriority creditor's name and mailing address

**Darryn Merchant**
**209 Jonathan Court**
**Kannapolis, NC 28083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

**$488.72**

---

**3.105** | Nonpriority creditor's name and mailing address

**David Coward**
**121 Oakwood Avenue**
**Salisbury, NC 28141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

**$456.86**

---

**3.106** | Nonpriority creditor's name and mailing address

**David Ellington**
**8305 Bradford Road NW**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

**$999.52**

---

**3.107** | Nonpriority creditor's name and mailing address

**David Helms**
**233 Reids Pecan Drive**
**Rockwell, NC 28138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

**$66.71**

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124.85 |
|---|---|---|---|

**David Linton**
**PO Box 42242**
**Charlotte, NC 28215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $666.35 |
|---|---|---|---|

**David Newton**
**1070 Bee Line Lane**
**Salisbury, NC 28147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.19 |
|---|---|---|---|

**Deborah Sabol**
**7506 Petrea Lane**
**Charlotte, NC 28227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $405.21 |
|---|---|---|---|

**DecisionPathHR**
**8720 Red Oak Boulevard, Suite 300**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.36 |
|---|---|---|---|

**Dennis Hartsell**
**1055 Patterson Road**
**Salisbury, NC 28147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $353.74 |
|---|---|---|---|

**Devin Lowder**
**506 North Haywood Street**
**Oakboro, NC 28129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $264.96 |
|---|---|---|---|

**DGI Supply, A Do All Company**
**4830 Solution Center**
**Chicago, IL 60677-4008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor     **ALEVO MANUFACTURING, INC.**                                    Case number (if known)    **17-50877**

Name

| | |
|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** |

**Diamond Springs Water Inc.**
**PO Box 667887**
**Charlotte, NC 28266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$1,434.26

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** |

**Dienes Corporation**
**27 West Main Street**
**Spencer, MA 01562**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$128.03

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** |

**Donald Harter**
**13914 Dunslow Court**
**Charlotte, NC 28269**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$2,821.35

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.118 | **Nonpriority creditor's name and mailing address** |

**Dover Flexo Electronic, Inc.**
**217 Pickering Road**
**Rochester, NH 03867**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$703.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.119 | **Nonpriority creditor's name and mailing address** |

**Duke Energy**
**PO Box 1090**
**Charlotte, NC 28201-1090**

Date(s) debt was incurred _

Last 4 digits of account number  **Various**

As of the petition filing date, the claim is: *Check all that apply.*

$202,972.26

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.120 | **Nonpriority creditor's name and mailing address** |

**Dwayne Curtis**
**4704 Myers Road**
**Monroe, NC 28110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$853.30

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.121 | **Nonpriority creditor's name and mailing address** |

**Earl McMillon**
**209 Brook Valley Drive**
**Salisbury, NC 28147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$873.94

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | 17-50877 |
|---|---|---|---|
| | Name | | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$810.77** |
|---|---|---|---|

**Earle Aube**
**517 N Graham Street, #2F**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,504.00** |
|---|---|---|---|

**Eclipse Automation Southeast, LLC**
**2920 Whitehall Park Drive**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,818.51** |
|---|---|---|---|

**Edison Welding Institute**
**Dept L1660**
**Columbus, OH 43221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$518.36** |
|---|---|---|---|

**Edward McCray**
**4317 Morington Lane**
**Charlotte, NC 28227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,102.38** |
|---|---|---|---|

**EIS Inc.**
**File 98059**
**PO Box 98059**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,285.78** |
|---|---|---|---|

**Emergency Medical Products, Inc.**
**25196 Network Place**
**Chicago, IL 60673-1251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,856.03** |
|---|---|---|---|

**Endress + Hauser Inc.**
**Dept 78795**
**PO Box 78000**
**Charlotte, NC 28278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number *(if known)* | **17-50877** |
|---|---|---|---|
| | Name | | |

---

**3.129** | Nonpriority creditor's name and mailing address

**Engineering Search Firm**
**17-611 Weston Road**
**Woodbridge Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$33,400.00**

---

**3.130** | Nonpriority creditor's name and mailing address

**Eric Soots Painting & Trim**
**11670 Pioneer Mill Road**
**Midland, NC 28107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$14,079.70**

---

**3.131** | Nonpriority creditor's name and mailing address

**Erik Seals and Plastics, Inc.**
**46704 Fremont Boulevard**
**Fremont, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,557.23**

---

**3.132** | Nonpriority creditor's name and mailing address

**Eurotainer SA**
**5810 Wilson Road, Suite 200**
**Humble, TX 77396**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,048.00**

---

**3.133** | Nonpriority creditor's name and mailing address

**Ever Bank Commercial Finance, Inc.**
**PO Box 911608**
**Denver, CO 80291-1608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,473.43**

---

**3.134** | Nonpriority creditor's name and mailing address

**Fairborn Equipment Co Inc.**
**PO Box 123**
**Upper Sandusky, OH 43351**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$21,301.00**

---

**3.135** | Nonpriority creditor's name and mailing address

**Fastbolt Corp**
**200 Louis Street**
**South Hackensack, NJ 07606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,033.58**

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number *(if known)* | **17-50877** |
|---|---|---|---|
| | Name | | |

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,941.66** |
|---|---|---|---|

**Fastenal Company**
PO Box 1286
Winona, MN 55987-1286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,747.20** |
|---|---|---|---|

**Fedex**
PO Box 371461
Pittsburgh, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.35** |
|---|---|---|---|

**Fisher Scientific Company, LLC**
PO Box 404705
Atlanta, GA 30384-4705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,869.50** |
|---|---|---|---|

**Flir Commercial Systems, Inc.**
9 Townsend West
Nashua, NH 03063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,507.92** |
|---|---|---|---|

**Fluid Flow Products, Inc.**
PO Box 751278
Charlotte, NC 28275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,093.26** |
|---|---|---|---|

**Fusite B.V.**
Konigweg 167600
Almelo Netherlands

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,326.72** |
|---|---|---|---|

**G4S Secure Solutions (USA), Inc.**
PO Box 277469
Atlanta, GA 30384-7469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $565.49 |
|---|---|---|---|

**Gary Greer**
**278 Trillium Street NW**
**Concord, NC 28027**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,237.40 |
|---|---|---|---|

**GDF**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,385.89 |
|---|---|---|---|

**Gesellschaft Fur Dichtungstechnik mbH**
**Hofwiesen-Strasse 7**
**Brackenheim Germany**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,819.39 |
|---|---|---|---|

**Glasslined Technologies, Inc.**
**1371 Willow Run Road, Suite 104**
**Greensboro, GA 30642**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199.21 |
|---|---|---|---|

**Glenn Henry**
**965 Ed Weaver Road**
**Salisbury, NC 28146**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |
|---|---|---|---|

**GP Rumierz, LLC**
**4024 Windward Drive**
**Tega Cay, SC 29708**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,358.38 |
|---|---|---|---|

**Grainger**
**74336 Brackenheim**
**Palatine, IL 60038**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number *(if known)* | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,845.00 |
|---|---|---|---|
| | **Grant Thornton LLP** <br> **1901 S. Meyers Road, Suite 455** <br> **Oakbrook Terrace, IL 60181** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,315.57 |
|---|---|---|---|
| | **Graybar Electric Company, Inc.** <br> **2500 Wilkinson Boulevard** <br> **Charlotte, NC 28208** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,441.78 |
|---|---|---|---|
| | **Gregory Dorko** <br> **12914 Sun Rise Lane** <br> **Oakboro, NC 28129** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Unpaid PTO** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186.66 |
|---|---|---|---|
| | **Gregory Grammer** <br> **121 Crestview Drive** <br> **Concord, NC 28027** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Unpaid PTO** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,911.77 |
|---|---|---|---|
| | **Grenzebach Corporation** <br> **10 Herring Road** <br> **Newnan, GA 30265** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $199.53 |
|---|---|---|---|
| | **Harrington Industrial Plastics, LLC** <br> **PO Box 638250** <br> **Cincinnati, OH 45263** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,427.10 |
|---|---|---|---|
| | **Harris Landscaping & Irrigation, Inc.** <br> **4833 Flowes Store Road** <br> **Concord, NC 28025** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **ALEVO MANUFACTURING, INC.**                    Case number (if known)    **17-50877**
_____
Name

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,381.79 |
|---|---|---|---|

**Haz-Mat Enviromental Services, LLC**
PO Box 37392
Charlotte, NC 28237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,225.00 |
|---|---|---|---|

**Health Works**
PO Box 601428
Charlotte, NC 28260-1428

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,914.00 |
|---|---|---|---|

**Heat Treating Services Unlimited, Inc.**
PO Box 1889
Simpsonville, SC 29681

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $968.80 |
|---|---|---|---|

**Heath Hindman**
883 Pine Ridge Place SE
Concord, NC 28025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,031.67 |
|---|---|---|---|

**Hellma Usa Inc.**
80 Skyline Drive
Plainview, NY 11803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,274.79 |
|---|---|---|---|

**Hendrix Business Systems, Inc.**
2040-A Independence Commerce Drive
Matthews, NC 28105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $383.11 |
|---|---|---|---|

**Hugh Bunker**
5319 Hackberry Lane SW
Concord, NC 28027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,472.43 |
|---|---|---|---|

**HYG Financial Services Inc.**
**PO Box 14545**
**Des Moines, IA 50306-3545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,663.00 |
|---|---|---|---|

**iConnect Technologies**
**7136 Weddington Road, Suite 104**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,641.99 |
|---|---|---|---|

**IFM Efector Inc.**
**PO Box 8538-307**
**Philadelphia, PA 19171-0307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277,920.00 |
|---|---|---|---|

**Imerys Graphite & Carbon USA, Inc.**
**C/O T60092U**
**PO Box 66512**
**Chicago, IL 60666-0512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $348,342.14 |
|---|---|---|---|

**Innovative Machine Corporation**
**PO Box 9904**
**Birmingham, AL 35220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,103.02 |
|---|---|---|---|

**Integro Technologies Corp.**
**301 South Main Street**
**Salisbury, NC 28144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,123.37 |
|---|---|---|---|

**Interglas Technologies**
**PF 110389151**
**Erbach Germany**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ALEVO MANUFACTURING, INC.**                                Case number (if known)   **17-50877**
_____
Name

| | | |
|---|---|---|
| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$904.54** |

3.171   Nonpriority creditor's name and mailing address

**Jacob Lukach**
**12179 Swift Road**
**Oakboro, NC 28129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$904.54**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.172   Nonpriority creditor's name and mailing address

**Jaguar Financial Group c/o Chase**
**PO Box 78074**
**Phoenix, AZ 85062-8074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$1,862.08**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.173   Nonpriority creditor's name and mailing address

**James Bravado**
**13101 Angel Oak Drive**
**Huntersville, NC 28078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$459.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.174   Nonpriority creditor's name and mailing address

**James Houpe**
**221 S. East Avenue**
**Kannapolis, NC 28083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$150.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.175   Nonpriority creditor's name and mailing address

**James Martin**
**3241 Mount Pleasant Road**
**Sherrills Ford, NC 28673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$3,396.93**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.176   Nonpriority creditor's name and mailing address

**James Merrifield**
**1113 Jubilee Drive**
**Salisbury, NC 28146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$712.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.177   Nonpriority creditor's name and mailing address

**James Miller**
**15940 Glenmore Road**
**Gold Hill, NC 28071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$341.86**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ALEVO MANUFACTURING, INC.**                              Case number *(if known)*    **17-50877**
_____
Name

| | |
|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** |

**James Morris**
**150 Middle Brook Drive**
**Rockwell, NC 28138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

**$245.41**

---

| | |
|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address** |

**James Orbison**
**620 N. Walnut Street**
**Kannapolis, NC 28081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

**$800.06**

---

| | |
|---|---|
| 3.180 | **Nonpriority creditor's name and mailing address** |

**James Pierce**
**1551 Paddock Circle**
**Rockwell, NC 28138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

**$2,273.82**

---

| | |
|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address** |

**James Popwell**
**109 N. Rose Avenue**
**Kannapolis, NC 28083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

**$250.10**

---

| | |
|---|---|
| 3.182 | **Nonpriority creditor's name and mailing address** |

**Jamie Council**
**2404 Brathay Court**
**Charlotte, NC 28269**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

**$188.50**

---

| | |
|---|---|
| 3.183 | **Nonpriority creditor's name and mailing address** |

**Janique Ebanks**
**4318 Kellybrook Drive**
**Concord, NC 28025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

**$327.79**

---

| | |
|---|---|
| 3.184 | **Nonpriority creditor's name and mailing address** |

**Jason Childers**
**2448 Saguaro Lane**
**Kannapolis, NC 28083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

**$232.41**

---

| Debtor | **ALEVO MANUFACTURING, INC.** | | Case number *(if known)* | **17-50877** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $235.62 |
| --- | --- | --- | --- |

