Form 154

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
226 S. Liberty Street
Winston−Salem, NC 27101

Bankruptcy Case No.: 17−50877

IN THE MATTER OF:
Alevo Manufacturing, Inc.   46−2053454
Alevo USA, Inc.
2321 Concord Parkway S
Concord, NC 28027

   Debtor(s)

TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a hearing will be held at:

Courtroom 2, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401

on 1/17/18 at 09:30 AM

to consider and act upon the following:

Motion to Approve Settlement Agreement whereby Alevo USA, Inc. will transfer it's membership interest in the Company to the Ormat Entities' designee. Filed by Debtor Alevo Manufacturing, Inc., Debtor In Possession Alevo USA, Inc.

Dated: 12/21/17                                                                                           OFFICE OF THE CLERK/ hlr

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.