SO ORDERED.

SIGNED this 6th day of February, 2018.



_____
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

IN RE:

| | |
|---|---|
| ALEVO MANUFACTURING, INC., *et al.*, | CASE NO. 17-50877 |
| | (CONSOLIDATED FOR PURPOSES OF |
| DEBTORS. | ADMINISTRATION ONLY) |
| | CHAPTER 11 |

### ORDER GRANTING MOTION BY THE DEBTORS FOR APPROVAL OF SETTLEMENT WITH ORMAT NEVADA, INC. AND ORNI 54, LLC

This matter came before the Court for hearing on January 30, 2018 upon Motion by the Debtors for Approval of Settlement with Ormat Nevada, Inc. and ORNI 54, LLC (D.E. 257, the "Motion"), filed on December 21, 2017, and served with due and proper notice on all required parties. Appearing at the Hearing in person were Terri Gardner for the Debtors, William Miller and Sarah Bruce on behalf of the Bankruptcy Administrator, and by telephone was John Penn for Ormat Nevada, Inc. and ORNI 54, LLC. The Court, having considered the Application, the comments of parties wishing to be heard and the official file, finds as follows:

1. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (N). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

The statutory bases for the relief requested herein are sections 105, 363 and 365 of the Bankruptcy Code.

2.  The Debtors continue to control and oversee their assets as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.  The "Release, Waiver and Settlement Agreement" (the "Settlement") was attached as Exhibit A to the Motion.

4.  The Debtors provided the details of the Settlement in advance to Bootsmead LeaseCo, LLC (the "Lender"), and to the extent the Lender has any rights in the Contracts or membership interest, it has agreed to the terms of the Settlement and indicated that it will not now or hereafter assert any lien, claim or interest in the Company or Project except as the Alevo Entities may have through the Option (as defined in the Motion).

5.  The Debtors provided the details of the Settlement to the Official Committee of Unsecured Creditors (the "Creditors Committee") and the Creditors Committee does not oppose the Settlement.

6.  The Settlement is in the best interest of creditors and the Debtors' Estates because, among other things, the Debtors are subject to large claims by the Ormat Entities (as defined in the Motion) and the Settlement will result in a release of the claims and an option for the Debtors to purchase the interest of the Ormat Entities in the Project (as defined in the Motion).

7.  The Settlement shall be deemed to be consummated upon the entry hereof without further action by the Debtors or Ormat Entities and without further order of this Court.

8.  The proofs of claim filed by the Ormat Entities are hereby deemed to be withdrawn upon the entry hereof.

9. This Court retains jurisdiction to enforce the terms of this Order.

Based on the Court's findings of fact and conclusions of law, **IT IS THEREFORE ORDERED, ADJUGED, AND DECREED** that the Motion is GRANTED and the Settlement is approved.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** the Settlement shall be deemed to be consummated upon the entry of this Order.

**END OF DOCUMENT**

## SERVICE LIST

**VIA CM/ECF:**

Terri L. Gardner  terri.gardner@nelsonmullins.com
*Counsel for Debtors*

William P. Miller  bancm_ecf@ncmba.uscourts.gov
*Bankruptcy Administrator*

Andrew T. Houston  ahouston@mwhattorneys.com
Richard S. Wright  rwright@mwhattorneys.com
*Counsel for Century Contractors, Inc.*

William A. Gray  bgray@sandsanderson.com
Paul Hlad  phlad@sandsanderson.com
*Counsel for Sempa Systems GmbH*

Christopher M. Towery  ctowery@wcsr.com
*Counsel for Duke Energy Carolinas, LLC*

James C. White  jwhite@ptwfirm.com
*Counsel for James Popwell*

June L. Basden  jlb@crlaw.com
*Counsel for Jerome Singleton*

Charles M. Ivey, III  cmi@imgt-law.com
Dirk W. Siegmund  dws@imgt-law.com
*Counsel for Jonas & Redmann Automationstechnick GmbH*

