**Fill in this information to identify the case:**

Debtor name    **ALEVO MANUFACTURING, INC.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    **17-50877**

■ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    Statement of Financial Affairs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 12, 2018**      X */s/* PETER HEINTZELMAN
                                               Signature of individual signing on behalf of debtor

                                               **PETER HEINTZELMAN**
                                               Printed name

                                               **PRESIDENT**
                                               Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **ALEVO MANUFACTURING, INC.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  **17-50877**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................................  $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................  $     **90,705,352.96**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................  $     **90,705,352.96**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $     **0.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $     **741,911.32**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................  +$     **67,816,800.88**

4.  **Total liabilities** ................................................................................................................
    Lines 2 + 3a + 3b      $     **68,558,712.20**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **ALEVO MANUFACTURING, INC.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   **17-50877**

■ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank, N.A.** | **Checking** | **3949** | **$142,779.48** |
| 3.2. | **Wells Fargo Bank, N.A.** | **Multi-Currency Account** | **7448** | **$299.54** |
| 3.3. | **Bank of America, N.A.** | **Checking** | **6028** | **$7,260.90** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $150,339.92 |
|---|

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Deposit - Duke Energy 5/2/14 $130,000.00; 4/1/2016 $50,857.29; 5/3/2016 $24,411.52** | **$205,268.81** |
|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **ALEVO MANUFACTURING, INC.**                    Case number *(If known)* **17-50877**
        Name

| | | |
|---|---|---:|
| 7.2. | **Deposit - Verizon 9/25/14 $800.00; 10/23/2014 $2,000.00; less credits of $900.00** | **$1,900.00** |
| 7.3. | **City of Concord - Collections - Apt Utility Deposit Legacy # 104 & 106 6/3/2016** | **$300.00** |
| 7.4. | **City of Concord - Collections 275 Majest Dr #206 Deposit 6/16/2016** | **$150.00** |
| 7.5. | **My Townhome LLC 420 Queens Rd Emmanuel Sagnes Apt 6/10/2016** | **$3,400.00** |
| 7.6. | **Piedmont Natural Gas Co, Inc. 420 Queens Rd 7/22/2016** | **$81.00** |
| 7.7. | **Legacy Concord Land, LLC 5220 Binford Street NW, #103, Concord, NC 28027 9/25/2016-9/24/2017** | **$250.00** |
| 7.8. | **Legacy Concord Land, LLC 5220 Binford Street NW, #201, Concord, NC 28027 9/26/2017-9/25/2017** | **$250.00** |
| 7.9. | **Legacy Concord Land, LLC 5060 Avent Dr NW, #103, Concord, NC 28027 6/14/2017-6/13/2018** | **$250.00** |
| 7.10. | **Legacy Concord Land, LLC 5040 Avent Drive NW, #107, Concord, NC 28027 2/17/2017-2/16/2018** | **$250.00** |
| 7.11. | **Legacy Concord Land, LLC 5040 Avent Drive NW, #206, Concord, NC 28027 11/30/2016-11/29/2017** | **$250.00** |
| 7.12. | **Legacy Concord Land, LLC 275 Majesty Drive, #206, Concord, NC 28027 6/27/2016-4/26/2017** | **$250.00** |
| 7.13. | **Legacy Concord Land, LLC 280 Kenbrook Ln NW, #203, Concord, NC 28027 8/29/2017-8/28/2018** | **$250.00** |
| 7.14. | **Legacy Concord Land, LLC 5220 Binford Street NW, #107, Concord, NC 28027 2/27/2017-2/26/2018** | **$250.00** |
| 7.15. | **Legacy Concord Land, LLC 5220 Binford Street NW, #108, Concord, NC 28027 2/27/2017-2/26/2018** | **$250.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor   **ALEVO MANUFACTURING, INC.**                    Case number *(if known)*  **17-50877**
_____
Name

| | | |
|---|---|---|
| 7.16. | **Melissa L. Stone 316 Armour Street, Davidson, NC 28036-6940 8/1/2017-7/1/2018** | **$2,000.00** |
| 7.17. | **Legacy Concord Land, LLC 5060 Avent Drive NW, #104, Concord, NC 28027 4/1/2017-3/31/2018** | **$250.00** |
| 7.18. | **Legacy Concord Land, LLC 5060 Avent Drive NW, #106, Concord, NC 28027 4/1/2017-3/31/2018** | **$250.00** |
| 7.19. | **PSNC Energy** | **$90,000.00** |
| 7.20. | **Integra Springs Security Deposit - 11213 S. Gemini Springs Dr, 3/3/2016 - 4/14/2017** | **$100.00** |
| 7.21. | **Integra Springs Security Deposit - 11321 S. Gemini Springs Dr, 3/3/2016 - 4/14/2017** | **$100.00** |

| | | |
|---|---|---|
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** Description, including name of holder of prepayment | |
| 8.1. | **Fantaco Inc. 12/10/2014** | **$22,086.00** |
| 8.2. | **Nuvation Research Corporation 2/23/2015** | **$900,000.00** |
| 8.3. | **Fusite B.V. 7/1/2015 $243,315.07; 7/10/2015 $251,094.24** | **$243,567.01** |
| 8.4. | **Legacy Concord Land, LLC - 5060 Avent Dr #106 - June Rent + Security 5/26/2016** | **$250.00** |
| 8.5. | **Legacy Concord Land, LLC - 5060 Avent Dr # 104 - June Rent + Security 5/26/2016** | **$50.00** |
| 8.6. | **Legacy Concord Land, LLC 275 Majest Dr #206 - June & July + Security 6/16/2016** | **$250.00** |
| 8.7. | **Superb Industries, Inc. 7/29/2016 $214,000.00; 8/9/2016 $88,000.00; 9/7/2016 $30,000.00** | **$332,000.00** |

Debtor  **ALEVO MANUFACTURING, INC.**                    Case number *(If known)* **17-50877**
        <sub>Name</sub>

| | | |
|---|---|---|
| 8.8. | **Prepaid raw materials** | $822,469.00 |
| 8.9. | **Innovative Machine Corp. 05/19/2018** | $27,900.00 |
| 8.10. | **Grenzeback Corporation  7/15/16** | $16,756.00 |
| 8.11. | **Superb Industries, Inc.  stock room inventory 7/29/16** | $23,544.00 |
| 8.12. | **Sempa Systems GMbh  9/16/16** | $44,067.12 |
| 8.13. | **Sumitomo Osaka Cement Co., Ltd - engineering support 9/19/16** | $18,686.70 |
| 8.14. | **Miscellanous deposits and prepayments to suppliers (list available upon request)** | $25,000.00 |

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.                    $2,782,675.64

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
□ Yes Fill in the information below.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

□ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.  **Raw materials**

20.  **Work in progress**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number *(If known)* **17-50877** |
|---|---|---|
| | Name | |

21. **Finished goods, including goods held for resale**

| 22. | **Other inventory or supplies** | | | | |
|---|---|---|---|---|---|
| | **See attached** | 8/18/2017 | $0.00 | Recent cost | $14,247,943.51 |
| | **Inventory held at Thermotech - see attached** | 9/11/2017 | $97,568.57 | Recent cost | $97,568.57 |
| | **Inventory located at Superb Industries - see attached** | 8/30/2017 | $214,237.32 | Recent cost | $214,237.32 |

23. **Total of Part 5.**

   Add lines 19 through 22.  Copy the total to line 84.

   | $14,559,749.40 |
   |---|

24. **Is any of the property listed in Part 5 perishable?**
   - ☑ No
   - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   - ☑ No
   - ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   - ☑ No.  Go to Part 7.
   - ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   - ☐ No.  Go to Part 8.
   - ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Dell Power Edge Server, MES system software, Studio 500 Pro& RS view Studio ME,** | $0.00 | Recent cost | $626,531.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **ALEVO MANUFACTURING, INC.**                    Case number *(If known)*  **17-50877**
Name

43.    **Total of Part 7.**                                                                    **$626,531.00**
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **Ford Transit** | $0.00 | N/A | $15,000.00 |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **Coating Line** | $0.00 | Recent cost | $8,611,974.00 |
| **Welding Line** | $0.00 | Recent cost | $5,663,025.00 |
| **Assembly Line** | $0.00 | Recent cost | $17,181,504.00 |
| **Cell Fill** | $0.00 | Recent cost | $3,356,302.00 |
| **Formation Line** | $0.00 | Recent cost | $7,074,695.00 |
| **Electrolyte Equipment** | $0.00 | Recent cost | $22,756,401.00 |
| **Tooling** | $0.00 | Recent cost | $3,051,451.00 |
| **Other Production Line Equipment** | $0.00 | Recent cost | $220,844.00 |
| **Paste Mixing Equipment** | $0.00 | Recent cost | $864,469.00 |

Debtor   **ALEVO MANUFACTURING, INC.**                    Case number *(If known)*  **17-50877**
Name

| | | | |
|---|---|---|---|
| **Material Handling Equipment** | $0.00 | **Recent cost** | $1,535,529.00 |
| **Module and Contained Manufacturing** | $0.00 | **Recent cost** | $2,159,963.00 |
| **Optima 8300 Cross-flow Spectrometer** | $94,900.00 | **Recent cost** | $94,900.00 |

51.   **Total of Part 8.**                                                          | $72,586,057.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **ALEVO MANUFACTURING, INC.**  Case number *(If known)* **17-50877**
         Name

---

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $150,339.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,782,675.64 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $14,559,749.40 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $626,531.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $72,586,057.00 | |
| 88. **Real property.** *Copy line 56, Part 9.................................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $90,705,352.96 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $90,705,352.96 |

---

**Fill in this information to identify the case:**

Debtor name **ALEVO MANUFACTURING, INC.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) **17-50877**

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1  Jonas & Redmann**
Creditor's Name

Describe debtor's property that is subject to a lien
**ITEM 1-1 incl. Option 96-1
1.Tool_01_Pouch-Packing-Cathode-
CELGARD inkl. 1. Tool Opt.
A1_Pouch-Packing-Cathode-GLAS
ITEM 1-2 incl. Option 96-2
Ser.1,0_01_Pouch-Packing-Cathode-
CELGARD inkl. Ser.1.0 Opt.
A1_Pouch-Packing-Cathode-**

Amount of claim: **Unknown**
Value of collateral: **Unknown**

**Kaiserin-Augusta-Allee 113
Berlin Germany**
Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**November, 2015**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | **$0.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name     **ALEVO MANUFACTURING, INC.**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)     **17-50877**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Adam Ryan**<br>**5100 Downing Creek Drive**<br>**Charlotte, NC 28269** | **$7,554.21** | **$7,554.21** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $7,288.06; 401k match $266.15**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Alan Childers**<br>**2512 Applegate Drive**<br>**Concord, NC 28027** | **$559.73** | **$559.73** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $559.73**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $844.04 | $844.04 |
|---|---|---|---|---|

**Alan DuPree**
**3441 Yarmouth Lane**
**Gastonia, NC 28056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $844.04**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | | $316.40 | $316.40 |
|---|---|---|---|---|

**Alan Watkins**
**9951 Barnett Road**
**Concord, NC 28027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $316.40**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | | $277.20 | $277.20 |
|---|---|---|---|---|

**Alfred Barrier**
**303 Melrose Drive**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $277.20**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | | $653.00 | $653.00 |
|---|---|---|---|---|

**Alton Love**
**9075 Robinson Church Road**
**Harrisburg, NC 28075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $612.61; 401k match $40.39**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | | Case number (if known) | **17-50877** |
|--------|-------------------------------|---|---|---|
| | Name | | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,132.33 | $3,132.33 |
|---|---|---|---|---|

**Andree Kiser**
**6700 Santa Claus Road**
**Monroe, NC 28110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $3,132.33**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.80 | $184.80 |
|---|---|---|---|---|

**Andrew Butler**
**2804 Island Point Drive**
**Concord, NC 28027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $184.80**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,448.40 | $1,448.40 |
|---|---|---|---|---|

**Anita Blackwelder**
**610 S. Valley Street**
**Landis, NC 28088**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,301.28; 401k match $147.12**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,057.66 | $1,057.66 |
|---|---|---|---|---|

**Anthony Kelly**
**3106 MBA Court**
**Concord, NC 28027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $900.74; 401k match $156.92**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | | Case number (if known) | **17-50877** |
|---|---|---|---|---|

Name

---

**2.11** | Priority creditor's name and mailing address
**Antonio Little**
**1028 Linder Drive**
**Concord, NC 28027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$646.31     $646.31

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $612.61; 401k match $33.70**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)     ■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address
**April Brown**
**3514 Balsam Tree Drive**
**Charlotte, NC 28269**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$496.23     $496.23

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $438.50; 401k match $57.73**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)     ■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address
**Arlen Boyajian**
**5720 Carnegie Boulevard, #1308**
**Charlotte, NC 28209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$146.15     $146.15

Date or dates debt was incurred

Basis for the claim:
**401k match**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)     ■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address
**Barbara Arico**
**3430 Lipe Road**
**China Grove, NC 28023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$512.24     $512.24

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $444.92; 401k match $67.32**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)     ■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|

Name

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $612.61 | $612.61 |
|---|---|---|---|---|

**Barbara Davidson**
**1 Buffalo Avenue NW, Apt. 63**
**Concord, NC 28025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $612.61**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $694.29 | $694.29 |
|---|---|---|---|---|

**Bethany Winecoff**
**1535 NC Highway 152 W**
**China Grove, NC 28023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $694.29**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.26 | $402.26 |
|---|---|---|---|---|

**Bobby English**
**189 Altondale Drive**
**Statesville, NC 28625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $349.92; 401k match $52.34**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.80 | $328.80 |
|---|---|---|---|---|

**Brandon Dobson**
**3750 Fieldcrest Circle NW**
**Concord, NC 28027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $260.10; 401k match $68.70**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.11 | $243.11 |
|---|---|---|---|---|

**Brenden Chatman**
**2720 South Boulevard, Apt. 212**
**Charlotte, NC 28209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $77.73; 401k match $165.38**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $612.81 | $612.81 |
|---|---|---|---|---|

**Brent Giles**
**3101 N McDowell Street**
**Charlotte, NC 28205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $612.81**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,327.34 | $1,327.34 |
|---|---|---|---|---|

**Brett Gale**
**1445 Biggers Cemetery Road**
**Monroe, NC 28110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,184.38; 401k match $142.96**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.77 | $63.77 |
|---|---|---|---|---|

**Brian McLester**
**1200 Graystone Court**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k match**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | | Case number (if known) | **17-50877** |
|---|---|---|---|---|

Name

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.70 | $29.70 |
|---|---|---|---|---|

**Brianna Bost**
**200 Castlewood Drive, #1122**
**Salisbury, NC 28147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $29.70**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $677.25 | $677.25 |
|---|---|---|---|---|

**Bryan Shaver**
**32393 Nanny Drive**
**Albemarle, NC 28001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $612.61; 401k match $64.64**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,799.71 | $1,799.71 |
|---|---|---|---|---|

**Bryan Zimmerman**
**11208 Bryton Parkway, #12103**
**Huntersville, NC 28078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,636.25; 401k match $163.46**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $570,832.54 | $0.00 |
|---|---|---|---|---|

**Cabarrus County Tax Collector**
**65 Church Street S**
**Concord, NC 28025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|

Name

---

**2.27** Priority creditor's name and mailing address

**Calvin Gurley**
**11740 Terrill Ridge Drive**
**Davidson, NC 28036**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$184.80    $184.80

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $184.80**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.28** Priority creditor's name and mailing address

**Candra Mathis**
**4381 Winterwood Lane**
**Harrisburg, NC 28075**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$78.46    $78.46

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.29** Priority creditor's name and mailing address

**Carl Eudy**
**32475 Bridge Road**
**Mount Pleasant, NC 28124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$184.80    $184.80

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.30** Priority creditor's name and mailing address

**Carlena McCrary**
**508 Hyde Street**
**Kannapolis, NC 28083**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$423.06    $423.06

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $392.99; 401k match $30.07**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **ALEVO MANUFACTURING, INC.**

Name

Case number (if known)    **17-50877**

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $291.15 | $291.15 |
|---|---|---|---|---|

**Carlton Stewart**
**905 Dedmon Drive**
**Charlotte, NC 28216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $218.79; 401k match $72.36**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.23 | $144.23 |
|---|---|---|---|---|

**Carol Staley**
**7322 Daerwood Place**
**Charlotte, NC 28215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k match**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.32 | $67.32 |
|---|---|---|---|---|

**Catherine Barber**
**11718 Stewart Crossing Drive**
**Charlotte, NC 28215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k match**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.87 | $675.87 |
|---|---|---|---|---|

**Catherine Edwards**
**8310 W Franklin Street**
**PO Box 126**
**Mount Pleasant, NC 28124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $570.10; 401k match $105.77**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | | Case number (if known) | **17-50877** |
|---|---|---|---|---|
| | Name | | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $907.62 | $907.62 |
|---|---|---|---|---|

**Cecil Manning**
**1435 Barnhardt Road**
**China Grove, NC 28023**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $805.85; 401k match $101.77**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $78.09 | $78.09 |
|---|---|---|---|---|

**Chad Nance**
**913 Klondale Avenue**
**Kannapolis, NC 28081**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k match**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $523.29 | $523.29 |
|---|---|---|---|---|

**Cheryl Rakes**
**2518 Spencer Avenue**
**Gastonia, NC 28054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $506.74; 401k match $16.55**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,040.93 | $1,040.93 |
|---|---|---|---|---|

**Chris Moeller**
**1335 Yorkshire Place**
**Concord, NC 28027**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $887.48; 401k match $153.45**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address<br>**Christopher Alexander**<br>**1611 Seward Road**<br>**Joliet, IL 60431** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,599.23** | **$1,599.23** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address<br>**Christopher Kintz**<br>**5027 Daffodil Lane**<br>**Concord, NC 28025** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$497.25** | **$497.25** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO $443.70; 401k match $53.55** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address<br>**Christopher Laney**<br>**217 Beverly Drive NE**<br>**Concord, NC 28025** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$83.08** | **$83.08** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO $10.40; 401k match $72.68** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address<br>**Christopher Peck**<br>**1423 Hess Road**<br>**Concord, NC 28025** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$906.66** | **$906.66** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO $834.73; 401k match $71.93** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $466.44 | $466.44 |
|---|---|---|---|---|

**Christopher Roberts**
**14070 Harrison Parkway**
**Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $541.25 | $541.25 |
|---|---|---|---|---|

**Christy Grant**
**919 Littleton Drive**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $416.25; 401k match $125.00**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.24 | $165.24 |
|---|---|---|---|---|

**Colby Meadows**
**608 Walter Street**
**Kannapolis, NC 28083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $333.54 | $333.54 |
|---|---|---|---|---|

**Corey Bump**
**7113 Agava Lane**
**Charlotte, NC 28215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,587.98 | $1,587.98 |
|---|---|---|---|---|

**Dagern Dereselign**
**5060 Avent Drive, Apt. 302**
**Concord, NC 28027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,443.75; 401k match $144.23**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $632.01 | $632.01 |
|---|---|---|---|---|

**Dale Paul**
**6401 Loyola Court**
**Charlotte, NC 28227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $331.25 | $331.25 |
|---|---|---|---|---|

**Dalton Brandon**
**680 Harbor Edge Circle, Apt. 201**
**Memphis, TN 38103-5728**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.16 | $87.16 |
|---|---|---|---|---|

**Daniel Eudy**
**627 Loch Lomond Circle**
**Concord, NC 28025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $12.85; 401k match $74.31**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $381.92 | $381.92 |
|---|---|---|---|---|

**2.51** Priority creditor's name and mailing address
**Darryn Merchant**
**209 Jonathan Court**
**Kannapolis, NC 28083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$381.92    $381.92

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $274.03; 401k match $107.89**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.52** Priority creditor's name and mailing address
**David Brown**
**4129 Fincastle Court**
**Charlotte, NC 28215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$106.08    $106.08

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.53** Priority creditor's name and mailing address
**David Carriere**
**4711 Hendrix Court**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$184.80    $184.80

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.54** Priority creditor's name and mailing address
**David Chilson**
**940 Lippard Road**
**Salisbury, NC 28146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$610.83    $610.83

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | | Case number (if known) | **17-50877** |
|---|---|---|---|---|
| | Name | | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $59.67 | $59.67 |
|---|---|---|---|---|

**David Coward**
**121 Oakwood Avenue**
**Salisbury, NC 28141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,587.98 | $1,587.98 |
|---|---|---|---|---|

**David Ellington**
**8305 Bradford Road NW**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,443.75; 401k match $144.23**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $128.52 | $128.52 |
|---|---|---|---|---|

**David Helms**
**233 Reids Pecan Drive**
**Rockwell, NC 28138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $64.12 | $64.12 |
|---|---|---|---|---|

**David Linton**
**PO Box 42242**
**Charlotte, NC 28215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k match**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **ALEVO MANUFACTURING, INC.**                                Case number (if known)   **17-50877**

Name

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $523.56 | $523.56 |
|---|---|---|---|---|

**David Newton**
**1070 Bee Line Lane**
**Salisbury, NC 28147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $379.33; 401k match $144.23**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.64 | $116.64 |
|---|---|---|---|---|

**David Rickenbacker**
**1214 Doncastle Court**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.60 | $138.60 |
|---|---|---|---|---|

**Deborah Graham Bivens Joy**
**6339 River Front Drive**
**Harrisburg, NC 28075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.00 | $231.00 |
|---|---|---|---|---|

