**SO ORDERED.**

**SIGNED this 20th day of February, 2018.**



_____
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

IN RE:

| | |
|---|---|
| ALEVO MANUFACTURING, INC., *et al.*, | CASE NO. 17-50877 |
| DEBTORS. | (CONSOLIDATED FOR PURPOSES OF ADMINISTRATION ONLY) CHAPTER 11 |

### AMENDED ORDER APPROVING SALE OF DEBTORS' ASSETS TO BUYERS FREE AND CLEAR OF INTERESTS, CLAIMS AND LIENS

THIS MATTER came before the Court on February 14, 2018 upon motion of Alevo Manufacturing, Inc. and Alevo USA, Inc. (the "Debtors"), by and through counsel, for clarification of this Court's Order Approving the Debtors' Motion for Authority to Sell Equipment and other Tangible Personal Property Assets Free and Clear of Interests, Claims and Liens and Employ and Compensate Liquidator" (the "Sale Order") entered on December 14, 2017. Terri Gardner appeared for the Debtors, Jon Jordan for Bootsmead LeaseCo, LLC and William Miller for the Bankruptcy Administrator. Following a review of the record and good cause appearing,

IT IS ORDERED that the Sale Order is hereby amended to provide that the Debtors' assets are hereby approved for sale free and clear of any and all liens (including judicial and statutory liens), security interests, encumbrances, claims (including options and rights of first

refusal), charges, pledges, hypothecations, covenants, interests and restrictions of any kind or character including, but limited to, any personal property taxes.

**END OF DOCUMENT**

## SERVICE LIST

**VIA CM/ECF:**

Terri L. Gardner  terri.gardner@nelsonmullins.com
*Counsel for Debtors*

William P. Miller  bancm_ecf@ncmba.uscourts.gov
*Bankruptcy Administrator*

Andrew T. Houston  ahouston@mwhattorneys.com
Richard S. Wright  rwright@mwhattorneys.com
*Counsel for Century Contractors, Inc.*

James C. Lanik  jlanik@rhrlaw.com
*Chapter 7 Trustee for Alevo Manufacturing, Inc.*

C. Edwin Allman, III  ceallman@allmanspry.com
*Chapter 7 Trustee for Alevo USA, Inc.*

William A. Gray  bgray@sandsanderson.com
Paul Hlad  phlad@sandsanderson.com
*Counsel for Sempa Systems GmbH*

Christopher M. Towery  ctowery@wcsr.com
*Counsel for Duke Energy Carolinas, LLC*

James C. White  jwhite@ptwfirm.com
*Counsel for James Popwell*

June L. Basden  jlb@crlaw.com
*Counsel for Jerome Singleton*

Charles M. Ivey, III  cmi@imgt-law.com
Dirk W. Siegmund  dws@imgt-law.com
*Counsel for Jonas & Redmann Automationstechnick GmbH*

Daniel C. Bruton  dbruton@belldavispitt.com
*Counsel for Acelerex, Inc.*

John Paul H. Cournoyer  jpc@nbfirm.com
John A. Northen  jan@nbfirm.com
Vicki L. Parrott  vlp@nbfirm.com
*Counsel for Official Committee of Unsecured Creditors of Alevo Manufacturing, Inc.*

Jennifer B. Lyday  notice@waldrepllp.com
Francisco T. Morales
*Counsel for Superb Industries, Inc.*

| | |
|---|---|
| Ashley S. Rusher<br>*Counsel for Leukert GmbH* | asr@blancolaw.com |
| Sam O. Simmerman<br>*Counsel for Superb Industries, Inc.* | sosimmerman@kwgd.com |
| Nicole S. Giffin<br>*Counsel for MSS Fire & Security, LLC* | ngiffin@bradley.com |
| Lisa P. Sumner<br>*Counsel for Alantum Advanced Technology Materials* | lsumner@nexsenpruet.com |
| Pamela P. Keenan<br>*Counsel for Ally Financial, Inc.* | pkeenan@kirschlaw.com |
| Paul E. Davis<br>*Counsel for Fire & Life Safety America, Inc.* | pdavis@cgspllc.com |
| Charles A. Ercole<br>*Counsel for James Popwell* | cercole@klehr.com |
| Sarah R. Borders<br>*Counsel for Bootsmead LeaseCo, LLC* | sborders@kslaw.com |

**VIA MAIL:**

| | |
|---|---|
| Jack Raisner<br>Rene Roupinian<br>Outten & Golden LLP<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>*Counsel for Jerome Singleton* | Valerie Kolczynski<br>City Attorney<br>35 Cabarrus Avenue West<br>PO Box 308<br>Concord, NC 28026<br>*Counsel for City of Concord* |
| David W. Smith, III<br>Gray, Layton, Kersh, Solomon, Furr & Smith, P.A.<br>PO Box 2636<br>Gastonia, NC 28053<br>*Counsel for Recore Electrical Contractors, Inc.* | Samuel R. Maizel<br>Dentons US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017<br>*Counsel for Alantum Advanced Technology Materials Co., Ltd.* |
| Dr. Annerose Tashiro<br>Schultze & Braun GmbH<br>Rechtsanwaltsgesellschaft<br>EisenbahnstraBe 19-23<br>77855 Achern, Germany | Lynn Sussman-Alster<br>ORNI 54, LLC/ORMAT Technologies, Inc.<br>6225 Neil Road<br>Reno, NV 89511-1136 |
| John D. Penn<br>Perkins Coie LLP<br>500 North Akard Street, Suite 3300<br>Dallas, TX 75201-3347 | Alevo Group S.A.<br>c/o Markus Adler<br>Chief General Counsel<br>Rue des Finettes 110<br>1920 Martigny \| Switzerland |

