UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

IN RE:

ALEVO MANUFACTURING, INC.,           CASE NO. 17-50877
                                     CHAPTER 11
    DEBTOR.

### FINAL REPORT OF ALEVO MANUFACTURING, INC.

COMES NOW Alevo Manufacturing, Inc. (the "Debtor"), by and through counsel, and submits the following Final Report as to the administration of its chapter 11 case:

1. On August 18, 2017 (the "Petition Date"), the Debtor filed a voluntary petition seeking relief under chapter 11 of the Bankruptcy Code. On February 14, 2018, the Court entered an order converting this case to chapter 7, following a motion for such relief filed by the Debtor.

2. No chapter 11 Plan of Reorganization was submitted or approved.

3. As reported in the monthly operating reports, the receipts and disbursements during the pendency of the chapter 11 case were as follows:

| Operating Month | Receipts | Disbursements |
|---|---:|---:|
| August 2017 | $3,667.20 | $0.00 |
| September 2017 | $1,079,518.84 | $568,295.69 |
| October 2017 | $1,352,229.16 | $1,439,734.61 |
| November 2017 | $1,667,727.60 | $1,591.577.00 |
| December 2017 | $1,407,846.33 | $1,709,640.34 |
| January 2018 | $1,030,864.13 | $1,024,568.00 |

4. During the chapter 11 case administration, the Debtor was engaged in the remediation of environmental issues on its premises and marketed its assets for sale. An auction was conducted on January 31, 2018, and a sale of substantially all assets was closed on February 20, 2018.

5. Professional fees and expenses were allowed and paid as follows, except as noted:

| Professional | Services Rendered | Amount Approved | Amount Paid |
|---|---|---:|---:|
| Nelson Mullins Riley & Scarborough LLP | Counsel for Debtor (8/19 – 10/31/17) | $156,053.48 | $156,053.48 |
| Nelson Mullins Riley & Scarborough LLP | Counsel for Debtor (11/1 – 12/31/17) | $57,050.22 | $57,050.22 |
| Nelson Mullins Riley & | Counsel for Debtor | $64,111.40 | |

| | | | |
|---|---|---|---|
| Scarborough LLP | (1/1 – 2/24/18) | *Approval Pending*[1] | |
| | *Subtotals – Nelson Mullins Riley & Scarborough LLP:* | *$277,215.10* | *$213,103.70* |

| **Professional** | **Services Rendered** | **Amount Approved** | **Amount Paid** |
|---|---|---|---|
| BDO USA, LLP | Accountant for Debtor (10/2 – 12/6/17) | $127,712.20 | $127,712.20 |
| | *Subtotals – BDO USA, LLP:* | *$127,712.20* | *$127,712.20* |

| **Professional** | **Services Rendered** | **Amount Approved** | **Amount Paid** |
|---|---|---|---|
| Northen Blue, LLP | Counsel for Unsecured Creditors Committee (9/1 – 12/31/17) | $90,095.44 | $90,095.44 |
| Northen Blue, LLP | Counsel for Unsecured Creditors Committee (1/1 – 2/20/18) | $11,556.56 *Approval Pending*[2] | |
| | *Subtotals – Northen Blue, LLP:* | *$101,652.00* | *$90,095.44* |

| | | | |
|---|---|---|---|
| | ***Grand Total – Professional Fees:*** | ***$456,579.30*** | ***$430,911.34*** |

6. Court costs were paid as follows:

| **Court Payee** | **Chapter 11 Quarterly Fees** | **Amount** |
|---|---|---|
| Clerk, US Bankruptcy Court | 3rd Quarter 2017 | $4,875.00 |
| Clerk, US Bankruptcy Court | 4th Quarter 2017 | $10,400.00 |
| | *Total:* | *$15,275.00* |

Respectfully submitted this the 21st day of March, 2018.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Terri L. Gardner*
Terri L. Gardner
N.C. State Bar No. 9809
4140 Parklake Avenue
GlenLake One, Suite 200
Raleigh, North Carolina 27612
Telephone: (919) 329-3882
Facsimile: (919) 329-3799
Email: terri.gardner@nelsonmullins.com

*Counsel for Alevo Manufacturing, Inc.*

---

[1] The Final Application for Allowance of Compensation and Reimbursement of Expenses by Nelson Mullins Riley & Scarborough LLP [January 1, 2018 through February 23, 2018] was filed on March 16, 2018; however, no order or memorandum approving or denying the application has been entered by the Court.

[2] The Application for Final Allowance of Compensation and Reimbursement of Expenses by Northen Blue, LLP [January 1, 2018 through February 20, 2018] was filed on February 21, 2018; however, no order or memorandum approving or denying the application has been entered by the Court.