# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 17-50877  
**Case Name:** ALEVO MANUFACTURING, INC.  
**For Period Ending:** 06/30/2018

**Trustee Name:** (530270) James Lanik  
**Date Filed (f) or Converted (c):** 02/14/2018 (c)  
**§ 341(a) Meeting Date:** 03/16/2018  
**Claims Bar Date:** 05/15/2018

| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1 | Checking Account at Wells Fargo Bank, N.A., xxxxxx3949 | 142,779.48 | 142,779.48 | | 0.00 | FA | 0.00 | 0.00 |
| 2 | Multi-Currency Account Account at Wells Fargo Bank, N.A., xxxxxx7448 | 299.54 | 299.54 | | 0.00 | FA | 0.00 | 0.00 |
| 3 | Checking Account at Bank of America, N.A., xxxxxx6028 | 7,260.90 | 7,260.90 | | 0.00 | FA | 0.00 | 0.00 |
| 4 | Deposit - Duke Energy 5/2/14 $130,000.00; 4/1/2016 $50,857.29; 5/3/2016 $24,411.52 | 205,268.81 | 205,268.81 | | 23,618.60 | FA | 0.00 | 0.00 |
| 5 | Deposit - Verizon 9/25/14 $800.00; 10/23/2014 $2,000.00; less credits of $900.00 | 1,900.00 | 1,900.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6 | City of Concord - Collections - Apt Utility Deposit Legacy # 104 & 106 6/3/2016 | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7 | City of Concord - Collections 275 Majest Dr #206 Deposit 6/16/2016 | 150.00 | 150.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8 | My Townhome LLC 420 Queens Rd Emmanuel Sagnes Apt 6/10/2016 | 3,400.00 | 3,400.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9 | Piedmont Natural Gas Co, Inc. 420 Queens Rd 7/22/2016 | 81.00 | 81.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10 | Legacy Concord Land, LLC 5220 Binford Street NW, #103, Concord, NC 28027 9/25/2016-9/24/2017 | 250.00 | 250.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11 | Legacy Concord Land, LLC 5220 Binford Street NW, #201, Concord, NC 28027 9/26/2017-9/25/2017 | 250.00 | 250.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12 | Legacy Concord Land, LLC 5060 Avent Dr NW, #103, Concord, NC 28027 6/14/2017-6/13/2018 | 250.00 | 250.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13 | Legacy Concord Land, LLC 5040 Avent Drive NW, #107, Concord, NC 28027 2/17/2017-2/16/2018 | 250.00 | 250.00 | | 0.00 | FA | 0.00 | 0.00 |
| 14 | Legacy Concord Land, LLC 5040 Avent Drive NW, #206, Concord, NC 28027 11/30/2016-11/29/2017 | 250.00 | 250.00 | | 0.00 | FA | 0.00 | 0.00 |
| 15 | Legacy Concord Land, LLC 275 Majesty Drive, #206, Concord, NC 28027 6/27/2016-4/26/2017 | 250.00 | 250.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16 | Legacy Concord Land, LLC 280 Kenbrook Ln NW, #203, Concord, NC 28027 8/29/2017-8/28/2018 | 250.00 | 250.00 | | 0.00 | FA | 0.00 | 0.00 |
| 17 | Legacy Concord Land, LLC 5220 Binford Street NW, #107, Concord, NC 28027 2/27/2017-2/26/2018 | 250.00 | 250.00 | | 0.00 | FA | 0.00 | 0.00 |
| 18 | Legacy Concord Land, LLC 5220 Binford Street NW, #108, Concord, NC 28027 2/27/2017-2/26/2018 | 250.00 | 250.00 | | 0.00 | FA | 0.00 | 0.00 |
| 19 | Melissa L. Stone 316 Armour Street, Davidson, NC 28036-6940 8/1/2017-7/1/2018 | 2,000.00 | 2,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 20 | Legacy Concord Land, LLC 5060 Avent Drive NW, #104, Concord, NC 28027 4/1/2017-3/31/2018 | 250.00 | 250.00 | | 0.00 | FA | 0.00 | 0.00 |
| 21 | Legacy Concord Land, LLC 5060 Avent Drive NW, #106, Concord, NC 28027 4/1/2017-3/31/2018 | 250.00 | 250.00 | | 0.00 | FA | 0.00 | 0.00 |
| 22 | PSNC Energy | 90,000.00 | 90,000.00 | | 0.00 | FA | 0.00 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 17-50877  
**Case Name:** ALEVO MANUFACTURING, INC.  
**For Period Ending:** 06/30/2018

