SO ORDERED.

SIGNED this 17th day of August, 2020.



_____
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON SALEM DIVISION**

| | |
|---|---|
| IN RE: | |
| ALEVO USA, INC., | CASE NO. 17-50876 |
| DEBTORS. | CHAPTER 7 |
| | |
| IN RE: | CASE NO. 17-50877 |
| ALEVO MANUFACTURING, INC., | CHAPTER 7 |
| DEBTORS. | |

**ORDER GRANTING BOOTSMEAD LEASECO, LLC'S**
**APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

THIS MATTER came before this Court for hearing on July 1, 2020 upon Bootsmead LeaseCo, LLC's ("Bootsmead's") application for payment of administrative expense (Doc. No. 666 in 17-50877 and Doc No. 277 in 17-50876) (the "Application"). Appearing at the hearing were James C. Lanik, Trustee; Robert Price, Assistant Bankruptcy Administrator; counsel for Bootsmead, Jonathan W. Jordan, and counsel for Jerome Singleton, on behalf of himself and a putative class of similarly situated former employees (in both capacities, "Singleton"), Jack A.

Raisner and June L. Basden. Upon consideration of the matter raised at the hearing, the Court orders as follows:

WHEREAS, on March 23, 2020, the Court entered an order (Doc. No. 663) setting a deadline by which applications for administrative expenses must be filed.

WHEREAS, Bootsmead timely filed the Application on May 18, 2020.

WHEREAS, Singleton, through counsel, timely filed an objection to the Application on June 1, 2020 (Doc. No. 669).

WHEREAS, on June 26, 2020 Bootsmead filed a reply to Singleton's objection and in support of the Application.

WHEREAS, at the hearing on the Application, Singleton withdrew the objection.

NOW, THEREFORE, based upon the foregoing, the record and documents filed in this case, and the arguments of counsel at the hearing, the Court hereby orders as follows:

1. The Application is GRANTED.

2. Bootsmead is hereby allowed an administrative claim under Bankruptcy Code section 503(b)(1) for Deferred Rent and Tenant Payment Obligations in the amount of $1,773,668.08 (the "Allowed Bootsmead Administrative Expense").

3. Notwithstanding the allowance of Bootsmead's administrative expense claim in this Order, no payment shall be made on account of the Allowed Bootsmead Administrative Expense until further Order of this Court.

4. Not later than August 7, 2020, the parties may file briefs regarding the standing of the Singleton, and the putative class Mr. Singleton represents, to claim an administrative expense in this case or in *In re Alevo USA, Inc.*, Case No. 17-50876.

**[END OF DOCUMENT]**

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON SALEM DIVISION

IN RE:

ALEVO USA, INC.,                                CASE NO. 17-50876

    DEBTORS.                                    CHAPTER 7
_____            _____

IN RE:                                          CASE NO. 17-50877

ALEVO MANUFACTURING, INC.,                      CHAPTER 7

    DEBTORS.
_____/

**PARTIES TO BE SERVED:**

**James C. Lanik**
Waldrep, LLP
101 S. Stratford Road, Ste 210
Winston-Salem, NC 27104
336-930-7620
Fax : 336-717-1340
Email: jlanik@waldrepllp.com

**Robert E. Price, Jr.**
Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401
Email: robert_e_price@ncmba.uscourts.gov

**Jonathan W. Jordan**
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
Telephone:  (404) 572-4600
Facsimile:   (404) 572-5100
Email:  jjordan@kslaw.com

**Jack Raisner**
Raisner Roupinian LLP
270 Madison Avenue
Suite 1801
New York, NY 10016
212-221-1747
Email: jar@raisnerroupinian.com

**Rene Roupinian**
Raisner Roupinian LLP
270 Madison Avenue
Suite 1801
New York, NY 10016
212-221-1747
Email: rsr@raisnerroupinian.com