**Jeffrey White**
**2431 Mount Pleasant Road W**
**Mount Pleasant, NC 28124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,493.22 |
| --- | --- | --- | --- |

**Jennifer Place**
**3894 Willow Grove Lane**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.13 |
| --- | --- | --- | --- |

**Jeremy Jalowitz**
**1725 Thompson Drive**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.35 |
| --- | --- | --- | --- |

**Jesse Matthews**
**216 N. Yadkin Avenue**
**Spencer, NC 28159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.79 |
| --- | --- | --- | --- |

**Joe Gonzalez**
**12792 Clydesdale Drive**
**Midland, NC 28107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133.27 |
| --- | --- | --- | --- |

**John High**
**4413 Polk Ford Road**
**Stanfield, NC 28163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $748.84 |
| --- | --- | --- | --- |

**John Patrick**
**154 Vale Road**
**Mocksville, NC 27028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $573.14 |
|---|---|---|---|

**John Scherlen**
**1630 Bellevue Road**
**Salisbury, NC 28144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,156.33 |
|---|---|---|---|

**John Sybert**
**4760 Myers Lane**
**Harrisburg, NC 28075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,136.81 |
|---|---|---|---|

**Johnson Controls Inc.**
**9844 Southern Pines Boulevard, Suite 8**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $577,255.53 |
|---|---|---|---|

**Jonas & Redmann**
**Kaiserin-Augusta-Allee 113**
**Berlin Germany**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.77 |
|---|---|---|---|

**Joseph Depasquale**
**35082 Cowder Road**
**New London, NC 28127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $295.19 |
|---|---|---|---|

**Joseph Johnson**
**195 Marshdale Avenue SW**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,648.16 |
|---|---|---|---|

**Joseph Myers**
**303 Crescent Street**
**Rockwell, NC 28138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,004.77 |
|---|---|---|---|

**Joseph Smith**
**2792 Odell School Road**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,325.14 |
|---|---|---|---|

**Joshua Lee**
**311 Bost Street**
**Kannapolis, NC 28081**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $623.93 |
|---|---|---|---|

**Joy Utley**
**522 Cabarrus Avenue W**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $487.60 |
|---|---|---|---|

**Judy Jones**
**PO Box 599**
**Woodleaf, NC 27054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $769.03 |
|---|---|---|---|

**Justin Stone**
**7609 Prairie Rose Lane**
**Huntersville, NC 28078**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $481.40 |
|---|---|---|---|

**Keith Flack**
**145 Overbrook Drive NE**
**Concord, NC 28025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518.36 |
|---|---|---|---|

**Kenneth Beeker**
**370 Mountain Road**
**Cleveland, NC 27013**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

**3.206** | Nonpriority creditor's name and mailing address
**Kenneth Hill**
**5940 Princeton Avenue**
**Kannapolis, NC 28081**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

**$638.93**

---

**3.207** | Nonpriority creditor's name and mailing address
**Kenneth Wherry**
**5303 Hackberry Lane SW**
**Concord, NC 28027**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

**$9,906.75**

---

**3.208** | Nonpriority creditor's name and mailing address
**Ketchie, Inc.**
**201 Winecoff School Road**
**Concord, NC 28027**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$1,597.64**

---

**3.209** | Nonpriority creditor's name and mailing address
**Kevin Mitchell**
**6501 Ashdale Place**
**Charlotte, NC 28215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

**$165.85**

---

**3.210** | Nonpriority creditor's name and mailing address
**Keyence Corporation of America**
**Dept CH 17128**
**Palatine, IL 60055-7128**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$907.50**

---

**3.211** | Nonpriority creditor's name and mailing address
**Kristi Boyd**
**5991 Vinewood Road**
**Davidson, NC 28036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

**$188.50**

---

**3.212** | Nonpriority creditor's name and mailing address
**Kristina Kairat**
**211 Old Rockwell Road, Apt. 34**
**China Grove, NC 28023**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

**$653.31**

---

Debtor    **ALEVO MANUFACTURING, INC.**                                    Case number (if known)    **17-50877**

Name

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,850.18 |
|---|---|---|---|

**Kumatec Sondermaschinebau &**
**Kunstoffverarbeitung GmbH**
**IndustriestraBe 1496524**
**Neuhaus-Shierschnitz Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429.01 |
|---|---|---|---|

**Kurt Sowers**
**10491 Troutman Road**
**Midland, NC 28107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Unpaid PTO__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,640.12 |
|---|---|---|---|

**Larry Hensley**
**6886 Locke Drive**
**Sherrills Ford, NC 28673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Unpaid PTO__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $485.00 |
|---|---|---|---|

**Lee Spring Company LLC**
**140 58th Street, Suite 3C**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,229.70 |
|---|---|---|---|

**Legacy Concord Land, LLC**
**5020 Avent Drive NW**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,960.00 |
|---|---|---|---|

**Let It Shine Cleaning Sv.**
**3906 Caldwell Ridge Parkway**
**Charlotte, NC 28213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $394,756.27 |
|---|---|---|---|

**Leukert GmbH**
**Reiftrager Weg 39**
**Kaufbeuren, 87600**
**Germany**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **ALEVO MANUFACTURING, INC.**    Case number (if known)    **17-50877**
Name

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,153.43 |
|---|---|---|---|

**Liftone LLC**
PO Box 602727
Charlotte, NC 28260-2727

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,212.93 |
|---|---|---|---|

**Lincoln County Fabricators, Inc.**
513 Jason Road
Lincolnton, NC 28092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206.16 |
|---|---|---|---|

**Lisa Howard**
8619 Rock Hole Road
Stanfield, NC 28163

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,337.35 |
|---|---|---|---|

**Londa Carroll**
4144 Whitney Place
Concord, NC 28027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unearned PTO__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $433.60 |
|---|---|---|---|

**Loretta Foreman**
2330 Miller Road
Salisbury, NC 28147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

**M+W U.S., Inc.**
1001 Klein Road, Suite 400
Plano, TX 75074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,555.49 |
|---|---|---|---|

**M.C. Schroeder Equipment Company Inc.**
PO Box 1089
Denver, NC 28037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number *(if known)* | **17-50877** |
|---|---|---|---|
| | Name | | |

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$370.60**

**Mackenzie Teague**
**4976 Astonshire Lane**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$194.78**

**Marchelle Ratliff**
**1820 Harris Houston Road, Unit 621772**
**Charlotte, NC 28262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,574.23**

**Margie Salamanchuk**
**613 Walter Street**
**Kannapolis, NC 28083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.19**

**Marie Russell**
**10803 Faringford Court**
**Charlotte, NC 28262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$829.23**

**Mark Brown**
**4020 Winter Jasmine Place**
**Kannapolis, NC 28081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,149.91**

**Marposs Corporation**
**3300 Cross Creek Parkway**
**Auburn Hills, MI 48326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$876.76**

**Martin Salazar**
**326 Mount Side Way**
**Fort Mill, SC 29715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $235.62 |
|---|---|---|---|

**Matthew English**
**189 Atondale Drive**
**Statesville, NC 28625**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,435.70 |
|---|---|---|---|

**Matthew Shettel**
**655 Ottawa Drive**
**Rock Hill, SC 29732**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,390.20 |
|---|---|---|---|

**McMaster-Carr Supply Company**
**PO Box 7690**
**Chicago, IL 60680-7690**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $62,080.66 |
|---|---|---|---|

**McNaughton-McKay Electric Southeast Inc.**
**PO Box 890976**
**Charlotte, NC 28289**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $643.95 |
|---|---|---|---|

**Mec-Tric Control Company Inc.**
**4110 Monroe Road**
**Charlotte, NC 28205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,540.80 |
|---|---|---|---|

**Meier Prozesstechnik GmbH**
**Vennweg 846395**
**Bochalt Germany**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,975.00 |
|---|---|---|---|

**Melissa Stone**
**316 Armour Street**
**Davidson, NC 28036**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.30** |
|---|---|---|---|
| | **Metrohm USA, Inc.** | ☐ Contingent | |
| | **6555 Pelican Creek Circle** | ☐ Unliquidated | |
| | **Riverview, FL 33578** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$629.00** |
|---|---|---|---|
| | **Michael Buchanan** | ☐ Contingent | |
| | **9237 Glenashley Drive** | ☐ Unliquidated | |
| | **Cornelius, NC 28031** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$571.30** |
|---|---|---|---|
| | **Michael Lang** | ☐ Contingent | |
| | **516 Union Street S** | ☐ Unliquidated | |
| | **Concord, NC 28025** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Unpaid PTO** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,068.28** |
|---|---|---|---|
| | **Michelle Nuckols** | ☐ Contingent | |
| | **3027 Talladega Lane** | ☐ Unliquidated | |
| | **Concord, NC 28025** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Unpaid PTO** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,293.46** |
|---|---|---|---|
| | **Microsoft Corporation** | ☐ Contingent | |
| | **1950 N Stemmons Freeway** | ☐ Unliquidated | |
| | **Suite 5010 LB #842467** | ☐ Disputed | |
| | **Dallas, TX 75207** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,622.33** |
|---|---|---|---|
| | **Mine Safety Appliances Company LLC** | ☐ Contingent | |
| | **PO Box 640348** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15264** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,150.48** |
|---|---|---|---|
| | **Mistras Services Division** | ☐ Contingent | |
| | **PO Box 405694** | ☐ Unliquidated | |
| | **Atlanta, GA 30384-5694** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **ALEVO MANUFACTURING, INC.**                                            Case number (if known)   **17-50877**
         Name

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.34 |
|---|---|---|---|

**Msc Industrial Supply**
PO Box 953635
Saint Louis, MO 63195-3635

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,322.03 |
|---|---|---|---|

**MSS Fire & Safety, LLC**
PO Box 538178
Atlanta, GA 30353

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,570.00 |
|---|---|---|---|

**My Townhome LLC**
1500 South Boulevard, Suite 101 B
Charlotte, NC 28203

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $347.00 |
|---|---|---|---|

**Nathan Stark**
1459 Ontario Drive
Kannapolis, NC 28083

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.65 |
|---|---|---|---|

**Nathaniel Grant**
2056 Samantha Drive
Kannapolis, NC 28083

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,152.00 |
|---|---|---|---|

**National Vision, Inc.**
PO Box 957505
Duluth, GA 30095

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**NCDENR Div of Wast Management**
1646 Mail Service Center
Raleigh, NC 27699

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$685.59** |
|---|---|---|---|

**NCDMV**
**PO Box 29620**
**Raleigh, NC 27626-0620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,857.60** |
|---|---|---|---|

**NEDEC America Corporation**
**2251 Nicholas Boulevard**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,072.46** |
|---|---|---|---|

**Neha Bavishi**
**1440 Harding Place, Apt. 639**
**Charlotte, NC 28204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,562.50** |
|---|---|---|---|

**New Electric Charlotte, LLC**
**1715 Orr Industrial Court**
**Charlotte, NC 28213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$160.64** |
|---|---|---|---|

**Nicholas Frysinger**
**7360 Gilead Road**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$118.97** |
|---|---|---|---|

**Nicholas Perdue**
**1963 Cornatzer Road**
**Mocksville, NC 27028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$716.65** |
|---|---|---|---|

**Nolan Kuhn**
**3309 Caralea Valley Drive**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **ALEVO MANUFACTURING, INC.**                               Case number (if known)   **17-50877**
_____
Name

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,877.40 |
|---|---|---|---|

**Nordson EFD LLC**
**PO Box 777959**
**Chicago, IL 60677-7009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282.74 |
|---|---|---|---|

**Norris Elarn**
**315 Kindley Street**
**Lexington, NC 27292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,050.00 |
|---|---|---|---|

**Nuvation Research Corporation**
**151 Gibraltar Court**
**Sunnyvale, CA 94089-1301**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,100.00 |
|---|---|---|---|

**Optima Engineering**
**1927 S Tryon Street, Suite 300**
**Charlotte, NC 28203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $433.91 |
|---|---|---|---|

**Oupangna Soratana**
**2534 Mountain Laurel Avenue NW**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253,911.50 |
|---|---|---|---|