Daniel C. Bruton  dbruton@belldavispitt.com
*Counsel for Acelerex, Inc.*

John Paul H. Cournoyer  jpc@nbfirm.com
John A. Northen  jan@nbfirm.com
Vicki L. Parrott  vlp@nbfirm.com
*Counsel for Official Committee of Unsecured Creditors of Alevo Manufacturing, Inc.*

Jennifer B. Lyday  notice@waldrepllp.com
Francisco T. Morales
*Counsel for Superb Industries, Inc.*

Ashley S. Rusher  asr@blancolaw.com
*Counsel for Leukert GmbH*

Sam O. Simmerman  sosimmerman@kwgd.com
*Counsel for Superb Industries, Inc.*

Nicole S. Giffin  ngiffin@bradley.com
*Counsel for MSS Fire & Security, LLC*

| | |
|---|---|
| Lisa P. Sumner<br>*Counsel for Alantum Advanced Technology Materials* | lsumner@nexsenpruet.com |
| Pamela P. Keenan<br>*Counsel for Ally Financial, Inc.* | pkeenan@kirschlaw.com |
| Paul E. Davis<br>*Counsel for Fire & Life Safety America, Inc.* | pdavis@cgspllc.com |
| Charles A. Ercole<br>*Counsel for James Popwell* | cercole@klehr.com |
| Sarah R. Borders<br>*Counsel for Bootsmead LeaseCo, LLC* | sborders@kslaw.com |

**VIA MAIL:**

Jack Raisner
Rene Roupinian
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, NY 10017
*Counsel for Jerome Singleton*

Valerie Kolczynski
City Attorney
35 Cabarrus Avenue West
PO Box 308
Concord, NC 28026
*Counsel for City of Concord*

David W. Smith, III
Gray, Layton, Kersh, Solomon, Furr & Smith, P.A.
PO Box 2636
Gastonia, NC 28053
*Counsel for Recore Electrical Contractors, Inc.*

Samuel R. Maizel
Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
*Counsel for Alantum Advanced Technology Materials Co., Ltd.*

Dr. Annerose Tashiro
Schultze & Braun GmbH
Rechtsanwaltsgesellschaft
EisenbahnstraBe 19-23
77855 Achern, Germany

Lynn Sussman-Alster
ORNI 54, LLC/ORMAT Technologies, Inc.
6225 Neil Road
Reno, NV 89511-1136

John D. Penn
Perkins Coie LLP
500 North Akard Street, Suite 3300
Dallas, TX 75201-3347

Alevo Group S.A.
c/o Markus Adler
Chief General Counsel
Rue des Finettes 110
1920 Martigny | Switzerland

**20 Largest Unsecured Creditors for Alevo USA, Inc.**

AccruePartners, Inc.
Attn: Managing Agent/Officer
Department 720029
PO Box 1335
Charlotte, NC 28201

American Express
Attn: Managing Agent/Officer
PO Box 360001
Fort Lauderdale, FL 33336

Arthur Gallagher First Insurance
Attn: Managing Agent/Officer
PO Box 7000
Carol Stream, IL 60197-7000

Bootsmead Leasing LLC
Attn: Managing Agent/Officer
2820 Selwyn Avenue, Suite 550
Charlotte, NC 28209

CarterBaldwin
Attn: Managing Agent/Officer
200 Mansell Court E
Roswell, GA 30076

Chadbourne & Parke LLP
Attn: Managing Agent/Officer
1200 New Hampshire Avenue NW
Washington, DC 20036

Customized Energy Solutions
Attn: Managing Agent/Officer
1528 Walnut Street, 22nd Floor
Philadelphia, PA 19102

Deloitte Tax LLP
Attn: Managing Agent/Officer
550 S. Tryon Street, Suite 2500
Charlotte, NC 28202

Grant Thornton LLP
Attn: Managing Agent/Officer
PO Box 532019
Atlanta, GA 30353

Kuehne and Nagel
Attn: Managing Agent/Officer
4100 North Commerce Drive
CHB 4455
Atlanta, GA 30344

L&T Technology Services Limited
Attn: Managing Agent/Officer
2035 Lincoln Highway, #3002
Edison, NJ 08817