**Deborah Leitch**
**3530 Turner Avenue**
**Kannapolis, NC 28083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
| --- | --- | --- | --- |
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $666.16 | $666.16 |
| --- | --- | --- | --- | --- |

**Deborah Sabol**
**7506 Petrea Lane**
**Charlotte, NC 28227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $612.61; 401k match $53.55**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $806.65 | $806.65 |
| --- | --- | --- | --- | --- |

**Dennis Hartsell**
**1055 Patterson Road**
**Salisbury, NC 28147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $704.48; 401k match $102.17**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.26 | $64.26 |
| --- | --- | --- | --- | --- |

**Dennis J. Ammerman**
**161 Wandering Lane**
**Mocksville, NC 27028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k match**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.38 | $147.38 |
| --- | --- | --- | --- | --- |

**Devin Lowder**
**506 North Haywood Street**
**Oakboro, NC 28129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $94.25; 401k match $53.13**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

**2.67** | Priority creditor's name and mailing address

**Donald Harter**
**13914 Dunslow Court**
**Charlotte, NC 28269**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,799.71**    **$1,799.71**

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,636.25; 401k match $163.46**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.68** | Priority creditor's name and mailing address

**Dwayne Curtis**
**4704 Myers Road**
**Monroe, NC 28110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,619.79**    **$1,619.79**

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,472.67; 401k match $147.12**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.69** | Priority creditor's name and mailing address

**Earl McMillon**
**209 Brook Valley Drive**
**Salisbury, NC 28147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$691.09**    **$691.09**

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $612.61; 401k match $78.48**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.70** | Priority creditor's name and mailing address

**Earle Aube**
**517 N Graham Street, #2F**
**Charlotte, NC 28202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$966.16**    **$966.16**

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $812.31; 401k match $153.85**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $612.61 | $612.61 |
|---|---|---|---|---|

**Edward McCray**
**4317 Morington Lane**
**Charlotte, NC 28227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,253.08 | $1,253.08 |
|---|---|---|---|---|

**Eric Woodie**
**111 Harbor Point Drive**
**Cherryville, NC 28021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $652.31 | $652.31 |
|---|---|---|---|---|

**Fonda Hailey**
**2036 Makin Drive**
**Indian Trail, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $612.61 | $612.61 |
|---|---|---|---|---|

**Gary Greer**
**278 Trillium Street NW**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|

Name

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.73 | $552.73 |
|---|---|---|---|---|

**Gary Summerlin
5063 Lacewood Court
Concord, NC 28025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $445.76; 401k match $106.97**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.00 | $231.00 |
|---|---|---|---|---|

**Gemayel Khan
4520 Sugarberry Drive, Apt. 716
Charlotte, NC 28269**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.01 | $220.01 |
|---|---|---|---|---|

**Glenn Henry
965 Ed Weaver Road
Salisbury, NC 28146**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $152.69; 401k match $67.32**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,296.13 | $1,296.13 |
|---|---|---|---|---|

**Gregory Dorko
12914 Sun Rise Lane
Oakboro, NC 28129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,149.01; 401k match $147.12**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $527.92 | $527.92 |
|---|---|---|---|---|

**Gregory Grammer**
**121 Crestview Drive**
**Concord, NC 28027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $416.77; 401k match $111.15**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $277.20 | $277.20 |
|---|---|---|---|---|

**Harold Whitley**
**1476 Hickory Avenue**
**Albemarle, NC 28001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,121.12 | $1,121.12 |
|---|---|---|---|---|

**Heath Hindman**
**883 Pine Ridge Place SE**
**Concord, NC 28025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $312.92 | $312.92 |
|---|---|---|---|---|

**Hugh Bunker**
**5319 Hackberry Lane SW**
**Concord, NC 28027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $223.047; 401k match 89.85**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **For Notice Purposes Only** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | | **$332.64** | **$332.64** |
|---|---|---|---|---|

**Jackie Threatt**
**107 Kenneth Street**
**Monroe, NC 28110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unpaid PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | | **$666.16** | **$666.16** |
|---|---|---|---|---|

**Jacob Lukach**
**12179 Swift Road**
**Oakboro, NC 28129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unpaid PTO $612.61; 401k match $53.55** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | | **$180.77** | **$180.77** |
|---|---|---|---|---|

**Jacqueline Snow**
**718 Blue Sky Drive**
**Concord, NC 28027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **401k match** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.14 | $186.14 |
|---|---|---|---|---|

**James Bravado**
**13101 Angel Oak Drive**
**Huntersville, NC 28078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k match**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $371.40 | $371.40 |
|---|---|---|---|---|

**James Houpe**
**221 S. East Avenue**
**Kannapolis, NC 28083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $319.46; 401k match $51.94**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,816.93 | $6,816.93 |
|---|---|---|---|---|

**James Martin**
**3241 Mount Pleasant Road**
**Sherrills Ford, NC 28673**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $6,586.16; 401k match $230.77**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,627.70 | $3,627.70 |
|---|---|---|---|---|

**James Martin**
**3241 Mount Pleasant Road**
**Sherrills Ford, NC 28673**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $3,396.93; 401k match $230.77**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number *(if known)* | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $387.67 | $387.67 |
|---|---|---|---|---|
| | **James Miller**<br>**15940 Glenmore Road**<br>**Gold Hill, NC 28071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO $305.88; 401k match $81.79** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $307.22 | $307.22 |
|---|---|---|---|---|
| | **James Morris**<br>**150 Middle Brook Drive**<br>**Rockwell, NC 28138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $413.75 | $413.75 |
|---|---|---|---|---|
| | **James Orbison**<br>**620 N. Walnut Street**<br>**Kannapolis, NC 28081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO $288.88; 401k match $124.87** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,727.72 | $1,727.72 |
|---|---|---|---|---|
| | **James Pierce**<br>**1142 Brason Lane**<br>**Wake Forest, NC 27587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO $1,570.80; 401k match $156.92** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,259.62 | $1,259.62 |
|---|---|---|---|---|

**James Powell**
**4120 Deerfield Drive NW**
**Concord, NC 28027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.80 | $184.80 |
|---|---|---|---|---|

**James Williams**
**132 Northbend Drive**
**Charlotte, NC 28262**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.51 | $158.51 |
|---|---|---|---|---|

**Jamie Council**
**2404 Brathay Court**
**Charlotte, NC 28269**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.02 | $22.02 |
|---|---|---|---|---|

**Janique Ebanks**
**4318 Kellybrook Drive**
**Concord, NC 28025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k match**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **ALEVO MANUFACTURING, INC.**                    Case number (if known)    **17-50877**
_____                        _____
Name

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.21 | $329.21 |
|---|---|---|---|---|

**Jason Childers**
**2448 Saguaro Lane**
**Kannapolis, NC 28083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | | $231.00 | $231.00 |
|---|---|---|---|---|

**Jason Williams**
**5201 Paige Road**
**Mount Pleasant, NC 28124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | | $231.00 | $231.00 |
|---|---|---|---|---|

**Jeffrey Phillips**
**6005 The Meadows Lane**
**Harrisburg, NC 28075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | | $481.03 | $481.03 |
|---|---|---|---|---|

**Jeffrey White**
**2431 Mount Pleasant Road W**
**Mount Pleasant, NC 28124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,593.33** | **$5,593.33** |
|---|---|---|---|---|

**Jennifer Place**
**3894 Willow Grove Lane**
**Concord, NC 28025**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO $5,310.06; 401k match $283.27** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$55.08** | **$55.08** |
|---|---|---|---|---|

**Jera Miller**
**2692 Farm Pond Road**
**Concord, NC 28025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**401k match** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$319.39** | **$319.39** |
|---|---|---|---|---|

**Jeremy Jalowitz**
**1725 Thompson Drive**
**Concord, NC 28025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO $233.85; 401k match $85.54** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,398.85** | **$2,398.85** |
|---|---|---|---|---|

**Jerome Singleton**
**3425 Craig Avenue**
**Charlotte, NC 28211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
| --- | --- | --- | --- |
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.64 | $116.64 |
| --- | --- | --- | --- | --- |

**2.107**

Priority creditor's name and mailing address

**Jerry Sanders**
**1150 Stateline Road**
**Clover, SC 29710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$116.64        $116.64

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.108**

Priority creditor's name and mailing address

**Jesse Matthews**
**216 N. Yadkin Avenue**
**Spencer, NC 28159**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,052.86        $1,052.86

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $866.51; 401k match $186.35**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.109**

Priority creditor's name and mailing address

**Joann Minton**
**10803 Faringford Court**
**Charlotte, NC 28262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$88.82        $88.82

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $49.86; 401k match $38.96**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.110**

Priority creditor's name and mailing address

**Joe Gonzalez**
**12792 Clydesdale Drive**
**Midland, NC 28107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$348.82        $348.82

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $301.10; 401k match $47.72**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $346.50    $346.50 |
| | **John Balog** | *Check all that apply.* | |
| | **5432 Farmbrook Drive** | ☐ Contingent | |
| | **Charlotte, NC 28210** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid PTO** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No    ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,110.58    $1,110.58 |
| | **John Grunlee** | *Check all that apply.* | |
| | **113 Piper Drive** | ☐ Contingent | |
| | **Pittsburgh, PA 15234** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid PTO** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No    ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.80    $73.80 |
| | **John Hairfield** | *Check all that apply.* | |
| | **2360 Westerholt Court** | ☐ Contingent | |
| | **Mount Pleasant, NC 28124** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid PTO** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No    ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.08    $173.08 |
| | **John High** | *Check all that apply.* | |
| | **4413 Polk Ford Road** | ☐ Contingent | |
| | **Stanfield, NC 28163** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **401k match** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No    ☐ Yes | |

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,141.73 | $1,141.73 |
|---|---|---|---|---|

**John Patrick**
**154 Vale Road**
**Mocksville, NC 27028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,025.42; 401k match $116.31**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.92 | $153.92 |
|---|---|---|---|---|

**John Scherlen**
**1630 Bellevue Road**
**Salisbury, NC 28144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k match**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,452.03 | $1,452.03 |
|---|---|---|---|---|

**John Sybert**
**4760 Myers Lane**
**Harrisburg, NC 28075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,304.91; 401k match $147.12**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $407.27 | $407.27 |
|---|---|---|---|---|

**Jonathan Burgess**
**340 Sunset Drive SE**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $288.88; 401k match $118.39**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.75 | $168.75 |
|---|---|---|---|---|

Name

**Joseph Depasquale**
**35082 Cowder Road**
**New London, NC 28127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address |  | $503.13 | $503.13 |
|---|---|---|---|---|

**Joseph Johnson**
**195 Marshdale Avenue SW**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $391.99; 401k match $111.14**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address |  | $1,413.72 | $1,413.72 |
|---|---|---|---|---|

**Joseph Myers**
**303 Crescent Street**
**Rockwell, NC 28138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address |  | $929.27 | $929.27 |
|---|---|---|---|---|

**Joseph Smith**
**2792 Odell School Road**
**Concord, NC 28027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $820.65; 401k match $108.62**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **ALEVO MANUFACTURING, INC.**                                    Case number (if known)    **17-50877**

Name

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,511.89 | $1,511.89 |
|---|---|---|---|---|

**Joshua Lee**
**311 Bost Street**
**Kannapolis, NC 28081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,374.57; 401k match $137.32**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $357.11 | $357.11 |
|---|---|---|---|---|

**Joy Utley**
**522 Cabarrus Avenue W**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $318.55; 401k match $38.56**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $529.91 | $529.91 |
|---|---|---|---|---|

**Judy Jones**
**PO Box 599**
**Woodleaf, NC 27054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $453.61; 401k match $76.30**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $804.80 | $804.80 |
|---|---|---|---|---|

**Justin Stone**
**7609 Prairie Rose Lane**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |

---

**2.127** Priority creditor's name and mailing address

**Kaon Alston**
**6236 Countryside Drive**
**Apt. 1**
**Charlotte, NC 28213**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $75.92 | $75.92 |

Date or dates debt was incurred

Basis for the claim:
**401k match**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.128** Priority creditor's name and mailing address

**Keith Flack**
**145 Overbrook Drive NE**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $355.12 | $355.12 |

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $289.35; 401k match $65.77**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.129** Priority creditor's name and mailing address

**Keith Turner**
**12825 Beddingfield Drive**
**Charlotte, NC 28278**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $147.12 | $147.12 |

Date or dates debt was incurred

Basis for the claim:
**401k match**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.130** Priority creditor's name and mailing address

**Kenneth Beeker**
**370 Mountain Road**
**Cleveland, NC 27013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $612.61 | $612.61 |

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.76 | $576.76 |
|---|---|---|---|---|

**2.131**

Priority creditor's name and mailing address

**Kenneth Hill**
**5940 Princeton Avenue**
**Kannapolis, NC 28081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$576.76    $576.76

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $517.14; 401k match $59.62**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.132**

Priority creditor's name and mailing address

**Kenneth Wherry**
**5303 Hackberry Lane SW**
**Concord, NC 28027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,095.37    $4,095.37

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $3,828.83; 401k match $266.54**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.133**

Priority creditor's name and mailing address

**Kentrell Barnes**
**6025 Waterloo Drive**
**Charlotte, NC 28269**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$184.80    $184.80

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.134**

Priority creditor's name and mailing address

**Kevin Mitchell**
**6501 Ashdale Place**
**Charlotte, NC 28215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$283.58    $283.58

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $227.66; 401k match $55.92**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **ALEVO MANUFACTURING, INC.**　　　　　　Case number (if known)　**17-50877**

| | | |
|---|---|---|
| 2.135 Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.00   $231.00 |

**2.135**

Priority creditor's name and mailing address
**Keyurbhai Shah**
**6430 Park Pond Drive**
**Charlotte, NC 28262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$231.00   $231.00

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.136**

Priority creditor's name and mailing address
**Kristi Boyd**
**5991 Vinewood Road**
**Davidson, NC 28036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$342.11   $342.11

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.137**

Priority creditor's name and mailing address
**Kristina Kairat**
**211 Old Rockwell Road, Apt. 34**
**China Grove, NC 28023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$983.28   $983.28

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $858.33; 401k match $124.95**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.138**

Priority creditor's name and mailing address
**Kurt Sowers**
**10491 Troutman Road**
**Midland, NC 28107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$409.33   $409.33

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $337.82; 401k match $71.51**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|--------|-------------------------------|------------------------|--------------|
| | Name | | |

---

**2.139** | Priority creditor's name and mailing address

**Kyra Tomlin**
**416 Clark Street**
**Statesville, NC 28677**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4.80    $4.80

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.140** | Priority creditor's name and mailing address

**Larry Hensley**
**6886 Locke Drive**
**Sherrills Ford, NC 28673**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,727.69    $1,727.69

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,570.77; 401k match $156.92**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.141** | Priority creditor's name and mailing address

**Lenette Brown**
**12652 Tucker Crossing Lane**
**Charlotte, NC 28273**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$147.84    $147.84

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.142** | Priority creditor's name and mailing address

**Levent Neymen**
**13734 Bramborough Road**
**Huntersville, NC 28078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,121.89    $3,121.89

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.00 | $141.00 |
|---|---|---|---|---|

**Livia Burleson**
**PO Box 994**
**33 Cedar Street**
**Badin, NC 28009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | | $802.85 | $802.85 |
|---|---|---|---|---|

**Londa Carroll**
**4144 Whitney Place**
**Concord, NC 28027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $729.93; 401k match $72.92**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | | $664.90 | $664.90 |
|---|---|---|---|---|

**Loretta Foreman**
**2330 Miller Road**
**Salisbury, NC 28147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $612.61; 401k match $52.29**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | | $2,214.23 | $2,214.23 |
|---|---|---|---|---|

**Lovic Warren**
**6004 SM Benton Lane**
**Monroe, NC 28110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.28 | $167.28 |
|---|---|---|---|---|

**Mackenzie Teague**
**4976 Astonshire Lane**
**Concord, NC 28027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $99.28; 401k match $68.00**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $321.89 | $321.89 |
|---|---|---|---|---|

**Marchelle Ratliff**
**1820 Harris Houston Road, Unit**
**621772**
**Charlotte, NC 28262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $258.65; 401k match $63.24**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $634.60 | $634.60 |
|---|---|---|---|---|

**Margie Salamanchuk**
**613 Walter Street**
**Kannapolis, NC 28083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $571.77; 401k match $62.83**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $914.62 | $914.62 |
|---|---|---|---|---|

**Marie Russell**
**10803 Faringford Court**
**Charlotte, NC 28262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $803.08; 401k match $111.54**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **ALEVO MANUFACTURING, INC.**                                   Case number (if known) **17-50877**

Name

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $830.77 | $830.77 |
|---|---|---|---|---|

**Mark Brown**
**4020 Winter Jasmine Place**
**Kannapolis, NC 28081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.19 | $320.19 |
|---|---|---|---|---|

**Martha Thibault**
**137 Sport Court Way**
**Mooresville, NC 28117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,743.02 | $2,743.02 |
|---|---|---|---|---|

**Martin Salazar**
**326 Mount Side Way**
**Fort Mill, SC 29715**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $2,556.67; 401k match $186.35**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.37 | $44.37 |
|---|---|---|---|---|

**Mary Felder**
**105 Taunton Court, #15**
**Concord, NC 28027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $0.00; 401k match $44.37**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|

Name

---

**2.155** | Priority creditor's name and mailing address

**Matthew English**
**189 Atondale Drive**
**Statesville, NC 28625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$44.98    $44.98

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.156** | Priority creditor's name and mailing address

**Matthew Shettel**
**2910 Oakdale Drive**
**Monroe, NC 28110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,889.38    $3,889.38

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $3,644.38; 401k match $245.00**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.157** | Priority creditor's name and mailing address

**Michael Buchanan**
**9237 Glenashley Drive**
**Cornelius, NC 28031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$699.66    $699.66

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.158** | Priority creditor's name and mailing address

**Michael Kopsick**
**1901 Pennsylvania Avenue**
**Kannapolis, NC 28083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$51.00    $51.00

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $321.17 | $321.17 |
|---|---|---|---|---|

**Michael Lang**
**516 Union Street S**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unpaid PTO $250.61; 401k match $70.56** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $649.72 | $649.72 |
|---|---|---|---|---|

**Michelle Nuckols**
**3027 Talladega Lane**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unpaid PTO $576.80; 401k match $72.92** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $612.61 | $612.61 |
|---|---|---|---|---|

**Nathan Stark**
**1459 Ontario Drive**
**Kannapolis, NC 28083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unpaid PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $333.17 | $333.17 |
|---|---|---|---|---|

**Nathaniel Grant**
**2056 Samantha Drive**
**Kannapolis, NC 28083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unpaid PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,609.15 | $1,609.15 |
|---|---|---|---|---|

**Neha Bavishi**
**1440 Harding Place, Apt. 639**
**Charlotte, NC 28204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,463.00; 401k match $146.15**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.64 | $960.64 |
|---|---|---|---|---|

**Nicholas Frysinger**
**7360 Gilead Road**
**Huntersville, NC 28078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $855.75; 401k match $104.89**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $344.43 | $344.43 |
|---|---|---|---|---|

**Nicholas Perdue**
**1963 Cornatzer Road**
**Mocksville, NC 27028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $275.77; 401k match $68.66**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $633.03 | $633.03 |
|---|---|---|---|---|

**Noha Bailey**
**10824 Clark Street**
**Davidson, NC 28036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **ALEVO MANUFACTURING, INC.**                                    Case number (if known)    **17-50877**

Name

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $484.70 | $484.70 |
|---|---|---|---|---|

**Nolan Kuhn**
**3309 Caralea Valley Drive**
**Concord, NC 28027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $411.26; 401k match $73.44**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | | $653.00 | $653.00 |
|---|---|---|---|---|

**Norris Elam**
**315 Kindley Street**
**Lexington, NC 27292**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $612.61; 401k match $40.39**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**North Carolina Department of**
**Revenue**
**Office Services Division**
**Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602-1168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | | $405.10 | $405.10 |
|---|---|---|---|---|

**Oupangna Soratana**
**2534 Mountain Laurel Avenue NW**
**Concord, NC 28027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $ 342.72; 401k match $62.38**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|

Name

---

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.64 | $110.64 |
|---|---|---|---|---|

**Patricia Bass**
**1406 Forest Park Drive**
**Statesville, NC 28677**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k match**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $418.88 | $418.88 |
|---|---|---|---|---|

**Patrick Leach**
**3832 Tea Royal Court**
**Charlotte, NC 28215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.00 | $141.00 |
|---|---|---|---|---|

**Phillip Clark**
**16815 Macantha Drive**
**Charlotte, NC 28213**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.10 | $204.10 |
|---|---|---|---|---|

**Phyllis Phifer**
**102 Elmhurst Lane**
**Mooresville, NC 28115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $194.00; 401k match $10.10**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

**2.175** | Priority creditor's name and mailing address

**Pierre Edmonson**
**3978 Long Leaf Court**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,465.00    $3,465.00

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.176** | Priority creditor's name and mailing address

**Randall Davis**
**3066 Clover Road NW**
**Concord, NC 28027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$54.01    $54.01

Date or dates debt was incurred

Basis for the claim:
**401k match**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.177** | Priority creditor's name and mailing address

**Randy File**
**1090 Dutchmans Point**
**Salisbury, NC 28146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$339.85    $339.85

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.178** | Priority creditor's name and mailing address

**Richard Edwards**
**5018 Pondview Court**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,587.98    $1,587.98

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,443.75; 401k match $144.23**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **ALEVO MANUFACTURING, INC.**