**20 Largest Unsecured Creditors for Alevo USA, Inc.**

AccruePartners, Inc.
Attn: Managing Agent/Officer
Department 720029
PO Box 1335
Charlotte, NC 28201

American Express
Attn: Managing Agent/Officer
PO Box 360001
Fort Lauderdale, FL 33336

Arthur Gallagher First Insurance
Attn: Managing Agent/Officer
PO Box 7000
Carol Stream, IL 60197-7000

Bootsmead Leasing LLC
Attn: Managing Agent/Officer
2820 Selwyn Avenue, Suite 550
Charlotte, NC 28209

CarterBaldwin
Attn: Managing Agent/Officer
200 Mansell Court E
Roswell, GA 30076

Chadbourne & Parke LLP
Attn: Managing Agent/Officer
1200 New Hampshire Avenue NW
Washington, DC 20036

Customized Energy Solutions
Attn: Managing Agent/Officer
1528 Walnut Street, 22nd Floor
Philadelphia, PA 19102

Deloitte Tax LLP
Attn: Managing Agent/Officer
550 S. Tryon Street, Suite 2500
Charlotte, NC 28202

Grant Thornton LLP
Attn: Managing Agent/Officer
PO Box 532019
Atlanta, GA 30353

Kuehne and Nagel
Attn: Managing Agent/Officer
4100 North Commerce Drive
CHB 4455
Atlanta, GA 30344

L&T Technology Services Limited
Attn: Managing Agent/Officer
2035 Lincoln Highway, #3002
Edison, NJ 08817

Latham & Watkins LLP
Attn: Managing Agent/Officer
555 11th Street NW, Suite 1000
Washington, DC 20004-1304

Microsoft Corporation
Attn: Managing Agent/Officer
1950 N Stemmons Freeway, Suite 5010 LB #842467
Dallas, TX 75207

Narrow Gate Energy
Attn: Managing Agent/Officer
6104 Goldenrod Drive
Denton, TX 76208

PierceGray
Attn: Managing Agent/Officer
500 Davis Street, Suite 1005
Evanston, IL 60201

SHI International Corporation
Attn: Managing Agent/Officer
1301 South Mo-Pac Expressway, Suite 100
Austin, TX 78746

Skyline Exhibits & Events
Attn: Managing Agent/Officer
4198 Eagle Hill Drive, Suite 105
High Point, NC 27265

Solar Promotion GmbH
Attn: Managing Agent/Officer
Kiehnlestrasse 16 75172
Pforzheim, Germany

Ventured Media
Attn: Managing Agent/Officer
3694 SE Fairway East
Stuart, FL 34997

ZOHO Corporation
Attn: Managing Agent/Officer
4141 Hacienda Drive
Pleasanton, CA 94588-8549

**20 Largest Unsecured Creditor for Alevo Manufacturing, Inc.**

Advanced Lithium Electrochemistry Co.
Attn: Managing Agent/Officer
2-1, Hsing Hua Road
Taoyuan City, 33068
Taiwan, Province of China

Alantum Advanced Technology Materials
Attn: Managing Agent/Officer
IIIB-6 Dalian Free Trade Zone
Dalian City, Liaoning Province
P.R. China 116600

ATS Automation Global Services USA, Inc.
Attn: Managing Agent/Officer
730 Fountain Street North, Bldg 2
Cambridge, ON N3H 4R7
Canada

C.H. Robinson Worldwide, Inc. and Subsi
Attn: Managing Agent/Officer
PO Box 9121
Minneapolis, MN 55480-9121

Century Contractors, Inc.
Attn: Managing Agent/Officer
5100 Smith Farm Road
Matthews, NC 28104

Duke Energy
Attn: Managing Agent/Officer
PO Box 1090
Charlotte, NC 28201-1090

Imerys Graphite & Carbon USA, Inc.
C/O T60092U
PO Box 66512
Chicago, IL 60666-0512

Innovative Machine Corporation
Attn: Managing Agent/Officer
PO Box 9904
Birmingham, AL 35220

Interglas Technologies
Attn: Managing Agent/Officer
PF 110389151
Erbach Germany

Jonas & Redmann
Attn: Managing Agent/Officer
Kaiserin-Augusta-Al lee 113
Berlin Germany

Leukert GmbH
Reiftrager Weg 39
Kaufbeuren, 87600
Germany

MSS Fire & Safety, LLC
Attn: Managing Agent/Officer
PO Box 538178
Atlanta, GA 30353

P.C. Godfrey, Inc.
Attn: Managing Agent/Officer
1816 Rozzelles Ferry Road
Charlotte, NC 28208

Recore Electrical Contractors, Inc.
Attn: Managing Agent/Officer
PO Box 1972
Gastonia, NC 28053-1972

Saint-Gobain Performance Plastics Corp
Attn: Managing Agent/Officer
PO Box 743699
Atlanta, GA 30374-3699

Siemens Industry, Inc.
Attn: Managing Agent/Officer
2201 Crownpoint Executive Drive
Bldg 2, Ste K
Charlotte, NC 28227

Solith
c/o Sovema Group S.p.A.
Attn: Managing Agent/Officer
Via Spagna 13, 37069
Villafranca di Verona VR
Italy

Sovema S.P.A.
Attn: Managing Agent/Officer
Via Spagna 13, 37069
Villafranca di Verona VR
Italy

Superb Industries, Inc.
Attn: Managing Agent/Officer
100 Innovation Plaza
Sugarcreek, OH 44681

Tongrun International, LLC
Attn: Managing Agent/Officer
2501 Pecan Street
Bonham, TX 75418