**Trustee Name:** (530270) James Lanik  
**Date Filed (f) or Converted (c):** 02/14/2018 (c)  
**§ 341(a) Meeting Date:** 03/16/2018  
**Claims Bar Date:** 05/15/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets | 7<br>Lien Amount | 8<br>Exempt Amount |
|---|---|---|---|---|---|---|---|---|
| 23 | Integra Springs Security Deposit -11213 S. Gemini Springs Dr, 3/3/2016 - 4/14/2017 | 100.00 | 100.00 | | 0.00 | FA | 0.00 | 0.00 |
| 24 | Integra Springs Security Deposit -11321 S. Gemini Springs Dr, 3/3/2016 - 4/14/2017 | 100.00 | 100.00 | | 0.00 | FA | 0.00 | 0.00 |
| 25 | Fantaco Inc. 12/10/2014 | 22,086.00 | 22,086.00 | | 0.00 | FA | 0.00 | 0.00 |
| 26 | Nuvation Research Corporation 2/23/2015 | 900,000.00 | 900,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 27 | Fusite B.V. 7/1/2015 $243,315.07; 7/10/2015 $251,094.24 | 243,567.01 | 243,567.01 | | 0.00 | FA | 0.00 | 0.00 |
| 28 | Legacy Concord Land, LLC - 5060 Avent Dr #106 - June Rent + Security 5/26/2016 | 250.00 | 250.00 | | 0.00 | FA | 0.00 | 0.00 |
| 29 | Legacy Concord Land, LLC - 5060 Avent Dr # 104 - June Rent + Security 5/26/2016 | 50.00 | 50.00 | | 0.00 | FA | 0.00 | 0.00 |
| 30 | Legacy Concord Land, LLC 275 Majest Dr #206 - June & July + Security 6/16/2016 | 250.00 | 250.00 | | 0.00 | FA | 0.00 | 0.00 |
| 31 | Superb Industries, Inc. 7/29/2016 $214,000.00; 8/9/2016 $88,000.00; 9/7/2016 $30,000.00 | 332,000.00 | 332,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 32 | Prepaid raw materials | 822,469.00 | 822,469.00 | | 0.00 | FA | 0.00 | 0.00 |
| 33 | Innovative Machine Corp. 05/19/2018 | 27,900.00 | 27,900.00 | | 0.00 | FA | 0.00 | 0.00 |
| 34 | Grenzeback Corporation 7/15/16 | 16,756.00 | 16,756.00 | | 0.00 | FA | 0.00 | 0.00 |
| 35 | Superb Industries, Inc. stock room inventory 7/29/16 | 23,544.00 | 23,544.00 | | 0.00 | FA | 0.00 | 0.00 |
| 36 | Sempa Systems GMbh 9/16/16 | 44,067.12 | 44,067.12 | | 0.00 | FA | 0.00 | 0.00 |
| 37 | Sumitomo Osaka Cement Co., Ltd - engineering support 9/19/16 | 18,686.70 | 18,686.70 | | 0.00 | FA | 0.00 | 0.00 |
| 38 | Miscellanous deposits and prepayments to suppliers (list available upon request) | 25,000.00 | 25,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 39 | Other inventory or supplies: See attached, 8/18/2017, Net Book Value: $0.00, Valuation Method: Recent cost | 14,247,943.51 | 14,247,943.51 | | 0.00 | FA | 0.00 | 0.00 |
| 40 | Other inventory or supplies: Inventory held at Thermotech - see attached, 9/11/2017, Net Book Value: $97,568.57, Valuation Method: Recent cost | 97,568.57 | 97,568.57 | | 0.00 | FA | 0.00 | 0.00 |
| 41 | Other inventory or supplies: Inventory located at Superb Industries - see attached, 8/30/2017, Net Book Value: $214,237.32, Valuation Method: Recent cost | 214,237.32 | 214,237.32 | | 0.00 | FA | 0.00 | 0.00 |
| 42 | Dell Power Edge Server, MES system software, Studio 500 Pro& RS view Studio ME,. Valuation Method: Recent cost | 626,531.00 | 626,531.00 | | 0.00 | FA | 0.00 | 0.00 |
| 43 | Ford Transit. Valuation Method: N/A | 15,000.00 | 15,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 44 | Coating Line. Valuation Method: Recent cost | 8,611,974.00 | 8,611,974.00 | | 0.00 | FA | 0.00 | 0.00 |
| 45 | Welding Line. Valuation Method: Recent cost | 5,663,025.00 | 5,663,025.00 | | 0.00 | FA | 0.00 | 0.00 |
| 46 | Assembly Line. Valuation Method: Recent cost | 17,181,504.00 | 17,181,504.00 | | 0.00 | FA | 0.00 | 0.00 |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