**P.C. Godfrey, Inc.**
**1816 Rozzelles Ferry Rd**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,163.15 |
|---|---|---|---|

**Parker Hannifin Corporation**
**7851 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | 17-50877 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $273.28 |
|-------|---|---|---|

**Patricia Bass**
**1406 Forest Park Drive**
**Statesville, NC 28677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $65,959.17 |
|-------|---|---|---|

**Perigon International**
**13816 E Independence Blvd**
**Indian Trail, NC 28079**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $376.99 |
|-------|---|---|---|

**Phyllis Phifer**
**102 Elmhurst Lane**
**Mooresville, NC 28115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $96.82 |
|-------|---|---|---|

**Piedmont Natural Gas Co, Inc.**
**PO Box 660920**
**Dallas, TX 75266-0920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,572.31 |
|-------|---|---|---|

**Pierre Edmonson**
**3978 Long Leaf Court**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26,630.62 |
|-------|---|---|---|

**Poonam Prajapati**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $44,574.74 |
|-------|---|---|---|

**Process Technical Sales, Inc.**
**PO Box 25069**
**Greenville, SC 29616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ALEVO MANUFACTURING, INC.**                                 Case number (if known)   **17-50877**
_____
Name

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,471.87 |
|---|---|---|---|

**Production Engineering**
**1344 Woodman Drive**
**Dayton, OH 45432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,857.25 |
|---|---|---|---|

**Project Integration, Inc.**
**PO Box 170065**
**Spartanburg, SC 29301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,633.29 |
|---|---|---|---|

**PSNC Energy**
**PO Box 100256**
**Columbia, SC 29209-3256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **Various**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,617.66 |
|---|---|---|---|

**Pureflow, Inc.**
**1241 Jay Lane**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,286.94 |
|---|---|---|---|

**R.L. Kunz, Inc.**
**PO Box 5875**
**Greenville, SC 29606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,639.24 |
|---|---|---|---|

**Radio Communications Company**
**PO Box 68**
**Cary, NC 27512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $408.82 |
|---|---|---|---|

**Randall Davis**
**3066 Clover Road NW**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,272.59**

**Randy File**
**1090 Dutchmans Point**
**Salisbury, NC 28146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,139.50**

**Rapid-Rooter Plumbing Service, Inc.**
**PO Box 562002**
**Charlotte, NC 28256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,750.00**

**Reaction Search International Inc.**
**5000 Executive Parkway, Suite 450**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$422,951.30**

**Recore Electrical Contractors, Inc.**
**PO Box 1972**
**Gastonia, NC 28053-1972**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00**

**Red Dynamics, Inc.**
**2173 Hawkins Street, Unit E**
**Charlotte, NC 28203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.288** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,610.53**

**Rhinehart Fire Services**
**22 Piney Park Road, Unit G**
**Asheville, NC 28806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.289** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,244.23**

**Richard Edwards**
**5018 Pondview Court**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com |

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number *(if known)* | **17-50877** |
|---|---|---|---|
| | Name | | |

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$222.12** |
|---|---|---|---|

**Richard Withey**
**127 Lauren Drive**
**Indian Trail, NC 28079**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,043.05** |
|---|---|---|---|

**Rick Turner**
**114 W. Glenview Avenue**
**Salisbury, NC 28147**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,436.93** |
|---|---|---|---|

**Ricky Sutten**
**112 Cumberland Court SW**
**Concord, NC 28025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$282.73** |
|---|---|---|---|

**Robert Hammel**
**142 Spencer Avenue**
**Concord, NC 28025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,475.08** |
|---|---|---|---|

**Robert Maple**
**7217 Cedarfield Road**
**Charlotte, NC 28227**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.50** |
|---|---|---|---|

**Robert Nipper**
**238 Spring Street SW**
**Concord, NC 28025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$891.22** |
|---|---|---|---|

**Roger Alston**
**1546 Piney Church Road**
**Concord, NC 28025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

**3.297** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.03**
---|---|---|---

Ronnie Given
21468 Farmers Lane
Locust, NC 28097

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,824.90**

Ryeco, Inc.
810 Pickens Industrial Drive
Marietta, GA 30062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,220.04**

S & D Coffee Inc.
PO Box 1628
Concord, NC 28026-1628

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$247,950.00**

Saint-Gobain Performance Plastics Corp
PO Box 743699
Atlanta, GA 30374-3699

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157.11**

Sarah Burgess
216 Hahn Place SE
Concord, NC 28025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$611.76**

Sarah Jacobs
32033 Highway 24/27
Albemarle, NC 28001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,091.02**

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ALEVO MANUFACTURING, INC.**                    Case number (if known)   **17-50877**
　　　　　　　Name

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,802.03 |
|---|---|---|---|

**Schlenk**
**Barnsdorfer HauptsraBe 5**
**91154 Roth**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,071.57 |
|---|---|---|---|

**Sempa Systems GmbH**
**GrenzstraBe 131109**
**Dresden Germany**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,812.85 |
|---|---|---|---|

**SFA Fire Protection, Inc.**
**4809 S Main Street**
**Salisbury, NC 28147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,000.00 |
|---|---|---|---|

**Sherpa LLC**
**1001 Morehead Square Drive, Suite 600**
**Charlotte, NC 28203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,106.81 |
|---|---|---|---|

**SHI International Corp**
**PO Box 952121**
**Dallas, TX 75395-2121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278.15 |
|---|---|---|---|

**Shikira Jones**
**1116 Samuel Adams Circle SW**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Unpaid PTO

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.13 |
|---|---|---|---|

**Shikira Jones**
**1116 Samuel Adams Circle SW**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ALEVO MANUFACTURING, INC.**                          Case number (if known)   **17-50877**
         Name

---

**3.311**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: Check all that apply.                **$152,907.72**
Siemens Industry, Inc.                              ☐ Contingent
2201 Crownppoint Executive Drive                    ☐ Unliquidated
Bldg 2, Ste K                                       ☐ Disputed
Charlotte, NC 28227
                                                    Basis for the claim:  **Trade Debt**
Date(s) debt was incurred __
                                                    Is the claim subject to offset? ■ No  ☐ Yes
Last 4 digits of account number __

---

**3.312**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: Check all that apply.                **$284,342.36**
Solith                                              ☐ Contingent
Via Fattori 6 40033                                 ☐ Unliquidated
Casalecchio di Reno                                 ■ Disputed
Italy
                                                    Basis for the claim:  **Trade Debt**
Date(s) debt was incurred __
                                                    Is the claim subject to offset? ■ No  ☐ Yes
Last 4 digits of account number __

---

**3.313**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: Check all that apply.                **$8,022.00**
Soltex, Inc.                                        ☐ Contingent
PO Box 204668                                       ☐ Unliquidated
Dallas, TX 75320-4668                               ☐ Disputed

Date(s) debt was incurred __                        Basis for the claim: __

Last 4 digits of account number __                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.314**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: Check all that apply.                **$60.42**
Southeastern Freight Lines, Inc.                    ☐ Contingent
PO Box 100104                                       ☐ Unliquidated
Columbia, SC 29202-3104                             ☐ Disputed

Date(s) debt was incurred __                        Basis for the claim: __

Last 4 digits of account number __                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.315**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: Check all that apply.                **$161,785.67**
Sovema S.P.A.                                       ☐ Contingent
Via Spagna 13, 37069                                ☐ Unliquidated
Villafranca di Verona VR                            ■ Disputed
Italy
                                                    Basis for the claim:  **Trade Debt**
Date(s) debt was incurred __
                                                    Is the claim subject to offset? ■ No  ☐ Yes
Last 4 digits of account number __

---

**3.316**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: Check all that apply.                **$23,626.16**
Spiroflow Systems, Inc.                             ☐ Contingent
1609 Airport Road                                   ☐ Unliquidated
Monroe, NC 28110                                    ■ Disputed

Date(s) debt was incurred __                        Basis for the claim: __

Last 4 digits of account number __                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.317**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: Check all that apply.                **$53.86**
Stacey Faggart                                      ☐ Contingent
127 Cedar Drive NW                                  ☐ Unliquidated
Concord, NC 28025                                   ☐ Disputed

Date(s) debt was incurred __                        Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number __                  Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,939.83 |
|---|---|---|---|

**Staff Masters**
**PO Box 19306**
**Charlotte, NC 28219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,992.69 |
|---|---|---|---|

**Stanley Honeycutt**
**6156 Gold Hill Road**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,530.00 |
|---|---|---|---|

**Stanley Honeycutt**
**6156 Gold Hill Road**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,404.82 |
|---|---|---|---|

**Staples**
**Dept. ATL**
**PO Box 405386**
**Atlanta, GA 30384-5386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,369.07 |
|---|---|---|---|

**State Electric Supply Co.**
**PO Box 890889**
**Charlotte, NC 28289-0889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.60 |
|---|---|---|---|

**Stephen Hall**
**2308 Coneflower**
**Charlotte, NC 28213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,371.16 |
|---|---|---|---|

**Stephen Hall**
**2308 Coneflower Drive**
**Charlotte, NC 28213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

**3.325** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,134.16**

**Stephen Winger**
**1611 Rustic Arch Way**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.326** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$243.78**

**Stockcap**
**123 Manufacturers Drive**
**Arnold, MO 63010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.327** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.06**

**Stuart Pope**
**7596 Flowes Store Road**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.328** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,693.21**

**Sunbelt Rentals, Inc.**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$132,771.62**

**Superb Industries, Inc.**
**100 Innovation Plaza**
**Sugarcreek, OH 44681**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.330** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,918.97**

**Superior Service & Supply**
**PO Box 5753**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,416.90**

**Swagelok North Carolina | East Tennessee**
**221 Beltway Boulevard**
**Matthews, NC 28104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Schedule E/F: Creditors Who Have Unsecured Claims |

| |

| Debtor | **ALEVO MANUFACTURING, INC.** | | Case number (if known) | **17-50877** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.41 |
|---|---|---|---|

**Taiwan Funderburk**
662 Mills Road
Pageland, SC 29728

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,980.00 |
|---|---|---|---|

**Tencarva Machinery Company LLC**
PO Box 409897
Atlanta, GA 30384

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.36 |
|---|---|---|---|

**Tera Stroud**
PO Box 225
Landis, NC 28088

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.81 |
|---|---|---|---|

**Termaine Thompson**
7321 Crossridge Road
Charlotte, NC 28214

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $925.00 |
|---|---|---|---|

**Terminix Service, Inc.**
3612 Fernandia Road
Columbia, SC 29210

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,881.66 |
|---|---|---|---|

**The Massey Company, Inc.**
9006-A Permiter Woods Drive
Charlotte, NC 28216

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,115.84 |
|---|---|---|---|

**Thermotech LLC**
1302 S 5th Street
Hopkins, MN 55343

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$90,067.00** |
|---|---|---|---|

**Thomas Barnard**
**9706 Dark Crystal Court**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,764.40** |
|---|---|---|---|

**Thompson Construction Group, Inc.**
**100 N Main Street**
**Sumter, SC 29150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,145.30** |
|---|---|---|---|

**Tim Lowman**
**3050 Agner Road**
**Salisbury, NC 28146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,142.85** |
|---|---|---|---|

**Time Warner**
**PO Box 70872**
**Charlotte, NC 28272-0872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$153.61** |
|---|---|---|---|

**Timothy Vines**
**136 Northbend Drive, Apt. F**
**Charlotte, NC 28262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,753.85** |
|---|---|---|---|

**Tongrun International, LLC**
**3522 Sam Rayburn Highway**
**Melissa, TX 75454**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$737.21** |
|---|---|---|---|

**Tonya Kettler**
**515 Robert Hargrave**
**Lexington, NC 27292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

**3.346** Nonpriority creditor's name and mailing address

**Travis Pickett**
**14201 Maple Hollow Lane**
**Charlotte, NC 28227**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

**$1,865.77**

---

**3.347** Nonpriority creditor's name and mailing address

**Turner Moore**
**1801 Copperplate Road**
**Charlotte, NC 28262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

**$1,849.04**

---

**3.348** Nonpriority creditor's name and mailing address

**Tyler Byrnes**
**1303 Samuel Adams Circle, #1303**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

**$207.47**

---

**3.349** Nonpriority creditor's name and mailing address

**Uline, Inc.**
**PO Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,104.20**

---

**3.350** Nonpriority creditor's name and mailing address

**United States Treasury**
**1901 Cross Beam Drive**
**Charlotte, NC 28217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$716.42**

---

**3.351** Nonpriority creditor's name and mailing address

**United Way of Central Carolina's, Inc.**
**PO Box 890685**
**Charlotte, NC 28289-0685**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,317.88**