Latham & Watkins LLP
Attn: Managing Agent/Officer
555 11th Street NW, Suite 1000
Washington, DC 20004-1304

Microsoft Corporation
Attn: Managing Agent/Officer
1950 N Stemmons Freeway, Suite 5010 LB #842467
Dallas, TX 75207

Narrow Gate Energy
Attn: Managing Agent/Officer
6104 Goldenrod Drive
Denton, TX 76208

PierceGray
Attn: Managing Agent/Officer
500 Davis Street, Suite 1005
Evanston, IL 60201

SHI International Corporation
Attn: Managing Agent/Officer
1301 South Mo-Pac Expressway, Suite 100
Austin, TX 78746

Skyline Exhibits & Events
Attn: Managing Agent/Officer
4198 Eagle Hill Drive, Suite 105
High Point, NC 27265

Solar Promotion GmbH
Attn: Managing Agent/Officer
Kiehnlestrasse 16 75172
Pforzheim, Germany

Ventured Media
Attn: Managing Agent/Officer
3694 SE Fairway East
Stuart, FL 34997

ZOHO Corporation
Attn: Managing Agent/Officer
4141 Hacienda Drive
Pleasanton, CA 94588-8549

**20 Largest Unsecured Creditor for Alevo Manufacturing, Inc.**

Advanced Lithium Electrochemistry Co.
Attn: Managing Agent/Officer
2-1, Hsing Hua Road
Taoyuan City, 33068
Taiwan, Province of China

Alantum Advanced Technology Materials
Attn: Managing Agent/Officer
IIIB-6 Dalian Free Trade Zone
Dalian City, Liaoning Province
P.R. China 116600

ATS Automation Global Services USA, Inc.
Attn: Managing Agent/Officer
730 Fountain Street North, Bldg 2
Cambridge, ON N3H 4R7
Canada

C.H. Robinson Worldwide, Inc. and Subsi
Attn: Managing Agent/Officer
PO Box 9121
Minneapolis, MN 55480-9121

Century Contractors, Inc.
Attn: Managing Agent/Officer
5100 Smith Farm Road
Matthews, NC 28104

Duke Energy
Attn: Managing Agent/Officer
PO Box 1090
Charlotte, NC 28201-1090

Imerys Graphite & Carbon USA, Inc.
C/O T60092U
PO Box 66512
Chicago, IL 60666-0512

Innovative Machine Corporation
Attn: Managing Agent/Officer
PO Box 9904
Birmingham, AL 35220

Interglas Technologies
Attn: Managing Agent/Officer
PF 110389151
Erbach Germany

Jonas & Redmann
Attn: Managing Agent/Officer
Kaiserin-Augusta-Al lee 113
Berlin Germany

Leukert GmbH
Reiftrager Weg 39
Kaufbeuren, 87600
Germany

MSS Fire & Safety, LLC
Attn: Managing Agent/Officer
PO Box 538178
Atlanta, GA 30353

P.C. Godfrey, Inc.
Attn: Managing Agent/Officer
1816 Rozzelles Ferry Road
Charlotte, NC 28208

Recore Electrical Contractors, Inc.
Attn: Managing Agent/Officer
PO Box 1972
Gastonia, NC 28053-1972

Saint-Gobain Performance Plastics Corp
Attn: Managing Agent/Officer
PO Box 743699
Atlanta, GA 30374-3699

Siemens Industry, Inc.
Attn: Managing Agent/Officer
2201 Crownpoint Executive Drive
Bldg 2, Ste K
Charlotte, NC 28227

Solith
c/o Sovema Group S.p.A.
Attn: Managing Agent/Officer
Via Spagna 13, 37069
Villafranca di Verona VR
Italy

Sovema S.P.A.
Attn: Managing Agent/Officer
Via Spagna 13, 37069
Villafranca di Verona VR
Italy

Superb Industries, Inc.
Attn: Managing Agent/Officer
100 Innovation Plaza
Sugarcreek, OH 44681

Tongrun International, LLC
Attn: Managing Agent/Officer
2501 Pecan Street
Bonham, TX 75418