Name

Case number *(if known)* **17-50877**

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $339.84 | $339.84 |
|---|---|---|---|---|

**Rick Turner**
**114 W. Glenview Avenue**
**Salisbury, NC 28147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.00 | $231.00 |
|---|---|---|---|---|

**Ricky Seymour**
**390 Rocky Rick Road**
**Rockwell, NC 28138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,310.70 | $1,310.70 |
|---|---|---|---|---|

**Ricky Sutten**
**112 Cumberland Court SW**
**Concord, NC 28025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,183.20; 401k match $127.50**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $666.35 | $666.35 |
|---|---|---|---|---|

**Robert Campbell**
**802 Cadillac Street**
**Kannapolis, NC 28083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $610.83 | $610.83 |
|---|---|---|---|---|

**Robert Culp**
**118 Log Barn Road**
**Salisbury, NC 28146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $226.19 | $226.19 |
|---|---|---|---|---|

**Robert Hammel**
**142 Spencer Avenue**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $92.01; 401k match $134.18**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $343.27 | $343.27 |
|---|---|---|---|---|

**Robert Jones**
**2075 Delfin Court**
**Rock Hill, SC 29730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k match**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $378.18 | $378.18 |
|---|---|---|---|---|

**Robert Maple**
**7217 Cedarfield Road**
**Charlotte, NC 28227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $221.26; 401k match $156.92**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
| --- | --- | --- | --- |
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.51 | $5.51 |
| --- | --- | --- | --- | --- |

**Robert Nipper**
**238 Spring Street SW**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.00 | $231.00 |
| --- | --- | --- | --- | --- |

**Rocky Baxter**
**209 Kinney Avenue**
**Thomasville, NC 27360**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,413.81 | $1,413.81 |
| --- | --- | --- | --- | --- |

**Roger Alston**
**1546 Piney Church Road**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $598.26 | $598.26 |
| --- | --- | --- | --- | --- |

**Ronnie Given**
**21468 Farmers Lane**
**Locust, NC 28097**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $503.46; 401k match $94.80**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **ALEVO MANUFACTURING, INC.**          Case number (if known)    **17-50877**
          _____
          Name

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.20 | $97.20 |
|---|---|---|---|---|

2.191    Priority creditor's name and mailing address

**Roy Barnes**
**294 Bleachery Court NW**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$97.20        $97.20

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.192    Priority creditor's name and mailing address

**Sangitaben Suthar**
**10342 Kempsford Drive**
**Charlotte, NC 28262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$154.80        $154.80

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.193    Priority creditor's name and mailing address

**Sarah Burgess**
**216 Hahn Place SE**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$108.35        $108.35

Date or dates debt was incurred

Basis for the claim:
**401k match**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.194    Priority creditor's name and mailing address

**Sarah Jacobs**
**32033 HIghway 24/27**
**Albemarle, NC 28001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$765.80        $765.80

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $694.29; 401k match $71.51**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.10 | $56.10 |
|---|---|---|---|---|

**Sherry Bailey**
**788 Jim Elliott Road**
**Denton, NC 27239**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | | $666.60 | $666.60 |
|---|---|---|---|---|

**Shikira Jones**
**1116 Samuel Adams Circle SW**
**Concord, NC 28027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $612.61; 401k match $53.99**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | | $115.67 | $115.67 |
|---|---|---|---|---|

**Stacey Faggart**
**127 Cedar Drive NW**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | | $380.77 | $380.77 |
|---|---|---|---|---|

**Stanley Honeycutt**
**6156 Gold Hill Road**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.12 | $147.12 |
|---|---|---|---|---|

**2.199**

Priority creditor's name and mailing address
**Stephen Hall**
**2308 Coneflower Drive**
**Charlotte, NC 28213**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$147.12    $147.12

Date or dates debt was incurred

Basis for the claim:
**401k match**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.200**

Priority creditor's name and mailing address
**Stephen Winger**
**1611 Rustic Arch Way**
**Huntersville, NC 28078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,302.17    $1,302.17

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,135.44; 401k match $166.73**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.201**

Priority creditor's name and mailing address
**Stuart Brandt**
**3906 Burch Bridge Road**
**Burlington, NC 27217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$485.69    $485.69

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.202**

Priority creditor's name and mailing address
**Stuart Pope**
**7596 Flowes Store Road**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$685.10    $685.10

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $544.98; 401k match $140.12**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,619.79 | $1,619.79 |
|---|---|---|---|---|

**Taiwan Funderburk**
**662 Mills Road**
**Pageland, SC 29728**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,472.67; 401k match $147.12**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.29 | $63.29 |
|---|---|---|---|---|

**Tera Stroud**
**PO Box 225**
**Landis, NC 28088**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $4.77; 401k match $58.52**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.90 | $54.90 |
|---|---|---|---|---|

**Termaine Thompson**
**7321 Crossridge Road**
**Charlotte, NC 28214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k match**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,149.62 | $1,149.62 |
|---|---|---|---|---|

**Terrell Hampton**
**1860 Gingercake Circle, Apt. 303**
**Rock Hill, SC 29732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,068.85; 401k match $80.77**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | | Case number (if known) | **17-50877** |
|---|---|---|---|---|

Name

---

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,085.19 | $1,085.19 |
|---|---|---|---|---|

**Thomas Barnard**
**9706 Dark Crystal Court**
**Huntersville, NC 28078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $902.50; 401k match $182.69**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.48 | $179.48 |
|---|---|---|---|---|

**Tim Lowman**
**3050 Agner Road**
**Salisbury, NC 28146**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.12 | $47.12 |
|---|---|---|---|---|

**Timothy Vines**
**136 Northbend Drive, Apt. F**
**Charlotte, NC 28262**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $738.27 | $738.27 |
|---|---|---|---|---|

**Tonya Kettler**
**515 Robert Hargrave**
**Lexington, NC 27292**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|

Name

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,695.77 | $3,695.77 |
|---|---|---|---|---|

**Travis Pickett**
**14201 Maple Hollow Lane**
**Charlotte, NC 28227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $3,465.00; 401k match $230.77**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.07 | $142.07 |
|---|---|---|---|---|

**Troy Snider**
**8000 Middleton Circle**
**Harrisburg, NC 28075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $0.00; 401k match $142.07**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,530.29 | $1,530.29 |
|---|---|---|---|---|

**Turner Moore**
**1801 Copperplate Road**
**Charlotte, NC 28262**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $1,443.75; 401k match $86.54**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.00 | $231.00 |
|---|---|---|---|---|

**Tyeisha Campbell**
**2206 Meadecroft Road**
**Charlotte, NC 28214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $585.07 | $585.07 |
|---|---|---|---|---|

**Tyler Byrnes**
**1303 Samuel Adams Circle, #1303**
**Concord, NC 28027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unpaid PTO $544.68; 401k match $40.39** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.60 | $138.60 |
|---|---|---|---|---|

**Tyler George**
**104 Poplar Trail**
**Rockwell, NC 28138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unpaid PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**U.S. Securities & Exchange**
**Commission**
**Office of Reorganization**
**950 East Paces Ferry Road, Suite**
**900**
**Atlanta, GA 30326-1382**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **For Notice Purposes Only** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.55 | $137.55 |
|---|---|---|---|---|

**Valencia Caldwell**
**3879 Sarah Drive NW**
**Concord, NC 28027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unpaid PTO $70.99; 401k match $66.56** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | | Case number (if known) | **17-50877** |
|---|---|---|---|---|

Name

---

**2.219** | Priority creditor's name and mailing address

**Vanessa Waller**
**1155 Hawkesbury Drive**
**China Grove, NC 28023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$845.68     $845.68

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $735.13; 401k match $110.55**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.220** | Priority creditor's name and mailing address

**Verner Young**
**7895 Georgia Avenue**
**Kannapolis, NC 28081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$825.80     $825.80

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $735.13; 401k match $90.67**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.221** | Priority creditor's name and mailing address

**Vickie Brinkley**
**2714 Hopeton Court**
**Monroe, NC 28110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$434.54     $434.54

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $373.85; 401k match $60.69**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.222** | Priority creditor's name and mailing address

**Vickie Powell**
**810 Summerlake Drive SW**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$154.80     $154.80

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,938.42 | $3,938.42 |
|---|---|---|---|---|

**Wageh Gendy**
**3184 Rowan Brook Avenue**
**Henderson, NV 89052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Unpaid PTO $3,681.68; 401k match $256.74** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $318.03 | $318.03 |
|---|---|---|---|---|

**Walter Norton**
**14825 Bethel Avenue Ext**
**Midland, NC 28107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Unpaid PTO $253.98; 401k match $64.05** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,585.69 | $1,585.69 |
|---|---|---|---|---|

**Wayne Hartsell**
**7999 West Bay Drive**
**Denver, NC 28037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Unpaid PTO $1,360.13; 401k match $225.56** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.80 | $184.80 |
|---|---|---|---|---|

**Wesley Corbett**
**111 N. Carolina Drive, Apt. 403**
**Lexington, NC 27292**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Unpaid PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|

Name

---

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,920.60 | $3,920.60 |
|---|---|---|---|---|

**Wesley Petrea**
**2126 Bertha Street**
**Kannapolis, NC 28083**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $3,675.79; 401k match $244.81**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.76 | $123.76 |
|---|---|---|---|---|

**William Greene**
**610 Cedar Farm Road**
**Salisbury, NC 28147**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k match**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.81 | $399.81 |
|---|---|---|---|---|

**William Jones**
**123 Pine Lake Drive**
**Clover, SC 29710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $534.20 | $534.20 |
|---|---|---|---|---|

**Wyatt Blume**
**10650 Stokes Ferry Road**
**Gold Hill, NC 28071**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO $481.03; 401k match $53.17**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | 17-50877 |
|---|---|---|---|
| | Name | | |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,960.00 |
|---|---|---|---|

**3M Company**
PO Box 371227
Pittsburgh, PA 15250-7227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**AC Controls Company Inc.**
PO Box 63243
Charlotte, NC 28263-3243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,059.14 |
|---|---|---|---|

**Accounting Principals, Inc.**
Dept CH 14031
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,950.84 |
|---|---|---|---|

**Action Industrial Supply**
924 Cochran Street
Statesville, NC 28677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,603.14 |
|---|---|---|---|

**Adam Ryan**
5100 Downing Creek Drive
Charlotte, NC 28269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,960.29 |
|---|---|---|---|

**Adam Ryan**
5100 Downing Creek Drive
Charlotte, NC 28269

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Possible liability to American Express on corporate card held by Mr. Ryan (acct 1008).**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.45 |
|---|---|---|---|

**ADP Screening & Selection Services, Inc.**
PO Box 645177
Cincinnati, OH 45264-5177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **ALEVO MANUFACTURING, INC.**                                    Case number (if known)    17-50877
_____                                    _____
Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,372.99 |

Nonpriority creditor's name and mailing address
**Advanced Electronic Services, Inc.**
**101 Technology Lane**
**Mount Airy, NC 27030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,336.00 |

**Advanced Lithium Electrochemistry Co.**
**2-1, Hsing Hua Road**
**Taoyuan City, 33068**
**Taiwan, Province of China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,840.00 |

**Advanced Machining & Tooling, LLC**
**215 Forbes Avenue**
**Salisbury, NC 28147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,460.00 |

**AERIS Enviromental, Inc.**
**1440 Blueberry Lane**
**Charlotte, NC 28226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,778.70 |

**Aerotek, Inc.**
**3689 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,014.69 |

**Airgas USA, LLC**
**PO Box 532609**
**Atlanta, GA 30353-2609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alan Watkins**
**9951 Barnett Road**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,394,091.27 |
|---|---|---|---|

**Alantum Advanced Technology Materials**
**IIIB-6 Dalian Free Trade Zone**
**Dalian City, Liaoning Province**
**P.R. China 116600**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,504.99 |
|---|---|---|---|

**Alevo Battery Technology Materials**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Inter-company AP**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,710,618.00 |
|---|---|---|---|

**Alevo Group S.A.**
**c/o Markus Adler**
**Chief General Counsel**
**Rue des Finettes 110**
**1920 Martigny | Switzerland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,965,414.95 |
|---|---|---|---|

**Alevo International SA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Inter-company AP**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,216.50 |
|---|---|---|---|

**Alfa International Ent. Ltd.**
**6540 Gottardo Court**
**Mississauga Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $948.67 |
|---|---|---|---|

**Alison Sloop**
**10555 Mt. Olive Road**
**Mount Pleasant, NC 28124**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Possible liability to American Express on corporate card held by Ms. Sloop (acct 2006).**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.78 |
|---|---|---|---|

**Allied Bearings & Supply, Inc.**
**274 Monroe Street**
**Statesville, NC 28677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **ALEVO MANUFACTURING, INC.**                          Case number (if known)    **17-50877**

Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.32 |
|---|---|---|---|

**Allied Caster & Equipment Co.**
**3841 Corporation Circle**
**Charlotte, NC 28216**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $609.63 |
|---|---|---|---|

**Allied Electronics, Inc.**
**7151 Jack Newell Boulevard South**
**Fort Worth, TX 76118**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,394.11 |
|---|---|---|---|

**Ally Financial, Inc.**
**PO Box 9001948**
**Louisville, KY 40290**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $476.14 |
|---|---|---|---|

**Alton Love**
**9075 Robinson Church Road**
**Harrisburg, NC 28075**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $725.42 |
|---|---|---|---|

**Amelia Langford**
**117 Faires Avenue**
**Belmont, NC 28012**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible liability to American Express on corporate card held by Ms. Langford (acct 1000).**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,365.00 |
|---|---|---|---|

**American Safety Clothing, Inc.**
**30 East Park Avenue**
**Sellersville, PA 18960-2731**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andree Kiser**
**6700 Santa Claus Road**
**Monroe, NC 28110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ALEVO MANUFACTURING, INC.**                    Case number (if known)   **17-50877**
_____
Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.29**

Nonpriority creditor's name and mailing address
**Anita Blackwelder**
**610 S. Valley Street**
**Landis, NC 28088**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30**

Nonpriority creditor's name and mailing address
**Anthony Kelly**
**3106 MBA Court**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31**

Nonpriority creditor's name and mailing address
**Antonio Little**
**1028 Linder Drive**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$118.73**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32**

Nonpriority creditor's name and mailing address
**Applied Industrial Technologies-Dixie, I**
**22510 Network Place**
**Chicago, IL 60673-1225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$172.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33**

Nonpriority creditor's name and mailing address
**April Brown**
**3514 Balsam Tree Drive**
**Charlotte, NC 28269**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34**

Nonpriority creditor's name and mailing address
**Arlen Boyajian**
**5720 Carnegie Boulevard, #1308**
**Charlotte, NC 28209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35**

Nonpriority creditor's name and mailing address
**Armstrong Relocation**
**4400 Westinghouse Boulevard**
**Charlotte, NC 28273**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$23,058.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,879.64** |
|---|---|---|---|

**Atlas Copco Compressors LLC**
**3042 Southcross Boulevard, Suite 102**
**Rock Hill, SC 29730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$593,542.00** |
|---|---|---|---|

**ATS Automation Global Services USA, Inc.**
**730 Fountain St North, Bldg 2**
**Cambridge, ON N3H 4R7**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,580.39** |
|---|---|---|---|

**Automation Technology, Inc.**
**PO Box 348**
**Concord, NC 28206-0348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.50** |
|---|---|---|---|

**AutomationDirect.com, Inc.**
**PO Box 402417**
**Atlanta, GA 30384-2417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,312.00** |
|---|---|---|---|

**Bahnson, Inc.**
**4731 Commercial Park Court**
**Clemmons, NC 27012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Barbara Arico**
**3430 Lipe Road**
**China Grove, NC 28023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Unpaid PTO_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.75** |
|---|---|---|---|

**Barbara Davidson**
**1 Buffalo Avenue NW, Apt. 63**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Unpaid PTO_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$333.60** |
|---|---|---|---|

**Barbara Elam**
**555 Wrenn Drive**
**Lexington, NC 27292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98.08** |
|---|---|---|---|

**Barefoot Oil**
**754 Concord Parkway N**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$749.86** |
|---|---|---|---|

**Bearing Distributors**
**PO Box 887**
**Columbia, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00** |
|---|---|---|---|

**Bec-Car Printing Co., Inc.**
**128 West Plaza Drive**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,280.61** |
|---|---|---|---|

**Benjamin Lowe**
**2936 Winghaven Lane**
**Charlotte, NC 28210**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Possible liability to American Express on corporate card held by Mr. Lowe (acct 1001).**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,851.64** |
|---|---|---|---|

**Bertelkamp Automation Inc.**
**PO Box 11488**
**Knoxville, TN 37939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$491.76** |
|---|---|---|---|

**Bethany Winecoff**
**1535 NC Highway 152 W**
**China Grove, NC 28023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,317.12**

**BK Giulini**
**Giulinistrasse 276065**
**Ludwigshafen/Rhein Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,511.62**

**BLR (Business & Legal Resources)**
**PO Box 5094**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Blue Cross Blue Shield**
**PO Box 580017**
**Charlotte, NC 28258-0017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bobby English**
**189 Altondale Drive**
**Statesville, NC 28625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Unpaid PTO_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brandon Dobson**
**3750 Fieldcrest Circle NW**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Unpaid PTO_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,321.80**

**Brenntag Mid-South Inc.**
**PO Box 752094**
**Charlotte, NC 28275-2094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$172.75**

**Brett Gale**
**1445 Biggers Cemetery Road**
**Monroe, NC 28110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Unpaid PTO_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

**3.57** | Nonpriority creditor's name and mailing address
Brian McLester
1200 Graystone Court
Concord, NC 28025

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.58** | Nonpriority creditor's name and mailing address
Brookfield Ametek
11 Commerce Boulevard
Middleboro, MA 02346

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$329.85

---

**3.59** | Nonpriority creditor's name and mailing address
Bryan Shaver
32393 Nanny Drive
Albemarle, NC 28001

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

$93.64

---

**3.60** | Nonpriority creditor's name and mailing address
Bryan Zimmerman
11208 Bryton Parkway, #12103
Huntersville, NC 28078

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

$101.35

---

**3.61** | Nonpriority creditor's name and mailing address
C&C Boiler Sales and Services, Inc.
6000 Preston Lane
Charlotte, NC 28270

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$483.99

---

**3.62** | Nonpriority creditor's name and mailing address
C.H. Robinson Worldwide, Inc. and Subsi
PO Box 9121
Minneapolis, MN 55480-9121

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

$162,174.25

---

**3.63** | Nonpriority creditor's name and mailing address
Callaway Industrial Service, Inc.
PO Box 3128
Mooresville, NC 28117

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,650.00

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

**3.64** | Nonpriority creditor's name and mailing address
**CardsandKeyfobs.com**
**PO Box 205**
**Saint Anthony, ID 83445**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$612.88**

---

**3.65** | Nonpriority creditor's name and mailing address
**Career Builders.Com**
**13047 Collectoin Center Drive**
**Chicago, IL 60693-0130**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.66** | Nonpriority creditor's name and mailing address
**Carlena McCrary**
**508 Hyde Street**
**Kannapolis, NC 28083**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid PTO

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.67** | Nonpriority creditor's name and mailing address
**Carlton Stewart**
**905 Dedmon Drive**
**Charlotte, NC 28216**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid PTO

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.68** | Nonpriority creditor's name and mailing address
**Carol Staley**
**7322 Daerwood Place**
**Charlotte, NC 28215**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid PTO

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.69** | Nonpriority creditor's name and mailing address
**Carolina Brush Company**
**PO Box 2469**
**Gastonia, NC 28053**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$471.48**

---

**3.70** | Nonpriority creditor's name and mailing address
**Carolina Cat-Power Systems Division**
**PO Box 75054**
**Charlotte, NC 28275-0054**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$37,236.29**

---

Debtor **ALEVO MANUFACTURING, INC.**

Case number (if known) **17-50877**

Name

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**Carolinas HealthCare SystemMedical Group**
**920 Church Street North**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,810.94 |
|---|---|---|---|

**Carotek, Inc.**
**PO Box 890140**
**Charlotte, NC 28289-0140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,230.50 |
|---|---|---|---|

**Carrier Corporation**
**PO Box 93844**
**Chicago, IL 60673-3844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,935.00 |
|---|---|---|---|

**Carter's Machine Co., Inc.**
**540 Lake Lynn Road**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,305.72 |
|---|---|---|---|

**Catawba Industrial Rubber Co.**
**4629 Dwight Evans Road**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Catherine Barber**
**11718 Stewart Crossing Drive**
**Charlotte, NC 28215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.68 |
|---|---|---|---|

**Catherine Edwards**
**8310 W Franklin Street**
**PO Box 126**
**Mount Pleasant, NC 28124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | 17-50877 |
|---|---|---|---|
| | Name | | |

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,960.29**

Catherine Edwards
8310 W Franklin Street
PO Box 126
Mount Pleasant, NC 28124

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Possible liability to American Express on corporate card held by Ms. Edwards (acct 1005).**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Cecil Manning
1435 Barnhardt Road
China Grove, NC 28023

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$495.00**

Center for Occupational Diagnostics, LLC
9710 Northcross Center Court
Huntersville, NC 28078

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,193,509.63**

Century Contractors, Inc.
5100 Smith Farm Road
Matthews, NC 28104

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Chad Nance
913 Klondale Avenue
Kannapolis, NC 28081

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,020.10**

ChemTreat, Inc.
15045 Collection Center Drive
Chicago, IL 60693

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Cheryl Rakes
2518 Spencer Avenue
Gastonia, NC 28054