**Case No.:** 17-50877  
**Case Name:** ALEVO MANUFACTURING, INC.  
**For Period Ending:** 06/30/2018

**Trustee Name:** (530270) James Lanik  
**Date Filed (f) or Converted (c):** 02/14/2018 (c)  
**§ 341(a) Meeting Date:** 03/16/2018  
**Claims Bar Date:** 05/15/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 47 | Cell Fill. Valuation Method: Recent cost | 3,356,302.00 | 3,356,302.00 | | 0.00 | FA | 0.00 | 0.00 |
| 48 | Formation Line. Valuation Method: Recent cost | 7,074,695.00 | 7,074,695.00 | | 0.00 | FA | 0.00 | 0.00 |
| 49 | Electrolyte Equipment. Valuation Method: Recent cost | 22,756,401.00 | 22,756,401.00 | | 0.00 | FA | 0.00 | 0.00 |
| 50 | Tooling. Valuation Method: Recent cost | 3,051,451.00 | 3,051,451.00 | | 0.00 | FA | 0.00 | 0.00 |
| 51 | Other Production Line Equipment. Valuation Method: Recent cost | 220,844.00 | 220,844.00 | | 0.00 | FA | 0.00 | 0.00 |
| 52 | Paste Mixing Equipment. Valuation Method: Recent cost | 864,469.00 | 864,469.00 | | 0.00 | FA | 0.00 | 0.00 |
| 53 | Material Handling Equipment. Valuation Method: Recent cost | 1,535,529.00 | 1,535,529.00 | | 0.00 | FA | 0.00 | 0.00 |
| 54 | Module and Contained Manufacturing. Valuation Method: Recent cost | 2,159,963.00 | 2,159,963.00 | | 0.00 | FA | 0.00 | 0.00 |
| 55 | Optima 8300 Cross-flow Spectrometer. Valuation Method: Recent cost | 94,900.00 | 94,900.00 | | 0.00 | FA | 0.00 | 0.00 |
| 56* | HealthEquity - 2018 (u)<br>RA Replenishment for HRA 2018 (See Footnote) | 8.96 | 8.96 | | 8.96 | FA | 0.00 | 0.00 |
| 57 | Equipment and Personal Property Sold in Bulk Sale (u)<br>Chapter 11 Trustee was authorized to sell equipment and other tangible personal property by Order entered 12/14/17, Doc #248. Property was sold by Hilco Auctions in bulk sale for $5 million. | Unknown | Unknown | | 5,000,000.00 | FA | 0.00 | 0.00 |
| 58* | HealthEquity - 2017 (u)<br>RA Replenishment for HRA 2017 (See Footnote) | 93.10 | 93.10 | | 93.10 | FA | 0.00 | 0.00 |
| **58** | **Assets Totals (Excluding unknown values)** | **$90,705,455.02** | **$90,705,455.02** | | **$5,023,720.66** | **$0.00** | **$0.00** | **$0.00** |

RE PROP# 56    RA Replenishment for HRA 2018

RE PROP# 58    RA Replenishment for HRA 2017

---

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

2nd QSR. Trustee currently still investigating Debtor. Trustee backed up financial data and moved records to storage.

*Bank account opened.