---

**3.352** Nonpriority creditor's name and mailing address

**Valencia Caldwell**
**3879 Sarah Drive NW**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

**$361.08**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,042.11** |
|---|---|---|---|

**Vanessa Waller**
**1155 Hawkesbury Drive**
**China Grove, NC 28023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,658.00** |
|---|---|---|---|

**Verantis Corporation**
**7251 Engle Road, Suite 300**
**Middleburg Heights, OH 44130**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,539.34** |
|---|---|---|---|

**Verizon**
**PO Box 660108**
**Dallas, TX 75266-0108**

Date(s) debt was incurred _

Last 4 digits of account number  **Various**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$776.26** |
|---|---|---|---|

**Verner Young**
**7895 Georgia Avenue**
**Kannapolis, NC 28081**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$487.60** |
|---|---|---|---|

**Vickie Brinkley**
**2714 Hopeton Court**
**Monroe, NC 28110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,671.54** |
|---|---|---|---|

**Wageh Gendy**
**3184 Rowan Brook Avenue**
**Henderson, NV 89052**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,241.08** |
|---|---|---|---|

**Waggoner Manufacturing Co., Inc.**
**1065 Hall Road**
**Mount Ulla, NC 28125**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329.87 |
|---|---|---|---|

**Walter Norton**
**14825 Bethel Avenue Ext**
**Midland, NC 28107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,938.25 |
|---|---|---|---|

**Waste Pro of North Carolina, Inc.**
**PO Box 865505**
**Orlando, FL 32886-5505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **Various**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,131.18 |
|---|---|---|---|

**Wayne Hartsell**
**7999 West Bay Drive**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,531.44 |
|---|---|---|---|

**Wesley Petrea**
**2126 Bertha Street**
**Kannapolis, NC 28083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $482.95 |
|---|---|---|---|

**William Greene**
**610 Cedar Farm Road**
**Salisbury, NC 28147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,817.18 |
|---|---|---|---|

**Windstream**
**PO Box 9001908**
**Louisville, KY 40290-1950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **Various**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,285.00 |
|---|---|---|---|

**World International Testing, Inc.**
**2228 Sunset Boulevard, Suite 1**
**Steubenville, OH 43952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | 17-50877 |
|---|---|---|---|
| | Name | | |

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.00 |
|---|---|---|---|

**Wurth Recvar Fasteners, Inc.**
**3845 Thirlane Road**
**Roanoke, VA 24019**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.62 |
|---|---|---|---|

**Wyatt Blume**
**10650 Stokes Ferry Road**
**Gold Hill, NC 28071**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid PTO

Is the claim subject to offset? ■ No ☐ Yes

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $619.11 |
|---|---|---|---|

**Yes Energy Management**
**PO Box 82571**
**Goleta, CA 93118-2571**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**Office of Chief Counsel**<br>**Alamance Building, Mail Stop 24**<br>**4905 Koger Boulevard**<br>**Greensboro, NC 27407-2734** | Line  **2.52**<br><br>☐ Not listed. Explain ____ | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 646,601.55 |
| **5b. Total claims from Part 2** | 5b. + | $ 68,095,708.43 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 68,742,309.98 |

---

**Fill in this information to identify the case:**

Debtor name   **ALEVO MANUFACTURING, INC.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   **17-50877**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Supply Agreement** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Advanced Lithium Electrochemistry Co.** <br> **Aleees** <br> **TWNNo. 2-1. Singuah Rd.** <br> **Taoyuan Dist** <br> **Taoyuan, Taiwan** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **3 Bulk Gas Storage Tanks** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Airgas USA, LLC** <br> **PO Box 532609** <br> **Atlanta, GA 30353-2609** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Long Term Nickel Foam Supply Agreement; entered January 15, 2015, as assigned to Atlantum Advanced Technolgies Materials (Dalian) Co., LTD. on October 23, 2015; Memorandum of Understanding dated October 24, 2015** <br><br> State the term remaining    **1/14/2020** <br><br> List the contract number of any government contract | **Alantum Advanced Technology Materials** <br> **Free Trade Zone IIIB-611660** <br> **Dalian City, China** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **2015 Chevrolet Silverado VIN 16CNCPEH2F2159837 lease dated March 2, 2015, for 39 months.** | **Ally Financial, Inc.** <br> **PO Box 9001948** <br> **Louisville, KY 40290** |

Debtor 1    **ALEVO MANUFACTURING, INC.**                                    Case number *(if known)*    **17-50877**
     First Name            Middle Name           Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining    **10 months** | |
| List the contract number of any government contract | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **2015 Chevrolet Silverado VIN 16CNCPEH4FZ174405; dated March 2, 2015 for 38 months** | |
|---|---|---|---|
| | State the term remaining | **10 months** | |
| | List the contract number of any government contract | | **Ally Financial, Inc.**<br>**PO Box 9001948**<br>**Louisville, KY 40290** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Phase 1 Automation Consulting/PO** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ATS Carolina Inc.**<br>**1510 Cedar Line Drive**<br>**Rock Hill, SC 29730** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order 5/26/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ATS Carolina Inc.**<br>**1510 Cedar Line Drive**<br>**Rock Hill, SC 29730** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order 5/26/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ATS Carolina Inc.**<br>**1510 Cedar Line Drive**<br>**Rock Hill, SC 29730** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Pruchase Order 5/26/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ATS Carolina Inc.**<br>**1510 Cedar Line Drive**<br>**Rock Hill, SC 29730** |

Debtor 1   **ALEVO MANUFACTURING, INC.**
      First Name        Middle Name        Last Name

Case number (*if known*)   **17-50877**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Master Agreement/Revised Bid** | |
| State the term remaining | |
| List the contract number of any government contract | **Century Contractors, Inc.**<br>**5100 Smith Farm Road**<br>**Matthews, NC 28104** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Century Payment Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Century Contractors, Inc.**<br>**5100 Smith Farm Road**<br>**Matthews, NC 28104** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Letter of Guaranty** | |
| State the term remaining | |
| List the contract number of any government contract | **Century Contractors, Inc.**<br>**5100 Smith Farm Road**<br>**Matthews, NC 28104** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Boot and Apparel Program Agreement dated August 8, 2017.** | |
| State the term remaining | |
| List the contract number of any government contract | **Cintas Corp No. 2**<br>**PO Box 630803**<br>**Cincinnati, OH 45263-0803** |

| Debtor 1 | **ALEVO MANUFACTURING, INC.** | | Case number (*if known*) | **17-50877** |
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Corp Apt Furniture:**<br>**Agreement # 671816**<br>**2/10/14  Monthly**<br>**$294.00 17319 N Gemini**<br>**Springs Dr**<br>**Agreement # 696120**<br>**5/9/14  Monthly $303.79**<br>**11213 S Gemini**<br>**Springs Dr**<br>**Agreement # 696123**<br>**5/9/14  Monthly $283.92**<br>**11313 S Gemini**<br>**Springs Dr**<br>**Agreement # 703021**<br>**5/29/14  Monthly**<br>**$303.79 11321 S Gemini**<br>**Springs Dr**<br>**Agreement # 708411**<br>**6/17/2016  Monthly**<br>**$662.72 420 Queens Rd**<br>**Apt 1**<br>**Agreement # 708411**<br>**6/2/2016  Monthly**<br>**$345.14 5060 Avent**<br>**Drive NW, #104**<br>**Agreement # 708411**<br>**6/2/2016  Monthly**<br>**$345.14 5060 Avent**<br>**Drive NW, #106**<br>**Agreement # 708411**<br>**6/27/2016  Monthly**<br>**$148.00 275 Majestry**<br>**Drive, #275**<br>**Agreement # 708411**<br>**8/31/2016  Monthly**<br>**$273.24 280 Kenbrook**<br>**Lane #203**<br>**Agreement # 708411**<br>**9/28/2016  Monthly**<br>**$345.14 5220 Binford St**<br>**#103**<br>**Agreement # 708411**<br>**9/28/2016  Monthly**<br>**$345.14 5220 Binford St**<br>**#201** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cort Furniture Rental**<br>**PO Box 17401**<br>** NC 27297** |

Debtor 1   **ALEVO MANUFACTURING, INC.**                              Case number (*if known*)   **17-50877**
          First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.15.   State what the contract or lease is for and the nature of the debtor's interest

**Various water coolers - Agreement # 78508313: 2/16/15 - 2/16/16 Monthly $3.95 West Support Main Office 2/16/15 - 2/17/16 Monthly $3.95 Tour Center 2/16/15 - 2/18/16 Monthly $3.95 Grounds Maintenance 2/16/15 - 2/19/16 Monthly $3.95 3rd Floor Breakroom 2/16/15 - 2/20/16 Monthly $3.95 Security Control Area 2/16/15 - 2/21/16 Monthly $3.95 Control Room Central 2/16/15 - 2/22/16 Monthly $3.95 Central Receiving 2/16/15 - 2/23/16 Monthly $3.95 Gate B Guard Shack 2/16/15 - 2/24/16 Monthly $3.95 HR/Purchasing Dept 3/6/15 - 3/6/16 Monthly $3.95 Fitness Center 4/6/15 - 4/6/16 Monthly $3.95 M & E Vendor Office 5/18/15 - 5/18/16 Monthly $3.95 Materials/ IT/AA 5/18/15 - 5/18/16 Monthly $3.95 M & E Breakroom**

State the term remaining

List the contract number of any government contract

**Diamond Springs Water Inc.
PO Box 667887
Charlotte, NC 28266**

Debtor 1    **ALEVO MANUFACTURING, INC.**                                          Case number *(if known)*    **17-50877**

First Name          Middle Name          Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Copier - Agreement # 20171314  10/3/2014 - 10/2/2017 Monthly $263.52 Admin** **Copier - Agreement # 20186300  2/13/2015 - 10/12/2018 Monthly $181.45 HR/Purchasing** **Copier - Agreement # 41458209  10/31/2016 - 10/31/2019 Monthly $181.45 Production** **Copier - Agreement # 20266760  10/31/2016 - 10/31/2019 Monthly $181.45 M & E** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ever Bank Commercial Finance, Inc.** **PO Box 911608** **Denver, CO 80291-1608** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lifts - Agreement # 9788649:** **12/11/2014 - 12/11/2018 Monthly $730.54 Materials** **12/11/2014 - 12/11/2018 Monthly $730.54 Materials** **12/11/2014 - 12/11/2018 Monthly $730.54 Materials** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **HYG Financial Services Inc.** **PO Box 14545** **Des Moines, IA 50306-3545** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Floor Scrubber - Agreement # 9788649 12/11/2014 - 12/11/2019 Monthly $421.08 Materials** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **HYG Financial Services Inc.** **PO Box 14545** **Des Moines, IA 50306-3545** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Agreement 6/27/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Innovative Machine Corporation** **PO Box 9904** **Birmingham, AL 35220** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **ALEVO MANUFACTURING, INC.**

First Name          Middle Name          Last Name

Case number (*if known*)   **17-50877**


**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Corp Apt:** <br>**3/3/16 - 3/2/17 Monthly** <br>**$1,035.00 11213 S** <br>**Gemini Springs Dr** <br>**3/1/15 - 3/1/16 Monthly** <br>**Expired 13209 S Gemini** <br>**Springs Dr** <br>**3/3/16 - 3/2/17 Monthly** <br>**$1,100.00 11321 S** <br>**Gemini Springs Dr** <br>**3/1/16 - 2/28/17 Monthly** <br>**$995.00 17319 Blue** <br>**Springs Dr** <br>**3/1/16 - 2/28/17 Monthly** <br>**$1,035.00 11313 S** <br>**Gemini Springs Dr** <br>**4/23/15 - 4/23/16** <br>**Monthly Expired 18201** <br>**Blue Springs Dr** | |
| | State the term remaining | | **Integra Springs, LLC** <br>**4800 Integra Springs Drive** <br>**Kannapolis, NC 28081** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** <br>**8/18/2014** | |
| | State the term remaining | | **Jonas & Redmann** <br>**Kaiserin-Augusta-Allee 113** <br>**Berlin Germany** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Addendum** | |
| | State the term remaining | | **Jonas & Redmann** <br>**Kaiserin-Augusta-Allee 113** <br>**Berlin Germany** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Security Agreement** | |
| | State the term remaining | | **Jonas & Redmann** <br>**Kaiserin-Augusta-Allee 113** <br>**Berlin Germany** |
| | List the contract number of any government contract | | |