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ALEVO MANUFACTURING, INC.**                                  Case number (if known)    **17-50877**
_____
Name

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.85** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Chris Moeller**
**1335 Yorkshire Place**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Christopher Kintz**
**5027 Daffodil Lane**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Christopher Laney**
**217 Beverly Drive NE**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Christopher Peck**
**1423 Hess Road**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Christopher Roberts**
**14070 Harrison Parkway**
**Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Christy Grant**
**919 Littleton Drive**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,212.25**

**Cimtec Automation LLC**
**3030 Whitehall Park Drive**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | | Case number (if known) | 17-50877 |
|---|---|---|---|---|
| | Name | | | |

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,614.16 |
|---|---|---|---|
| | **Cintas Corp No. 2**<br>**PO Box 630803**<br>**Cincinnati, OH 45263-0803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $65,105.19 |
|---|---|---|---|
| | **City of Concord - Collections**<br>**PO Box 540469**<br>**Charlotte, NC 28258-0469** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _**Various**_ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26,404.29 |
|---|---|---|---|
| | **Civil & Enviromental Consultants, Inc.**<br>**PO Box 644246**<br>**Pittsburgh, PA 15264-4246** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,139.25 |
|---|---|---|---|
| | **Cleatech LLC**<br>**221 W. Dyer Road**<br>**Santa Ana, CA 92707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,173.90 |
|---|---|---|---|
| | **CNP Technologies, LLC**<br>**806 Tyvola Road**<br>**Suite 102**<br>**Charlotte, NC 28217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|
| | **CogencyGlobal, Inc.**<br>**10 E 40th Street, 10th Floor**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Colby Meadows**<br>**608 Walter Street**<br>**Kannapolis, NC 28083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _**Unpaid PTO**_ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,956.27 |
| --- | --- | --- | --- |

**Cole-Parmer Instrument Company LLC**
**13927 Collections Center Drive**
**Chicago, IL 60693-0139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Corey Bump**
**7113 Agava Lane**
**Charlotte, NC 28215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Unpaid PTO

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,895.31 |
| --- | --- | --- | --- |

**Cort Furniture Rental**
**PO Box 17401**
**Baltimore, MD 21297-1401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.31 |
| --- | --- | --- | --- |

**Crystal McGlothlin**
**140 Helenas Way**
**Salisbury, NC 28146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Unpaid PTO

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,270.87 |
| --- | --- | --- | --- |

**Cummins Atlantic LLC**
**PO Box 741295**
**Atlanta, GA 30384-1295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,400.00 |
| --- | --- | --- | --- |

**Custom Safety Solutions**
**(BS&B Safety Sysems, LLC)**
**7664 West 78th Street**
**Minneapolis, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,369.00 |
| --- | --- | --- | --- |

**D A Moore Corporation**
**PO Box 1150**
**Concord, NC 28026-1150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ALEVO MANUFACTURING, INC.**                             Case number (if known)    **17-50877**

Name

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,443.75 |

**Dagern Dereselign**
**5060 Avent Drive, Apt. 302**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Dale Paul**
**6401 Loyola Court**
**Charlotte, NC 28227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Dalton Brandon**
**680 Harbor Edge Circle, Apt. 201**
**Memphis, TN 38103-5728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Daniel Eudy**
**627 Loch Lomond Circle**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Darryn Merchant**
**209 Jonathan Court**
**Kannapolis, NC 28083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**David Coward**
**121 Oakwood Avenue**
**Salisbury, NC 28141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $999.52 |

**David Ellington**
**8305 Bradford Road NW**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Helms**
**233 Reids Pecan Drive**
**Rockwell, NC 28138**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Unpaid PTO**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Linton**
**PO Box 42242**
**Charlotte, NC 28215**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Unpaid PTO**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Newton**
**1070 Bee Line Lane**
**Salisbury, NC 28147**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Unpaid PTO**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.59 |
|---|---|---|---|

**Deborah Sabol**
**7506 Petrea Lane**
**Charlotte, NC 28227**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Unpaid PTO**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $405.21 |
|---|---|---|---|

**DecisionPathHR**
**8720 Red Oak Boulevard, Suite 300**
**Charlotte, NC 28217**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dennis Hartsell**
**1055 Patterson Road**
**Salisbury, NC 28147**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Unpaid PTO**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Devin Lowder**
**506 North Haywood Street**
**Oakboro, NC 28129**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Unpaid PTO**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **ALEVO MANUFACTURING, INC.**                    Case number (if known) **17-50877**

Name

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.96 |
|---|---|---|---|

**DGI Supply, A Do All Company**
**4830 Solution Center**
**Chicago, IL 60677-4008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,434.26 |
|---|---|---|---|

**Diamond Springs Water Inc.**
**PO Box 667887**
**Charlotte, NC 28266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128.03 |
|---|---|---|---|

**Dienes Corporation**
**27 West Main Street**
**Spencer, MA 01562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,064.14 |
|---|---|---|---|

**Donald Harter**
**13914 Dunslow Court**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $703.00 |
|---|---|---|---|

**Dover Flexo Electronic, Inc.**
**217 Pickering Road**
**Rochester, NH 03867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202,972.26 |
|---|---|---|---|

**Duke Energy**
**PO Box 1090**
**Charlotte, NC 28201-1090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **Various**

Basis for the claim: **Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $411.94 |
|---|---|---|---|

**Dwayne Curtis**
**4704 Myers Road**
**Monroe, NC 28110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

**3.127** | Nonpriority creditor's name and mailing address
**Earl McMillon**
**209 Brook Valley Drive**
**Salisbury, NC 28147**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

**$873.94**

---

**3.128** | Nonpriority creditor's name and mailing address
**Earle Aube**
**517 N Graham Street, #2F**
**Charlotte, NC 28202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129** | Nonpriority creditor's name and mailing address
**Eclipse Automation Southeast, LLC**
**2920 Whitehall Park Drive**
**Charlotte, NC 28273**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$39,504.00**

---

**3.130** | Nonpriority creditor's name and mailing address
**Edison Welding Institute**
**1250 Arthur E. Adams Drive**
**Columbus, OH 43221**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$60,818.51**

---

**3.131** | Nonpriority creditor's name and mailing address
**Edward McCray**
**4317 Morington Lane**
**Charlotte, NC 28227**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

**$464.81**

---

**3.132** | Nonpriority creditor's name and mailing address
**EIS Inc.**
**File 98059**
**PO Box 98059**
**Chicago, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,102.38**

---

**3.133** | Nonpriority creditor's name and mailing address
**Elizabeth Norris**
**c/o Alevo Group SA**
**Place Centrale 16**
**Verbier 1936 Switzerland**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Possible liability to American Express on corporate card held by Ms. Norris (acct 1009).__

Is the claim subject to offset? ■ No ☐ Yes

**$2,225.29**

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | 17-50877 |
|---|---|---|---|

Name

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,285.78 |
|---|---|---|---|

**Emergency Medical Products, Inc.**
25196 Network Place
Chicago, IL 60673-1251

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,856.03 |
|---|---|---|---|

**Endress + Hauser Inc.**
2350 Endress Place
Greenwood, IN 46143

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,400.00 |
|---|---|---|---|

**Engineering Search Firm**
8611 Weston Road, Unit 17
Woodbridge ON L4L 9P1 Canada

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,079.70 |
|---|---|---|---|

**Eric Soots Painting & Trim**
11670 Pioneer Mill Road
Midland, NC 28107

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,557.23 |
|---|---|---|---|

**Erik Seals and Plastics, Inc.**
46704 Fremont Boulevard
Fremont, CA 94538

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,048.00 |
|---|---|---|---|

**Eurotainer SA**
5810 Wilson Road, Suite 200
Humble, TX 77396

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,473.43 |
|---|---|---|---|

**Ever Bank Commercial Finance, Inc.**
PO Box 911608
Denver, CO 80291-1608

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **ALEVO MANUFACTURING, INC.** |
| | Name |

Case number (if known) **17-50877**

---

**3.141**

**Nonpriority creditor's name and mailing address**

**Fairborn Equipment Co Inc.**
**PO Box 123**
**Upper Sandusky, OH 43351**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$21,301.00**

---

**3.142**

**Nonpriority creditor's name and mailing address**

**Fastbolt Corp**
**200 Louis Street**
**South Hackensack, NJ 07606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,033.58**

---

**3.143**

**Nonpriority creditor's name and mailing address**

**Fastenal Company**
**PO Box 1286**
**Winona, MN 55987-1286**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,941.66**

---

**3.144**

**Nonpriority creditor's name and mailing address**

**Federal Express**
**PO Box 371461**
**Pittsburgh, PA 15250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,747.20**

---

**3.145**

**Nonpriority creditor's name and mailing address**

**Fisher Scientific Company, LLC**
**PO Box 404705**
**Atlanta, GA 30384-4705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$80.35**

---

**3.146**

**Nonpriority creditor's name and mailing address**

**Flir Commercial Systems, Inc.**
**9 Townsend West**
**Nashua, NH 03063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,869.50**

---

**3.147**

**Nonpriority creditor's name and mailing address**

**Fluid Flow Products, Inc.**
**PO Box 751278**
**Charlotte, NC 28275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,507.92**

---

Debtor   **ALEVO MANUFACTURING, INC.**
_____
Name

Case number (if known)   **17-50877**

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,093.26 |
|---|---|---|---|

**Fusite B.V.**
**Konigweg 167600**
**Almelo Netherlands**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,326.72 |
|---|---|---|---|

**G4S Secure Solutions (USA), Inc.**
**PO Box 277469**
**Atlanta, GA 30384-7469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.29 |
|---|---|---|---|

**Gary Greer**
**278 Trillium Street NW**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,237.40 |
|---|---|---|---|

**GDF**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,385.89 |
|---|---|---|---|

**Gesellschaft Fur Dichtungstechnik mbH**
**Hofwiesen-Strasse 7**
**Brackenheim Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,819.39 |
|---|---|---|---|

**Glasslined Technologies, Inc.**
**1371 Willow Run Road, Suite 104**
**Greensboro, GA 30642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Glenn Henry**
**965 Ed Weaver Road**
**Salisbury, NC 28146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | | Case number *(if known)* | **17-50877** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,200.00 |
|---|---|---|---|

**GP Rumierz, LLC**
**4024 Windward Drive**
**Tega Cay, SC 29708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,358.38 |
|---|---|---|---|

**Grainger**
**74336 Brackenheim**
**Palatine, IL 60038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,845.00 |
|---|---|---|---|

**Grant Thornton LLP**
**1901 S. Meyers Road, Suite 455**
**Oakbrook Terrace, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,315.57 |
|---|---|---|---|

**Graybar Electric Company, Inc.**
**2500 Wilkinson Boulevard**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gregory Dorko**
**12914 Sun Rise Lane**
**Oakboro, NC 28129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gregory Grammer**
**121 Crestview Drive**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,911.77 |
|---|---|---|---|

**Grenzebach Corporation**
**10 Herring Road**
**Newnan, GA 30265**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | 17-50877 |
|---|---|---|---|
| | Name | | |

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $199.53 |
|---|---|---|---|

**Harrington Industrial Plastics, LLC**
**PO Box 638250**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $39,427.10 |
|---|---|---|---|

**Harris Landscaping & Irrigation, Inc.**
**4833 Flowes Store Road**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $64,381.79 |
|---|---|---|---|

**Haz-Mat Enviromental Services, LLC**
**PO Box 37392**
**Charlotte, NC 28237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,225.00 |
|---|---|---|---|

**Health Works**
**PO Box 601428**
**Charlotte, NC 28260-1428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,914.00 |
|---|---|---|---|

**Heat Treating Services Unlimited, Inc.**
**PO Box 1889**
**Simpsonville, SC 29681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $296.80 |
|---|---|---|---|

**Heath Hindman**
**883 Pine Ridge Place SE**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Unpaid PTO

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,031.67 |
|---|---|---|---|

**Hellma Usa Inc.**
**80 Skyline Drive**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **ALEVO MANUFACTURING, INC.**                      Case number (if known)  **17-50877**
　　　　　 Name

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,274.79 |
|---|---|---|---|

**Hendrix Business Systems, Inc.**
**2040-A Independence Commerce Drive**
**Matthews, NC 28105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hugh Bunker**
**5319 Hackberry Lane SW**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Unpaid PTO_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,472.43 |
|---|---|---|---|

**HYG Financial Services Inc.**
**PO Box 14545**
**Des Moines, IA 50306-3545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,663.00 |
|---|---|---|---|

**iConnect Technologies**
**7136 Weddington Road, Suite 104**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,641.99 |
|---|---|---|---|

**IFM Efector Inc.**
**PO Box 8538-307**
**Philadelphia, PA 19171-0307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277,920.00 |
|---|---|---|---|

**Imerys Graphite & Carbon USA, Inc.**
**C/O T60092U**
**PO Box 66512**
**Chicago, IL 60666-0512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $348,342.14 |
|---|---|---|---|

**Innovative Machine Corporation**
**PO Box 9904**
**Birmingham, AL 35220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | 17-50877 |
|---|---|---|---|
| | Name | | |

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,103.02 |
|---|---|---|---|

**Integro Technologies Corp.**
**301 South Main Street**
**Salisbury, NC 28144**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,123.37 |
|---|---|---|---|

**Interglas Technologies**
**PF 110389151**
**Erbach Germany**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $567.94 |
|---|---|---|---|

**Jacob Lukach**
**12179 Swift Road**
**Oakboro, NC 28129**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,862.08 |
|---|---|---|---|

**Jaguar Financial Group c/o Chase**
**PO Box 78074**
**Phoenix, AZ 85062-8074**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Bravado**
**13101 Angel Oak Drive**
**Huntersville, NC 28078**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Houpe**
**221 S. East Avenue**
**Kannapolis, NC 28083**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Martin**
**3241 Mount Pleasant Road**
**Sherrills Ford, NC 28673**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unpaid PTO__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ALEVO MANUFACTURING, INC.**                          Case number (if known)    17-50877
_____
Name

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Merrifield**
**1115 Lily Green Court NW**
**Concord, NC 28027-2300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**James Miller**
**15940 Glenmore Road**
**Gold Hill, NC 28071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**James Morris**
**150 Middle Brook Drive**
**Rockwell, NC 28138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**James Orbison**
**620 N. Walnut Street**
**Kannapolis, NC 28081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $704.59 |

**James Pierce**
**1142 Brason Lane**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**James Popwell**
**109 N. Rose Avenue**
**Kannapolis, NC 28083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jamie Council**
**2404 Brathay Court**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **ALEVO MANUFACTURING, INC.**

Name

Case number (if known)  **17-50877**

| | |
|---|---|
| 3.190 | **Nonpriority creditor's name and mailing address** |

**Janique Ebanks**
**4318 Kellybrook Drive**
**Concord, NC 28025**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.191 | **Nonpriority creditor's name and mailing address** |

**Jason Childers**
**2448 Saguaro Lane**
**Kannapolis, NC 28083**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.192 | **Nonpriority creditor's name and mailing address** |

**Jason Norman**
**5165 Binford Street, Apt 105**
**Concord, NC 28027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$3,550.16**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Possible liability to American Express on corporate card held by Mr. Norman (acct 1000).__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.193 | **Nonpriority creditor's name and mailing address** |

**Jay G Johnson**
**P.O. Box #313**
**Deerfield Beach, FL 33443**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$791.84**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Possible liability to American Express on corporate card held by Mr. Johnson (acct 1006).__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.194 | **Nonpriority creditor's name and mailing address** |

**Jeffrey White**
**2431 Mount Pleasant Road W**
**Mount Pleasant, NC 28124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.195 | **Nonpriority creditor's name and mailing address** |

**Jennifer Place**
**3894 Willow Grove Lane**
**Concord, NC 28025**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$13,256.29**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.196 | **Nonpriority creditor's name and mailing address** |

**Jennifer Place**
**3894 Willow Grove Lane**
**Concord, NC 28025**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$10,061.26**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Possible liability to American Express on corporate card held by Ms. Place (acct 1006).__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeremy Jalowitz**
**1725 Thompson Drive**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jesse Matthews**
**216 N. Yadkin Avenue**
**Spencer, NC 28159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,868.58 |
|---|---|---|---|

**Jesse Matthews**
**216 N. Yadkin Avenue**
**Spencer, NC 28159**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Possible liability to American Express on corporate card held by Mr. Matthews (acct 1003).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joe Gonzalez**
**12792 Clydesdale Drive**
**Midland, NC 28107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John High**
**4413 Polk Ford Road**
**Stanfield, NC 28163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.13 |
|---|---|---|---|

**John Kless**
**8726 Taunton Drive**
**Huntersville, NC 28078**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Possible liability to American Express on corporate card held by Mr. Kless (acct 1001).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $748.84 |
|---|---|---|---|

**John Patrick**
**154 Vale Road**
**Mocksville, NC 27028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ALEVO MANUFACTURING, INC.**
_____
Name

Case number (if known)    **17-50877**

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Scherlen**
**1630 Bellevue Road**
**Salisbury, NC 28144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Sybert**
**4760 Myers Lane**
**Harrisburg, NC 28075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,136.81 |
|---|---|---|---|

**Johnson Controls Inc.**
**9844 Southern Pines Boulevard, Suite 8**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $577,255.53 |
|---|---|---|---|

**Jonas & Redmann**
**Kaiserin-Augusta-Allee 113**
**Berlin Germany**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph Depasquale**
**35082 Cowder Road**
**New London, NC 28127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph Johnson**
**195 Marshdale Avenue SW**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.09 |
|---|---|---|---|

**Joseph Myers**
**303 Crescent Street**
**Rockwell, NC 28138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **ALEVO MANUFACTURING, INC.**                                     Case number (if known)    17-50877
_____
Name

| | | |
|---|---|---|
| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Joseph Smith**
**2792 Odell School Road**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.212    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: _Check all that apply._        $501.22

**Joshua Lee**
**311 Bost Street**
**Kannapolis, NC 28081**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.213    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: _Check all that apply._        $0.00

**Joy Utley**
**522 Cabarrus Avenue W**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.214    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: _Check all that apply._        $0.00

**Judy Jones**
**PO Box 599**
**Woodleaf, NC 27054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.215    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: _Check all that apply._        $105.73

**Justin Stone**
**7609 Prairie Rose Lane**
**Huntersville, NC 28078**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.216    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: _Check all that apply._        $490.58

**Kaon Alston**
**6236 Countryside Drive**
**Apt. 1**
**Charlotte, NC 28213**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.217    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: _Check all that apply._        $0.00

**Keith Flack**
**145 Overbrook Drive NE**
**Concord, NC 28025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|

Name

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.69 |
|---|---|---|---|

**Kelly Scallon**
**781 Cloister Court NW, Apt. 20**
**Concord, NC 28027**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Possible liability to American Express on corporate card held by Ms. Scallon (acct 1005).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.86 |
|---|---|---|---|

**Kenneth Beeker**
**370 Mountain Road**
**Cleveland, NC 27013**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kenneth Hill**
**5940 Princeton Avenue**
**Kannapolis, NC 28081**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,906.75 |
|---|---|---|---|

**Kenneth Wherry**
**5303 Hackberry Lane SW**
**Concord, NC 28027**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,597.64 |
|---|---|---|---|

**Ketchie, Inc.**
**201 Winecoff School Road**
**Concord, NC 28027**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Mitchell**
**6501 Ashdale Place**
**Charlotte, NC 28215**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $907.50 |
|---|---|---|---|

**Keyence Corporation of America**
**Dept CH 17128**
**Palatine, IL 60055-7128**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ALEVO MANUFACTURING, INC.**                    Case number (if known)    **17-50877**
_____                                _____
Name

| | |
|---|---|
| 3.225   **Nonpriority creditor's name and mailing address**<br>**Kimberly A Hadlock**<br>**1973 Sailfish Place**<br>**Pompano Beach, FL 33062**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*                    **$3,960.70**<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Possible liability to American Express on corporate card held by Ms. Hadlock (acct 2004).**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.226   **Nonpriority creditor's name and mailing address**<br>**Kimberly A Hadlock (aka Kelly M Hadlock)**<br>**1973 Sailfish Place**<br>**Pompano Beach, FL 33062**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*                    **$4,004.88**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Possible liability to American Express on corporate card held by Ms. Hadlock (acct 1008)**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.227   **Nonpriority creditor's name and mailing address**<br>**Kristi Boyd**<br>**5991 Vinewood Road**<br>**Davidson, NC 28036**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Unpaid PTO**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.228   **Nonpriority creditor's name and mailing address**<br>**Kristina Kairat**<br>**211 Old Rockwell Road, Apt. 34**<br>**China Grove, NC 28023**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Unpaid PTO**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.229   **Nonpriority creditor's name and mailing address**<br>**Kumatec Sondermaschinebau &**<br>**Kunstoffverarbeitung GmbH**<br>**IndustriestraBe 1496524**<br>**Neuhaus-Shierschnitz Germany**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*                    **$2,850.18**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.230   **Nonpriority creditor's name and mailing address**<br>**Kurt Sowers**<br>**10491 Troutman Road**<br>**Midland, NC 28107**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Unpaid PTO**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.231   **Nonpriority creditor's name and mailing address**<br>**Larry Hensley**<br>**6886 Locke Drive**<br>**Sherrills Ford, NC 28673**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*                    **$2,286.32**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Unpaid PTO**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **ALEVO MANUFACTURING, INC.**                    Case number (if known)    **17-50877**
Name

---

**3.232**  Nonpriority creditor's name and mailing address

**Lee Hartsell**
**7999 West Bay Drive**
**Denver, NC 28037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$1,851.01**