**Initial Projected Date Of Final Report (TFR):** 12/31/2019          **Current Projected Date Of Final Report (TFR):** 12/31/2019

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-4

**Case No.:** 17-50877
**Case Name:** ALEVO MANUFACTURING, INC.

**For Period Ending:** 06/30/2018

**Trustee Name:** (530270) James Lanik
**Date Filed (f) or Converted (c):** 02/14/2018 (c)
**§ 341(a) Meeting Date:** 03/16/2018
**Claims Bar Date:** 05/15/2018

07/15/2018
Date

/s/James Lanik
James Lanik

Copy Served On: Mr. William P. Miller
Bankruptcy Administrator

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 17-50877 | Trustee Name: | James Lanik (530270) |
|---|---|---|---|
| Case Name: | ALEVO MANUFACTURING, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3454 | Account #: | ******2200 Checking |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $3,200,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/22/18 | {57} | IMPERIUM3 NEW YORK INC | Proceeds from bulk sale of equipment and personal property | 1229-000 | 4,000,000.00 | | 4,000,000.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 575.34 | 3,999,424.66 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,876.71 | 3,996,547.95 |
| 04/09/18 | 101 | International Sureties, Ltd. | Chapter 7 Blanket Bond #016036434, 3/1/18 thru 3/1/19 | 2300-000 | | 1,300.63 | 3,995,247.32 |
| 04/09/18 | 102 | International Sureties Ltd | Bond #016215743, Bond Amount $2.25 million, 2/14/18 thru 2/14/19 | 2300-000 | | 4,500.00 | 3,990,747.32 |
| 04/19/18 | {56} | HealthEquity, Inc | RA Replenishment for HRA 2018 | 1290-000 | 8.96 | | 3,990,756.28 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,780.82 | 3,987,975.46 |
| 05/10/18 | | THE BRANFORD INDUSTRIAL GROUP | Balance of $1 million bulk sale deposit after Hilco auction fees & expenses | | 235,344.83 | | 4,223,320.29 |
| | {57} | Imperium3 New York Inc. | Bulk sale of equipment and personal property.  $1 million deposit paid to auctioneer Hilco.  Per order entered 5/9/18, Doc #412, Hilco commission and expenses of $764,655.17 could be paid from deposit and the remaining funds of $235,344.83 paid to Alevo Manufacturing.  $1,000,000.00 | 1229-000 | | | 4,223,320.29 |
| | | Hilco Auctioneer | Auctioneer Fees.  Per order entered 5/9/18, Doc 512, approval given to pay fees from bulk sale proceeds and deposit of $1 million being held  by Hilco.  -$689,655.17 | 3610-000 | | | 4,223,320.29 |
| | | Hilco Auctioneers | Auctioneer Expenses.  Per order entered 5/9/18, Doc 512, approval given to pay expenses from bulk sale proceeds and deposit of $1 million being held by Hilco.  -$75,000.00 | 3620-000 | | | 4,223,320.29 |
| 05/14/18 | 103 | U.S. Bankruptcy Court Clerk | Chapter 11 Qtrly Fees, Alevo Manufacturing #17-50877, thru 3/31/18.  Fee Statement filed on 4/26/18, Doc #407. | 2950-000 | | 6,500.00 | 4,216,820.29 |
| 05/14/18 | 104 | U.S. Bankruptcy Court Clerk | Chapter 11 Qtrly Fees, Alevo USA Case #17-50876, thru 3/31/18.  Fee Statement filed on 4/26/18, Doc #101. | 2950-000 | | 325.00 | 4,216,495.29 |
| 05/14/18 | 105 | Northen Blue, LLP | Official Committee of Unsecured Creditors Counsel, atty fees & exps, January 1, 2018 through 2/20/18. | | | 11,556.56 | 4,204,938.73 |