Debtor 1   **ALEVO MANUFACTURING, INC.**                                   Case number (*if known*)    **17-50877**
_____                          _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Corp Apt:**<br>**6/1/16 - 3/31/17 Monthly**<br>**$1,035.00 5060 Avent**<br>**Drive NW, #104**<br>**6/1/16 - 3/31/17 Monthly**<br>**$1,035.00 5060 Avent**<br>**Drive NW, #106**<br>**6/27/16 - 4/26/17**<br>**Monthly $1,475.00 275**<br>**Majestry Drive, #275**<br>**8/29/16 - 8/28/17**<br>**Monthly $965.00 280**<br>**Kenbrook Lane #203**<br>**9/25/16 - 9/24/17**<br>**Monthly $1,375.00 5220**<br>**Binford St #103**<br>**9/26/16 - 9/25/17**<br>**Monthly $1,389.00 5220**<br>**Binford St #201**<br>**11/30/16 - 11/29/17**<br>**Monthly $1,049.00 5020**<br>**Avent Drive NW #206** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Legacy Concord Land, LLC**<br>**5020 Avent Drive NW**<br>**Concord, NC 28027** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Corp Apt: 7/1/16 -**<br>**6/30/17 Monthly**<br>**$3,400.00 420 Queens**<br>**Rd Apt #1** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **My Townhome LLC**<br>**1500 South Boulevard, Suite 101 B**<br>**Charlotte, NC 28203** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Golf Cart - Agreement #**<br>**9788649**<br>**12/18/2014 - 12/17/2016**<br>**Monthly $322.00**<br>**Materials** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **NMGH Financial Services**<br>**10 Riverview Drive**<br>**Danbury, CT 06810** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **BMS Product Order;**<br>**BMS Produce and**<br>**License Agreement**<br>**2/20/2015** | |
| | State the term remaining | | |
| | List the contract number of any | | **Nuvation Research Corporation**<br>**151 Gibraltar Court**<br>**Sunnyvale, CA 94089-1301** |

Debtor 1    **ALEVO MANUFACTURING, INC.**                              Case number (*if known*)    **17-50877**

First Name          Middle Name          Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **March 23, 2016, the Debtor entered into a joint venture with Ormat Technologies and its affiliates to jointly develop and own a 12 MV energy storage project in Georgetown, Texas.   A Supply Agreement was entered by the Debtor wherein it agreed to deliver equipment to the project site or before October 1, 2016.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ORMAT Technologies, Inc.**<br>**6225 Neil Road**<br>**Reno, NV 89511-1136** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Consignment Agreement - 07/17 2 years** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **P-D Interglas Technologies GmbH**<br>**PF 110389151**<br>**Erbach Germany** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Partnership Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Parker Hannifin Corporation**<br>**7851 Collection Center Drive**<br>**Chicago, IL 60693** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement - Inverters** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Parker Hannifin Corporation**<br>**7851 Collection Center Drive**<br>**Chicago, IL 60693** |

Debtor 1    **ALEVO MANUFACTURING, INC.**                                    Case number (*if known*)    **17-50877**
            First Name          Middle Name          Last Name

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement - Control Cabinets** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Parker Hannifin Corporation**<br>**7851 Collection Center Drive**<br>**Chicago, IL 60693** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement - Chiller** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Parker Hannifin Corporation**<br>**7851 Collection Center Drive**<br>**Chicago, IL 60693** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement - Combiner Box** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Parker Hannifin Corporation**<br>**7851 Collection Center Drive**<br>**Chicago, IL 60693** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **DI Water Sys - 15012231 Rev1 3/23/2015 - 9/23/2016 Monthly $750/$787 maint Mixing System** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pureflow, Inc.**<br>**1241 Jay Lane**<br>**Graham, NC 27253** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sempa Systems GmbH**<br>**GrenzstraBe 131109**<br>**Dresden Germany** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Solith**<br>**Via Fattori 640033**<br>**Casalecchio di Reno, Italy** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **ALEVO MANUFACTURING, INC.**                                                   Case number *(if known)*   **17-50877**
First Name              Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

---

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement 10/20/2014** | |
|---|---|---|---|
| | State the term remaining | | **Superb Industries, Inc.** |
| | List the contract number of any government contract | | **100 Innovation Plaza** **Sugarcreek, OH 44681** |

---

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Superb Industries, Inc.** |
| | List the contract number of any government contract | | **100 Innovation Plaza** **Sugarcreek, OH 44681** |

---

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order Addendum** | |
|---|---|---|---|
| | State the term remaining | | **Superb Industries, Inc.** |
| | List the contract number of any government contract | | **100 Innovation Plaza** **Sugarcreek, OH 44681** |

---

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Parent Company Guaranty** | |
|---|---|---|---|
| | State the term remaining | | **Superb Industries, Inc.** |
| | List the contract number of any government contract | | **100 Innovation Plaza** **Sugarcreek, OH 44681** |

---

**Fill in this information to identify the case:**

Debtor name **ALEVO MANUFACTURING, INC.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) **17-50877**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Alevo Group S.A.** | **c/o Markus Adler** **Chief General Counsel** **Rue des Finettes 110** **1920 Martigny \| Switzerland** | **Jonas & Redmann** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Alevo Group S.A.** | **c/o Markus Adler** **Chief General Counsel** **Rue des Finettes 110** **1920 Martigny \| Switzerland** | **Parker Hannifin Corporation** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Alevo Group S.A.** | **c/o Markus Adler** **Chief General Counsel** **Rue des Finettes 110** **1920 Martigny \| Switzerland** | **Superb Industries, Inc.** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Alevo Group S.A.** | **c/o Markus Adler** **Chief General Counsel** **Rue des Finettes 110** **1920 Martigny \| Switzerland** | **ORMAT** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **ALEVO MANUFACTURING, INC.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    **17-50877**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

<span style="background:black;color:white">**Part 1:**</span>  **Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$0.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | **No Other Third Party Revenue** | **$0.00** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | **No Other Third Party Revenue** | **$0.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | **No Other Third Party Revenue** | **$0.00** |

<span style="background:black;color:white">**Part 2:**</span>  **List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **ALEVO MANUFACTURING, INC.** _____    Case number *(if known)*  **17-50877** _____

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **N/A** | **See Attached** | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Anthony Walsh**<br>**913 Hanover Drive NW**<br>**Concord, NC 28027**<br>**Former Director** | **01/2017**<br>**$52,882.59;**<br>**2/2017**<br>**$52,882.59;**<br>**3/2017**<br>**$52,882.59;**<br>**4/2017**<br>**$52,882.59;**<br>**5/2017**<br>**$52,882.59;**<br>**6/2017**<br>**$52,882.59;**<br>**7/2017**<br>**$52,882.59;**<br>**8/2017**<br>**$52,882.59** | **$395,045.32** | **Severance Agreement Payments** |
| 4.2. | **Ron Jackson**<br>**7349 Talbot Drive, Apt 201**<br>**Lansing, MI 48917** | **01/2017**<br>**$15,904.84;**<br>**02/2017**<br>**$15,904.84;**<br>**03/2017**<br>**$15,904.84** | **$47,714.52** | **Severance Agreement Payments** |

Debtor    **ALEVO MANUFACTURING, INC.**                    Case number *(if known)*  **17-50877**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3.    **Tord Eide** **547 Brightleaf Place NW** **Concord, NC 28027** | 1/31/2017 $1,887.08; 2/28/2017 $918.54; 3/17/2017 $918.54; 4/17/2017 $918.54; 5/17/2017 $918.54; 6/19/2017 $918.54; 7/17/2017 $918.54 | $7,398.32 | **Car Payment as part of Severance Agreement** |

5.  **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **ALEVO MANUFACTURING, INC.**                         Case number *(if known)*  **17-50877**

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| | | | |

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |
| 11.1.<br><br>Nelson Mullins Riley & Scarborough, LLP<br>4140  Parklake Avenue,<br>Glenlake One<br>Suite 200<br>Raleigh, NC 27612 | **$33,680 in fees and $189.00 in expenses for pre-bankruptcy strategy was paid by Alevo International SA**<br><br>**A retainer of $125,000 was paid by the Debtor and work done immediately before the filing was paid from that retainer in the amount of $16,474.00, leaving a retainer balance of $108,526.00** | 8/11/2017<br><br><br><br>8/17/17 | $158,869.00 |
| Email or website address | | | |
| Who made the payment, if not debtor?<br>**See description** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |
| | | | |

13. **Transfers not already listed on this statement**
    List all transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    ALEVO MANUFACTURING, INC.                                    Case number (if known) 17-50877

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---------|-------------------------------|
|         |                               |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|----------------------------------------------------------------------------|
|                           |                                                                                  |                                                                            |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below.

| Name of plan | Employer identification number of the plan |
|--------------|---------------------------------------------|
| **Principal Financial Group, Principal Life Insurance Company, Des Moines, IA 50392-0001, 800-986-3343, www.principal.com** | EIN:  **42-0127290** |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|
| 18.1. | **Wells Fargo Bank, N.A. 305 N. Tryon Street Charlotte, NC** | **XXXX-3949** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **08/31/2017** | **$142,779.48** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **ALEVO MANUFACTURING, INC.**                    Case number (if known)  **17-50877**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Wells Fargo Bank, N.A.**<br>**305 N. Tryon Street**<br>**Charlotte, NC** | **XXXX-9051** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Payroll**<br>**Account** | 08/31/2017 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ally Financial, Inc.**<br>**PO Box 9001948**<br>**Louisville, KY 40290** | | **two leased pickup trucks** | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **HYG Financial Services Inc.**<br>**PO Box 14545**<br>**Des Moines, IA 50306-3545** | | **Leased forklifts and floor scrubbers** | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jonas & Redmann**<br>**Kaiserin-Augusta-Allee 113**<br>**Berlin Germany** | | **Tool boxes, misc tools, misc supplies** | $0.00 |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor    **ALEVO MANUFACTURING, INC.**                                          Case number *(if known)*  **17-50877**

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Davidson Holland Whitesell & Co. PLLC**<br>**209 13th Avenue NW, Suite 200**<br>**Hickory, NC 28601** | **4/11/2016; 4/6/2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Davidson, Holland, Whitesell & Co., PLLC**<br>**209 13th Avenue Place NW, Suite 200**<br>**Hickory, NC 28601** | **4/11/2016; 4/6/2017** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    ALEVO MANUFACTURING, INC.                                    Case number *(if known)*  **17-50877**

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Adam Ryan | 8/18/2017 | $14,024,225.51 |

|  | Name and address of the person who has possession of inventory records |
|---|---|
|  | Alevo Manufacturing |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Peter Heintzelman | 3105 Willow Oak Road Charlotte, NC 28209 | President | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Scott Schotter | 16153 Bristol Point Drive Delray Beach, FL 33446 | Officer/Director | Through 1/16/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Stein Christiansen | 6294 NW 65th Terrace Pompano Beach, FL 33067 | Officer | Through 1/16/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Anthony Walsh | 913 Hanover Drive NW Concord, NC 28027 | Director | Through 1/16/2017 |

Debtor    **ALEVO MANUFACTURING, INC.** _____    Case number *(if known)* **17-50877**

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 14, 2017** _____

**/s/ PETER HEINTZELMAN** _____        **PETER HEINTZELMAN** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **PRESIDENT** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **ALEVO MANUFACTURING, INC.**             Case No.  **17-50877**

                             Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Alevo USA Holdings, Inc. | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 14, 2017**          Signature  **/s/ PETER HEINTZELMAN**

                                                **PETER HEINTZELMAN**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name   **ALEVO MANUFACTURING, INC.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   **17-50877**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 14, 2017**          X **/s/ PETER HEINTZELMAN**
                                                          Signature of individual signing on behalf of debtor

                                                          **PETER HEINTZELMAN**
                                                          Printed name

                                                          **PRESIDENT**
                                                          Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