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:  **Possible liability to American Express on corporate card held by Mr. Hartsell (acct 1008).**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.233**  Nonpriority creditor's name and mailing address

**Lee Spring Company LLC**
**140 58th Street, Suite 3C**
**Brooklyn, NY 11220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$485.00**

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.234**  Nonpriority creditor's name and mailing address

**Legacy Concord Land, LLC**
**5020 Avent Drive NW**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$10,229.70**

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.235**  Nonpriority creditor's name and mailing address

**Let It Shine Cleaning Sv.**
**3906 Caldwell Ridge Parkway**
**Charlotte, NC 28213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$3,960.00**

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.236**  Nonpriority creditor's name and mailing address

**Leukert GmbH**
**Reiftrager Weg 39**
**Kaufbeuren, 87600**
**Germany**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$394,756.27**

☐ Contingent

☐ Unliquidated

☑ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.237**  Nonpriority creditor's name and mailing address

**Liftone LLC**
**PO Box 602727**
**Charlotte, NC 28260-2727**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$8,153.43**

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.238**  Nonpriority creditor's name and mailing address

**Lincoln County Fabricators, Inc.**
**513 Jason Road**
**Lincolnton, NC 28092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$7,212.93**

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lisa Howard**
**8619 Rock Hole Road**
**Stanfield, NC 28163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Unpaid PTO

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316.47 |
|---|---|---|---|

**Londa Carroll**
**4144 Whitney Place**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Unearned PTO

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.70 |
|---|---|---|---|

**Loretta Foreman**
**2330 Miller Road**
**Salisbury, NC 28147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Unpaid PTO

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

**M+W U.S., Inc.**
**1001 Klein Road, Suite 400**
**Plano, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,555.49 |
|---|---|---|---|

**M.C. Schroeder Equipment Company Inc.**
**PO Box 1089**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mackenzie Teague**
**4976 Astonshire Lane**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Unpaid PTO

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marchelle Ratliff**
**1820 Harris Houston Road, Unit 621772**
**Charlotte, NC 28262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Unpaid PTO

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | 17-50877 |
|---|---|---|---|
| | Name | | |

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$631.75** |
|---|---|---|---|

**Margie Salamanchuk**
**613 Walter Street**
**Kannapolis, NC 28083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Marie Russell**
**10803 Faringford Court**
**Charlotte, NC 28262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark Brown**
**4020 Winter Jasmine Place**
**Kannapolis, NC 28081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,149.91** |
|---|---|---|---|

**Marposs Corporation**
**3300 Cross Creek Parkway**
**Auburn Hills, MI 48326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Martin Salazar**
**326 Mount Side Way**
**Fort Mill, SC 29715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Matthew English**
**189 Atondale Drive**
**Statesville, NC 28625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Matthew Shettel**
**2910 Oakdale Drive**
**Monroe, NC 28110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **ALEVO MANUFACTURING, INC.**

Name

Case number (if known) __17-50877__

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,390.20 |

**McMaster-Carr Supply Company**
PO Box 7690
Chicago, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,080.66 |

**McNaughton-McKay Electric Southeast Inc.**
PO Box 890976
Charlotte, NC 28289

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $643.95 |

**Mec-Tric Control Company Inc.**
4110 Monroe Road
Charlotte, NC 28205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,540.80 |

**Meier Prozesstechnik GmbH**
Vennweg 846395
Bochalt Germany

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,975.00 |

**Melissa Stone**
316 Armour Street
Davidson, NC 28036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.30 |

**Metrohm USA, Inc.**
6555 Pelican Creek Circle
Riverview, FL 33578

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $503.46 |

**Michael Affronte**
4485 Fawnbrook Avenue
Concord, NC 28027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Unpaid PTO__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Buchanan**
**9237 Glenashley Drive**
**Cornelius, NC 28031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Lang**
**516 Union Street S**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unpaid PTO

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michelle Nuckols**
**3027 Talladega Lane**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unpaid PTO

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $512.93 |
|---|---|---|---|

**Michelle Nuckols**
**3027 Talladega Lane**
**Concord, NC 28025**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Possible liability to American Express on corporate card held by Ms. Nuckols (acct 1008).

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,293.46 |
|---|---|---|---|

**Microsoft Corporation**
**1950 N Stemmons Freeway**
**Suite 5010 LB #842467**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,622.33 |
|---|---|---|---|

**Mine Safety Appliances Company LLC**
**PO Box 640348**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,150.48 |
|---|---|---|---|

**Mistras Services Division**
**PO Box 405694**
**Atlanta, GA 30384-5694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | | Case number (if known) | 17-50877 |
|---|---|---|---|---|
| | Name | | | |

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.34 |
|---|---|---|---|

**Msc Industrial Supply**
**PO Box 953635**
**Saint Louis, MO 63195-3635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,322.03 |
|---|---|---|---|

**MSS Fire & Safety, LLC**
**PO Box 538178**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,570.00 |
|---|---|---|---|

**My Townhome LLC**
**1500 South Boulevard, Suite 101 B**
**Charlotte, NC 28203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.30 |
|---|---|---|---|

**Nathan Stark**
**1459 Ontario Drive**
**Kannapolis, NC 28083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Unpaid PTO_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.42 |
|---|---|---|---|

**Nathaniel Grant**
**2056 Samantha Drive**
**Kannapolis, NC 28083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Unpaid PTO_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,152.00 |
|---|---|---|---|

**National Vision, Inc.**
**PO Box 957505**
**Duluth, GA 30095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|---|---|---|---|

**NCDENR Div of Wast Management**
**1646 Mail Service Center**
**Raleigh, NC 27699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | 17-50877 |
|---|---|---|---|
| | Name | | |

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $685.59 |
|---|---|---|---|

**NCDMV**
**PO Box 29620**
**Raleigh, NC 27626-0620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,857.60 |
|---|---|---|---|

**NEDEC America Corporation**
**2251 Nicholas Boulevard**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,072.46 |
|---|---|---|---|

**Neha Bavishi**
**1440 Harding Place, Apt. 639**
**Charlotte, NC 28204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,562.50 |
|---|---|---|---|

**New Electric Charlotte, LLC**
**1715 Orr Industrial Court**
**Charlotte, NC 28213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicholas Frysinger**
**7360 Gilead Road**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicholas Perdue**
**1963 Cornatzer Road**
**Mocksville, NC 27028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nolan Kuhn**
**3309 Caralea Valley Drive**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ALEVO MANUFACTURING, INC.**                 Case number (if known) **17-50877**

Name

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,877.40 |
|---|---|---|---|

**Nordson EFD LLC**
**PO Box 777959**
**Chicago, IL 60677-7009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.94 |
|---|---|---|---|

**Norris Elam**
**315 Kindley Street**
**Lexington, NC 27292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unpaid PTO

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,050.00 |
|---|---|---|---|

**Nuvation Research Corporation**
**151 Gibraltar Court**
**Sunnyvale, CA 94089-1301**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,823.77 |
|---|---|---|---|

**Oleg Petrov**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Possible liability to American Express on corporate card held by Mr. Petrov (acct 1001).**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,100.00 |
|---|---|---|---|

**Optima Engineering**
**1927 S Tryon Street, Suite 300**
**Charlotte, NC 28203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oupangna Soratana**
**2534 Mountain Laurel Avenue NW**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unpaid PTO

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253,911.50 |
|---|---|---|---|

**P.C. Godfrey, Inc.**
**1816 Rozzelles Ferry Rd**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | | | Case number (if known) | **17-50877** |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.288** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,163.15**

**Parker Hannifin Corporation**
**7851 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Patricia Bass**
**1406 Forest Park Drive**
**Statesville, NC 28677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Unpaid PTO_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,959.17**

**Perigon International**
**13816 E Independence Blvd**
**Indian Trail, NC 28079**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.291** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$552.23**

**Petter Bjornstad**
**701 E. Camino Real, Apt. 5B**
**Boca Raton, FL 33432**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Possible liability to American Express on corporate card held by Mr. Bjornstad (acct 1008)._

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.292** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Phyllis Phifer**
**102 Elmhurst Lane**
**Mooresville, NC 28115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Unpaid PTO_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$96.82**

**Piedmont Natural Gas Co, Inc.**
**PO Box 660920**
**Dallas, TX 75266-0920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,726.16**

**Pierre Edmonson**
**3978 Long Leaf Court**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Unpaid PTO_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ALEVO MANUFACTURING, INC.**                                      Case number (if known)    **17-50877**
_____
Name

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,066.16 |
|---|---|---|---|

**Poonam Prajapati**
**171 Everbrook Drive SW**
**Calgary AB T2Y0E8 Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $44,574.74 |

**Process Technical Sales, Inc.**
**PO Box 25069**
**Greenville, SC 29616**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $46,471.87 |

**Production Engineering**
**1344 Woodman Drive**
**Dayton, OH 45432**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,857.25 |

**Project Integration, Inc.**
**PO Box 170065**
**Spartanburg, SC 29301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,633.29 |

**PSNC Energy**
**PO Box 100256**
**Columbia, SC 29209-3256**

Date(s) debt was incurred _

Last 4 digits of account number  **Various**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,617.66 |

**Pureflow, Inc.**
**1241 Jay Lane**
**Graham, NC 27253**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,286.94 |

**R.L. Kunz, Inc.**
**PO Box 5875**
**Greenville, SC 29606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor   **ALEVO MANUFACTURING, INC.**                          Case number (if known)   17-50877
_____
Name

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,639.24 |
|---|---|---|---|

**3.302**

Nonpriority creditor's name and mailing address
**Radio Communications Company**
**PO Box 68**
**Cary, NC 27512**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,639.24**

---

**3.303**

Nonpriority creditor's name and mailing address
**Randall Davis**
**3066 Clover Road NW**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.304**

Nonpriority creditor's name and mailing address
**Randy File**
**1090 Dutchmans Point**
**Salisbury, NC 28146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

**$95.63**

---

**3.305**

Nonpriority creditor's name and mailing address
**Rapid-Rooter Plumbing Service, Inc.**
**PO Box 562002**
**Charlotte, NC 28256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,139.50**

---

**3.306**

Nonpriority creditor's name and mailing address
**Reaction Search International Inc.**
**5000 Executive Parkway, Suite 450**
**San Ramon, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,750.00**

---

**3.307**

Nonpriority creditor's name and mailing address
**Recore Electrical Contractors, Inc.**
**PO Box 1972**
**Gastonia, NC 28053-1972**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$422,951.30**

---

**3.308**

Nonpriority creditor's name and mailing address
**Red Dynamics, Inc.**
**2173 Hawkins Street, Unit E**
**Charlotte, NC 28203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$55,000.00**

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

**3.309** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,610.53**

**Rhinehart Fire Services**
**22 Piney Park Road, Unit G**
**Asheville, NC 28806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,099.58**

**Ricardo Gutierrez Ochoa**
**1234 Cambridge Street**
**Gastonia, NC 28054**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Possible liability to American Express on corporate card held by Mr. Gutierrez-Ochoa (acct 1004).**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$946.16**

**Richard Edwards**
**5018 Pondview Court**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Unpaid PTO**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.96**

**Richard Reavis**
**297 Pleasant Hill Drive SE**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Unpaid PTO**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Richard Withey**
**127 Lauren Drive**
**Indian Trail, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Unpaid PTO**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$160.36**

**Rick Turner**
**114 W. Glenview Avenue**
**Salisbury, NC 28147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Unpaid PTO**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ricky Sutten**
**112 Cumberland Court SW**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Unpaid PTO**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Hammel**
**142 Spencer Avenue**
**Concord, NC 28025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.63 |
|---|---|---|---|

**Robert Jones**
**2075 Delfin Court**
**Rock Hill, SC 29730**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Possible liability to American Express on corporate card held by Mr. Jones (acct 1009).**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Maple**
**7217 Cedarfield Road**
**Charlotte, NC 28227**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Nipper**
**238 Spring Street SW**
**Concord, NC 28025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $891.22 |
|---|---|---|---|

**Roger Alston**
**1546 Piney Church Road**
**Concord, NC 28025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ronnie Given**
**21468 Farmers Lane**
**Locust, NC 28097**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.00 |
|---|---|---|---|

**Roshan Bhula**
**6346 Old Pineville Road**
**Charlotte, NC 28217**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ALEVO MANUFACTURING, INC.**                          Case number (if known)    **17-50877**
         _____
         Name

| | | |
|---|---|---|
| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Ryeco, Inc.** | $2,824.90 |

**3.323**

**Nonpriority creditor's name and mailing address**

**Ryeco, Inc.**
**810 Pickens Industrial Drive**
**Marietta, GA 30062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,824.90**

---

**3.324**

**Nonpriority creditor's name and mailing address**

**S & D Coffee Inc.**
**PO Box 1628**
**Concord, NC 28026-1628**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,220.04**

---

**3.325**

**Nonpriority creditor's name and mailing address**

**Saint-Gobain Performance Plastics Corp**
**PO Box 743699**
**Atlanta, GA 30374-3699**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$247,950.00**

---

**3.326**

**Nonpriority creditor's name and mailing address**

**Sarah Burgess**
**216 Hahn Place SE**
**Concord, NC 28025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.327**

**Nonpriority creditor's name and mailing address**

**Sarah Jacobs**
**32033 HIghway 24/27**
**Albemarle, NC 28001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ■ No  ☐ Yes

**$611.76**

---

**3.328**

**Nonpriority creditor's name and mailing address**

**Schindler Elevator Corporation**
**PO Box 93050**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$9,091.02**

---

**3.329**

**Nonpriority creditor's name and mailing address**

**Schlenk**
**Barnsdorfer HauptsraBe 5**
**91154 Roth**
**Germany**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$78,802.03**

---

Debtor    **ALEVO MANUFACTURING, INC.**                          Case number (if known)    **17-50877**
_____
Name

| | |
|---|---|
| 3.330 | **Nonpriority creditor's name and mailing address** |

**3.330**   **Nonpriority creditor's name and mailing address**

**Scott Schotter**
**16153 Bristol Point Drive**
**Delray Beach, FL 33446**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                 **$2,082.23**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible liability to American Express on corporate card held by Mr. Schotter (acct 1006).**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.331**   **Nonpriority creditor's name and mailing address**

**Sempa Systems GmbH**
**GrenzstraBe 131109**
**Dresden Germany**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                 **$56,071.57**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.332**   **Nonpriority creditor's name and mailing address**

**Sergey Buchin**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                 **$16,798.54**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible liability to American Express on corporate card held by Mr. Buchin (acct 1004).**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.333**   **Nonpriority creditor's name and mailing address**

**SFA Fire Protection, Inc.**
**4809 S Main Street**
**Salisbury, NC 28147**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                 **$15,812.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.334**   **Nonpriority creditor's name and mailing address**

**Sherpa LLC**
**1001 Morehead Square Drive, Suite 600**
**Charlotte, NC 28203**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                 **$37,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.335**   **Nonpriority creditor's name and mailing address**

**SHI International Corporation**
**1301 S. MO-Pac Expressway**
**Austin, TX 78704**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                 **$22,106.81**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.336**   **Nonpriority creditor's name and mailing address**

**Shikira Jones**
**1116 Samuel Adams Circle SW**
**Concord, NC 28027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                 **$33.35**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | 17-50877 |
|---|---|---|---|
| | Name | | |

---

**3.337** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.13**

Shikira Jones
1116 Samuel Adams Circle SW
Concord, NC 28027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.338** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$152,907.72**

Siemens Industry, Inc.
2201 Crownppoint Executive Drive
Bldg 2, Ste K
Charlotte, NC 28227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.339** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$284,342.36**

Solith
c/o Sovema Group S.p.A.
Via Spagna 13, 37069
Villafranca di Verona VR Italy

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.340** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,022.00**

Soltex, Inc.
3707 FM 1960 West, Suite 560
Houston, TX 77068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.341** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.42**

Southeastern Freight Lines, Inc.
PO Box 100104
Columbia, SC 29202-3104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.342** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$161,785.67**

Sovema S.P.A.
Via Spagna 13, 37069
Villafranca di Verona VR
Italy

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.343** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,626.16**

Spiroflow Systems, Inc.
1609 Airport Road
Monroe, NC 28110

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

**3.344** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Stacey Faggart**
**127 Cedar Drive NW**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.345** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$121,939.83**

**Staff Masters**
**PO Box 19306**
**Charlotte, NC 28219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.346** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Stanley Honeycutt**
**6156 Gold Hill Road**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.347** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Stanley Honeycutt**
**6156 Gold Hill Road**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid PTO**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,404.82**

**Staples**
**Dept. ATL**
**PO Box 405386**
**Atlanta, GA 30384-5386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,369.07**

**State Electric Supply Co.**
**PO Box 890889**
**Charlotte, NC 28289-0889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,337.53**

**Stein Christiansen**
**6294 NW 65th Terrace**
**Pompano Beach, FL 33067**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Possible liability to American Express on corporate card held by Mr. Christiansen (acct 1000).**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24.60** |
|---|---|---|---|

**Stephen Hall**
**2308 Coneflower Drive**
**Charlotte, NC 28213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Stephen Hall**
**2308 Coneflower Drive**
**Charlotte, NC 28213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Unpaid PTO

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Stephen Winger**
**1611 Rustic Arch Way**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Unpaid PTO

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$243.78** |
|---|---|---|---|

**Stockcap**
**123 Manufacturers Drive**
**Arnold, MO 63010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Stuart Pope**
**7596 Flowes Store Road**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Unpaid PTO

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,693.21** |
|---|---|---|---|

**Sunbelt Rentals, Inc.**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$132,771.62** |
|---|---|---|---|

**Superb Industries, Inc.**
**100 Innovation Plaza**
**Sugarcreek, OH 44681**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | 17-50877 |
|---|---|---|---|
| | Name | | |

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,918.97 |
|---|---|---|---|

**Superior Service & Supply**
PO Box 5753
Concord, NC 28027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,416.90 |
|---|---|---|---|

**Swagelok North Carolina | East Tennessee**
221 Beltway Boulevard
Matthews, NC 28104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $413.41 |
|---|---|---|---|

**Taiwan Funderburk**
662 Mills Road
Pageland, SC 29728

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Unpaid PTO**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,980.00 |
|---|---|---|---|

**Tencarva Machinery Company LLC**
PO Box 409897
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tera Stroud**
PO Box 225
Landis, NC 28088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Unpaid PTO**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Termaine Thompson**
7321 Crossridge Road
Charlotte, NC 28214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Unpaid PTO**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $925.00 |
|---|---|---|---|

**Terminix Service, Inc.**
3612 Fernandia Road
Columbia, SC 29210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **ALEVO MANUFACTURING, INC.** | | Case number (if known) | **17-50877** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,881.66 |
|---|---|---|---|
| | **The Massey Company, Inc.**<br>**9006-A Permiter Woods Drive**<br>**Charlotte, NC 28216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $27,115.84 |
|---|---|---|---|
| | **Thermotech LLC**<br>**1302 S 5th Street**<br>**Hopkins, MN 55343** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Thomas Barnard**<br>**9706 Dark Crystal Court**<br>**Huntersville, NC 28078** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Unpaid PTO | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,488.16 |
|---|---|---|---|
| | **Thomas O'Leary**<br>**2380 NW 48th Lane**<br>**Boca Raton, FL 33431** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Possible Possible liability to American Express on corporate card held by Mr. O'Leary (acct 1008). | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,764.40 |
|---|---|---|---|
| | **Thompson Construction Group, Inc.**<br>**100 N Main Street**<br>**Sumter, SC 29150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Tim Lowman**<br>**3050 Agner Road**<br>**Salisbury, NC 28146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Unpaid PTO | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,142.85 |
|---|---|---|---|
| | **Time Warner**<br>**PO Box 70872**<br>**Charlotte, NC 28272-0872** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Timothy Vines**
**136 Northbend Drive, Apt. F**
**Charlotte, NC 28262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $279.74 |
|---|---|---|---|

**Todd Kistler**
**11131 Harbert Road**
**Huntersville, NC 28078**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Possible liability to American Express on corporate card held by Mr. Kistler (acct 1003).**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,753.85 |
|---|---|---|---|

**Tongrun International, LLC**
**2501 Pecan Street**
**Bonham, TX 75418**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234.08 |
|---|---|---|---|

**Tony Almond**
**303 Monclair Drive**
**Locust, NC 28097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tonya Kettler**
**515 Robert Hargrave**
**Lexington, NC 27292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $481.15 |
|---|---|---|---|

**Travis Pickett**
**14201 Maple Hollow Lane**
**Charlotte, NC 28227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.96 |
|---|---|---|---|

**Turner Moore**
**1801 Copperplate Road**
**Charlotte, NC 28262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid PTO**

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | 17-50877 |
|---|---|---|---|
| | Name | | |

---

**3.379** | **Nonpriority creditor's name and mailing address**
**Tyler Byrnes**
**1303 Samuel Adams Circle, #1303**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid PTO

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.380** | **Nonpriority creditor's name and mailing address**
**Uline, Inc.**
**PO Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$10,104.20

---

**3.381** | **Nonpriority creditor's name and mailing address**
**United States Treasury**
**1901 Cross Beam Drive**
**Charlotte, NC 28217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$716.42

---

**3.382** | **Nonpriority creditor's name and mailing address**
**United Way of Central Carolina's, Inc.**
**PO Box 890685**
**Charlotte, NC 28289-0685**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$4,317.88

---

**3.383** | **Nonpriority creditor's name and mailing address**
**Valencia Caldwell**
**3879 Sarah Drive NW**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid PTO