Page Subtotals:   $4,235,353.79   $30,415.06

{ } Asset Reference(s)                                                                                                                 ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 17-50877 | Trustee Name: | James Lanik (530270) |
|---|---|---|---|
| Case Name: | ALEVO MANUFACTURING, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3454 | Account #: | ******2200 Checking |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $3,200,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Counsel for the Official Committee of Unsecured Creditors, attorney fees, January 1, 2018 through 2/20/18. Fees approved by order entered 4/25/18, Doc #405. Payment approved by order entered 5/9/18, Doc #412.  $11,325.00 | 3991-000 | | | 4,204,938.73 |
| | | | Counsel for the Official Committee of Unsecured Creditors, attorney expenses, January 1, 2018 through 2/20/18. Expenses approved by order entered 4/25/18, Doc #405. Payment approved by order entered 5/9/18, Doc #412.  $231.56 | 3992-000 | | | 4,204,938.73 |
| 05/14/18 | 106 | Nelson Mullins Riley & Scarborough, LLP | Debtor's Attorney fees & expenses;Alevo Manufacturing #17-50877; 1/1/18 thru 2/23/18. | | | 56,675.66 | 4,148,263.07 |
| | | | Debtor's Attorney fees for Alevo Manufacturing, 1/1/18 through 2/23/18. Fees approved by order entered 5/14/18, Doc #415. Payment approved by order entered 5/9/18, Doc #412.  $56,086.26 | 3701-000 | | | 4,148,263.07 |
| | | | Debtor's Attorney expenses for Alevo Manufacturing, 1/1/18 through 2/23/18. Expenses approved by order entered 5/14/18, Doc #415. Payment approved by order entered 5/9/18, Doc #412.  $589.40 | 3702-000 | | | 4,148,263.07 |
| 05/14/18 | 107 | Nelson Mullins Riley & Scarborough, LLP | Debtor's Attorney fees & expenses;Alevo USA #17-50876; 1/1/18 thru 2/14/18. | | | 18,103.34 | 4,130,159.73 |
| | | | Debtor's Attorney fees for Alevo USA, 1/1/18 through 2/14/18. Fees approved by order entered 5/14/18, Doc #103. Payment using auction proceeds from Alevo Manufacturing bank account approved by order entered 5/9/18, Doc #412.  $17,265.50 | 3701-000 | | | 4,130,159.73 |
| | | | Debtor's Attorney expenses for Alevo USA, 1/1/18 through 2/14/18. Expenses approved by order entered 5/14/18, Doc #103. Payment using auction proceeds from Alevo Manufacturing bank account approved by order | 3702-000 | | | 4,130,159.73 |

Page Subtotals:    $0.00    $74,779.00

{ } Asset Reference(s)                                                                                                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 17-50877 | Trustee Name: | James Lanik (530270) |
|---|---|---|---|
| Case Name: | ALEVO MANUFACTURING, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3454 | Account #: | ******2200 Checking |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $3,200,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | entered 5/9/18, Doc #412. $837.84 | | | | |
| 05/15/18 | {58} | HealthEquity | RA Replenishment for HRA 2017 | 1290-000 | 93.10 | | 4,130,252.83 |
| 05/15/18 | 108 | Bootsmead LeaseCo, LLC | Payment from bulk sale proceeds. Approved 5/9/18, Doc #412. | 4210-000 | | 3,046,723.06 | 1,083,529.77 |
| 05/22/18 | {4} | Duke Energy Corporation | Duke Energy Deposit Refund - Acct #147300614 | 1129-000 | 23,618.60 | | 1,107,148.37 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,624.86 | 1,104,523.51 |
| 06/05/18 | 109 | Bootsmead LeaseCo, LLC | Remaining portion of Chapter 11 utility deposit returned from Duke Energy. | 4210-000 | | 23,618.60 | 1,080,904.91 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,515.35 | 1,079,389.56 |
| | | **COLUMN TOTALS** | | | 4,259,065.49 | 3,179,675.93 | $1,079,389.56 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 4,259,065.49 | 3,179,675.93 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $4,259,065.49 | $3,179,675.93 | |

*{ } Asset Reference(s)*                                                                                                   *! - transaction has not been cleared*

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-4

| | | | |
|---|---|---|---|
| **Case No.:** | 17-50877 | **Trustee Name:** | James Lanik (530270) |
| **Case Name:** | ALEVO MANUFACTURING, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***3454 | **Account #:** | ******2200 Checking |
| **For Period Ending:** | 06/30/2018 | **Blanket Bond (per case limit):** | $3,200,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $4,259,065.49 |
| Plus Gross Adjustments: | $764,655.17 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $5,023,720.66 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2200 Checking | $4,259,065.49 | $3,179,675.93 | $1,079,389.56 |
| | **$4,259,065.49** | **$3,179,675.93** | **$1,079,389.56** |

07/15/2018
Date

/s/James Lanik
James Lanik