# Asset Tagging



# Cathode Mixing

**Location-** E73

**Tag#-** AM0001

**Code-** Paste Mixing

*Missing Picture of Tag
And control panel



# Cathode Coating

**Location-** K73-E73

**Tag#-** AM0002

**Vendor-** IMC

**Code-** Coating Line









# Cathode Blanking

**Location-** G65

**Tag#-** AM0003

**Vendor-** IMC

**Code-**







# Cathode Sorting





**Location-** F65

**Tag#-** AM0004

**Vendor-** Grenzebach

**Code-**





# Cathode Welding

**Location-** F65

**Tag#-** AM0005

**Vendor-** Grenzebach

**Code-** Welding Line






# Anode Mixing




**Location-** Bay Area 2, S59

**Tag#-** AM0006

**Code-** Paste Mixing




# Anode Coating

**Location-** Bay Area 2 S54

**Tag#-** AM0007

**Vendor-** IMC

**Code-** Coating Line





# Anode Blanking



**Location-** Bay Area 2, R53

**Tag#-** AM0008

**Vendor-** IMC

**Code-**



# Anode Sorting

**Location-** Bay Area 2, Q54

**Tag#-** AM0009

**Vendor-** Grenzebach

**Code-**





# Anode Welding




**Location-** Bay Area 2, Q54

**Tag#-** AM0010

**Vendor-** Grenzebach

**Code-** Welding Line



# Cell Assembly Pouching





**Location-** Bay Area 5

**Tag#-** AM0011

**Vendor-** Jonas & Redmann

**Code-** Assembly Line





# Cell Assembly Stacking

**Location-** Bay Area 5

**Tag#-** AM0012

**Vendor-** Jonas & Redmann

**Code-** Assembly Line





# Cell Assembly Pin Welding

**Location-** Bay Area 5

**Tag#-** AM0013

**Vendor-** Jonas & Redmann

**Code-** Assembly Line







# Cell Assembly Can Assembly

**Location-** Bay Area 5

**Tag#-** AM0014

**Vendor-** Jonas & Redmann

**Code-** Assembly Line





# Cell Assembly Can Welding

**Location-** Bay Area 5

**Tag#-** AM0015

**Vendor-** Jonas & Redmann

**Code-** Assembly Line







# Cell Assembly Leak Tester

**Location-** Bay Area 5

**Tag#-** AM0016

**Vendor-** Jonas & Redmann

**Code-** Assembly Line







# Cell Assembly Module Assembly

**Location-** Bay Area 5

**Tag#-** AM0017

**Vendor-** Jonas & Redmann

**Code-** Assembly Line







# Cell Assembly Steel Band Welding

**Location-** Bay Area 5

**Tag#-** AM0018

**Vendor-** Jonas & Redmann

**Code-** Assembly Line






# Cell Assembly Drying

**Location-** Bay Area 5

**Tag#-** AM0019

**Vendor-** Jonas & Redmann

**Code-** Assembly Line







# Cell Fill EMM

**Location-** South Cell

**Tag#-** AM0020

**Code-** Electrolyte Equipment







# Cell Fill Electrolyte Filling Station

**Location-** South Cell

**Tag#-** AM0021

**Code-** Electrolyte Equipment







# Cell Fill Conveyer



**Location-** South Cell

**Tag#-** AM0022

**Vendor-** Eclipse Automation

**Code-** Electrolyte Equipment





# Formation



**Location-** Center Cell

**Tag#-** AM0023

**Vendor-** Solith

**Code-** Formation Line





# Aging

## Location- AS-RS
## Tag#- AM0024







# Final Tray Assembly




**Location-** Gridbank Area

**Tag#-** AM0025

**Vendor-** Eclipse Automation




# DuraLabel Printer

**Location-** Anita's Office (IT/Materials Dept)

**Tag#-** AM0026

**Vendor-** Grainger

**Code-** Office & IT Equipment





# 44 Cannon Plotter/Format Printer

**Location-** Chris's Office (Maint. & Eng. Dept)

**Tag#-** AM0027

**Vendor-** Hendrix Business System

**Code-** Maintenance & QC




# Titrator Machine

**Location-** QC Lab

**Tag#-** AM0028

**Vendor-** Metrohm

**Code-** Maintenance & QC





# Refrig Evactuation Pump

**Location-** QC Lab

**Tag#-** AM0029

**Vendor-** Grainger

**Code-** Maintenance & QC





# TOC-LCSh Halogen Scrubber

**Location-** QC Lab

**Tag#-** AM0030

**Vendor-** Shimadzu

**Code-** Maintenance & QC





# Autotap Powder Density Analyzer

**Location-** QC Lab

**Tag#-** AM0031

**Vendor-** Quantachrome Instruments

**Code-** Maintenance & QC





# Isotherm Heating and Drying Oven

**Location-** QC Lab

**Tag#-** AM0032

**Vendor-** Fisher Scientific

**Code-** Maintenance & QC





# Repainted/Refinished Lab Cabinets

**Location-** QC Lab

**Tag#-** AM0033

**Vendor-** Lab Techniques

**Code-** Maintenance & QC







# Alpha Transmittence Spectrometer

**Location-** EMM Area (Cell Fill)

**Tag#-** AM0034

**Vendor-** Bruker Optics

**Code-** Maintenance & QC









# Leco Mounting Press

**Location-** Old QC Lab

**Tag#-** AM0035

**Vendor-** Leco Corp.

**Code-** Maintenance & QC





# Scanning Spectrophotometer

**Location-** QC Lab

**Tag#-** AM0036

**Vendor-** Kats Enterprises

(Jenway)

**Code-** Maintenance & QC







# Leco Polisher

**Location-** QB Lab

**Tag#-** AM0037

**Vendor-** Leco Corp.

**Code-** Maintenance & QC







# Infinity Microscope

**Location-** QC Lab

**Tag#-** AM0038

**Vendor-** United Scope

**Code-** Maintenance & QC







# Furnace

**Location-** QC Lab

**Tag#-** AM0039

**Vendor-** Thermo Fisher Scientific

**Code-** Maintenance & QC







# Glovebox

**Location-** QC Lab

**Tag#-** AM0040

**Vendor-** UsedGloveBox.com

**Code-** Maintenance & QC





# Optical Comparator

**Location-** QC Inspection for Electrodes

**Tag#-** AM0041

**Vendor-** F.D. Hurka Co

**Code-** Maintenance & QC





# Regenerative Thermal Oxidizer

**Location-** Outside Plant

**Tag#-** AM0042

**Vendor-** Kono Kogs

**Code-** Building Prep







# Chiller 11

**Location-** Central Plant

**Tag#-** AM0043

**Vendor-** Johnson Controls

**Code- Building Prep**







# Chiller 9

**Location-** Central Plant

**Tag#-** AM0044

**Vendor-** Johnson Controls

**Code-** Building Prep







# Lighting Upgrade

**Location-** Central Plant in Control Panel Room

**Tag#-** AM0045

**Vendor-** Essential Lighting

**Code-** Building Prep







# Fire Protection Service

**Location-** Central Plant in Control Panel Room

**Tag#-** AM0046

**Code-** Building Prep







# Cold/Hot Well Supply Pump & Other Pumps Compress Air, Water, and Gas Piping

**Location-** Central Plant in Control Panel Room

**Tag#-** AM0047

**Vendor-** Southern Mechanical Services

**Code-** Building Prep







# Remove, Rebuild & Re-install Process Sump Pumps

**Location-** Central Plant in Control Panel Room

**Tag#-** AM0048

**Vendor-** Mechanical Equipment Co

**Code-** Building Prep







# Power Edge Server

**Location-** Server Room

**Tag#-** AM0049

**Vendor-** Dell

**Code-** Office & IT Equipment







# Power Edge Server

**Location-** Server Room

**Tag#-** AM0050

**Vendor-** CNP Technology

**Code-** Office & IT Equipment







# Edge Switch

**Location-** Server Room

**Tag#-** AM0051

**Vendor-** Microworks

**Code-** Office & IT Equipment





# Zebra Printer

**Location-** Main HR Office

**Tag#-**AM0052

**Vendor-** Microworks

**Code-** Office & IT Equipment





# Air Handler 29
## (Upper & Lower Chilled Water Coils Removed & Replaced)

**Location-** Utility Closet near QC office (Black tile hallway)

**Tag#-** AM0053

**Vendor-** Carrier Corporation

**Code-** Building Prep







# MRO Inventory Rack

(Relocate Pallet Rack System)

**Location-** MRO Basement

**Tag#-** AM0054

**Vendor-** Superior Industrial Maintenance

**Code-** Building Prep









# Break Room AC Unit Replacement

**Location-** Anode/Cathode Breakroom

**Tag#-** AM0055

**Vendor-** Carrier Corporation

**Code-** Building Prep











# Emergency Generator Repair

**Location-** Maintenance Penthouse(Third floor)

**Tag#-** AM0056

**Vendor-** Cummins Atlantic

**Code-** Building Prep









# Fire & Security Upgrades



**Location-** Wellness Center Control Panel

**Tag#-** AM0057

**Vendor-** MSS Fire & Safety

**Code-** Building Prep



# Air Handler 47
(Replace condenser fan & filters)

**Location-** Outside behind Wellness Center

**Tag#-** AM0058

**Vendor-** Carrier Corporation

**Code-** Building Prep







# Ream-a-Matic Tube Cleaner

**Location-** Central Plant

**Tag#-** AM0059

**Vendor-** Goodway

**Code-** Building Prep







# Substation Re-tap to Lower Secondary Voltage

**Location-** Central Plant Control Panel

**Tag#-** AM0060

**Vendor-** Power Products & Solutions,

**Code-** Building Prep







# Filter Media & Valve Repair Kits

**Location-** Central Plant Control Panel

**Tag#-** AM0061

**Vendor-** Bahnson, Inc

**Code-** Building Prep







# Toxgard Gas Monitor

**Location-** Aging/ASRS

**Tag#-** AM0062

**Vendor-** Mine Safety Appliances Company

**Code-** Building Prep







# Glove Box Moisture Monitor

Location – QA Dry Chem Lab

Tag # - AM0081

Vendor – UsedGloveBox.com LLC

Code – Maintenance & QC





# Adjustable Micrometer

Location – QA Dry Chem Lab

Tag # - AM0082

Vendor – Leco Corporation

Code – Maintenance & QC





# Digital Balance

Location – QA Dry Chem Lab

Tag# - AM0083

Vendor – Grainger

Code – Maintenance & QC





# Particle Size Analyzer

Location – QA Dry Chem Lab (still boxed)

Tag# - AM0084

Vendor – Malvern Instruments, Inc

Code – Maintenance & QC



# Inspection Work Housing

Location – CMM Room

Tag# - AM0085

Vendor – Superb

Code – Maintenance & QC





**Alevo Inventory located at Superb Industries - Per Superb Ind 8/30/17**

## Alevo Owned - located at Superb Industries

| Alevo # | Description | Qty | U/M | Pc Price | Total Value |
|---------|-------------|-----|-----|----------|-------------|
| 3003 | Housing 3003 WIP Rewashed | 16,640 | Each | $2.26 | $37,606.40 |
| 3003 | Housing 3003 FG Rewashed | 5,120 | Each | $2.26 | $11,571.20 |
| 3004-3 | Fill Tubes | 301,360 | Each | $0.03 | $9,040.80 |
| 3004-4 | Burst Disc | 173,548 | Each | $0.29 | $50,328.92 |
| 3004-2 | GTM's | 84,552 | Each | $1.25 | $105,690.00 |
| **TOTAL** | | | | | **$214,237.32** |

**Alevo Inventory - located at Thermotech**

| TT Part Number | Alevo Part Number | Part Description | Boxes | Pieces Per Box | Total Quantity | Standard Cost | Total Value | Alevo Owned | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 5000774900 | 4005-6 | 4 Hole Buss Bar | 30 | 180 | 5,400 | $ 3.73000 | $ 20,142.00 | $ 20,142.00 | |
| 5000774900 | 4005-6 | 4 Hole Buss Bar | 1 | 100 | 100 | $ 3.73000 | $ 373.00 | $ 373.00 | |
| 5000774900 | 4005-6 | 4 Hole Buss Bar | 1 | 150 | 150 | $ 3.73000 | $ 559.50 | $ 559.50 | |
| 5000774910 | 4005-5 | 2 Hole Buss Bar | 16 | 240 | 3,840 | $ 2.87000 | $ 11,020.80 | $ 11,020.80 | |
| 5000774910 | 4005-5 | 2 Hole Buss Bar | 1 | 173 | 173 | $ 2.87000 | $ 496.51 | $ 496.51 | $ 97,568.57 |
| 5000774910 | 4005-5 | 2 Hole Buss Bar | 1 | 228 | 228 | $ 2.87000 | $ 654.36 | $ 654.36 | |
| 5000774900 | 4005-6 | 4 Hole Buss Bar | 64 | 180 | 11,520 | $ 3.73000 | $ 42,969.60 | $ 42,969.60 | |
| 5000774910 | 4005-5 | 2 Hole Buss Bar | 31 | 240 | 7,440 | $ 2.87000 | $ 21,352.80 | $ 21,352.80 | |