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.384** | **Nonpriority creditor's name and mailing address**
**Vanessa Waller**
**1155 Hawkesbury Drive**
**China Grove, NC 28023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid PTO

Is the claim subject to offset? ■ No  ☐ Yes

$821.79

---

**3.385** | **Nonpriority creditor's name and mailing address**
**Verantis Corporation**
**7251 Engle Road, Suite 300**
**Middleburg Heights, OH 44130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,658.00

---

Debtor    **ALEVO MANUFACTURING, INC.**

Case number (if known)    **17-50877**

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,539.34 |
|---|---|---|---|

**Verizon**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **Various**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.30 |
|---|---|---|---|

**Verner Young**
**7895 Georgia Avenue**
**Kannapolis, NC 28081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.22 |
|---|---|---|---|

**Vessel Wilson**
**934 Berryhill Road**
**Charlotte, NC 28208**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Possible liability to American Express on corporate card held by Mr. Wilson (acct 1000).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.84 |
|---|---|---|---|

**Vickie Brinkley**
**2714 Hopeton Court**
**Monroe, NC 28110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $448.47 |
|---|---|---|---|

**Vlad Baumgertner**
**General Ermolov St. 2 Apt 7**
**121170 Moscow**
**Russian Federation**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Possible liability to American Express on corporate card held by Mr. Baumgertner (acct 1009).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,671.54 |
|---|---|---|---|

**Wageh Gendy**
**3184 Rowan Brook Avenue**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid PTO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,241.08 |
|---|---|---|---|

**Waggoner Manufacturing Co., Inc.**
**1065 Hall Road**
**Mount Ulla, NC 28125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | 17-50877 |
|---|---|---|---|
| | Name | | |

---

**3.393**

**Nonpriority creditor's name and mailing address**
Walter Norton
14825 Bethel Avenue Ext
Midland, NC 28107

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid PTO

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.394**

**Nonpriority creditor's name and mailing address**
Waste Pro of North Carolina, Inc.
PO Box 865505
Orlando, FL 32886-5505

Date(s) debt was incurred _

Last 4 digits of account number  **Various**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,938.25

---

**3.395**

**Nonpriority creditor's name and mailing address**
Wayne Hartsell
7999 West Bay Drive
Denver, NC 28037

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid PTO

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.396**

**Nonpriority creditor's name and mailing address**
Wesley Petrea
2126 Bertha Street
Kannapolis, NC 28083

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid PTO

Is the claim subject to offset? ■ No ☐ Yes

$2,104.12

---

**3.397**

**Nonpriority creditor's name and mailing address**
William Greene
610 Cedar Farm Road
Salisbury, NC 28147

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid PTO

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.398**

**Nonpriority creditor's name and mailing address**
Windstream
PO Box 9001908
Louisville, KY 40290-1950

Date(s) debt was incurred _

Last 4 digits of account number  **Various**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,817.18

---

**3.399**

**Nonpriority creditor's name and mailing address**
World International Testing, Inc.
2228 Sunset Boulevard, Suite 1
Steubenville, OH 43952

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,285.00

---

| Debtor | **ALEVO MANUFACTURING, INC.** | Case number (if known) | **17-50877** |
|---|---|---|---|
| | Name | | |

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$338.00** |
|---|---|---|---|

**Wurth Recvar Fasteners, Inc.**
**3845 Thirlane Road**
**Roanoke, VA 24019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wyatt Blume**
**10650 Stokes Ferry Road**
**Gold Hill, NC 28071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Unpaid PTO_

Is the claim subject to offset? ■ No ☐ Yes

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$619.11** |
|---|---|---|---|

**Yes Energy Management**
**PO Box 82571**
**Goleta, CA 93118-2571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**Office of Chief Counsel**<br>**Alamance Building, Mail Stop 24**<br>**4905 Koger Boulevard**<br>**Greensboro, NC 27407-2734** | Line _2.83_<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **741,911.32** |
| **5b. Total claims from Part 2** | 5b. + | $ | **67,816,800.88** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **68,558,712.20** |

---

**Fill in this information to identify the case:**

Debtor name **ALEVO MANUFACTURING, INC.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  **17-50877**

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Supply Agreement** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Advanced Lithium Electrochemistry Co.** <br> **2-1, Hsing Hua Road** <br> **Taoyuan City, 33068** <br> **Taiwan, Province of China** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **3 Bulk Gas Storage Tanks** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Airgas USA, LLC** <br> **PO Box 532609** <br> **Atlanta, GA 30353-2609** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Long Term Nickel Foam Supply Agreement; entered January 15, 2015, as assigned to Atlantum Advanced Technoligies Materials (Dalian) Co., LTD. on October 23, 2015; Memorandum of Understanding dated October 24, 2015** <br><br> State the term remaining — **1/14/2020** <br><br> List the contract number of any government contract | **Alantum Advanced Technology Materials** <br> **IIIB-6 Dalian Free Trade Zone** <br> **Dalian City, Liaoning Province** <br> **P.R. China 116600** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Term Loan Facility Agreement** <br><br> State the term remaining — **12/31/2023** | **Alevo Group S.A.** <br> **c/o Markus Adler** <br> **Chief General Counsel** <br> **Rue des Finettes 110** <br> **1920 Martigny | Switzerland** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **ALEVO MANUFACTURING, INC.**                                          Case number (*if known*)   **17-50877**
    First Name         Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Alevolyte Contract Manufacturing Services Agreement** | |
| | State the term remaining | **2/24/2018** | **Alevo International SA Rue des Finettes 110 1920 Martigny, Valais Switzerland** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Gridbank Contract Manufacturing Services Agreement** | |
| | State the term remaining | **2/24/2018** | **Alevo International SA Rue des Finettes 110 1920 Martigny, Valais Switzerland** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **2015 Chevrolet Silverado VIN 16CNCPEH2F2159837 lease dated March 2, 2015, for 39 months.** | |
| | State the term remaining | **10 months** | **Ally Financial, Inc. PO Box 9001948 Louisville, KY 40290** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **2015 Chevrolet Silverado VIN 16CNCPEH4FZ174405; dated March 2, 2015 for 38 months** | |
| | State the term remaining | **10 months** | **Ally Financial, Inc. PO Box 9001948 Louisville, KY 40290** |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Phase 1 Automation Consulting/PO** | |
| | State the term remaining | | **ATS Carolina Inc. 1510 Cedar Line Drive Rock Hill, SC 29730** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **ALEVO MANUFACTURING, INC.**
First Name        Middle Name        Last Name

Case number (*if known*)   **17-50877**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order 5/26/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ATS Carolina Inc.**<br>**1510 Cedar Line Drive**<br>**Rock Hill, SC 29730** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order 5/26/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ATS Carolina Inc.**<br>**1510 Cedar Line Drive**<br>**Rock Hill, SC 29730** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Pruchase Order 5/26/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ATS Carolina Inc.**<br>**1510 Cedar Line Drive**<br>**Rock Hill, SC 29730** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Master Agreement/Revised Bid** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Century Contractors, Inc.**<br>**5100 Smith Farm Road**<br>**Matthews, NC 28104** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Century Payment Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Century Contractors, Inc.**<br>**5100 Smith Farm Road**<br>**Matthews, NC 28104** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Guaranty** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Century Contractors, Inc.**<br>**5100 Smith Farm Road**<br>**Matthews, NC 28104** |

Debtor 1    **ALEVO MANUFACTURING, INC.**                                    Case number *(if known)*    **17-50877**
First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Boot and Apparel Program Agreement dated August 8, 2017.** | |
|---|---|---|---|
| | State the term remaining | | **Cintas Corp No. 2** |
| | List the contract number of any government contract | | **PO Box 630803** |
| | | | **Cincinnati, OH 45263-0803** |

Debtor 1  **ALEVO MANUFACTURING, INC.**                     Case number (*if known*)   **17-50877**
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.17.　State what the contract or lease is for and the nature of the debtor's interest

**Corp Apt Furniture:**
**Agreement # 671816**
**2/10/14  Monthly**
**$294.00 17319 N Gemini**
**Springs Dr**
**Agreement # 696120**
**5/9/14  Monthly $303.79**
**11213 S Gemini**
**Springs Dr**
**Agreement # 696123**
**5/9/14  Monthly $283.92**
**11313 S Gemini**
**Springs Dr**
**Agreement # 703021**
**5/29/14  Monthly**
**$303.79 11321 S Gemini**
**Springs Dr**
**Agreement # 708411**
**6/17/2016  Monthly**
**$662.72 420 Queens Rd**
**Apt 1**
**Agreement # 708411**
**6/2/2016  Monthly**
**$345.14 5060 Avent**
**Drive NW, #104**
**Agreement # 708411**
**6/2/2016  Monthly**
**$345.14 5060 Avent**
**Drive NW, #106**
**Agreement # 708411**
**6/27/2016  Monthly**
**$148.00 275 Majestry**
**Drive, #275**
**Agreement # 708411**
**8/31/2016  Monthly**
**$273.24 280 Kenbrook**
**Lane #203**
**Agreement # 708411**
**9/28/2016  Monthly**
**$345.14 5220 Binford St**
**#103**
**Agreement # 708411**
**9/28/2016  Monthly**
**$345.14 5220 Binford St**
**#201**

State the term remaining

List the contract number of any government contract

**Cort Furniture Rental**
**PO Box 17401**
**Baltimore, MD 21297-1401**

Debtor 1    **ALEVO MANUFACTURING, INC.**        Case number (*if known*)   **17-50877**

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Various water coolers - Agreement # 78508313:**<br>**2/16/15 - 2/16/16 Monthly $3.95 West Support Main Office**<br>**2/16/15 - 2/17/16 Monthly $3.95 Tour Center**<br>**2/16/15 - 2/18/16 Monthly $3.95 Grounds Maintenance**<br>**2/16/15 - 2/19/16 Monthly $3.95 3rd Floor Breakroom**<br>**2/16/15 - 2/20/16 Monthly $3.95 Security Control Area**<br>**2/16/15 - 2/21/16 Monthly $3.95 Control Room Central**<br>**2/16/15 - 2/22/16 Monthly $3.95 Central Receiving**<br>**2/16/15 - 2/23/16 Monthly $3.95 Gate B Guard Shack**<br>**2/16/15 - 2/24/16 Monthly $3.95 HR/Purchasing Dept**<br>**3/6/15 - 3/6/16 Monthly $3.95 Fitness Center**<br>**4/6/15 - 4/6/16 Monthly $3.95 M & E Vendor Office**<br>**5/18/15 - 5/18/16 Monthly $3.95 Materials/ IT/AA**<br>**5/18/15 - 5/18/16 Monthly $3.95 M & E Breakroom** | |
| | State the term remaining | |
| | List the contract number of any government contract | **Diamond Springs Water Inc.**<br>**PO Box 667887**<br>**Charlotte, NC 28266** |

Debtor 1 **ALEVO MANUFACTURING, INC.**

First Name      Middle Name      Last Name

Case number *(if known)*   **17-50877**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Copier - Agreement # 20171314  10/3/2014 - 10/2/2017 Monthly $263.52 Admin Copier - Agreement # 20186300  2/13/2015 - 10/12/2018 Monthly $181.45 HR/Purchasing Copier - Agreement # 41458209  10/31/2016 - 10/31/2019 Monthly $181.45 Production Copier - Agreement # 20266760  10/31/2016 - 10/31/2019 Monthly $181.45 M & E** | |
|---|---|---|---|
| | State the term remaining | | **Ever Bank Commercial Finance, Inc. PO Box 911608 Denver, CO 80291-1608** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lifts - Agreement # 9788649: 12/11/2014 - 12/11/2018 Monthly $730.54 12/11/2014 - 12/11/2018 Monthly $730.54 12/11/2014 - 12/11/2018 Monthly $730.54** | |
|---|---|---|---|
| | State the term remaining | | **HYG Financial Services Inc. PO Box 14545 Des Moines, IA 50306-3545** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Floor Scrubber - Agreement # 9788649 12/11/2014 - 12/11/2019 Monthly $421.08** | |
|---|---|---|---|
| | State the term remaining | | **HYG Financial Services Inc. PO Box 14545 Des Moines, IA 50306-3545** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Agreement 6/27/17** | |
|---|---|---|---|
| | State the term remaining | | **Innovative Machine Corporation PO Box 9904 Birmingham, AL 35220** |
| | List the contract number of any government contract | | |

Debtor 1   **ALEVO MANUFACTURING, INC.**
    First Name           Middle Name          Last Name

Case number *(if known)*   **17-50877**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.23.**  State what the contract or lease is for and the nature of the debtor's interest

**Corp Apt:**
**3/3/16 - 3/2/17 Monthly**
**$1,035.00 11213 S**
**Gemini Springs Dr**
**3/1/15 - 3/1/16 Monthly**
**Expired 13209 S Gemini**
**Springs Dr**
**3/3/16 - 3/2/17 Monthly**
**$1,100.00 11321 S**
**Gemini Springs Dr**
**3/1/16 - 2/28/17 Monthly**
**$995.00 17319 Blue**
**Springs Dr**
**3/1/16 - 2/28/17 Monthly**
**$1,035.00 11313 S**
**Gemini Springs Dr**
**4/23/15 - 4/23/16**
**Monthly Expired 18201**
**Blue Springs Dr**

    State the term remaining

    List the contract number of any government contract

**Integra Springs, LLC**
**4800 Integra Springs Drive**
**Kannapolis, NC 28081**

---

**2.24.**  State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order**
**8/18/2014**

    State the term remaining

    List the contract number of any government contract

**Jonas & Redmann**
**Kaiserin-Augusta-Allee 113**
**Berlin Germany**

---

**2.25.**  State what the contract or lease is for and the nature of the debtor's interest

**Purchase Addendum**

    State the term remaining

    List the contract number of any government contract

**Jonas & Redmann**
**Kaiserin-Augusta-Allee 113**
**Berlin Germany**

---

**2.26.**  State what the contract or lease is for and the nature of the debtor's interest

**Security Agreement**

    State the term remaining

    List the contract number of any government contract

**Jonas & Redmann**
**Kaiserin-Augusta-Allee 113**
**Berlin Germany**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1 **ALEVO MANUFACTURING, INC.**                    Case number (*if known*)  **17-50877**

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.27.** State what the contract or lease is for and the nature of the debtor's interest

**Corp Apt:**
**6/1/16 - 3/31/17 Monthly**
**$1,035.00 5060 Avent**
**Drive NW, #104**
**6/1/16 - 3/31/17 Monthly**
**$1,035.00 5060 Avent**
**Drive NW, #106**
**6/27/16 - 4/26/17**
**Monthly $1,475.00 275**
**Majestry Drive, #275**
**8/29/16 - 8/28/17**
**Monthly $965.00 280**
**Kenbrook Lane #203**
**9/25/16 - 9/24/17**
**Monthly $1,375.00 5220**
**Binford St #103**
**9/26/16 - 9/25/17**
**Monthly $1,389.00 5220**
**Binford St #201**
**11/30/16 - 11/29/17**
**Monthly $1,049.00 5020**
**Avent Drive NW #206**

State the term remaining

List the contract number of any government contract

**Legacy Concord Land, LLC**
**5020 Avent Drive NW**
**Concord, NC 28027**

**2.28.** State what the contract or lease is for and the nature of the debtor's interest

**Corp Apt: 7/1/16 -**
**6/30/17 Monthly**
**$3,400.00 420 Queens**
**Rd Apt #1**

State the term remaining

List the contract number of any government contract

**My Townhome LLC**
**1500 South Boulevard, Suite 101 B**
**Charlotte, NC 28203**

**2.29.** State what the contract or lease is for and the nature of the debtor's interest

**Golf Cart - Agreement #**
**9788649**
**12/18/2014 - 12/17/2016**
**Monthly $322.00**
**Materials**

State the term remaining

List the contract number of any government contract

**NMGH Financial Services**
**83 Wooster Hts, Floor 5**
**Danbury, CT 06810-7552**

**2.30.** State what the contract or lease is for and the nature of the debtor's interest

**BMS Product Order;**
**BMS Produce and**
**License Agreement**
**2/20/2015**

State the term remaining

List the contract number of any government contract

**Nuvation Research Corporation**
**151 Gibraltar Court**
**Sunnyvale, CA 94089-1301**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **ALEVO MANUFACTURING, INC.**                          Case number (*if known*)   **17-50877**
_____
First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **March 23, 2016, the Debtor entered into a joint venture with Ormat Technologies and its affiliates to jointly develop and own a 12 MV energy storage project in Georgetown, Texas.  A Supply Agreement was entered by the Debtor wherein it agreed to deliver equipment to the project site or before October 1, 2016.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ORMAT Technologies, Inc.**<br>**6225 Neil Road**<br>**Reno, NV 89511-1136** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Consignment Agreement - 07/17 2 years** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **P-D Interglas Technologies GmbH**<br>**PF 110389151**<br>**Erbach Germany** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Partnership Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Parker Hannifin Corporation**<br>**7851 Collection Center Drive**<br>**Chicago, IL 60693** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement - Inverters** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Parker Hannifin Corporation**<br>**7851 Collection Center Drive**<br>**Chicago, IL 60693** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement - Control Cabinets** | **Parker Hannifin Corporation**<br>**7851 Collection Center Drive**<br>**Chicago, IL 60693** |
|---|---|---|---|

Debtor 1 **ALEVO MANUFACTURING, INC.**

First Name     Middle Name     Last Name

Case number (*if known*) **17-50877**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract _____

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement - Chiller** | |
|---|---|---|---|
| | State the term remaining | | **Parker Hannifin Corporation** |
| | List the contract number of any government contract _____ | | **7851 Collection Center Drive Chicago, IL 60693** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement - Combiner Box** | |
|---|---|---|---|
| | State the term remaining | | **Parker Hannifin Corporation** |
| | List the contract number of any government contract _____ | | **7851 Collection Center Drive Chicago, IL 60693** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **DI Water Sys - 15012231 Rev1 3/23/2015 - 9/23/2016 Monthly $750/$787 maint Mixing System** | |
|---|---|---|---|
| | State the term remaining | | **Pureflow, Inc.** |
| | List the contract number of any government contract _____ | | **1241 Jay Lane Graham, NC 27253** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Sempa Systems GmbH** |
| | List the contract number of any government contract _____ | | **GrenzstraBe 131109 Dresden Germany** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Solith c/o Sovema Group S.p.A.** |
| | List the contract number of any government contract _____ | | **Via Spagna 13, 37069 Villafranca di Verona VR Italy** |

Debtor 1   **ALEVO MANUFACTURING, INC.**
First Name              Middle Name              Last Name

Case number (*if known*)   **17-50877**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement 10/20/2014** |
| State the term remaining | |
| List the contract number of any government contract | **Superb Industries, Inc. 100 Innovation Plaza Sugarcreek, OH 44681** |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** |
| State the term remaining | |
| List the contract number of any government contract | **Superb Industries, Inc. 100 Innovation Plaza Sugarcreek, OH 44681** |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order Addendum** |
| State the term remaining | |
| List the contract number of any government contract | **Superb Industries, Inc. 100 Innovation Plaza Sugarcreek, OH 44681** |
| **2.44.** State what the contract or lease is for and the nature of the debtor's interest | **Parent Company Guaranty** |
| State the term remaining | |
| List the contract number of any government contract | **Superb Industries, Inc. 100 Innovation Plaza Sugarcreek, OH 44681** |

**Fill in this information to identify the case:**

Debtor name **ALEVO MANUFACTURING, INC.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) **17-50877**

■ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | **Alevo Group S.A.** | **c/o Markus Adler**<br>**Chief General Counsel**<br>**Rue des Finettes 110**<br>**1920 Martigny \| Switzerland** | **Jonas & Redmann** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Alevo Group S.A.** | **c/o Markus Adler**<br>**Chief General Counsel**<br>**Rue des Finettes 110**<br>**1920 Martigny \| Switzerland** | **Parker Hannifin Corporation** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Alevo Group S.A.** | **c/o Markus Adler**<br>**Chief General Counsel**<br>**Rue des Finettes 110**<br>**1920 Martigny \| Switzerland** | **Superb Industries, Inc.** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Alevo Group S.A.** | **c/o Markus Adler**<br>**Chief General Counsel**<br>**Rue des Finettes 110**<br>**1920 Martigny \| Switzerland** | **ORMAT** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **ALEVO MANUFACTURING, INC.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  **17-50877**

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | **No Other Third Party Revenue** | **$0.00** |
   | **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | **No Other Third Party Revenue** | **$0.00** |
   | **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | **No Other Third Party Revenue** | **$0.00** |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **ALEVO MANUFACTURING, INC.**    Case number *(if known)*    **17-50877**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **N/A** | **See Attached** | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Anthony Walsh**<br>**913 Hanover Drive NW**<br>**Concord, NC 28027**<br>**Former Director** | **01/2017<br>$52,882.59;<br>2/2017<br>$52,882.59;<br>3/2017<br>$52,882.59;<br>4/2017<br>$52,882.59;<br>5/2017<br>$52,882.59;<br>6/2017<br>$52,882.59;<br>7/2017<br>$52,882.59;<br>8/2017<br>$52,882.59** | **$395,045.32** | **Severance Agreement Payments** |
| 4.2.    **Ron Jackson**<br>**7349 Talbot Drive, Apt 201**<br>**Lansing, MI 48917** | **01/2017<br>$15,904.84;<br>02/2017<br>$15,904.84;<br>03/2017<br>$15,904.84** | **$47,714.52** | **Severance Agreement Payments** |