## Alevo Manufacturing - Other Inventory or Supplies (Schedule A/B # 22)

Euro-USD = 1.00

**General Part Information**

| NEW Alevo Part # | | Supplier | Inventory Value $ |
|---|---|---|---|
| RM0000013 | Electrolyte | Alevo SA | |
| RM0000014 | Sulfer Dioxide | Brenntag | $ 3,319,743.32 |
| RM0000015 | Nickel Foam | AATM | $ 2,076,304.01 |
| RM0000016 | Graphite-2001 | Imerys | $ 94,280.25 |
| RM0000017 | Carbon Black-2002 | Soltex | $ 26,670.53 |
| RM0000018 | LFP-2003 | Aleees | $ 926,533.64 |
| RM0000019 | Binder Granular-2004 | 3M | $ 29,757.34 |
| RM0000020 | NE Binder-2005 | BK Giulini | $ 27,546.77 |
| | DI Water | Alevo | |
| RM0000021 | Acetone | Brenntag | $ 4,303.07 |
| RM0000022 | Nickel Strip | Schlenk | $ 24,270.56 |
| RM0000023 | Nickel Tab - Cathode | Schlenk | $ 45,231.38 |
| RM0000101 | Nickel Tab - Anode | Schlenk | $ 75,209.00 |
| RM0000025 | PE Separator Material-2011-I | Interglas | $ 50,506.00 |
| RM0000024 | PE Separator Material-2011-P | Porcher | $ 161,864.63 |
| | Glue (THV + Acetone) | Alevo | |
| RM0000026 | Terminal Pins | Alfa | $ 43,723.53 |
| RM0000027 | Electrode Stack Insulator-3002 | Saint-Gobain | $ 307,568.20 |
| RM0000028 | Cell Case | Superb | $ 19,095.22 |
| RM0000029 | Cell Lid Assembly | Superb | $ 109,633.43 |
| RM0000091 | Cell Lid - Stamping Only (incld in 3004) | Superb | $ - |
| RM0000030 | Glass Seals | Fusite | $ 132,839.95 |
| RM0000031 | Filler Tube | Lueb | $ 10,493.68 |
| RM0000032 | Burst Disc | BS & B | $ 28,882.85 |
| RM0000033 | Cell Wrap, Insulator | EIS | |
| RM0000102 | Kapton Tape 3/4" | EIS | $ 1,024.00 |
| RM0000034 | Air Flow Dividers | Niagara Thermal | $ 1,814,544.43 |
| RM0000035 | Module End Plates | Nedec | $ 34,015.21 |
| RM0000036 | Module Straps | Superb | $ 11,719.55 |
| RM0000037 | Module Base | Thermotech | $ 8,515.84 |

| | | | | |
|---|---|---|---|---|
| RM0000038 | Module Lid Assembly | Thermotech | $ | 5,195.31 |
| | Cover (Module cover) - molding only (Included in #4005) | | | |
| | PCB (with 4 thermister) (included in #4005) | | | |
| RM0000039 | Bus Bar 2X Assembly, Sucoplate | Leukert | $ | 4,641.67 |
| RM0000040 | Bus Bar 4X Assembly, Sucoplate | Leukert | $ | 4,691.84 |
| | Contact Plate, Bus Bars Sucoplate | Leukert | | |
| RM0000041 | Module Tray | Tongrun | $ | 68,815.44 |
| RM0000042 | Front Plate | Tongrun | $ | 33,290.58 |
| RM0000043 | BMS Cell Interface CI12 | Nuvation | $ | 352,110.00 |
| RM0000044 | Cell Interface CI16 | Nuvation | $ | 500,916.00 |
| RM0000045 | Data In/Out | Molex | $ | 7,630.40 |
| RM0000046 | Data CI1-CI12 Twisted Pair | Molex | $ | 810.02 |
| RM0000047 | Data Out 2CI12 Twisted Pair | Molex | $ | 1,210.00 |
| RM0000048 | Tray Grounding | Amphenol | $ | 32,107.01 |
| RM0000049 | Adhesive Cable Clip-FOR CI12 only | Wurth/Revcar | $ | 140.00 |
| RM0000050 | BMS Harness 2CI12 Twisted Pair | Molex | $ | 6,407.10 |
| RM0000051 | BMS Harness | Molex | $ | 27,687.97 |
| RM0000052 | Module Clamp Outer | Thermotech | $ | 7,974.33 |
| RM0000053 | Module Clamp Inner | Thermotech | $ | 5,279.32 |
| RM0000054 | Screw Front Panel | Fastbolt | $ | 474.30 |
| RM0000093 | Screw Module Clamp M6x30 (incld with clamp down) | Fastbolt | $ | - |
| RM0000055 | Screw BMS | Fastbolt | $ | 1,155.24 |
| RM0000056 | Washer Power Interface | Fastbolt | $ | 635.97 |
| RM0000057 | Tray Power Interface -Orange | Amphenol | $ | 25,373.06 |
| RM0000058 | Tray Power Bridge Long | Amphenol | $ | 13,852.96 |
| RM0000059 | Screw Front Panel GND | Fastbolt | $ | 2,210.68 |
| RM0000060 | Tray Power Interface -Black | Amphenol | $ | 14,328.10 |
| RM0000061 | Screw BMS Data GND | Fastbolt | $ | 266.99 |
| RM0000062 | Nut Power Interface | Fastbolt | $ | 1,837.24 |
| RM0000063 | Power Interface Connection | Amphenol | $ | 38,242.82 |
| RM0000064 | Tray Power Bridge | Amphenol | $ | 34,260.67 |
| RM0000115 | Cable Tie, Nylon 6/6 Black Tensile Strenght: 50lb OAL: 7.4mm Width: .19mm CE Compliant Panduit# PLT2s-MO | Wurth/Revcar | $ | 1,681.28 |
| RM0000065 | Combiner Box 2C Univ 50/60Hz | Parker | $ | 16,422.00 |
| | Combiner Box 4C | Parker | $ | - |
| RM0000066 | Rack Data Cable V | Molex | $ | 8,759.19 |

| RM0000067 | Rack Data Cable H | Molex | $ | 1,237.60 |
|---|---|---|---|---|
| RM0000068 | Rack Data Cable C | Molex | $ | 1,695.66 |
| RM0000069 | Rack Power Bridge H | Amphenol | $ | 2,747.86 |
| RM0000070 | Rack Power Bridge V | Amphenol | $ | 55,718.55 |
| RM0000071 | Rack Power Bridge C | Amphenol | $ | 14,209.21 |
| RM0000072 | CB Link Bulkhead Harness 2C and 4C | Molex | $ | 1,649.52 |
| RM0000073 | CB Stack Bus Cable 2C and 4C | Molex | $ | 1,200.00 |
| RM0000074 | CB Stack Postive Cable 2C only | Molex | $ | 501.12 |
| RM0000075 | CB Interlock Jumper 2C only (Obsolete) | Molex | $ | - |
| RM0000076 | CB Power Supply Harness 2C and 4C | Molex | $ | 330.00 |
| RM0000077 | CB Contractor Coil Harness 2C only (NOW 6035) | Molex | $ | - |
| RM0000078 | CB Current Shunt Harness 2C and 4C | Molex | $ | 2,171.52 |
| RM0000079 | CB Thermister Cable 2C and 4C | Molex | $ | 6,990.00 |
| RM0000080 | CB GPIO Out Harness 2C only (NEW 6033) | Molex | $ | - |
| RM0000081 | CB GPIO In Harness 2C only (obsolete) | Molex | $ | - |
| RM0000082 | Shunt 2C and 4C | TE Connectivity | $ | 6,164.00 |
| RM0000084 | Power Interface 2C and 4C | Nuvation | $ | 26,738.41 |
| RM0000085 | Stack Controller 2C and 4C | Nuvation | $ | 6,067.84 |
| RM0000110 | CB Main Contactor Coil Harness Assy 4C (Replaces 6020) | Molex | $ | 420.00 |
| RM0000111 | CB Combiner Box Ground Cable 4C (Replaces 6023) | Molex | $ | 1,662.50 |
| RM0000112 | CB Pre Charge Contactor Cable Assy 4C (new) | Molex | $ | 1,067.50 |
| RM0000113 | CB Stack Positive Cable Assy 4C (New) | Molex | $ | 1,050.00 |
| RM0000107 | Stand Alone Rack | Tongrun | $ | 80,557.00 |
| RM0000114 | 3/8 x 3 1/2 Wedge Anchor, Zinc & Clear, Rohs compliant | Fastbolt | $ | - |
| RM0000086 | Container 60HZ 2C 40' White | Systems | | 1836365.34 |
| RM0000087 | Rack Assembly-Container (included in 7001-60HX2CW Container) | Systems | $ | - |
| RM0000088 | Fire/SO2 Detection System 60HZ*incld in 7001-60HZ2CW Container | Systems | $ | - |
| RM0000089 | Air Handling Unit *incld in 7001-60HZ2CW OR 7001-60HZ4CW Container | | $ | - |
| RM0000086 | Container 60HZ 4C 40' White | Systems | $ | - |
| RM0000087 | Rack Assembly-Container (included in 7001-60HX2CW OR 7001-60HZ4CW Container) | Systems | $ | - |
| RM0000088 | Fire/SO2 Detection System 60HZ*incld in 7001-60HZ2CW OR 7001-60HZ4CW Container | Systems | $ | - |

| RM0000089 | Air Handling Unit *incld in 7001-60HZ2CW OR 7001-60HZ4CW Container | | $ | - |
| | Container - 50HZ 2C 40' Gay | Systems | $ | - |
| | Fire/SO2 Detection System 50HZ. *Incld in 7001-50HZ2CG Honeywell WELL MS4E FACP MODEL "Fire/SO2 Dectection -240V 50Hz" | | $ | - |
| | Air Handling Unit. *incld in 7001-50HZ2CG container.  400 VAC AHU MODEL "Air Handling Unit - 400V 50Hz" | | $ | - |
| RM0000094 | Water Chiller - 480/12V 60Hz | Parker | $ | 71,842.00 |
| RM0000105 | Water Chiller - 400/2300V 50Hz | Parker | $ | - |
| RM0000095 | Control Cabinet- 2C 480/120V 60HZ | Parker | $ | - |
| RM0000104 | Control Cabinet - 2C 230V 50Hz | | $ | 82,140.00 |
| | Control Cabinet- 4C 480/120V 60HZ | Parker | | |
| RM0000116 | GBC - Gridbank Battery Controller | Nuvation | $ | 33,000.00 |
| RM0000108 | Soccomec 4C Disconnect Switch Kit | Socomec Inc | $ | 9,734.00 |
| RM0000096 | Inverter - 60Hz | Parker | $ | 1,400,000.00 |
| RM0000097 | Inverter - 50Hz | Parker | $ | - |

**TOTAL VALUE**    **$**      **14,247,943.51**

**Alevo  Manufacturing - Payments to Creditors within 90 Days (SOFA # 3)**

| Creditor | Total Amount Paid | Dates of Payment |
|---|---|---|
| 3M Company<br>PO Box 371227<br>Pittsburg, PA 15250-7227 | $40,480.00 | 5/19/2017 |
| AccruePartners, Inc<br>Dept 720029, PO Box 1335<br>Charlotte, NC 28201-1335 | $18,000.00 | 6/1/2017 |
| Action Industrial Supply<br>924 Cochran St<br>Statesville, NC 28677 | $9,050.46 | 6/1/2017; 6/6/2017; 6/15/2017 |
| Advanced Lithium Electrochemistry Co.,<br>TWN, No. 2-1. Singhua Rd.<br>Taoyuan Dist<br>Taoyuan City 33068 TAIWAN | $239,360.00 | 6/5/2017 |
| Advanced Machining & Tooling, LLC<br>215 Forbes Ave<br>Salisbury, NC 28147 | $85,785.00 | 5/26/2017; 6/1/2017; 7/31/2017 |
| Aerotek, Inc<br>3689 Collection Ctr Dr<br>Chicago, IL 60693 | $63,732.72 | 5/26/2017; 6/1/2017; 7/13/2017; 8/15/2017 |
| Airgas USA, LLC.<br>PO BOX 532609<br>Atlanta, GA 30353-2609 | $40,408.09 | 5/26/2017; 6/1/2017; 6/6/2017; 6/15/2017;<br>7/7/2017; 7/13/2017 |
| Atlas Copco Compressors Llc<br>92 Interstate Drive<br>Springfield, MA 01089 | $30,906.50 | 6/19/2017; 7/13/2017 |
| ATS Automation Global Services USA, Inc<br>730 Fountain St North, Bldg 2<br>Cambridge, ON<br>CANADA | $187,060.00 | 5/26/2017; 6/1/2017 |
| Blue Cross Blue Shield<br>PO Box 580017<br>Charlotte, NC 28258-0017 | $682,178.71 | 6/1/2017; 6/15/2017; 6/30/2017; 8/4/2017 |
| Brenntag Mid-South Inc.<br>PO BOX 752094<br>Charlotte, NC 28275-2094 | $74,339.30 | 5/26/2017; 6/6/2017; 6/30/2017; 7/13/2017;<br>8/4/2017 |
| C.H. RobinsonWorldwide, Inc. and Subsidia<br>PO BOX 9121<br>Minneapolis, MN 55480-9121 | $78,870.81 | 5/26/2017; 6/1/2017; 6/6/2017; 6/15/2017;<br>7/7/2017; 7/13/2017 |
| Cabarrus County Tax Collector<br>PO Box 580347 | $22,842.94 | 5/30/2017 |