Debtor    **ALEVO MANUFACTURING, INC.**                                          Case number *(if known)*    **17-50877**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3.    **Tord Eide**<br>        **547 Brightleaf Place NW**<br>        **Concord, NC 28027** | **1/31/2017**<br>**$1,887.08;**<br>**2/28/2017**<br>**$918.54;**<br>**3/17/2017**<br>**$918.54;**<br>**4/17/2017**<br>**$918.54;**<br>**5/17/2017**<br>**$918.54;**<br>**6/19/2017**<br>**$918.54;**<br>**7/17/2017**<br>**$918.54** | **$7,398.32** | **Car Payment as part of Severance Agreement** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **ALEVO MANUFACTURING, INC.**    Case number *(if known)*  **17-50877**

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Nelson Mullins Riley & Scarborough, LLP 4140 Parklake Avenue, Glenlake One Suite 200 Raleigh, NC 27612 | $33,680 in fees and $189.00 in expenses for pre-bankruptcy strategy was paid by Alevo International SA  A retainer of $125,000 was paid by the Debtor and work done immediately before the filing was paid from that retainer in the amount of $16,474.00, leaving a retainer balance of $108,526.00 | 8/11/2017    8/17/17 | $158,869.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? See description | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **ALEVO MANUFACTURING, INC.**                               Case number *(if known)*  **17-50877**

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

<table>
<tr><td>**Part 8:**</td><td>**Health Care Bankruptcies**</td></tr>
</table>

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

<table>
<tr><td>**Part 9:**</td><td>**Personally Identifiable Information**</td></tr>
</table>

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below.

| Name of plan | Employer identification number of the plan |
|---|---|
| **Principal Financial Group, Principal Life Insurance Company, Des Moines, IA 50392-0001, 800-986-3343, www.principal.com** | EIN:  **42-0127290** |

Has the plan been terminated?
■ No
☐ Yes

<table>
<tr><td>**Part 10:**</td><td>**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**</td></tr>
</table>

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank, N.A. 305 N. Tryon Street Charlotte, NC** | **XXXX-3949** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 08/31/2017 | $142,779.48 |

Debtor    **ALEVO MANUFACTURING, INC.**                    Case number *(if known)*  **17-50877**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Wells Fargo Bank, N.A.**<br>**305 N. Tryon Street**<br>**Charlotte, NC** | **XXXX-9051** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Payroll**<br>**Account** | **08/31/2017** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ally Financial, Inc.**<br>**PO Box 9001948**<br>**Louisville, KY 40290** | | **two leased pickup trucks** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **HYG Financial Services Inc.**<br>**PO Box 14545**<br>**Des Moines, IA 50306-3545** | | **Leased forklifts and floor scrubbers** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jonas & Redmann**<br>**Kaiserin-Augusta-Allee 113**<br>**Berlin Germany** | | **Tool boxes, misc tools, misc supplies** | **$0.00** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor    ALEVO MANUFACTURING, INC.                                Case number (if known)  17-50877

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Davidson Holland Whitesell & Co. PLLC**<br>**209 13th Avenue NW, Suite 200**<br>**Hickory, NC 28601** | **4/11/2016; 4/6/2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Davidson, Holland, Whitesell & Co., PLLC**<br>**209 13th Avenue Place NW, Suite 200**<br>**Hickory, NC 28601** | **4/11/2016; 4/6/2017** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    ALEVO MANUFACTURING, INC.                              Case number *(if known)*   **17-50877**

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Adam Ryan** | **8/18/2017** | **$14,024,225.51** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Alevo Manufacturing** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Peter Heintzelman | 3105 Willow Oak Road Charlotte, NC 28209 | President | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Scott Schotter | 16153 Bristol Point Drive Delray Beach, FL 33446 | Officer/Director | Through 1/16/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Stein Christiansen | 6294 NW 65th Terrace Pompano Beach, FL 33067 | Officer | Through 1/16/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Anthony Walsh | 913 Hanover Drive NW Concord, NC 28027 | Director | Through 1/16/2017 |

Debtor    **ALEVO MANUFACTURING, INC.**                    Case number *(if known)*   **17-50877**

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

### Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 12, 2018**

**/s/ PETER HEINTZELMAN**                    **PETER HEINTZELMAN**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **PRESIDENT**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **ALEVO MANUFACTURING, INC.**

Debtor(s)

Case No.    **17-50877**

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 12, 2018**

**/s/ PETER HEINTZELMAN**
**PETER HEINTZELMAN/PRESIDENT**
Signer/Title

3M Company
PO Box 371227
Pittsburgh, PA 15250-7227


AC Controls Company Inc.
PO Box 63243
Charlotte, NC 28263-3243


Accounting Principals, Inc.
Dept CH 14031
Palatine, IL 60055


Action Industrial Supply
924 Cochran Street
Statesville, NC 28677


Adam Ryan
5100 Downing Creek Drive
Charlotte, NC 28269


ADP Screening & Selection Services, Inc.
PO Box 645177
Cincinnati, OH 45264-5177


Advanced Electronic Services, Inc.
101 Technology Lane
Mount Airy, NC 27030


Advanced Lithium Electrochemistry Co.
2-1, Hsing Hua Road
Taoyuan City, 33068
Taiwan, Province of China


Advanced Machining & Tooling, LLC
215 Forbes Avenue
Salisbury, NC 28147


AERIS Enviromental, Inc.
1440 Blueberry Lane
Charlotte, NC 28226


Aerotek, Inc.
3689 Collection Center Drive
Chicago, IL 60693

Airgas USA, LLC
PO Box 532609
Atlanta, GA 30353-2609


Alan Childers
2512 Applegate Drive
Concord, NC 28027


Alan DuPree
3441 Yarmouth Lane
Gastonia, NC 28056


Alan Watkins
9951 Barnett Road
Concord, NC 28027


Alantum Advanced Technology Materials
IIIB-6 Dalian Free Trade Zone
Dalian City, Liaoning Province
P.R. China 116600


Alevo Group S.A.
c/o Markus Adler
Chief General Counsel
Rue des Finettes 110
1920 Martigny | Switzerland


Alevo International SA
Rue des Finettes 110
1920 Martigny, Valais
Switzerland


Alfa International Ent. Ltd.
6540 Gottardo Court
Mississauga Canada


Alfred Barrier
303 Melrose Drive
Concord, NC 28025


Alison Sloop
10555 Mt. Olive Road
Mount Pleasant, NC 28124

Allied Bearings & Supply, Inc.
274 Monroe Street
Statesville, NC 28677


Allied Caster & Equipment Co.
3841 Corporation Circle
Charlotte, NC 28216


Allied Electronics, Inc.
7151 Jack Newell Boulevard South
Fort Worth, TX 76118


Ally Financial, Inc.
PO Box 9001948
Louisville, KY 40290


Alton Love
9075 Robinson Church Road
Harrisburg, NC 28075


Amelia Langford
117 Faires Avenue
Belmont, NC 28012


American Safety Clothing, Inc.
30 East Park Avenue
Sellersville, PA 18960-2731


Andree Kiser
6700 Santa Claus Road
Monroe, NC 28110


Andrew Butler
2804 Island Point Drive
Concord, NC 28027


Anita Blackwelder
610 S. Valley Street
Landis, NC 28088


Anthony Kelly
3106 MBA Court
Concord, NC 28027

Antonio Little
1028 Linder Drive
Concord, NC 28027


Applied Industrial Technologies-Dixie, I
22510 Network Place
Chicago, IL 60673-1225


April Brown
3514 Balsam Tree Drive
Charlotte, NC 28269


Arlen Boyajian
5720 Carnegie Boulevard, #1308
Charlotte, NC 28209


Armstrong Relocation
4400 Westinghouse Boulevard
Charlotte, NC 28273


Atlas Copco Compressors LLC
3042 Southcross Boulevard, Suite 102
Rock Hill, SC 29730


ATS Automation Global Services USA, Inc.
730 Fountain St North, Bldg 2
Cambridge, ON N3H 4R7
Canada


ATS Carolina Inc.
1510 Cedar Line Drive
Rock Hill, SC 29730


Automation Technology, Inc.
PO Box 348
Concord, NC 28206-0348


AutomationDirect.com, Inc.
PO Box 402417
Atlanta, GA 30384-2417


Bahnson, Inc.
4731 Commercial Park Court
Clemmons, NC 27012

Barbara Arico
3430 Lipe Road
China Grove, NC 28023

Barbara Davidson
1 Buffalo Avenue NW, Apt. 63
Concord, NC 28025

Barbara Elam
555 Wrenn Drive
Lexington, NC 27292

Barefoot Oil
754 Concord Parkway N
Concord, NC 28027

Bearing Distributors
PO Box 887
Columbia, SC 29202

Bec-Car Printing Co., Inc.
128 West Plaza Drive
Mooresville, NC 28117

Benjamin Lowe
2936 Winghaven Lane
Charlotte, NC 28210

Bertelkamp Automation Inc.
PO Box 11488
Knoxville, TN 37939

Bethany Winecoff
1535 NC Highway 152 W
China Grove, NC 28023

BK Giulini
Giulinistrasse 276065
Ludwigshafen/Rhein Germany

BLR (Business & Legal Resources)
PO Box 5094
Brentwood, TN 37027

Blue Cross Blue Shield
PO Box 580017
Charlotte, NC 28258-0017

Bobby English
189 Altondale Drive
Statesville, NC 28625

Brandon Dobson
3750 Fieldcrest Circle NW
Concord, NC 28027

Brenden Chatman
2720 South Boulevard, Apt. 212
Charlotte, NC 28209

Brenntag Mid-South Inc.
PO Box 752094
Charlotte, NC 28275-2094

Brent Giles
3101 N McDowell Street
Charlotte, NC 28205

Brett Gale
1445 Biggers Cemetery Road
Monroe, NC 28110

Brian McLester
1200 Graystone Court
Concord, NC 28025

Brianna Bost
200 Castlewood Drive, #1122
Salisbury, NC 28147

Brookfield Ametek
11 Commerce Boulevard
Middleboro, MA 02346

Bryan Shaver
32393 Nanny Drive
Albemarle, NC 28001

Bryan Zimmerman
11208 Bryton Parkway, #12103
Huntersville, NC 28078


C&C Boiler Sales and Services, Inc.
6000 Preston Lane
Charlotte, NC 28270


C.H. Robinson Worldwide, Inc. and Subsi
PO Box 9121
Minneapolis, MN 55480-9121


Cabarrus County Tax Collector
65 Church Street S
Concord, NC 28025


Callaway Industrial Service, Inc.
PO Box 3128
Mooresville, NC 28117


Calvin Gurley
11740 Terrill Ridge Drive
Davidson, NC 28036


Candra Mathis
4381 Winterwood Lane
Harrisburg, NC 28075


CardsandKeyfobs.com
PO Box 205
Saint Anthony, ID 83445


Career Builders.Com
13047 Collectoin Center Drive
Chicago, IL 60693-0130


Carl Eudy
32475 Bridge Road
Mount Pleasant, NC 28124


Carlena McCrary
508 Hyde Street
Kannapolis, NC 28083

Carlton Stewart
905 Dedmon Drive
Charlotte, NC 28216


Carol Staley
7322 Daerwood Place
Charlotte, NC 28215


Carolina Brush Company
PO Box 2469
Gastonia, NC 28053


Carolina Cat-Power Systems Division
PO Box 75054
Charlotte, NC 28275-0054


Carolinas HealthCare SystemMedical Group
920 Church Street North
Concord, NC 28025


Carotek, Inc.
PO Box 890140
Charlotte, NC 28289-0140


Carrier Corporation
PO Box 93844
Chicago, IL 60673-3844


Carter's Machine Co., Inc.
540 Lake Lynn Road
Concord, NC 28025


Catawba Industrial Rubber Co.
4629 Dwight Evans Road
Charlotte, NC 28217


Catherine Barber
11718 Stewart Crossing Drive
Charlotte, NC 28215


Catherine Edwards
8310 W Franklin Street
PO Box 126
Mount Pleasant, NC 28124

Cecil Manning
1435 Barnhardt Road
China Grove, NC 28023


Center for Occupational Diagnostics, LLC
9710 Northcross Center Court
Huntersville, NC 28078


Century Contractors, Inc.
5100 Smith Farm Road
Matthews, NC 28104


Chad Nance
913 Klondale Avenue
Kannapolis, NC 28081


ChemTreat, Inc.
15045 Collection Center Drive
Chicago, IL 60693


Cheryl Rakes
2518 Spencer Avenue
Gastonia, NC 28054


Chris Moeller
1335 Yorkshire Place
Concord, NC 28027


Christopher Alexander
1611 Seward Road
Joliet, IL 60431


Christopher Kintz
5027 Daffodil Lane
Concord, NC 28025


Christopher Laney
217 Beverly Drive NE
Concord, NC 28025


Christopher Peck
1423 Hess Road
Concord, NC 28025

Christopher Roberts
14070 Harrison Parkway
Fishers, IN 46038


Christy Grant
919 Littleton Drive
Concord, NC 28025


Cimtec Automation LLC
3030 Whitehall Park Drive
Charlotte, NC 28273


Cintas Corp No. 2
PO Box 630803
Cincinnati, OH 45263-0803


City of Concord - Collections
PO Box 540469
Charlotte, NC 28258-0469


Civil & Enviromental Consultants, Inc.
PO Box 644246
Pittsburgh, PA 15264-4246


Cleatech LLC
221 W. Dyer Road
Santa Ana, CA 92707


CNP Technologies, LLC
806 Tyvola Road
Suite 102
Charlotte, NC 28217


CogencyGlobal, Inc.
10 E 40th Street, 10th Floor
New York, NY 10016


Colby Meadows
608 Walter Street
Kannapolis, NC 28083


Cole-Parmer Instrument Company LLC
13927 Collections Center Drive
Chicago, IL 60693-0139

Corey Bump
7113 Agava Lane
Charlotte, NC 28215


Cort Furniture Rental
PO Box 17401
Baltimore, MD 21297-1401


Crystal McGlothlin
140 Helenas Way
Salisbury, NC 28146


Cummins Atlantic LLC
PO Box 741295
Atlanta, GA 30384-1295


Custom Safety Solutions
(BS&B Safety Sysems, LLC)
7664 West 78th Street
Minneapolis, MN 55439


D A Moore Corporation
PO Box 1150
Concord, NC 28026-1150


Dagern Dereselign
5060 Avent Drive, Apt. 302
Concord, NC 28027


Dale Paul
6401 Loyola Court
Charlotte, NC 28227


Dalton Brandon
680 Harbor Edge Circle, Apt. 201
Memphis, TN 38103-5728


Daniel Eudy
627 Loch Lomond Circle
Concord, NC 28025


Darryn Merchant
209 Jonathan Court
Kannapolis, NC 28083

David Brown
4129 Fincastle Court
Charlotte, NC 28215


David Carriere
4711 Hendrix Court
Concord, NC 28025


David Chilson
940 Lippard Road
Salisbury, NC 28146


David Coward
121 Oakwood Avenue
Salisbury, NC 28141


David Ellington
8305 Bradford Road NW
Concord, NC 28027


David Helms
233 Reids Pecan Drive
Rockwell, NC 28138


David Linton
PO Box 42242
Charlotte, NC 28215


David Newton
1070 Bee Line Lane
Salisbury, NC 28147


David Rickenbacker
1214 Doncastle Court
Concord, NC 28025


Deborah Graham Bivens Joy
6339 River Front Drive
Harrisburg, NC 28075


Deborah Leitch
3530 Turner Avenue
Kannapolis, NC 28083

Deborah Sabol
7506 Petrea Lane
Charlotte, NC 28227


DecisionPathHR
8720 Red Oak Boulevard, Suite 300
Charlotte, NC 28217


Dennis Hartsell
1055 Patterson Road
Salisbury, NC 28147


Dennis J. Ammerman
161 Wandering Lane
Mocksville, NC 27028


Devin Lowder
506 North Haywood Street
Oakboro, NC 28129


DGI Supply, A Do All Company
4830 Solution Center
Chicago, IL 60677-4008


Diamond Springs Water Inc.
PO Box 667887
Charlotte, NC 28266


Dienes Corporation
27 West Main Street
Spencer, MA 01562


Donald Harter
13914 Dunslow Court
Charlotte, NC 28269


Dover Flexo Electronic, Inc.
217 Pickering Road
Rochester, NH 03867


Duke Energy
PO Box 1090
Charlotte, NC 28201-1090

Dwayne Curtis
4704 Myers Road
Monroe, NC 28110


Earl McMillon
209 Brook Valley Drive
Salisbury, NC 28147


Earle Aube
517 N Graham Street, #2F
Charlotte, NC 28202


Eclipse Automation Southeast, LLC
2920 Whitehall Park Drive
Charlotte, NC 28273


Edison Welding Institute
1250 Arthur E. Adams Drive
Columbus, OH 43221


Edward McCray
4317 Morington Lane
Charlotte, NC 28227


EIS Inc.
File 98059
PO Box 98059
Chicago, IL 60693


Elizabeth Norris
c/o Alevo Group SA
Place Centrale 16
Verbier 1936 Switzerland


Emergency Medical Products, Inc.
25196 Network Place
Chicago, IL 60673-1251


Endress + Hauser Inc.
2350 Endress Place
Greenwood, IN 46143


Engineering Search Firm
8611 Weston Road, Unit 17
Woodbridge ON L4L 9P1 Canada

Eric Soots Painting & Trim
11670 Pioneer Mill Road
Midland, NC 28107


Eric Woodie
111 Harbor Point Drive
Cherryville, NC 28021


Erik Seals and Plastics, Inc.
46704 Fremont Boulevard
Fremont, CA 94538


Eurotainer SA
5810 Wilson Road, Suite 200
Humble, TX 77396


Ever Bank Commercial Finance, Inc.
PO Box 911608
Denver, CO 80291-1608


Fairborn Equipment Co Inc.
PO Box 123
Upper Sandusky, OH 43351


Fastbolt Corp
200 Louis Street
South Hackensack, NJ 07606


Fastenal Company
PO Box 1286
Winona, MN 55987-1286


Federal Express
PO Box 371461
Pittsburgh, PA 15250


Fisher Scientific Company, LLC
PO Box 404705
Atlanta, GA 30384-4705


Flir Commercial Systems, Inc.
9 Townsend West
Nashua, NH 03063

Fluid Flow Products, Inc.
PO Box 751278
Charlotte, NC 28275

Fonda Hailey
2036 Makin Drive
Indian Trail, NC 28079

Fusite B.V.
Konigweg 167600
Almelo Netherlands

G4S Secure Solutions (USA), Inc.
PO Box 277469
Atlanta, GA 30384-7469

Gary Greer
278 Trillium Street NW
Concord, NC 28027

Gary Summerlin
5063 Lacewood Court
Concord, NC 28025

GDF

Gemayel Khan
4520 Sugarberry Drive, Apt. 716
Charlotte, NC 28269

Gesellschaft Fur Dichtungstechnik mbH
Hofwiesen-Strasse 7
Brackenheim Germany

Glasslined Technologies, Inc.
1371 Willow Run Road, Suite 104
Greensboro, GA 30642

Glenn Henry
965 Ed Weaver Road
Salisbury, NC 28146

GP Rumierz, LLC
4024 Windward Drive
Tega Cay, SC 29708


Grainger
74336 Brackenheim
Palatine, IL 60038


Grant Thornton LLP
1901 S. Meyers Road, Suite 455
Oakbrook Terrace, IL 60181


Graybar Electric Company, Inc.
2500 Wilkinson Boulevard
Charlotte, NC 28208


Gregory Dorko
12914 Sun Rise Lane
Oakboro, NC 28129


Gregory Grammer
121 Crestview Drive
Concord, NC 28027


Grenzebach Corporation
10 Herring Road
Newnan, GA 30265


Harold Whitley
1476 Hickory Avenue
Albemarle, NC 28001


Harrington Industrial Plastics, LLC
PO Box 638250
Cincinnati, OH 45263


Harris Landscaping & Irrigation, Inc.
4833 Flowes Store Road
Concord, NC 28025


Haz-Mat Enviromental Services, LLC
PO Box 37392
Charlotte, NC 28237

Health Works
PO Box 601428
Charlotte, NC 28260-1428


Heat Treating Services Unlimited, Inc.
PO Box 1889
Simpsonville, SC 29681


Heath Hindman
883 Pine Ridge Place SE
Concord, NC 28025


Hellma Usa Inc.
80 Skyline Drive
Plainview, NY 11803


Hendrix Business Systems, Inc.
2040-A Independence Commerce Drive
Matthews, NC 28105


Hugh Bunker
5319 Hackberry Lane SW
Concord, NC 28027


HYG Financial Services Inc.
PO Box 14545
Des Moines, IA 50306-3545


iConnect Technologies
7136 Weddington Road, Suite 104
Concord, NC 28027


IFM Efector Inc.
PO Box 8538-307
Philadelphia, PA 19171-0307


Imerys Graphite & Carbon USA, Inc.
C/O T60092U
PO Box 66512
Chicago, IL 60666-0512


Innovative Machine Corporation
PO Box 9904
Birmingham, AL 35220

Integra Springs, LLC
4800 Integra Springs Drive
Kannapolis, NC 28081


Integro Technologies Corp.
301 South Main Street
Salisbury, NC 28144


Interglas Technologies
PF 110389151
Erbach Germany


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Office of Chief Counsel
Alamance Building, Mail Stop 24
4905 Koger Boulevard
Greensboro, NC 27407-2734