Charlotte, NC 28258

| | | |
|---|---|---|
| Century Contractors, Inc.<br>5100 Smith Farm Road<br>Matthews, NC 28104 | $1,579,736.38 | 5/26/2017; 6/26/2017; 7/7/2017; 7/27/2017 |
| Christopher Roberts<br>14070 Harrison Pkwy<br>Fishers, IN 46038 | $7,841.49 | 7/13/2017; 7/20/2017; 7/31/2017; 8/18/2017 |
| Chroma Systems Solutions, Inc<br>19772 Pauling<br>Foothill Ranch, CA 92610 | $29,035.00 | 7/13/2017 |
| Cimtec Automation LLC<br>3030 Whitehall Park Drive<br>Charlotte, NC 28273 | $47,123.03 | 5/26/2017; 6/1/2017; 6/6/2017 |
| City of Concord- Collections<br>PO Box 580469<br>Charlotte, NC 28258-0469 | $55,476.55 | 6/15/2017; 7/13/2017 |
| Cort Furniture Rental<br>PO Box 17401<br>Baltimore, MD 27297 | $7,663.14 | 6/22/2017; 8/4/2017 |
| Curtis Branter<br>800 Robinwood<br>Burgaw, NC 28425 | $21,146.97 | 6/19/2017 |
| Darren Bratt<br>63 Pinehurst Place<br>Middletown, CT 06457 | $24,781.34 | 6/22/2017; 7/13/2017; 8/18/2017 |
| Diane E Altland<br>1525 Glenwood Rd<br>Pittsburg, PA 15241 | $10,503.75 | 7/13/2017; 8/18/2017 |
| Duke Energy<br>PO Box 70515<br>Charlotte, NC 28272-0516 | $556,008.51 | 6/1/2017; 6/6/2017; 6/15/2017; 7/20/2017;<br>8/4/2017 |
| Eclipse Automation Southeast, LLC<br>2920 Whitehall Park Drive<br>Charlotte, NC 28273 | $84,256.50 | 5/26/2017 |
| Eurotainer SA<br>5810 Wilson Rd Suite 200<br>Humble, TX 77396 | $7,964.00 | 7/13/2017; 8/8/2017 |
| Fedex<br>PO BOX 371461<br>Pittsburgh, PA 15250-7461 | $18,968.52 | 5/26/2017; 6/1/2017; 6/6/2017; 6/15/2017;<br>6/22/2017; 6/30/2017; 7/7/2017; 7/13/2017;<br>8/4/2017 |
| G4S Secure Solutions (USA), Inc | $148,910.59 | 5/26/2017; 6/30/2017; 8/8/2017 |

PO Box 277469
Atlanta, GA 30384-7469

| | | |
|---|---|---|
| Grainger<br>Dept 885949305<br>Palatine, IL 60038 | $70,889.85 | 5/18/2017; 5/26/2017; 6/1/2017; 6/6/2017;<br>7/7/2017; 8/4/2017 |
| Grant Thorton. LLP<br>1901 S Meyers Rd<br>Oakbrook, IL 60181 | $59,802.73 | 5/18/2017; 5/26/2017; 6/1/2017; 8/4/2017 |
| Grenzebach Corporation<br>10 Herring Rd<br>Newman, GA 30265 | $10,758.28 | 5/18/2017; 6/1/2017; 6/26/2017 |
| Harris Landscaping & Irrigation, Inc<br>4833 Flowes Store Road<br>Concord, NC 28025 | $33,257.71 | 5/26/2017; 7/7/2017 |
| Haz-Mat Enviromental Services, LLC<br>PO Box 37392<br>Charlotte, NC 28237 | $23,767.32 | 6/1/2017; 6/26/2017 |
| Heat Treating Services Unlimited, Inc<br>P.O. Box 1889<br>Simpsonville, SC 29681 | $9,340.00 | 6/1/2017 |
| HYG Financial  Services Inc<br>PO Box 14545<br>Des Moines, IA 50306-3545 | $16,412.08 | 5/26/2017; 7/7/2017; 8/4/2017 |
| Imerys Graphite & Carbon USA, Inc<br>C/O T60092U,PO BOX 66512<br>Chicago, IL 60666-0512 | $138,960.00 | 5/18/2017; 6/2/2017 |
| Inductive Automation LLC<br>340 Palladio Parkwsay Ste 540<br>Folsom, CA 95630 | $21,053.62 | 5/18/2017 |
| International Automotive Lithium Battery Inc<br>314 Trinity Ln<br>Oak Brook, IL 60523 | $10,000.00 | 6/1/2017 |
| John Grunlee<br>113 Piper Dr<br>Pittsburg, PA 15234 | $6,919.79 | 6/22/2017; 8/18/2017 |
| Jonas & Redmann<br>Kaiserin-Augusta-Allee 113<br>D-10553 Berlin<br>Germany | $26,650.00 | 5/19/2017; 7/10/2017 |
| Legacy Concord Land, LLC<br>5020 Avent Drive NW<br>Concord, NC 28027 | $31,880.92 | 5/26/2017; 6/15/2017; 6/30/2017; 7/14/2017;<br>8/7/2017 |

| | | |
|---|---|---|
| Leukert GmbH<br>Reiftraegweweg 39<br>D-87600 Kaufbeuren<br>Germany | $23,688.53 | 7/17/2017 |
| Living Direct, Inc<br>500 N Capital of Texas Hwy Bldg 5<br>Austin, TX 78746 | $8,398.00 | 6/6/2017 |
| Lovic C Warren<br>509 Brighton Court<br>Greensburg, PA 15601 | $26,941.60 | 6/22/2017; 8/18/2017 |
| Max Daetwyler Corp<br>PO Box 60823<br>Charlotte, NC 28260 | $56,499.20 | 6/1/2017 |
| MBX Systems<br>1200 Technology Way<br>Libertyville, IL 60048 | $9,639.31 | 5/18/2017; 6/1/2017 |
| Michael Buchanan<br>9237 Glen Ashley Dr<br>Cornelius, NC 28031 | $12,312.91 | 7/13/2017; 7/31/2017; 8/18/2017 |
| My Townhome LLC<br>1500 South Blvd Suite 101 B<br>Charlotte, NC 28203 | $10,540.00 | 5/30/2017; 6/30/2017; 8/7/2017 |
| Nelson Mullins Riley & Scarborough LLP<br>PO Box 11070<br>Columbia, SC 29211 | $116,767.21<br>$125,000.00 | 5/18/2017; 5/26/2017; 6/1/2017<br>8/17/2017 Retainer for Bankruptcy |
| P.C. Godfrey, Inc<br>1816 Rozzelles Ferry Rd<br>Charlotte, NC 28208 | $21,658.50 | 5/26/2017 |
| Perigon International<br>13816 E Independence Blvd<br>Indian Trail, NC 28079 | $38,647.92 | 5/18/2017; 6/6/2017 |
| Perry Videx, LLC<br>25 Hainesport-Mt.Laurel Road<br>Hainesport, NJ 08036 | $14,295.00 | 5/18/2017 |
| Production Engineering<br>1344 Woodman Dr<br>Dayton, OH 45432 | $11,413.34 | 5/18/2017; 6/1/2017 |
| Project Integration, Inc<br>PO Box 170065<br>Spartanburg, SC 29301 | $18,655.34 | 5/18/2017; 5/26/2017; 6/6/2017 |
| PSNC Energy | $66,652.66 | 5/26/2017; 6/22/2017; 7/20/2017 |

PO Box 100256
Columbia, SC 29209-3256

| | | |
|---|---|---|
| Recore Electrical Contractors, Inc.<br>PO Box 1972<br>Gastonia, NC 28053-1972 | $25,654.00 | 7/14/2017 |
| Red Dynamics, Inc<br>2173 Hawkins St. Unit E<br>Charlotte, NC 28203 | $37,600.00 | 6/1/2017 |
| Saint-Gobain Performance Plastics Corpora<br>PO Box 743699<br>Atlanta, GA 30374-3699 | $87,000.00 | 6/2/2017 |
| Schindler Elevator Corporation<br>PO Box 93050<br>Chicago, IL 60673 | $13,977.72 | 5/18/2017; 6/1/2017; 6/26/2017 |
| Search Solution Group, Inc<br>800 W Hill Street 3rd Floor<br>Charlotte, NC 28208 | $77,000.00 | 6/1/2017 |
| Sempa Systems GmbH<br>GrenzstraBe 13<br>1109 Dresden<br>Germany | $11,324.84 | 5/19/2017; 6/27/2017 |
| SHI International Corp<br>POBox 952121<br>Dallas, TX 75395-2121 | $81,027.16 | 5/26/2017; 6/1/2017; 6/15/2017 |
| Siemens Industry, Inc<br>2201 Crownpoint Executive Dr Bldge 2 Ste K<br>Charlotte, NC 28227 | $267,779.00 | 5/18/2017; 7/7/2017 |
| Soltex, Inc<br>PO Box 204668<br>Dallas, TX 75320-4668 | $8,022.00 | 6/6/2017 |
| Sovema S.P.A.<br>VIA SPAGNA, 13<br>37069 Villafranca DI Verona<br>Italy | $98,216.22 | 5/30/2017; 6/5/2017 |
| Staff Masters<br>PO BOX 19306<br>Charlotte, NC 28219 | $469,985.35 | 5/18/2017; 5/26/2017; 6/1/2017; 7/13/2017;<br>8/10/2017 |
| Staples<br>Dept. ATL PO BOX 405386<br>Atlanta, GA 30384-5386 | $18,845.80 | 5/18/2017; 5/26/2017; 6/15/2017 |
| Sunbelt Rentals, Inc<br>PO BOX 409211 | $21,969.54 | 5/18/2017; 6/6/2017; 6/22/2017; 7/7/2017;<br>7/31/2017 |

Atlanta, GA 30384-9211

| | | |
|---|---|---|
| Superb Industries, Inc<br>100 Innovation Plaza<br>Sugar Creek, OH 44681 | $447,381.51 | 6/1/2017; 7/10/2017; 7/14/2017; 7/28/2017;<br>8/9/2017; 8/10/2017 |
| The Massey Company, Inc<br>9006-A Permiter Woods Drive<br>Charlotte, NC 28216 | $22,982.21 | 5/18/2017; 6/1/2017; 6/6/2017 |
| The RDI Group<br>8439 Solution Center<br>Chicago, IL 60677-8004 | $12,921.14 | 5/18/2017; 6/1/2017 |
| Thyssenkrupp Systems Engineering GmbH<br>Zeißigstraße 12<br>09337 Hohenstein-Ernstthal<br>Germany | $39,925.00 | 5/31/2017 |
| Uline, Inc.<br>PO Box 88741<br>Chicago, IL 60680-1741 | $12,762.78 | 5/18/2017; 6/1/2017 |
| United Way of Central Carolina's, Inc.<br>PO Box 890685<br>Charlotte, NC 28289-0685 | $9,293.68 | 6/1/2017 |
| Verizon<br>PO BOX 660108<br>Dallas, TX 75266-0108 | $32,671.73 | 6/6/2017; 7/7/2017; 8/4/2017 |
| Waggoner Manufacturing Co., Inc<br>1065 Hall Road<br>Moutn Ulla, NC 28125 | $17,850.00 | 6/6/2017 |
| Windstream<br>PO Box 9001908<br>Louisville, KY 40290-1950 | $13,998.41 | 6/30/2017; 7/20/2017; 8/4/2017 |
| Grand Total | $7,291,049.96 | |