Jackie Threatt
107 Kenneth Street
Monroe, NC 28110


Jacob Lukach
12179 Swift Road
Oakboro, NC 28129


Jacqueline Snow
718 Blue Sky Drive
Concord, NC 28027


Jaguar Financial Group c/o Chase
PO Box 78074
Phoenix, AZ 85062-8074


James Bravado
13101 Angel Oak Drive
Huntersville, NC 28078


James Houpe
221 S. East Avenue
Kannapolis, NC 28083

James Martin
3241 Mount Pleasant Road
Sherrills Ford, NC 28673

James Merrifield
1115 Lily Green Court NW
Concord, NC 28027-2300

James Miller
15940 Glenmore Road
Gold Hill, NC 28071

James Morris
150 Middle Brook Drive
Rockwell, NC 28138

James Orbison
620 N. Walnut Street
Kannapolis, NC 28081

James Pierce
1142 Brason Lane
Wake Forest, NC 27587

James Popwell
109 N. Rose Avenue
Kannapolis, NC 28083

James Powell
4120 Deerfield Drive NW
Concord, NC 28027

James Williams
132 Northbend Drive
Charlotte, NC 28262

Jamie Council
2404 Brathay Court
Charlotte, NC 28269

Janique Ebanks
4318 Kellybrook Drive
Concord, NC 28025

Jason Childers
2448 Saguaro Lane
Kannapolis, NC 28083

Jason Norman
5165 Binford Street, Apt 105
Concord, NC 28027

Jason Williams
5201 Paige Road
Mount Pleasant, NC 28124

Jay G Johnson
P.O. Box #313
Deerfield Beach, FL 33443

Jeffrey Phillips
6005 The Meadows Lane
Harrisburg, NC 28075

Jeffrey White
2431 Mount Pleasant Road W
Mount Pleasant, NC 28124

Jennifer Place
3894 Willow Grove Lane
Concord, NC 28025

Jera Miller
2692 Farm Pond Road
Concord, NC 28025

Jeremy Jalowitz
1725 Thompson Drive
Concord, NC 28025

Jerome Singleton
3425 Craig Avenue
Charlotte, NC 28211

Jerry Sanders
1150 Stateline Road
Clover, SC 29710

Jesse Matthews
216 N. Yadkin Avenue
Spencer, NC 28159


Joann Minton
10803 Faringford Court
Charlotte, NC 28262


Joe Gonzalez
12792 Clydesdale Drive
Midland, NC 28107


John Balog
5432 Farmbrook Drive
Charlotte, NC 28210


John Grunlee
113 Piper Drive
Pittsburgh, PA 15234


John Hairfield
2360 Westerholt Court
Mount Pleasant, NC 28124


John High
4413 Polk Ford Road
Stanfield, NC 28163


John Kless
8726 Taunton Drive
Huntersville, NC 28078


John Patrick
154 Vale Road
Mocksville, NC 27028


John Scherlen
1630 Bellevue Road
Salisbury, NC 28144


John Sybert
4760 Myers Lane
Harrisburg, NC 28075

Johnson Controls Inc.
9844 Southern Pines Boulevard, Suite 8
Charlotte, NC 28273

Jonas & Redmann
Kaiserin-Augusta-Allee 113
Berlin Germany

Jonathan Burgess
340 Sunset Drive SE
Concord, NC 28025

Joseph Depasquale
35082 Cowder Road
New London, NC 28127

Joseph Johnson
195 Marshdale Avenue SW
Concord, NC 28025

Joseph Myers
303 Crescent Street
Rockwell, NC 28138

Joseph Smith
2792 Odell School Road
Concord, NC 28027

Joshua Lee
311 Bost Street
Kannapolis, NC 28081

Joy Utley
522 Cabarrus Avenue W
Concord, NC 28027

Judy Jones
PO Box 599
Woodleaf, NC 27054

Justin Stone
7609 Prairie Rose Lane
Huntersville, NC 28078

Kaon Alston
6236 Countryside Drive
Apt. 1
Charlotte, NC 28213

Keith Flack
145 Overbrook Drive NE
Concord, NC 28025

Keith Turner
12825 Beddingfield Drive
Charlotte, NC 28278

Kelly Scallon
781 Cloister Court NW, Apt. 20
Concord, NC 28027

Kenneth Beeker
370 Mountain Road
Cleveland, NC 27013

Kenneth Hill
5940 Princeton Avenue
Kannapolis, NC 28081

Kenneth Wherry
5303 Hackberry Lane SW
Concord, NC 28027

Kentrell Barnes
6025 Waterloo Drive
Charlotte, NC 28269

Ketchie, Inc.
201 Winecoff School Road
Concord, NC 28027

Kevin Mitchell
6501 Ashdale Place
Charlotte, NC 28215

Keyence Corporation of America
Dept CH 17128
Palatine, IL 60055-7128

Keyurbhai Shah
6430 Park Pond Drive
Charlotte, NC 28262


Kimberly A Hadlock
1973 Sailfish Place
Pompano Beach, FL 33062


Kimberly A Hadlock (aka Kelly M Hadlock)
1973 Sailfish Place
Pompano Beach, FL 33062


Kristi Boyd
5991 Vinewood Road
Davidson, NC 28036


Kristina Kairat
211 Old Rockwell Road, Apt. 34
China Grove, NC 28023


Kumatec Sondermaschinebau &
Kunstoffverarbeitung GmbH
IndustriestraBe 1496524
Neuhaus-Shierschnitz Germany


Kurt Sowers
10491 Troutman Road
Midland, NC 28107


Kyra Tomlin
416 Clark Street
Statesville, NC 28677


Larry Hensley
6886 Locke Drive
Sherrills Ford, NC 28673


Lee Hartsell
7999 West Bay Drive
Denver, NC 28037


Lee Spring Company LLC
140 58th Street, Suite 3C
Brooklyn, NY 11220

Legacy Concord Land, LLC
5020 Avent Drive NW
Concord, NC 28027

Lenette Brown
12652 Tucker Crossing Lane
Charlotte, NC 28273

Let It Shine Cleaning Sv.
3906 Caldwell Ridge Parkway
Charlotte, NC 28213

Leukert GmbH
Reiftrager Weg 39
Kaufbeuren, 87600
Germany

Levent Neymen
13734 Bramborough Road
Huntersville, NC 28078

Liftone LLC
PO Box 602727
Charlotte, NC 28260-2727

Lincoln County Fabricators, Inc.
513 Jason Road
Lincolnton, NC 28092

Lisa Howard
8619 Rock Hole Road
Stanfield, NC 28163

Livia Burleson
PO Box 994
33 Cedar Street
Badin, NC 28009

Londa Carroll
4144 Whitney Place
Concord, NC 28027

Loretta Foreman
2330 Miller Road
Salisbury, NC 28147

Lovic Warren
6004 SM Benton Lane
Monroe, NC 28110

M+W U.S., Inc.
1001 Klein Road, Suite 400
Plano, TX 75074

M.C. Schroeder Equipment Company Inc.
PO Box 1089
Denver, NC 28037

Mackenzie Teague
4976 Astonshire Lane
Concord, NC 28027

Marchelle Ratliff
1820 Harris Houston Road, Unit 621772
Charlotte, NC 28262

Margie Salamanchuk
613 Walter Street
Kannapolis, NC 28083

Marie Russell
10803 Faringford Court
Charlotte, NC 28262

Mark Brown
4020 Winter Jasmine Place
Kannapolis, NC 28081

Marposs Corporation
3300 Cross Creek Parkway
Auburn Hills, MI 48326

Martha Thibault
137 Sport Court Way
Mooresville, NC 28117

Martin Salazar
326 Mount Side Way
Fort Mill, SC 29715

Mary Felder
105 Taunton Court, #15
Concord, NC 28027

Matthew English
189 Atondale Drive
Statesville, NC 28625

Matthew Shettel
2910 Oakdale Drive
Monroe, NC 28110

McMaster-Carr Supply Company
PO Box 7690
Chicago, IL 60680-7690

McNaughton-McKay Electric Southeast Inc.
PO Box 890976
Charlotte, NC 28289

Mec-Tric Control Company Inc.
4110 Monroe Road
Charlotte, NC 28205

Meier Prozesstechnik GmbH
Vennweg 846395
Bochalt Germany

Melissa Stone
316 Armour Street
Davidson, NC 28036

Metrohm USA, Inc.
6555 Pelican Creek Circle
Riverview, FL 33578

Michael Affronte
4485 Fawnbrook Avenue
Concord, NC 28027

Michael Buchanan
9237 Glenashley Drive
Cornelius, NC 28031

Michael Kopsick
1901 Pennsylvania Avenue
Kannapolis, NC 28083


Michael Lang
516 Union Street S
Concord, NC 28025


Michelle Nuckols
3027 Talladega Lane
Concord, NC 28025


Microsoft Corporation
1950 N Stemmons Freeway
Suite 5010 LB #842467
Dallas, TX 75207


Mine Safety Appliances Company LLC
PO Box 640348
Pittsburgh, PA 15264


Mistras Services Division
PO Box 405694
Atlanta, GA 30384-5694


Msc Industrial Supply
PO Box 953635
Saint Louis, MO 63195-3635


MSS Fire & Safety, LLC
PO Box 538178
Atlanta, GA 30353


My Townhome LLC
1500 South Boulevard, Suite 101 B
Charlotte, NC 28203


Nathan Stark
1459 Ontario Drive
Kannapolis, NC 28083


Nathaniel Grant
2056 Samantha Drive
Kannapolis, NC 28083

National Vision, Inc.
PO Box 957505
Duluth, GA 30095


NCDENR Div of Wast Management
1646 Mail Service Center
Raleigh, NC 27699


NCDMV
PO Box 29620
Raleigh, NC 27626-0620


NEDEC America Corporation
2251 Nicholas Boulevard
Elk Grove Village, IL 60007


Neha Bavishi
1440 Harding Place, Apt. 639
Charlotte, NC 28204


New Electric Charlotte, LLC
1715 Orr Industrial Court
Charlotte, NC 28213


Nicholas Frysinger
7360 Gilead Road
Huntersville, NC 28078


Nicholas Perdue
1963 Cornatzer Road
Mocksville, NC 27028


NMGH Financial Services
83 Wooster Hts, Floor 5
Danbury, CT 06810-7552


Noha Bailey
10824 Clark Street
Davidson, NC 28036


Nolan Kuhn
3309 Caralea Valley Drive
Concord, NC 28027

Nordson EFD LLC
PO Box 777959
Chicago, IL 60677-7009


Norris Elam
315 Kindley Street
Lexington, NC 27292


North Carolina Department of Revenue
Office Services Division
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168


Nuvation Research Corporation
151 Gibraltar Court
Sunnyvale, CA 94089-1301


Oleg Petrov


Optima Engineering
1927 S Tryon Street, Suite 300
Charlotte, NC 28203


ORMAT Technologies, Inc.
6225 Neil Road
Reno, NV 89511-1136


Oupangna Soratana
2534 Mountain Laurel Avenue NW
Concord, NC 28027


P-D Interglas Technologies GmbH
PF 110389151
Erbach Germany


P.C. Godfrey, Inc.
1816 Rozzelles Ferry Rd
Charlotte, NC 28208


Parker Hannifin Corporation
7851 Collection Center Drive
Chicago, IL 60693

Patricia Bass
1406 Forest Park Drive
Statesville, NC 28677


Patrick Leach
3832 Tea Royal Court
Charlotte, NC 28215


Perigon International
13816 E Independence Blvd
Indian Trail, NC 28079


Petter Bjornstad
701 E. Camino Real, Apt. 5B
Boca Raton, FL 33432


Phillip Clark
16815 Macanthra Drive
Charlotte, NC 28213


Phyllis Phifer
102 Elmhurst Lane
Mooresville, NC 28115


Piedmont Natural Gas Co, Inc.
PO Box 660920
Dallas, TX 75266-0920


Pierre Edmonson
3978 Long Leaf Court
Concord, NC 28025


Poonam Prajapati
171 Everbrook Drive SW
Calgary AB T2Y0E8 Canada


Process Technical Sales, Inc.
PO Box 25069
Greenville, SC 29616


Production Engineering
1344 Woodman Drive
Dayton, OH 45432

Project Integration, Inc.
PO Box 170065
Spartanburg, SC 29301


PSNC Energy
PO Box 100256
Columbia, SC 29209-3256


Pureflow, Inc.
1241 Jay Lane
Graham, NC 27253


R.L. Kunz, Inc.
PO Box 5875
Greenville, SC 29606


Radio Communications Company
PO Box 68
Cary, NC 27512


Randall Davis
3066 Clover Road NW
Concord, NC 28027


Randy File
1090 Dutchmans Point
Salisbury, NC 28146


Rapid-Rooter Plumbing Service, Inc.
PO Box 562002
Charlotte, NC 28256


Reaction Search International Inc.
5000 Executive Parkway, Suite 450
San Ramon, CA 94583


Recore Electrical Contractors, Inc.
PO Box 1972
Gastonia, NC 28053-1972


Red Dynamics, Inc.
2173 Hawkins Street, Unit E
Charlotte, NC 28203

Rhinehart Fire Services
22 Piney Park Road, Unit G
Asheville, NC 28806


Ricardo Gutierrez Ochoa
1234 Cambridge Street
Gastonia, NC 28054


Richard Edwards
5018 Pondview Court
Concord, NC 28025


Richard Reavis
297 Pleasant Hill Drive SE
Concord, NC 28025


Richard Withey
127 Lauren Drive
Indian Trail, NC 28079


Rick Turner
114 W. Glenview Avenue
Salisbury, NC 28147


Ricky Seymour
390 Rocky Rick Road
Rockwell, NC 28138


Ricky Sutten
112 Cumberland Court SW
Concord, NC 28025


Robert Campbell
802 Cadillac Street
Kannapolis, NC 28083


Robert Culp
118 Log Barn Road
Salisbury, NC 28146


Robert Hammel
142 Spencer Avenue
Concord, NC 28025

Robert Jones
2075 Delfin Court
Rock Hill, SC 29730


Robert Maple
7217 Cedarfield Road
Charlotte, NC 28227


Robert Nipper
238 Spring Street SW
Concord, NC 28025


Rocky Baxter
209 Kinney Avenue
Thomasville, NC 27360


Roger Alston
1546 Piney Church Road
Concord, NC 28025


Ronnie Given
21468 Farmers Lane
Locust, NC 28097


Roshan Bhula
6346 Old Pineville Road
Charlotte, NC 28217


Roy Barnes
294 Bleachery Court NW
Concord, NC 28025


Ryeco, Inc.
810 Pickens Industrial Drive
Marietta, GA 30062


S & D Coffee Inc.
PO Box 1628
Concord, NC 28026-1628


Saint-Gobain Performance Plastics Corp
PO Box 743699
Atlanta, GA 30374-3699

Sangitaben Suthar
10342 Kempsford Drive
Charlotte, NC 28262


Sarah Burgess
216 Hahn Place SE
Concord, NC 28025


Sarah Jacobs
32033 HIghway 24/27
Albemarle, NC 28001


Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673


Schlenk
Barnsdorfer HauptsraBe 5
91154 Roth
Germany


Scott Schotter
16153 Bristol Point Drive
Delray Beach, FL 33446


Sempa Systems GmbH
GrenzstraBe 131109
Dresden Germany


Sergey Buchin


SFA Fire Protection, Inc.
4809 S Main Street
Salisbury, NC 28147


Sherpa LLC
1001 Morehead Square Drive, Suite 600
Charlotte, NC 28203


Sherry Bailey
788 Jim Elliott Road
Denton, NC 27239

SHI International Corporation
1301 S. MO-Pac Expressway
Austin, TX 78704


Shikira Jones
1116 Samuel Adams Circle SW
Concord, NC 28027


Siemens Industry, Inc.
2201 Crownppoint Executive Drive
Bldg 2, Ste K
Charlotte, NC 28227


Solith
c/o Sovema Group S.p.A.
Via Spagna 13, 37069
Villafranca di Verona VR Italy


Soltex, Inc.
3707 FM 1960 West, Suite 560
Houston, TX 77068


Southeastern Freight Lines, Inc.
PO Box 100104
Columbia, SC 29202-3104


Sovema S.P.A.
Via Spagna 13, 37069
Villafranca di Verona VR
Italy


Spiroflow Systems, Inc.
1609 Airport Road
Monroe, NC 28110


Stacey Faggart
127 Cedar Drive NW
Concord, NC 28025


Staff Masters
PO Box 19306
Charlotte, NC 28219

Stanley Honeycutt
6156 Gold Hill Road
Concord, NC 28025


Staples
Dept. ATL
PO Box 405386
Atlanta, GA 30384-5386


State Electric Supply Co.
PO Box 890889
Charlotte, NC 28289-0889


Stein Christiansen
6294 NW 65th Terrace
Pompano Beach, FL 33067


Stephen Hall
2308 Coneflower Drive
Charlotte, NC 28213


Stephen Winger
1611 Rustic Arch Way
Huntersville, NC 28078


Stockcap
123 Manufacturers Drive
Arnold, MO 63010


Stuart Brandt
3906 Burch Bridge Road
Burlington, NC 27217


Stuart Pope
7596 Flowes Store Road
Concord, NC 28025


Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384-9211


Superb Industries, Inc.
100 Innovation Plaza
Sugarcreek, OH 44681

Superior Service & Supply
PO Box 5753
Concord, NC 28027


Swagelok North Carolina | East Tennessee
221 Beltway Boulevard
Matthews, NC 28104


Taiwan Funderburk
662 Mills Road
Pageland, SC 29728


Tencarva Machinery Company LLC
PO Box 409897
Atlanta, GA 30384


Tera Stroud
PO Box 225
Landis, NC 28088


Termaine Thompson
7321 Crossridge Road
Charlotte, NC 28214


Terminix Service, Inc.
3612 Fernandia Road
Columbia, SC 29210


Terrell Hampton
1860 Gingercake Circle, Apt. 303
Rock Hill, SC 29732


The Massey Company, Inc.
9006-A Permiter Woods Drive
Charlotte, NC 28216


Thermotech LLC
1302 S 5th Street
Hopkins, MN 55343


Thomas Barnard
9706 Dark Crystal Court
Huntersville, NC 28078

Thomas O'Leary
2380 NW 48th Lane
Boca Raton, FL 33431


Thompson Construction Group, Inc.
100 N Main Street
Sumter, SC 29150


Tim Lowman
3050 Agner Road
Salisbury, NC 28146


Time Warner
PO Box 70872
Charlotte, NC 28272-0872


Timothy Vines
136 Northbend Drive, Apt. F
Charlotte, NC 28262


Todd Kistler
11131 Harbert Road
Huntersville, NC 28078


Tongrun International, LLC
2501 Pecan Street
Bonham, TX 75418


Tony Almond
303 Monclair Drive
Locust, NC 28097


Tonya Kettler
515 Robert Hargrave
Lexington, NC 27292


Travis Pickett
14201 Maple Hollow Lane
Charlotte, NC 28227


Troy Snider
8000 Middleton Circle
Harrisburg, NC 28075

Turner Moore
1801 Copperplate Road
Charlotte, NC 28262


Tyeisha Campbell
2206 Meadecroft Road
Charlotte, NC 28214


Tyler Byrnes
1303 Samuel Adams Circle, #1303
Concord, NC 28027


Tyler George
104 Poplar Trail
Rockwell, NC 28138


U.S. Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382


Uline, Inc.
PO Box 88741
Chicago, IL 60680-1741


United States Treasury
1901 Cross Beam Drive
Charlotte, NC 28217


United Way of Central Carolina's, Inc.
PO Box 890685
Charlotte, NC 28289-0685


Valencia Caldwell
3879 Sarah Drive NW
Concord, NC 28027


Vanessa Waller
1155 Hawkesbury Drive
China Grove, NC 28023


Verantis Corporation
7251 Engle Road, Suite 300
Middleburg Heights, OH 44130

Verizon
PO Box 660108
Dallas, TX 75266-0108


Verner Young
7895 Georgia Avenue
Kannapolis, NC 28081


Vessel Wilson
934 Berryhill Road
Charlotte, NC 28208


Vickie Brinkley
2714 Hopeton Court
Monroe, NC 28110


Vickie Powell
810 Summerlake Drive SW
Concord, NC 28025


Vlad Baumgertner
General Ermolov St. 2 Apt 7
121170 Moscow
Russian Federation


Wageh Gendy
3184 Rowan Brook Avenue
Henderson, NV 89052


Waggoner Manufacturing Co., Inc.
1065 Hall Road
Mount Ulla, NC 28125


Walter Norton
14825 Bethel Avenue Ext
Midland, NC 28107


Waste Pro of North Carolina, Inc.
PO Box 865505
Orlando, FL 32886-5505


Wayne Hartsell
7999 West Bay Drive
Denver, NC 28037

Wesley Corbett
111 N. Carolina Drive, Apt. 403
Lexington, NC 27292


Wesley Petrea
2126 Bertha Street
Kannapolis, NC 28083


William Greene
610 Cedar Farm Road
Salisbury, NC 28147


William Jones
123 Pine Lake Drive
Clover, SC 29710


Windstream
PO Box 9001908
Louisville, KY 40290-1950


World International Testing, Inc.
2228 Sunset Boulevard, Suite 1
Steubenville, OH 43952


Wurth Recvar Fasteners, Inc.
3845 Thirlane Road
Roanoke, VA 24019


Wyatt Blume
10650 Stokes Ferry Road
Gold Hill, NC 28071


Yes Energy Management
PO Box 82571
Goleta, CA 93118-2571